## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## CORPORATE DISCLOSURE STATEMENT FOR ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Astellas Institute for Regenerative Medicine ("Astellas") respectfully submits the following corporate disclosure statement.

Astellas Institute for Regenerative Medicine is a wholly owned, indirect subsidiary of Astellas Pharma, Inc.  Astellas Pharma Inc. is publicly traded on the Tokyo stock exchange. Astellas Pharma Inc. has no parent corporation, and no publicly-held corporation holds 10% or more of its stock.

                          Respectfully Submitted,

Dated:  November 13, 2017            */s/ Charles H. Sanders*

                          Charles H. Sanders
                          Massachusetts Bar # 646740
                          LATHAM & WATKINS LLP
                          200 Clarendon St.
                          Boston, MA 02116
                          (617) 948-6000
                          charles.sanders@lw.com

                          *Attorneys for Plaintiff*
                          *Astellas Institute for Regenerative Medicine*

Of Counsel:

Michael A. Morin
  michael.morin@lw.com
David P. Frazier
  david.frazier@lw.com
Rebecca L. Rabenstein
  rebecca.rabenstein@lw.com
Abigail A. Rives
  abigail.rives@lw.com
LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004
(202)637-2200

Lauren K. Sharkey
  lauren.sharkey@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700