*Privileged and Confidential*  *Attorney-Client Privileged*
*Attorney Work Product*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## CORPORATE DISCLOSURE STATEMENT FOR
## STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Stem Cell & Regenerative Medicine International Inc. ("SCRMI") respectfully submits the following corporate disclosure statement.

More than 10% of Stem Cell & Regenerative Medicine International Inc. stock is owned by Astellas Institute for Regenerative Medicine, which is a wholly owned, indirect subsidiary of Astellas Pharma, Inc.  Astellas Pharma Inc. is publicly traded on the Tokyo stock exchange. Astellas Pharma Inc. has no parent corporation, and no publicly-held corporation holds 10% or more of its stock.  More than 10% of Stem Cell & Regenerative Medicine International Inc. stock is owned CHA Biotech Co., Ltd. (f/k/a CHA Bio and Diostech Co., Ltd.).  CHA Biotech Co., Ltd. is publicly traded on the Korea stock exchange.  CHA Biotech Co., Ltd. has no parent corporation, and no publicly-held corporation holds 10% or more of its stock.

*Privileged and Confidential* *Attorney-Client Privileged*
*Attorney Work Product*

                                      Respectfully Submitted,

Dated:	November 13, 2017	   *s/Sydney Pritchett*

                                        Sydney Pritchett
                                        Massachusetts Bar # 694195
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, MA 02110-2131
                                        (617) 345-1000
                                        SPritchett@nixonpeabody.com

                                        *Attorneys for Plaintiff*
                                        *Stem Cell & Regenerative Medicine*
                                        *International, Inc.,*

Of Counsel:

Seth D. Levy
  SLevy@nixonpeabody.com
Shawn G. Hansen
  SHansen@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Ave.
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

*Privileged and Confidential* *Attorney-Client Privileged*
*Attorney Work Product*

## **CERTIFICATE OF SERVICE**

  I, Sydney Pritchett, do hereby certify that this document was filed through the ECF system on November 13, 2017 and will be served to Defendant via service of process.

               ___*/s/ Sydney Pritchett*_____