# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>Plaintiffs,<br>vs.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>Defendants. | Civil Action No. 1:17-cv-12239 |

## NOTICE OF APPEARANCE OF SYDNEY PRITCHETT FOR PLAINTIFF

Sydney Pritchett of Nixon Peabody LLP hereby enters her appearance as counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc. in the above-captioned action and requests the service of all pleadings, orders, and notices in this case.

Date:  November 13, 2017              STEM CELL & REGENERATIVE MEDICINE
                                     INTERNATIONAL, INC.

                                     By its attorneys,
                                     NIXON PEABODY LLP

                                     _/s/ Sydney Pritchett_
                                     Sydney Pritchett  (BBO# 694195)
                                     100 Summer Street
                                     Boston, MA 02110
                                     617-345-1000
                                     617-345-1300 (fax)

//

4827-6701-5253.1

OF COUNSEL:

Seth D. Levy
 SLevy@nixonpeabody.com
Shawn G. Hansen
 SHansen@nixonpeabody.com
Nixon Peabody, LLP
300 South Grand Ave.
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

## **CERTIFICATE OF SERVICE**

      I, Sydney Pritchett, do hereby certify that this document was filed through the ECF system on November 13, 2017 and will be served to Defendant via service of process.

                                                                          */s/ Sydney Pritchett*