UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br>          Plaintiffs, <br>     v. <br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br>          Defendants. | C.A. No. 1:17-cv-12239 |

## NOTICE OF APPEARANCE FOR CHARLES H. SANDERS

Please enter the appearance of Charles H. Sanders of Latham & Watkins LLP as counsel of record for Plaintiff Astellas Institute for Regenerative Medicine in the above-captioned matter.

Dated: November 27, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Astellas Institute for Regenerative Medicine

　　　　　　　　　　　　　　　　　　　　By their attorney:

　　　　　　　　　　　　　　　　　　　　*/s/ Charles H. Sanders*
　　　　　　　　　　　　　　　　　　　　Charles H. Sanders
　　　　　　　　　　　　　　　　　　　　Massachusetts Bar # 646740
　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　200 Clarendon Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　Tel: 617.948.6000
　　　　　　　　　　　　　　　　　　　　charles.sanders@lw.com

## **LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2017 by first class mail.

*/s/ Charles H. Sanders*
Charles H. Sanders