# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Astellas Institute for Regenerative Medicine, and
Stem Cell & Regenerative Medicine International,
Inc.,

                            Plaintiffs,

          v.

ImStem Biotechnology, Inc.,
Xiaofang Wang, and
Ren-He Xu,

                            Defendants.

C.A. No. 1:17-cv-12239

## AMENDED CERTIFICATE OF SERVICE

On November 27, 2017, Plaintiff Astellas Institute for Regenerative Medicine filed with the Court a Notice of Appearance for Charles H. Sanders.  I, Charles H. Sanders, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2017 by first class mail or counsel will provide a hard copy of this document with our service set.

Dated: November 27, 2017

                              Respectfully submitted,

                              Astellas Institute for Regenerative
                              Medicine

                              By their attorney:

                              */s/ Charles H. Sanders*
                              Charles H. Sanders
                              Massachusetts Bar # 646740
                              LATHAM & WATKINS LLP
                              200 Clarendon Street
                              Boston, MA 02116
                              Tel: 617.948.6000
                              charles.sanders@lw.com

## LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2017 by first class mail or counsel will provide a hard copy of this document with our service set.

*/s/ Charles H. Sanders*
Charles H. Sanders