UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. MORIN, DAVID P. FRAZIER, REBECCA L. RABENSTEIN, LAUREN K. SHARKEY, AND ABIGAIL A. RIVES**

Pursuant to L.R. 83.5.3(e)(2), the undersigned, counsel for Plaintiff Astellas Institute for Regenerative Medicine moves that Michael A. Morin, David P. Frazier, Rebecca L. Rabenstein, Lauren K. Sharkey, and Abigail A. Rives of Latham and Watkins LLP be granted leave to appear *pro hac vice* on behalf of the Plaintiff Astellas Institute for Regenerative Medicine. The declarations in support of this motion for Mr. Morin, Mr. Frazier, Ms. Rabenstein, Ms. Sharkey and Ms. Rives are attached hereto as Exhibits 1 through 5, respectively.

Dated: November 27, 2017

Respectfully submitted,

Astellas Institute for Regenerative Medicine

By their attorney:

*/s/ Charles H. Sanders*
Charles H. Sanders
Massachusetts Bar # 646740
LATHAM & WATKINS LLP

        200 Clarendon Street
        Boston, MA 02116
        Tel: 617.948.6000
        charles.sanders@lw.com

**LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2017 by first class mail or counsel will provide a hard copy of this document with our service set.

                                            */s/ Charles H. Sanders*
                                            Charles H. Sanders