# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## DECLARATION OF LAUREN K. SHARKEY

I, Lauren K. Sharkey make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an associate at the firm Latham & Watkins LLP at 330 North Wabash Avenue, Suite 2800, Chicago Illinois, 60614.

2. I have been admitted to practice in the State of New York and the State of Illinois, and before the United States District Courts for the Western District of Pennsylvania and the Northern District of Illinois.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6.	I am familiar with the Rules of the United States District Court for the District of Massachusetts and I agree to comply with these Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2017

_____
Lauren K. Sharkey