# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## DECLARATION OF ABIGAIL A. RIVES

I, Abigail A. Rives, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an associate at the firm Latham & Watkins LLP at 555 Eleventh St NW, Washington, District of Columbia 20004.

2. I have been admitted to practice in the State of New York and the District of Columbia, and before the United States District Court for the Eastern District of Michigan. I am also admitted to practice before the United States Court of Appeals for the Federal Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6.	I am familiar with the Rules of the United States District Court for the District of Massachusetts and I agree to comply with these Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2017                              _____
                                                                            Abigail A. Rives