UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>      Plaintiffs,<br>  v.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>      Defendants. | C.A. No. 1:17-cv-12239 |

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. MORIN, DAVID P. FRAZIER, REBECCA L. RABENSTEIN, LAUREN K. SHARKEY, AND ABIGAIL A. RIVES**

  Pursuant to L.R. 83.5.3(e)(2), the undersigned, counsel for Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. moves that Michael A. Morin, David P. Frazier, Rebecca L. Rabenstein, Lauren K. Sharkey, and Abigail A. Rives of Latham and Watkins LLP be granted leave to appear *pro hac vice* on behalf of the Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc.  The declarations in support of this motion for Mr. Morin, Mr. Frazier, Ms. Rabenstein, Ms. Sharkey and Ms. Rives are attached hereto as Exhibits 1 through 5, respectively.

Dated: June 27, 2019

                 Respectfully submitted,

                 Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc.

By their attorney:

*/s/ Charles H. Sanders*
Charles H. Sanders
Massachusetts Bar # 646740
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617.948.6000
charles.sanders@lw.com

## LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2019 by first class mail.

*/s/ Charles H. Sanders*
Charles H. Sanders