# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> vs. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 1:17-cv-12239 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ADMISSION PRO HAC VICE OF SETH LEVY AND SHAWN HANSEN**

Pursuant to L.R. 83.5.3(e)(2), the undersigned, counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc. moves that Seth Levy and Shawn Hansen of Nixon Peabody LLP be granted leave to appear *pro hac vice* on behalf of the Plaintiff Stem Cell & Regenerative Medicine International, Inc. The declarations in support of this motion for Mr. Levy and Mr. Hansen are attached hereto as exhibits 1 and 2 respectively.

Date:  November 28, 2017

STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.

By its attorneys,
NIXON PEABODY LLP

 */s/ Sydney Pritchett*
Sydney Pritchett  (BBO# 694195)
100 Summer Street
Boston, MA 02110
617-345-1000
617-345-1300 (fax)

4851-8851-4903.1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 28, 2017 by first class mail or counsel will provide a hard copy of this document with our service set.

                                                  */s/ Sydney Pritchett*_____

4851-8851-4903.1