# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> vs. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-12239 |

**DECLARATION OF SETH LEVY**

I, Seth Levy, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am a partner of the firm Nixon Peabody LLP at 300 South Grand Avenue, Suite 4100, Los Angeles, CA 90071-3151.

2. I have been admitted to practice in the State of California, the United States District Court for the Central District of California, the United States Court of Appeals for the Ninth Circuit, the District of Columbia and the US Patent and Trademark Office.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6. I am familiar with the Rules of the United States District Court for the District of

Massachusetts and I agree to comply with these Local Rules.

    I declare under penalty of perjury that the foregoing is true and correct.


Date:  November 28, 2017

                                                                                        */s/ Seth Levy*