UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, ET AL.,

INDEX NUMBER: 1:17-CV-12239-ADB

*Plaintiff*

vs

IMSTEM BIOTECHNOLOGY, INC., ET AL.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut

That on 11/15/2017 at 8:20 PM at 19 Hidden Oak Drive, Farmington, CT 06032

deponent served a(n) Summons in a Civil Action, Complaint with Exhibits, Civil Cover Sheet, Corporate Disclosure Statement for Astellas Institute for Regenerative Medicine, Corporate Disclosure Statement for Stem Cell & Regenerative Medicine International Inc., Notice of Appearance of Sydney Pritchett for Plaintiff, Civil Docket Sheet, Case Management/Electronic Case Files

on Xiaofang Wang,

by delivering thereat a true copy of each to Min Wei (Wife) a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender: Female
Skin: Asian
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/3/2018

Sworn to before me this
21 day of November, 2017

NOTARY PUBLIC

Sandra Yade