UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, ET AL.,

INDEX NUMBER: 1:17-CV-12239-ADB

*Plaintiff*

vs

IMSTEM BIOTECHNOLOGY, INC., ET AL.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford } ss:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut

That on **11/20/2017** at **11:10 AM** at **400 Farmington Ave., R1808, Farmington, CT 06030**

deponent served a(n) **Summons in a Civil Action, Complaint with Exhibits, Civil Cover Sheet, Corporate Disclosure Statement for Astellas Institute for Regenerative Medicine, Corporate Disclosure Statement for Stem Cell & Regenerative Medicine International Inc., Notice of Appearance of Sydney Pritchett for Plaintiff, Civil Docket Sheet, Case Management/Electronic Case Files**

on **Imstem Biotechnology, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Xiaofang Wang** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **President** thereof.

Description of Person Served:
Gender : Male
Skin : Asian
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
21 day of November, 2017

NOTARY PUBLIC
**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2018

Sandra Yade

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160