UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>Defendants. | C.A. No. 1:17-cv-12239 |

## NOTICE OF APPEARANCE

Please enter the appearance of Taylor R. Neff of Verrill Dana, LLP as counsel for the Defendants ImStem Biotechnology, Inc. and Dr. Xiaofang Wang, in the above-captioned matter.

Dated: December 6, 2017

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC. and
DR. XIAOFANG WANG

By their attorney:

/s/ *Taylor R. Neff*
Taylor R. Neff, MA Bar # 675255
VERRILL DANA LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
(207) 774-4000
tneff@verrilldana.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Taylor R. Neff*
Taylor R. Neff
