UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

**IMSTEM BIOTECHNOLOGY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules, Defendant ImStem Biotechnology, Inc. respectfully states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 6, 2017

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.

By its attorneys:

/s/ *Timothy R. Shannon*
Timothy R. Shannon, MA Bar # 655325
Taylor R. Neff, MA Bar # 675255
VERRILL DANA LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
(207) 774-4000
tshannon@verrilldana.com
tneff@verrilldana.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Timothy R. Shannon*
Timothy R. Shannon