## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR
REGENERATIVE MEDICINE, and STEM
CELL & REGENERATIVE MEDICINE
INTERNATIONAL, INC.,

      Plaintiffs,

 v.

IMSTEM BIOTECHNOLOGY, INC.,
XIAOFANG WANG, and REN-HE XU,

      Defendants.

C.A. No. 1:17-cv-12239

## JOINT STIPULATION

Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. (collectively "Plaintiffs") and Defendants ImStem Biotechnology, Inc. ("ImStem") and Dr. Xiaofang Wang ("Dr. Wang") (collectively "Defendants"), through their respective undersigned counsel, stipulate to the following:

1.      Plaintiffs effected service of the Complaint, filed November 13, 2017, upon Dr. Wang on November 15, 2017, and upon ImStem on November 20, 2017.

2.      Defendants have until January 10, 2018 to answer or otherwise respond to the Complaint.

PLAINTIFF ASTELLAS INSTITUTE
FOR REGENERATIVE MEDICINE

/s/ *Charles H. Sanders*
Charles H. Sanders
Massachusetts Bar # 646740
LATHAM & WATKINS LLP
200 Clarendon St.
Boston, MA 02116
charles.sanders@lw.com


Of Counsel:


Michael A. Morin
michael.morin@lw.com
David P. Frazier
david.frazier@lw.com
Rebecca L. Rabenstein
rebecca.rabenstein@lw.com
Abigail A. Rives
abigail.rives@lw.com
LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Lauren K. Sharkey
lauren.sharkey@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700

DEFENDANTS IMSTEM
BIOTECHNOLOGY, INC. and DR.
XIAOFANG WANG

/s/ *Timothy R. Shannon*
Timothy R. Shannon, MA Bar # 655325
Taylor R. Neff, MA Bar # 675255
VERRILL DANA LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
(207) 774-4000
tshannon@verrilldana.com
tneff@verrilldana.com

PLAINTIFF STEM CELL &
REGENERATIVE MEDICINE
INTERNATIONAL, INC.

/s/ *Sydney Pritchett*
Sydney Pritchett
Massachusetts Bar # 694195
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000
SPritchett@nixonpeabody.com


Of Counsel

Seth D. Levy
SLevy@nixonpeabody.com
Shawn G. Hansen
Shansen@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Ave.
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000


DATED:  December 6, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2017, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Timothy R. Shannon*
Timothy R. Shannon