IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>Defendants. | Civil Action No. 1:17-cv-12239<br><br>Hon. Allison D. Burroughs |

PLAINTIFFS ASTELLAS' AND SCRMI'S
MOTION TO DISMISS DEFENDANTS
IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively "Plaintiffs") move to dismiss Defendants ImStem Biotechnology, Inc. ("ImStem") and Xiaofang Wang's (collectively "Defendants") Counterclaims. (D.I. 20.) Defendants oppose this motion. Dr. Wang did not make any inventive contribution to U.S. Patent No. 8,961,956 ("the '956 patent"), but instead, at most, only contributed what was already known in the prior art. As such, he cannot be an inventor of the '956 patent.

In support, Plaintiffs rely on the memorandum submitted concurrently with this motion, the accompanying declaration and exhibit, and any further briefing and argument that may be permitted by the Court.

WHEREFORE, Plaintiffs respectfully request that the Court GRANT this Motion and DISMISS Defendants' Counterclaims with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request that the Court hold oral argument on this motion, as Plaintiffs believe that oral argument will assist the Court.

Dated:  January 31, 2018                                     Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/  *Charles H. Sanders*
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001

Michael A. Morin (*pro hac vice*)
Michael.morin@lw.com
David P. Frazier (*pro hac vice*)
david.frazier@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
rebecca.rabenstein@lw.com
Abigail Amato Rives (*pro hac vice*)
abby.rives@lw.com
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Lauren K. Sharkey (*pro hac vice*)
lauren.sharkey@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel:  (312) 876-7653; Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

NIXON PEABODY LLP

By: /s/  *Seth D. Levy*
Seth D. Levy (*pro hac vice*)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (*pro hac vice*)
SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles H. Sanders, counsel for Astellas, hereby certify that we have conferred with counsel for ImStem and Xiaofang Wang to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Dated: January 31, 2018

By: /s/ *Charles H. Sanders*
Charles H. Sanders (BBO #646740)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail.

Dated:  January 31, 2018

By: /s/ *Charles H. Sanders*
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001