IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>Defendants. | Civil Action No. 1:17-cv-12239<br><br>Hon. Allison D. Burroughs |

**[PROPOSED] ORDER ON PLAINTIFFS ASTELLAS' AND SCRMI'S
MOTION TO DISMISS DEFENDANTS
IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS**

Having reviewed Plaintiffs' Motion to Dismiss Defendants ImStem Biotechnology, Inc. ("ImStem") and Xiaofang Wang's (collectively "Defendants") Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6), the Court hereby GRANTS the motion.

BY THE COURT:

Date: _____

_____
ALLISON D. BURROUGHS, J.
United States District Judge