IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>Defendants. | Civil Action No. 1:17-cv-12239<br><br>Hon. Allison D. Burroughs |

**DECLARATION OF REBECCA L. RABENSTEIN IN SUPPORT OF PLAINTIFFS ASTELLAS' AND SCRMI'S MOTION TO DISMISS DEFENDANTS IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS**

I, Rebecca L. Rabenstein, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP. I am a member in good standing of the District of Columbia Bar. I am admitted *pro hac vice* in the above-captioned action.

2. I submit this declaration in support of Astellas Institute for Regenerative Medicine's ("Astellas") and Stem Cell & Regenerative Medicine International, Inc.'s ("SCRMI") Motion to Dismiss Defendants ImStem's and Xiaofang Wang's Counterclaims.

3. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify as to these facts.

4. Attached as **Exhibit A** is a true and correct copy of the Notice of Allowance for U.S. Patent Application No. 13/905,526, dated December 17, 2014.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 31, 2018, at Washington, District of Columbia.

REBECCA L. RABENSTEIN

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail.

Dated:  January 31, 2018

/s/ *Charles H. Sanders*
Charles H. Sanders (BBO #646740)