## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Astellas Institute for Regenerative Medicine, and
Stem Cell & Regenerative Medicine
International, Inc.,

                        Plaintiffs,

            v.

ImStem Biotechnology, Inc.,
Xiaofang Wang, and
Ren-He Xu,

                        Defendants.

Civil Action No. 1:17-cv-12239

Hon. Allison D. Burroughs

## DECLARATION OF RICK HAMILTON

I, Rick Hamilton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am Director of International Operations as ABC Legal Services, Inc.

2.      I am a process server with experience in international service of process, I am over 18 years of age, and I am not a party to the present case.  I have been a Registered Process Servicer since October 1, 1982.

3.      Documents for service of process on Ren-He Xu in this case were received by the Procuratorate of the Macao SAR on January 29, 2018.

4.      Service on Ren-He Xu is to be completed pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Service Convention") through the Procuratorate of the Macao SAR.

5.      The Hague Service Convention is the controlling international treaty related to service of process between the United States and Macao.  The Hague Service Convention stipulates the methods for service under the convention.

6.      The service documents were translated into Portuguese, as required by the Hague Service Convention and the laws of Macao.

7.      Service of process in Macau can currently take at least four (4) months.

I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify as to these facts.  I declare under penalty of perjury that the foregoing is true and correct.


Executed on 6th February 2018, at Seattle, WA .



RICK HAMILTON