UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

**ASSENTED-TO MOTION TO EXTEND DEFENDANTS' IMSTEM AND XIAOFANG WANG'S TIME TO REPLY TO PLAINTIFFS'
MOTION TO DISMISS IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, ImStem Biotechnology, Inc. ("ImStem") and Xiaofang Wang, M.D., Ph.D. ("Dr. Wang") (collectively "Defendants") request that the Court extend the deadline for defendants' reply to Astellas Institute for Regenerative Medicine's ("Astellas") and Stem Cell & Regenerative Medicine International, Inc.'s ("SCRMI") (collectively "Plaintiffs") Motion to Dismiss Defendants' Counterclaims ("Motion") by thirty (30) days to March 16, 2018.  In support, the Defendants submit a memorandum together with this motion and any additional briefing that the Court permits. Plaintiffs assent to the relief sought in this motion.

WHEREFORE, the Defendants request that the Court extend the deadline for the Defendants to file an opposition to the Plaintiffs' Motion by thirty (30) days to March 16, 2018.

Dated: February 14, 2018

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.

By its counsel:

/s/ *Timothy R. Shannon*
Timothy R. Shannon, MA Bar # 655325
VERRILL DANA LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
(207) 774-4000
tshannon@verrilldana.com
tneff@verrilldana.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Timothy R. Shannon*
Timothy R. Shannon