UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br>　　　　Defendants. | C.A. NO. 1:17-cv-12239-DJC |

**DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS**

I, Timothy R. Shannon, based upon my personal knowledge, declare as follows:

1. I am a partner at the firm Verrill Dana LLP, One Portland Square, P.O. Box 586, Portland, ME 04112-0586.  I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

2. I am the attorney of record for Defendants ImStem Biotechnology, Inc. and Dr. Xiaofang Wang in the above captioned matter.

3. Attached as exhibits are true and accurate copies of the following documents:

Exhibit 1: U.S. Patent Application No. 61/565,358 by Kimbrel, Erin A.
Exhibit 2: U.S. Patent Application No. 13/905,526 to Kimbrel, et al.
Exhibit 3: U.S. Patent No. 8,961,956 to Kimbrel, Erin A. et al.
Exhibit 4: Restriction requirement to U.S. Patent Application No. 13/905,526.
Exhibit 5: Reply to restriction requirement to U.S. Patent Application No. 13/905,526.

Signed under the penalties of perjury on this 16th day of March, 2018.

                                                 /s/ *Timothy R. Shannon*
                                                 Timothy R. Shannon