UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | C.A. NO. 1:17-cv-12239-ADB |

**ASSENTED TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS IMSTEM'S AND XIAOFANG WANG'S COUNTERCLAIMS**

Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas"), and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively, "Astellas") move for leave to file a Reply in support of its Motion to Dismiss Defendants ImStem's and Xiaofang Wang's Counterclaims. Astellas respectfully requests that the Court grant Plaintiffs leave to file an eight (8) page Reply Brief (attached hereto as Exhibit A).

In support of the motion, Astellas states as follows:

1. On January 31, 2018, Astellas filed its Motion to Dismiss Defendants ImStem's and Xiaofang Wang's Counterclaims. (D.I. 22.)

2. On February 15, 2018, the Court granted Defendants ImStem's and Xiaofang Wang's assented-to motion to extend the deadline for their opposition by thirty (30) days to March 16, 2018. (D.I. 27.)

3. On March 16, 2018, Defendants ImStem and Xiaofang Wang filed their Opposition. (D.I. 28.)

4. Astellas proposes that it be given leave to file the attached Reply, which is limited to eight (8) pages. Astellas' Reply responds directly to arguments made in Defendants ImStem's and Xiaofang Wang's Opposition, including their assertion that the claims would have been obvious if Dr. Wang is not considered an inventor and their argument that purported factual issues preclude resolution of their counterclaims at the motion to dismiss stage.

5. Defendants ImStem and Xiaofang Wang do not oppose the filing of this motion.

WHEREFORE, Astellas requests that the Court grant its Motion for Leave to File a Reply to Defendants Opposition to Motion to Dismiss Imstem's and Xiaofang Wang's Counterclaims.

Date:  March 29, 2018                        Respectfully submitted,

/s/ Charles H. Sanders
Charles H. Sanders (BBO #646740)
Charles.Sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001

Michael A. Morin (*pro hac vice*)
Michael.Morin@lw.com
David P. Frazier (*pro hac vice*)
David.Frazier@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
Rebecca.Rabenstein@lw.com
Abigail Amato Rives (*pro hac vice*)
Abby.Rives@lw.com
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Lauren K. Sharkey (*pro hac vice*)
Lauren.Sharkey@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel: (312) 876-7653; Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

NIXON PEABODY LLP

By: /s/  Seth D. Levy
Seth D. Levy (*pro hac vice*)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (*pro hac vice*)
SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)

SPritchett@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Charles H. Sanders*

Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001