# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>   Defendants. | C.A. No. 1:17-cv-12239 |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Michael G. Kebede of Verrill Dana, LLP as counsel for the Defendants ImStem Biotechnology, Inc., Dr. Xiaofang Wang and Dr. Ren-He Xu in the above-captioned matter.

Dated: June 19, 2018

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC. and
DR. XIAOFANG WANG

By their attorney:

/s/ *Michael G. Kebede*
Michael G. Kebede, MA Bar # 688326
VERRILL DANA LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586
(207) 774-4000
mkebede@verrilldana.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2018, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

                                               /s/ *Michael G. Kebede*
                                               Michael G. Kebede