IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,<br><br>      Plaintiffs,<br><br>    v.<br><br>ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu,<br><br>      Defendants. | Civil Action No. 1:17-cv-12239<br><br>Hon. Allison D. Burroughs |

**PLAINTIFFS' NOTICE REGARDING
STATUS OF PARTY APPEARANCES**

Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc., ("SCRMI") (collectively "Plaintiffs") filed the complaint in this case on November 13, 2017. (D.I. 1.)

Plaintiffs served the summons and complaint on domestic defendants Xiaofang Wang and ImStem Biotechnology, Inc. on November 15 and November 20, 2017, respectively. (*See* D.I. 13, 14.) On November 30, 2017, Plaintiffs filed affidavits of service on those defendants with the Court. (*Id.*) Defendants Xiaofang Wang and ImStem Biotechnology, Inc. filed their Answer and Counterclaims on January 10, 2018. (D.I. 20.)

Plaintiffs engaged in service under the Hague Service Convention on the remaining defendant, Ren-He Xu, a resident of Macao. (*See* D.I. 24 (updating Court as to status of service).) Defendant Ren-He Xu filed his Answer on June 8, 2018. (D.I. 33.)

1

Accordingly, Plaintiffs wish to inform the Court that all named parties have now appeared in this matter.  Currently pending is Plaintiffs' Motion to Dismiss Defendants' ImStem Biotechnology, Inc. and Xiaofang Wang's Counterclaims.  (D.I. 21-23 (Motion, Memorandum, and Declaration); D.I. 28 (Opposition to Motion); D.I. 32 (Reply).)  The parties are now engaging in discussions regarding discovery.

Dated:  July 20, 2018						Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/  David P. Frazier
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001

Michael A. Morin (*pro hac vice*)
Michael.morin@lw.com
David P. Frazier (*pro hac vice*)
david.frazier@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
rebecca.rabenstein@lw.com
Abigail Amato Rives (*pro hac vice*)
abby.rives@lw.com
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Lauren K. Sharkey (*pro hac vice*)
lauren.sharkey@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel:  (312) 876-7653; Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*


NIXON PEABODY LLP

By: /s/  Shawn G. Hansen
Seth D. Levy (*pro hac vice*)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (*pro hac vice*)

3

SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

## **LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

I hereby certify that this document and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or otherwise served on Defendants and their counsel in accordance with Local Rule 5.2(a).

Dated: July 20, 2018                                By: /s/     David P. Frazier_____
                                                             David P. Frazier