IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | Civil Action No. 1:17-cv-12239 <br><br> Hon. Allison D. Burroughs |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), Stem Cell & Regenerative Medicine International, Inc., through its authorized representative, and its counsel, hereby certifies that it has conferred with a view to establishing a budget for costs of conducting the full course – and various alternative courses – for the above captioned litigation has conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Dated:  October 8, 2018                                      Respectfully submitted,

                                                                  __/s/ Wontae Cha_____ _____
                                                                  Wontae Cha
                                                                  Chief Executive Officer
                                                                  *Authorized Representative for Stem Cell &*
                                                                  *Regenerative Medicine International, Inc.*

    /s/ Shawn G. Hansen
Shawn G. Hansen
*Counsel for Plaintiff Stem Cell &
Regenerative Medicine International, Inc.*

NIXON PEABODY LLP

Seth D. Levy (*pro hac vice*)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (*pro hac vice*)
SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

*Counsel for Plaintiff Stem Cell &
Regenerative Medicine International, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2018.

    /s/ Shawn G. Hansen
Shawn G. Hansen

4838-6466-8535.1