# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc.,

Plaintiffs,

v.

ImStem Biotechnology, Inc.,
Xiaofang Wang, and
Ren-He Xu,

Defendants.

Civil Action No. 1:17-cv-12239

## NOTICE OF APPEARANCE

Please enter the appearance of Troy K. Lieberman, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Plaintiff Stem Cell & Regenerative Medicine International, Inc. in the above captioned-action.

Dated:  October 11, 2018

Respectfully submitted,

STEM CELL & REGENERATIVE
MEDICINE INTERNATIONAL, INC.

By its attorneys:

/s/ Troy K. Lieberman
Troy K. Lieberman (BBO #681755)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: 617-345-1000
Fax: 617-345-1300
Email: tlieberman@nixonpeabody.com

1

>Seth D. Levy (admitted *pro hac vice*)
>slevy@nixonpeabody.com
>Shawn G. Hansen (admitted *pro hac vice*)
>shansen@nixonpeabody.com
>Sydney Pritchett (BBO #694195)
>spritchett@nixonpeabody.com
>300 South Grand Avenue
>Suite 4100
>Los Angeles, CA 90071-3151
>(213) 629-6000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2018.

>/s/ Troy K. Lieberman
>Troy K. Lieberman