# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR REGENERATIVE
MEDICINE, and STEM CELL & REGENERATIVE
MEDICINE INTERNATIONAL, INC.,

      Plaintiffs,

  v.

IMSTEM BIOTECHNOLOGY, INC., XIAOFANG
WANG, and REN-HE XU,

      Defendants.

C.A. No. 1:17-cv-12239

## NOTICE OF WITHDRAWAL

      NOW COMES Michael G. Kebede and hereby withdraws as counsel of record for

Defendants in the above-captioned proceeding.  Timothy R. Shannon, Esq. and Wayne A.

Keown of this firm will continue to represent Defendants in this matter.


Dated:  January 31, 2019

           Respectfully submitted,


            /s/  *Michael G. Kebede*
           Michael G. Kebede
           VERRILL DANA, LLP
           One Portland Square
           Portland, ME 04101
           (207) 774-4000
           mkebede@verrilldana.com