IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br>　　Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>　　Defendants. | Civil Action No. 1:17-cv-12239-ADB<br><br>Hon. Allison D. Burroughs |

**PLAINTIFFS' ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 16.1(g) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively "Plaintiffs") hereby move to modify the Schedule Order entered in this case (Dkt. 44) to extend the close of fact discovery by eight weeks and adjust the subsequent deadlines accordingly. Defendants ImStem Biotechnology, Inc. ("ImStem"), Xiaofang Wang, and Ren-He Xu (collectively, "Defendants") assent to this motion.

This is a patent inventorship dispute under 35 U.S.C. § 256, with additional state law claims under Massachusetts state tort law and Massachusetts General Laws c. 93A, §§ 1 and 11. The dispute involves highly technical matters relating to patented mesenchymal stem cell inventions.

Fact discovery is currently scheduled to end in one month (Dkt. 44). Despite the parties' diligent, good-faith efforts, the parties need more time than originally anticipated to properly complete document production, discovery requests, and depositions of fact witnesses. The parties have already served and responded to document requests, Plaintiffs have served interrogatories, and both parties have produced documents. However, much remains to be done before the close of fact discovery, and neither party has finished producing documents.

The Court previously granted a 21-day extension of time for Defendants to respond to Plaintiffs' Requests for Production of Documents (Dkt. 46) but did not extend the fact discovery deadline at that time. Due to the previous delay as well as the nature of discovery required in this highly technical dispute, Plaintiffs hereby request that the Court extend the deadline for the close of fact discovery by eight weeks to May 3, 2019 and adjust the subsequent deadlines accordingly.

Plaintiffs respectfully request an extension of the current deadlines to the following, and a proposed order reflecting the modified schedule is attached hereto as Exhibit A.

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery | March 8, 2019 | May 3, 2019 |
| Expert disclosures | April 12, 2019 | June 7, 2019 |
| Rebuttal reports | May 17, 2019 | July 12, 2019 |
| Expert depositions | June 7, 2019 | August 2, 2019 |
| Status conference | March 12, 2019 at 3:30 pm | May 7, 2019, or such date as would be convenient to the Court in May |

Date: February 11, 2019    LATHAM & WATKINS LLP

By: */s/ Charles H. Sanders*
Charles H. Sanders (BBO 646740)
  *Charles.Sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022
Fax: (617) 948-6001


Michael A. Morin (*pro hac vice*)
  *Michael.Morin@lw.com*
David P. Frazier (*pro hac vice*)
  *David.Frazier@lw.com*
Rebecca L. Rabenstein (*pro hac vice*)
  *Rebecca.Rabenstein@lw.com*
Abigail Amato Rives (*pro hac vice*)
  *Abby.Rives@lw.com*
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201


Lauren K. Sharkey (*pro hac vice*)
  *Lauren.Sharkey@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel: (312) 876-7653
Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

NIXON PEABODY LLP

By: /s/ *Shawn G. Hansen*
Seth D. Levy (pro hac vice)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (pro hac vice)
SHansen@nixonpeabody.com 300
South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Troy K. Lieberman (BBO #681755)
TLieberman@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles Sanders, counsel for Astellas, hereby certify that we have conferred with counsel for ImStem, Xiaofang Wang, and Ren-He Xu to resolve or narrow the issues presented in this motion.

Date: February 11, 2019                                         /s/ Charles H. Sanders
                                                                Charles H. Sanders (BBO 646740)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: February 11, 2019

                                                                 /s/ Charles H. Sanders
                                                                Charles H. Sanders (BBO 646740)
                                                                 Charles.Sanders@lw.com
                                                                LATHAM & WATKINS LLP
                                                                John Hancock Tower, 27th Floor
                                                                200 Clarendon Street
                                                                Boston, MA 02116
                                                                Tel: (617) 948-6022
                                                                Fax: (617) 948-6001