IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | Civil Action No. 1:17-cv-12239-ADB<br><br>Hon. Allison D. Burroughs |

**[PROPOSED] ORDER**

BURROUGHS, D.J.

Pursuant to the above motion, and good cause appearing, the Scheduling Order is hereby Modified as follows:

1. All fact discovery, including non-expert depositions, shall be completed by May 3, 2019.

2. Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by June 7, 2019.

3. Rebuttal reports shall be served by July 12, 2019.

4. All expert depositions shall be completed by August 2, 2019.

5. The parties shall appear for a status conference before the Court on _____, 2019 at 3:30 p.m. in Courtroom 17. At that time, the Court will set a deadline for the filing of

dispositive motions and Daubert motions, if needed, and will set a date for trial.

SO ORDERED.

Dated: _____, 2019                              _____

                                                        ALLISON D. BURROUGHS

                                                        U.S. DISTRICT JUDGE