IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br>**Plaintiffs,**<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>**Defendants.** | Civil Action No. 1:17-cv-12239-ADB <br><br> Hon. Allison D. Burroughs |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Seth Levy, hereby withdraws as counsel of record for Plaintiff Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") in this case. Shawn G. Hansen, Sydney Pritchett, and Troy K. Lieberman of Nixon Peabody LLP will continue to represent SCRMI in this case.

Dated: March 13, 2019

Respectfully submitted,

 /s/ Seth Levy
Seth Levy
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
slevy@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 13, 2019                                Respectfully submitted,

                                                                                    */s/ Seth Levy*
                                                                                   Seth Levy
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
slevy@nixonpeabody.com