# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | Civil Action No. 1:17-cv-12239-ADB <br><br><br> Hon. Allison D. Burroughs |

## ASSENTED-TO MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(C)(1) of the Federal Rules of Civil Procedure, the Plaintiffs' respectfully move for entry of the [Stipulated] Joint Protective Order (attached as Exhibit A). All parties to this action have conferred on this [Stipulated] Joint Protective Order and agree to its terms.

1

Dated:  April 22, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/  *Charles H. Sanders*
Charles H.  Sanders (BBO #646740)
charles.sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001


Michael A.  Morin (*pro hac vice*)
Michael.morin@lw.com
David P.  Frazier (*pro hac vice*)
david.frazier@lw.com
Rebecca L.  Rabenstein (*pro hac vice*)
rebecca.rabenstein@lw.com
Abigail Amato Rives (*pro hac vice*)
abby.rives@lw.com
555 Eleventh Street, N.W., Ste.  1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Lauren K.  Sharkey (*pro hac vice*)
lauren.sharkey@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel:  (312) 876-7653; Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*


NIXON PEABODY LLP

By: /s/  *Shawn G. Hansen*
Shawn G.  Hansen (*pro hac vice*)
SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151


(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Troy K. Lieberman (BBO #681755)
TLieberman@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

I, Charles Sanders, counsel for Astellas, hereby certify that counsel for Plaintiffs and Defendants have conferred on the issues presented in and resolved the issues regarding the [Stipulated] Protective Order.

Date: April 22, 2019                              */s/ Charles H. Sanders*
                                                   Charles H. Sanders (BBO 646740)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: April 22, 2019

                                                   */s/ Charles H. Sanders*
                                                   Charles H. Sanders (BBO 646740)
                                                    *Charles.Sanders@lw.com*
                                                   LATHAM & WATKINS LLP
                                                   John Hancock Tower, 27th Floor
                                                   200 Clarendon Street
                                                   Boston, MA 02116
                                                   Tel: (617) 948-6022
                                                   Fax: (617) 948-6001