IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | Civil Action No. 1:17-cv-12239-ADB <br><br> Hon. Allison D. Burroughs |

**PLAINTIFFS' ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 16.1(g) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively "Plaintiffs") hereby move to modify the current Scheduling Order entered in this case (ECF No. 50-1; 51) to extend the close of fact discovery by eight weeks and adjust the subsequent deadlines accordingly. Defendants ImStem Biotechnology, Inc. ("ImStem"), Xiaofang Wang, and Ren-He Xu (collectively, "Defendants") assent to this motion.

This is a patent inventorship dispute under 35 U.S.C. § 256, with additional state law claims under Massachusetts state tort law and Massachusetts General Laws c. 93A, §§ 1 and 11. The dispute involves highly technical matters relating to patented mesenchymal stem cell inventions.

The Court previously granted an Assented-To Motion to Modify the Scheduling Order on February 12, 2019, which extended the deadlines by eight weeks (ECF No. 51). Since that time, the parties have served and responded to document requests, served and responded to interrogatories and requests for production, and both parties have produced documents. However, the parties have been unable to schedule or taken fact depositions due to ongoing disputes regarding document production.

Fact discovery is currently scheduled to end on May 3, 2019 (ECF No. 50-1; 51). Despite the parties' diligent, efforts, the parties need more time than originally anticipated to properly conduct depositions of fact witnesses. Due to the nature of discovery required in this highly technical dispute, Plaintiffs hereby request that the Court extend the deadline for the close of fact discovery by eight weeks to June 28, 2019 and adjust the subsequent deadlines accordingly. Plaintiffs do not, however, request any change to the current date for the status conference set by the Court.

Plaintiffs respectfully request an extension of the current deadlines to the following, and a proposed order reflecting the modified schedule is attached hereto as Exhibit A.

| **Event** | **Current Deadline** | **Revised Deadline** |
| --- | --- | --- |
| Close of fact discovery | May 3, 2019 | June 28, 2019 |
| Expert disclosures | June 7, 2019 | August 2, 2019 |
| Rebuttal reports | July 12, 2019 | September 6, 2019 |
| Expert depositions | August 2, 2019 | September 27, 2019 |
| Status conference | May 14, 2019 | May 14, 2019 (*No change*) |

| | |
|---|---|
| Date: May 2, 2019 | LATHAM & WATKINS LLP |
| | By: /s/ *Charles H. Sanders* |

Charles H. Sanders (BBO 646740)
  *Charles.Sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022
Fax: (617) 948-6001

Michael A. Morin (*pro hac vice*)
  *Michael.Morin@lw.com*
David P. Frazier (*pro hac vice*)
  *David.Frazier@lw.com*
Rebecca L. Rabenstein (*pro hac vice*)
  *Rebecca.Rabenstein@lw.com*
Abigail Amato Rives (*pro hac vice*)
  *Abby.Rives@lw.com*
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

Lauren K. Sharkey (*pro hac vice*)
  *Lauren.Sharkey@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel: (312) 876-7653
Fax: (312) 993-9767

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

NIXON PEABODY LLP

By: /s/ *Shawn G. Hansen*
Seth D. Levy (pro hac vice)
SLevy@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Shawn G. Hansen (pro hac vice)
SHansen@nixonpeabody.com 300
South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
SPritchett@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Troy K. Lieberman (BBO #681755)
TLieberman@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles Sanders, counsel for Astellas, hereby certify that we have conferred with counsel for ImStem, Xiaofang Wang, and Ren-He Xu and they have assented to this motion.

Date: May 2, 2019                         */s/ Charles H. Sanders*
                                          Charles H. Sanders (BBO 646740)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: May 2, 2019

                                           */s/ Charles H. Sanders*
                                          Charles H. Sanders (BBO 646740)
                                           *Charles.Sanders@lw.com*
                                          LATHAM & WATKINS LLP
                                          John Hancock Tower, 27th Floor
                                          200 Clarendon Street
                                          Boston, MA 02116
                                          Tel: (617) 948-6022
                                          Fax: (617) 948-6001