# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,**<br><br>**Defendants.** | Civil Action No. 1:17-cv-12239-ADB<br><br>Hon. Allison D. Burroughs |

**[PROPOSED] ORDER**

BURROUGHS, D.J.

Pursuant to the above motion, and good cause appearing, the Scheduling Order is hereby Modified as follows:

1. All fact discovery, including non-expert depositions, shall be completed by June 28, 2019.

2. Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by August 2, 2019.

3. Rebuttal reports shall be served by September 6, 2019.

4. All expert depositions shall be completed by September 27, 2019.

SO ORDERED.

Dated: _____, 2019

_____
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE