UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF WAYNE A. KEOWN**

Pursuant to L.R. 83.5.3(e)(2), the undersigned counsel for Imstem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu (collectively, "Defendants"), moves that Wayne A. Keown of Verrill Dana LLP be granted leave to appear *pro hac vice* on behalf of the Defendants. A declaration in support of this motion is attached hereto as Exhibit 1.

Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International Inc. assent to the relief sought in this Motion.

| | |
|---|---|
| Dated: May 20, 2019 | /s/ *Timothy R. Shannon* <br> Timothy R. Shannon, MA Bar # 655325 <br> VERRILL DANA LLP <br> One Portland Square <br> Portland, Maine 04101 <br> (207) 774-4000 <br> tshannon@verrilldana.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2019, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

                                         */s/ Timothy R. Shannon*
                                         Timothy R. Shannon