# Exhibit 1

## DECLARATION OF WAYNE A. KEOWN

I, Wayne A. Keown, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an attorney at the firm Verrill Dana LLP at One Portland Square, Portland, Maine 04101.

2. I have been admitted to practice in the State of Massachusetts and the State of Maine, as well as the US Patent and Trademark Office.

3. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6. I am familiar with the Rules of the United States District Court for the District of Massachusetts and I agree to comply with these Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.


Date:   May 20, 2019

                                           */s/ Wayne A. Keown*
                                           Wayne A. Keown

12689008_1