IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br>　　Defendants. | Civil Action No. 1:17-cv-12239-ADB <br><br> Hon. Allison D. Burroughs |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), the undersigned hereby requests leave to withdraw the pro hac vice appearance of Abigail A. Rives of the law firm of Latham & Watkins LLP for Plaintiff, Astellas Institute for Regenerative Medicine ("Astellas"), in this matter.

Ms. Rives has left the employment of Latham & Watkins LLP. Plaintiff will continue to be represented by Charles H. Sanders, Michael A. Morin, David P. Frazier, Lauren K. Sharkey, and Rebecca L. Rabenstein of Latham & Watkins LLP, and therefore no party will be prejudiced if this motion is granted. Plaintiff Stem Cell & Regenerative Medicine International, Inc. and Defendants do not oppose this motion.

WHEREFORE, Plaintiff Astellas respectfully requests that this Court grant the motion for withdrawal from the above-captioned matter.

| | |
|---|---|
| Date: June 4, 2019 | LATHAM & WATKINS LLP |

                                                        By: */s/ Charles H. Sanders*
                                        Charles H. Sanders (BBO 646740)
                                            *Charles.Sanders@lw.com*
                                        John Hancock Tower, 27th Floor
                                        200 Clarendon Street
                                        Boston, MA 02116
                                        Tel: (617) 948-6022
                                        Fax: (617) 948-6001

                                        Michael A. Morin (*pro hac vice*)
                                            *Michael.Morin@lw.com*
                                        David P. Frazier (*pro hac vice*)
                                            *David.Frazier@lw.com*
                                        Rebecca L. Rabenstein (*pro hac vice*)
                                          *Rebecca.Rabenstein@lw.com*
                                        Abigail Amato Rives (*pro hac vice*)
                                          *Abby.Rives@lw.com*
                                        555 Eleventh Street, N.W., Ste. 1000
                                        Washington, DC 20004
                                        Tel: (202) 637-2200
                                        Fax: (202) 637-2201

                                        Lauren K. Sharkey (*pro hac vice*)
                                          *Lauren.Sharkey@lw.com*
                                        330 North Wabash Avenue, Suite 2800
                                        Chicago, IL 60607
                                        Tel: (312) 876-7653
                                        Fax: (312) 993-9767

                                        *Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles Sanders, counsel for Astellas, hereby certify that counsel for Plaintiffs and Defendants have conferred via email on the issues presented in this motion, and all the parties consent to the filing of the Motion for Leave to Withdraw Appearance.

Date: June 4, 2019                                    */s/ Charles H. Sanders*
                                                                   Charles H. Sanders (BBO 646740)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. A true and correct copy of this document was also served on in house counsel, Andrea Tiglio and Yuko Soneoka Gee, for Astellas Institute for Regenerative Medicine.

Date: June 4, 2019

                                                                    */s/ Charles H. Sanders*
                                                                   Charles H. Sanders (BBO 646740)
                                                                    Charles.Sanders@lw.com
                                                                   LATHAM & WATKINS LLP
                                                                   John Hancock Tower, 27th Floor
                                                                   200 Clarendon Street
                                                                   Boston, MA 02116
                                                                   Tel: (617) 948-6022
                                                                   Fax: (617) 948-6001