UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Benjamin M. Stern of the firm of Verrill Dana, LLP, One Boston Place, Suite 1600, Boston, MA 02108, on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU

By their attorney,

*/s/ Benjamin M. Stern*
Benjamin M. Stern, Bar No. 646778
VERRILL DANA, LLP
One Boston Place, Suite 1600
Boston, MA 02108
Tel: (617) 309-2600
bstern@verrilldana.com

Dated:  June 18, 2019

## **CERTIFICATE OF SERVICE**

      I, Benjamin M. Stern, hereby certify that I have this 18th day of June, 2019, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Benjamin M. Stern*
                                              Benjamin M. Stern