UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,**<br><br>**Defendants.** | Civil Action No. 1:17-cv-12239-ADB<br><br>Hon. Allison D. Burroughs |

**NOTICE OF APPEARANCE OF CHARLES H. SANDERS
FOR STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.**

Please enter the appearance of Charles H. Sanders of Latham & Watkins LLP as counsel of record for Plaintiff Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") in the above-captioned matter. Mr. Sanders appeared in this case on behalf of Plaintiff Astellas Institute of Regenerative Medicine ("Astellas") on November 27, 2017 [Dkt. No. 7] and now enters his appearance on behalf of Plaintiff SCRMI as well.

Dated: June 27, 2019

Respectfully submitted,

Stem Cell & Regenerative Medicine International, Inc.,

*/s/ Charles H. Sanders*
Charles H. Sanders (BBO #646740)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617.948.6000
charles.sanders@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2019.

*/s/ Charles H. Sanders*
Charles H. Sanders
