UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-12239-ADB<br><br>Hon. Allison D. Burroughs |

**ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
SHAWN G. HANSEN, SYDNEY PRITCHETT, AND TROY K. LIEBERMAN**

Pursuant to Local Rule 83.5.2(c), undersigned counsel hereby requests leave to withdraw the *pro hac vice* appearance of Shawn G. Hansen, Sydney Pritchett, and Troy K. Lieberman of the law firm of Nixon Peabody LLP for Plaintiff Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") in the above-captioned matter.

Plaintiff SCRMI will now be represented by Charles H. Sanders, Michael A. Morin, David P. Frazier, Lauren K. Sharkey, and Rebecca L. Rabenstein of Latham & Watkins LLP, and therefore no party will be prejudiced if this motion is granted. Plaintiff Astellas Institute for Regenerative Medicine and Defendants do not oppose this motion.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion withdrawing Shawn G. Hansen, Sidney Pritchett, and Troy K. Lieberman of the law firm of Nixon Peabody LLP from the above-captioned matter.

Dated:  June 27, 2019

NIXON PEABODY LLP

By: */s/ Shawn G. Hansen*
Shawn G. Hansen (*pro hac vice*)
  SHansen@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Sydney Pritchett (BBO #694195)
  SPritchett@nixonpeabody.com
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071-3151
(213) 629-6000

Troy K. Lieberman (BBO #681755)
  TLieberman@nixonpeabody.com
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000
*Counsel for Plaintiff Stem Cell & Regenerative Medicine International, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties have conferred and all counsel assent to this motion.

Date: June 27, 2019　　　　　　　　　　　　By: */s/ Shawn G. Hansen*
　　　　　　　　　　　　　　　　　　　　　　　Shawn G. Hansen

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  A true and correct copy of this document was also served on in house counsel, Andrea Tiglio and Yuko Soneoka Gee.

      Date: June 27, 2019

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Shawn G. Hansen*
　　　　　　　　　　　　　　　　　　　　　　Shawn G. Hansen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　*SHansen@nixonpeabody.com*
　　　　　　　　　　　　　　　　　　　　　　300 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 4100
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3151
　　　　　　　　　　　　　　　　　　　　　　(213) 629-6000