# EXHIBIT 16 TO SHARKEY DECLARATION

| | |
|---|---|
| **From:** | Shannon, Timothy |
| **To:** | Rabenstein, Reba (DC); Keown, Wayne |
| **Cc:** | #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM; Frazier, David (DC); slevy@nixonpeabody.com; shansen@nixonpeabody.com; spritchett@nixonpeabody.com; tlieberman@nixonpeabody.com |
| **Subject:** | RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) |
| **Date:** | Sunday, February 10, 2019 10:56:41 PM |
| **Attachments:** | DRAFT Motion to Modify Scheduling Order - with VD edits_12465242(1).DOCX |

Reba,

Attached are redlines sufficient to obtain our assent to this motion. Among other things, the Xu discussion strikes us as argumentative and not yet ripe for motion practice.

We're also prepared to address the PO. Please let me know if you're available to talk tomorrow after noon or Tuesday before 2:00.

Regards,

Tim

**Timothy R. Shannon**, Partner

One Portland Square
Portland, ME 04112-0586
Office: (207) 253-4622
One Boston Place, Suite 1600
Boston, MA 02108-4407
Office: (617) 309-2600
Bio: verrilldana.com/tshannon



**From:** Rebecca.Rabenstein@lw.com [mailto:Rebecca.Rabenstein@lw.com]
**Sent:** Tuesday, February 5, 2019 7:05 PM
**To:** Shannon, Timothy ; Keown, Wayne
**Cc:** ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com; David.Frazier@lw.com; slevy@nixonpeabody.com; shansen@nixonpeabody.com; spritchett@nixonpeabody.com; tlieberman@nixonpeabody.com
**Subject:** RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.)

Tim,

We plan to file the attached motion tomorrow in the Astellas v. ImStem matter to extend the case deadlines, given your failure to respond to our emails or calls regarding this issue.

Please let us know whether you oppose. If we do not hear from you by **3 pm Eastern, Wednesday, February 6**, we will assume you oppose and will file the motion.

Best,

Reba

**Rebecca L. Rabenstein**
**LATHAM & WATKINS** LLP

555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2353

**From:** Rabenstein, Reba (DC) <Rebecca.Rabenstein@lw.com>

**Sent:** Tuesday, February 05, 2019 10:56 AM
**To:** Shannon, Timothy <tshannon@verrilldana.com>; Keown, Wayne <wkeown@verrilldana.com>
**Cc:** #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM <ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com>; Frazier, David (DC) <David.Frazier@lw.com>; slevy@nixonpeabody.com; shansen@nixonpeabody.com; spritchett@nixonpeabody.com; tlieberman@nixonpeabody.com
**Subject:** RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.)

Tim,

I just left you a voicemail regarding my emails from Friday and yesterday. Please let me know when you are available to talk **today** regarding the below issues:

1) Any edits you have to the draft protective order that we circulated January 28.
2) Defendants' deficient production and steps to remedy it. We note that, while you represented on our January 25 meet and confer that Defendants' production last week would be "substantially complete," this production is deficient at least because, for example, it contains documents from only one custodian (Xiaofang Wang); it contains no documents where Ren-He Xu, a named defendant in this action, is the custodian; and the latest date of documents in the production appears to be in June 2013, whereas at least patent prosecution of the '551 patent continued until its issuance in August 2017.
3) Seeking an extension on the deadline for fact discovery in order to efficiently resolve these disputes regarding document production before taking any depositions.

You can also call me on my direct line (202-637-2353) at your convenience.

Best,
Reba

**Rebecca L. Rabenstein**
**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2353

---

**From:** Rabenstein, Reba (DC) <Rebecca.Rabenstein@lw.com>
**Sent:** Monday, February 04, 2019 3:25 PM
**To:** Shannon, Timothy <tshannon@verrilldana.com>; Keown, Wayne <wkeown@verrilldana.com>
**Cc:** #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM <ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com>; Frazier, David (DC) <David.Frazier@lw.com>; slevy@nixonpeabody.com; shansen@nixonpeabody.com; spritchett@nixonpeabody.com; tlieberman@nixonpeabody.com
**Subject:** RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.)

Tim,

Following up on the below, please let us know what times you are available for a meet and confer **tomorrow, February 5**, on the below issues.

Best,
Reba

**Rebecca L. Rabenstein**
**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2353

---

**From:** Rabenstein, Reba (DC) <Rebecca.Rabenstein@lw.com>
**Sent:** Friday, February 01, 2019 10:15 PM

**To:** Shannon, Timothy <tshannon@verrilldana.com>; Keown, Wayne <wkeown@verrilldana.com>
**Cc:** #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM <ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com>; Frazier, David (DC) <David.Frazier@lw.com>; slevy@nixonpeabody.com; shansen@nixonpeabody.com; spritchett@nixonpeabody.com; tlieberman@nixonpeabody.com
**Subject:** Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.)

Tim,

In light of the parties' productions yesterday, we would like to have a meet and confer on **Tuesday, February 5,** on the following issues:

1) Any edits you have to the draft protective order that we circulated January 28.
2) Defendants' deficient production and steps to remedy it. We note that, while you represented on our January 25 meet and confer that Defendants' production last week would be "substantially complete," this production is deficient at least because, for example, it contains documents from only one custodian (Xiaofang Wang); it contains no documents where Ren-He Xu, a named defendant in this action, is the custodian; and the latest date of documents in the production appears to be in June 2013, whereas at least patent prosecution of the '551 patent continued until its issuance in August 2017.
3) Seeking an extension on the deadline for fact discovery in order to efficiently resolve these disputes regarding document production before taking any depositions.

Please let us know when you are available on **Tuesday, February 5,** and we will circulate a meeting maker and dial-in information.

Best,
Reba

**Rebecca L. Rabenstein**
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2353
Fax: +1.202.637.2201
Email: rebecca.rabenstein@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments. Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is

privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.