UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>Defendants. | C.A. NO. 1:17-cv-12239-ADB<br><br>██████████████<br><br>**LEAVE TO FILE UNDER SEAL GRANTED ON 8/2/19 (Dkt. 80)** |

### DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS

I, Timothy R. Shannon, state as follows:

1. I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, counsel of record for the defendants, ImStem Biotechnology, Inc., Ren-He Xu, and Xiaofang Wang (collectively, the "Defendants"). I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

2. Attached hereto as **Exhibit 1** are true and accurate copies of excerpts from the July 29, 2019 deposition of Xiaofang Wang, M.D., Ph.D.

3. Attached hereto as **Exhibit 2** are true and accurate copies of excerpts from the July 3, 2019 deposition of Ren-Xe Hu.

4. Attached hereto as **Exhibit 3** are true and accurate copies of excerpts from the June 18, 2019 deposition of Erin Kimbrel.

5. Attached hereto as **Exhibit 4** are true and accurate copies of excerpts from the June 24, 2019 deposition of Nicholas Arthur Kouris.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of an email thread between myself and counsel for Plaintiffs, Lauren Sharkey, dated June 19-20, 2019.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of an email and attachment Plaintiffs produced bearing Bates number AIRM00037250-387.  Plaintiffs redacted and withheld the email (AIRM00037250) in their production.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of an email and attachment Plaintiffs produced bearing Bates number AIRM00226256-AIRM00226393.  Plaintiffs redacted and withheld the email (AIRM00226256) in their production.  The attachment to the email (AIRM00226257-393) is identical to the document attached to the email in Ex. 6 (AIRM00037251-387).   In an effort to streamline Defendants' submission, I only attached the first and last pages of AIRM00226257-393.  If, however, the Court wishes to see Ex. 7 in its entirety, I would be happy to provide it.

9.  Attached hereto as **Exhibit 8** is a true and accurate copy of a screenshot of metadata Plaintiffs produced (on or about June 20, 2019) for the emails and attachments at Exs. 6 & 7.  This metadata was then loaded into my firm's document review software, and a screenshot was created therefrom.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of an email Plaintiffs produced bearing Bates number AIRM00296171-72.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of excerpted pages from Plaintiffs' privilege log, which was provided to Defendants on July 29, 2019.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of U.S. Patent Application No. US 2015/2023820.

Signed under the pains and penalties of perjury this 5th day of August, 2019.

/s/ *Timothy R. Shannon*
Timothy R. Shannon

**CERTIFICATE OF SERVICE**

I hereby certify that I caused an unredacted copy of this document to be filed by hand as of the date below. A redacted copy will be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants.

Dated: August 5, 2019                             /s/ *Timothy R. Shannon*
                                                  Timothy R. Shannon