# EXHIBIT 1

264

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 1:17-cv-12239

---

ASTELLAS INSTITUTE FOR REGENERATIVE        )
MEDICINE, AND STEM CELL & REGENERATIVE     )
MEDICINE INTERNATIONAL, INC.,              )
       Plaintiffs,                         )
       vs.                                 )
IMSTEM BIOTECHNOLOGY, INC., XIAOFANG       )
WANG, AND REN-HE XU,                       )
       Defendants.                         ) HIGHLY
_____) CONFIDENTIAL


CONTINUED VIDEOTAPED DEPOSITION OF XIAOFANG WANG, MD, PhD, called as a witness by and on behalf of the Plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Latham & Watkins LLP, 200 Clarendon Street, Boston, Massachusetts, on Monday, July 29, 2019, commencing at 1:13 p.m.

369

1   models.
2       Q.   Let me show you what's been previously
3   marked as Exhibit 71.  It's a copy of US Patent
4   8,963,321.
5       A.   (Witness reviews document.)
6            (Exhibit 71, previously marked.)
7       Q.   So if you look at -- have you reviewed the
8   '321 patent before?
9       A.   Yes.
10      Q.   And when have you reviewed the '321
11  patent?
12      A.   So only until recently, and I think is
13  after my deposition I carefully review this one.
14  Before the deposition I know this patent, but I
15  didn't spend time to carefully review this.
16      Q.   All right.  So if you look at column 9.
17      A.   Which page?
18      Q.   It's -- if you look at the column numbers
19  at the top of the page, it has a number 9 at the
20  top.
21      A.   Uh-huh.  (Witness reviews document.)  Ah,
22  here.
23      Q.   Yeah.  And you see there's a discussion of
24  the figures, figure 11, 11B, 12, and then figure
25  13?