# EXHIBIT 2

CONFIDENTIAL

Xu, Ren-He                                              July 3, 2019

                                                                    1

                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR          )
REGENERATIVE MEDICINE, AND      )
STEM CELL & REGENERATIVE        )
MEDICINE INTERNATIONAL, INC.,   )
                                )
        Plaintiffs,             )
                                )
    vs.                         ) C.A. No.
                                ) 1:17-cv-12239
IMSTEM BIOTECHNOLOGY, INC.,     )
XIAOFANG WANG, and REN-HE XU,   )
                                )
                                )
        Defendants.             )
_____)

              *CONFIDENTIAL - PROTECTIVE ORDER*

   VIDEOTAPED DEPOSITION OF REN-HE XU, taken on behalf of the Plaintiffs, at 12670 High Bluff Drive, San Diego, California, commencing at 9:19 a.m. and ending at 5:10 p.m., Wednesday, July 3, 2019.

Reported by:
Audrey L. Ricks
CSR No. 12098, CCR, RPR, CLR

### 178

1  collaborative data, the data from us, especially the  
2  in vivo data, in international conference.  
3       Secondly, they had a plot to block our  
4  publication. So our collaboration was, in my mind  
5  was all about the publication in good quality  
6  journal, but they had a plot to prevent that. And  
7  they took -- they wanted to take all the credit. So  
8  I feel unfortunate to collaborate with them.  
9  BY MR. FRAZIER:  
10     Q    But you were given cells and a protocol;  
11  correct?  
12          MR. SHANNON: Objection.  
13          THE WITNESS: I said I feel unfortunate.  
14  If I didn't get the cells from them, I would have  
15  our own TMSC method as well.  
16  BY MR. FRAZIER:  
17     Q    But you didn't describe the TMS -- the  
18  TMSC method in this grant application; right?  
19     A    At that time we didn't include the -- that  
20  method. That was in -- under filing, I think, maybe  
21  at that time. I'm not very clear.  
22          First -- secondly, it's because, as I  
23  said, no matter which method you make, the grant  
24  application is the same. You -- you are targeting a  
25  highly devastating disease in the west, and using a  

### 179

1  new cell type. So that's -- and especially this new  
2  cell type we found it has much lower  
3  pro-inflammatory factor IO6 and we could also use  
4  mitotically-inactivated cells for the treatment.  
5  These are all blessing, you know, for patients. So  
6  that's -- those ideas matter.  
7       Also you use MSC to treat the disease,  
8  there's already tons of papers, tons of ideas. But  
9  to use this ES-derived MSC to treat this disease  
10  with low prolif -- pro-inflammatorous cytokine IO6  
11  and mitotically-inactivated cells instead of  
12  mitotically-active cells, this significantly reduced  
13  the bio safety concern.  
14     Q    Right. And -- and you obviously were not  
15  the first one to come up with the idea of  
16  mitotically inactivating stem cells; correct?  
17     A    Mitotically inactivating cells is not new,  
18  but mitotically inactivated ES-derived MSC is new.  
19  It's important.  
20     Q    It was only new because they were a new  
21  cell type as taught to you by ACT; right?  
22          MR. SHANNON: Objection.  
23          THE WITNESS: It's new because we tell --  
24  clearly tell people that mitotically inactivation  
25  doesn't matter for the cell effects. So you can  

### 180

1  inhibit or inactivate the mitosis of the cells. The  
2  cells still have effect.  
3       This is very good news to patients. So  
4  it's dramatically reduced the bio safety. You don't  
5  need to concern the cells will proliferate in your  
6  body. Those cells are from an ES cell line, right?  
7  You don't want that. So this is great news.  
8  BY MR. FRAZIER:  
9     Q    Other people had already  
10  mitotically-inactivated MSC cells before using them  
11  in animal models; correct?  
12     A    I don't think so.  
13     Q    Have you studied the literature on that?  
14     A    We searched around and we didn't see  
15  similar reports before.  
16          That's why I feel Xiaofang is a really  
17  brilliant scientist. I was very fortunate to have  
18  him as my postdoc, so he really had good background  
19  in immunology training and also he capture a lot  
20  from my stem cell research and developed very fast.  
21  He's a very good scientist.  
22          MR. FRAZIER: All right. Let me show you  
23  what's been previously marked as Exhibit 50.  
24          (Previously marked Exhibit 50  
25          reviewed by the witness.)  

### 181

1  BY MR. FRAZIER:  
2     Q    My question is, do you recognize what  
3  Exhibit 50 is?  
4     A    No. First time to me.  
5     Q    You haven't seen this one before?  
6     A    No.  
7     Q    Okay. All right. Are you aware that  
8  there were various presentations of information made  
9  to potential investors in ImStem?  
10     A    I knew they were looking for some more  
11  investment. Yeah.  
12     Q    All right. But you didn't review either  
13  the -- the business plan or the slides that are  
14  attached to Exhibit 50?  
15     A    No.  
16          MR. FRAZIER: Let's see. There's another  
17  one in the stack there in front of you that is  
18  Exhibit 66.  
19          (Previously marked Exhibit 66  
20          reviewed by the witness.)  
21  BY MR. FRAZIER:  
22     Q    You see Exhibit 66 is another collection  
23  of e-mails, this time from August of 2013?  
24     A    Yeah. There's -- it's talking about mice.  
25     Q    Yeah. So you see it begins on page 31134