# EXHIBIT 4

# FILED UNDER SEAL

Leave to File Under Seal Granted on August 2, 2019
(Dkt. No. 80)