# EXHIBIT 5

## Ben Stern

| | |
|---|---|
| **From:** | Lauren.Sharkey@lw.com |
| **Sent:** | Thursday, June 20, 2019 1:37 AM |
| **To:** | Timothy Shannon; Rebecca.Rabenstein@lw.com; David.Frazier@lw.com; ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com; spritchett@nixonpeabody.com; shansen@nixonpeabody.com; tlieberman@nixonpeabody.com |
| **Cc:** | Jennifer Harrell; Ben Stern |
| **Subject:** | RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) - Missing metadata |
| **Attachments:** | CustodianOL.zip |

Tim,

Attached is an overlay that has custodian, bates and file name information for the redacted documents. The password for this zip file is &38@dkwW. We are working on obtaining the additional metadata and will get it to you via another overlay as quickly as possible. We note that the first time you raised this issue was on June 19 at 11:14 pm, despite the fact that we produced documents to you on :

| Production Volume | Date Produced |
|---|---|
| 0001 | January 30, 2019 |
| 0002 | February 8, 2019 |
| 0003 | February 19, 2019 |
| 0004 & 0004a | March 29, 2019 |
| 0005 & 0006 | April 23, 2019 |
| 0007 | June 13, 2019 |

Kind regards,

Lauren

**From:** Sharkey, Lauren (CH) <Lauren.Sharkey@lw.com>
**Sent:** Wednesday, June 19, 2019 10:57 PM
**To:** Timothy Shannon <tshannon@verrilldana.com>; Rabenstein, Reba (DC) <Rebecca.Rabenstein@lw.com>; Frazier, David (DC) <David.Frazier@lw.com>; #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM <ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com>; 'spritchett@nixonpeabody.com' <spritchett@nixonpeabody.com>; 'shansen@nixonpeabody.com' <shansen@nixonpeabody.com>; 'tlieberman@nixonpeabody.com' <tlieberman@nixonpeabody.com>
**Cc:** Jennifer Harrell <jharrell@verrilldana.com>; Ben Stern <bstern@verrilldana.com>
**Subject:** RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) - Missing metadata

Tim,

This is the first I am hearing of this--could you provide me the bates of an example or two so I can look into the issue?

1

Thank you,

Lauren

**From:** Timothy Shannon <tshannon@verrilldana.com>
**Sent:** Wednesday, June 19, 2019 10:14 PM
**To:** Sharkey, Lauren (CH) <Lauren.Sharkey@lw.com>; Rabenstein, Reba (DC) <Rebecca.Rabenstein@lw.com>; Frazier, David (DC) <David.Frazier@lw.com>; #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM <ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com>; 'spritchett@nixonpeabody.com' <spritchett@nixonpeabody.com>; 'shansen@nixonpeabody.com' <shansen@nixonpeabody.com>; 'tlieberman@nixonpeabody.com' <tlieberman@nixonpeabody.com>
**Cc:** Jennifer Harrell <jharrell@verrilldana.com>; Ben Stern <bstern@verrilldana.com>
**Subject:** Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) - Missing metadata

Lauren & Reba,

It has come to our attention that the Plaintiffs removed metadata from approximately 3200 redacted documents in the Astellas production. This includes both relevancy redactions and privilege redactions. By way of example, the custodian field is blank for over 3,000 documents. We consider this improper and assume it was an oversight. For documents containing relevancy redactions, the document by definition contains at least some responsive information; the metadata is associated with that responsive information. For documents containing privilege redactions, the document likewise contains non-privileged and responsive information, for which the metadata may be necessary to confirm privilege.

This is causing several problems. Most immediately, it's causing us to miss documents in our filtering, searching, analysis, and preparation for depositions. Please provide overlay load files containing the metadata fields agreed upon in the Court's ESI order ASAP. If you provide it by tomorrow morning we will endeavor to run our searches for Lanza in time to use them in the deposition.

Regards,
Tim


**Timothy R. Shannon**, Partner
One Portland Square
Portland, ME 04112-0586
Office: (207) 253-4622
One Boston Place, Suite 1600
Boston, MA 02108-4407
Office: (617) 309-2600
Bio: verrilldana.com/tshannon

Verrill Dana

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.

2