# EXHIBIT 8

PCT Application in Astellas' production:







Withheld as Privilege

Document Details

AIRM-002

AIRM00226256

Native Viewer | Image | Production | Extracted Text | Transcript

1   of 1

1   of 1

---

Search Results | Search Criteria

DOCUMENTS: All Documents   ▾   C   | actions ▾

| ☐ | EVIXID ▾ | BegAttach (Include Family) ▾ | DocType ▾ | Atty |
| ☐ | AIRM00226256 | AIRM00226256 | | |

1  - 1 of 1      25  ▾  items per page

| RECORD | | edit | coding forms: Review Coding (Natives) ▾ | ,>> |
|--------|--|------|----------------------------------------|-----|

| Field | Value |
|-------|-------|
| EVIXID | AIRM00226256 |
| BegAttach (Include Fami | AIRM00226256 |
| DocType | |
| Atty Notes | |
| DateSort | 02-21-2014 12:00 AM |
| Custodian | Lu, John |
| Email From | Erin Kimbrel |
| Email To | Shi-liang Lu <S.Lu.l@advancedcell.com>; |
| Email Subject | FW: The other IMStem PCT application |
| DateSent | 02-21-2014 |
| TimeSent | 15:58:05 |
| FileName | |
| Hidden Properties | |
| Search Hits | |
| Prod BegBates | AIRM00226256 |
| Prod EndBates | AIRM00226256 |
| DateCreated | MM-dd-yyyy |
| DateLastMod | MM-dd-yyyy |

1    of 1

Tag Group: Doc Review | Designatic | Tag Group: Privilege

RELATIONSHIPS ▾

Family   ▾

| EVIXID | DocType | DateSort | Email From | DateSent | FileName |
|--------|---------|----------|-----------|----------|----------|
| AIRM00226256 | | 02-21-2014 12:00 AM | Erin Kimbrel | 02-21-2014 | |
| AIRM00226257 | | 02-21-2014 12:00 AM | | | WOI4011407 (H8-MSC).pdf |

