UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. NO. 1:17-cv-12239-ADB |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
PLAINTIFFS' MOTION TO AMEND COMPLAINT
(AND CERTAIN SUPPORTING DOCUMENTS) UNDER SEAL**

Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. respectfully move, pursuant to Local Rule 7.2 and the Protective Order in this action (Doc. No. 55), to seal Plaintiffs' forthcoming Motion to Amend Complaint, and certain exhibits to the Declaration of Lauren Sharkey in support thereof.

Pursuant to the Protective Order entered in this case, parties may designate technical or commercially sensitive and confidential information as "Confidential" or "Highly Confidential." Such information may not be disclosed publicly without a court order. (Doc. No. 55, Section V.B). Plaintiffs seek leave to file under seal ten or fewer emails between Plaintiffs and Defendants and excerpts of deposition transcripts from Drs. Xu, Wang, Kimbrel and Lanza in connection with the Sharkey declaration, all of which have been designated as Confidential or Highly Confidential. In addition, Plaintiffs seek leave to file under seal Plaintiffs' Motion to Amend Complaint, and to file a redacted version of same publicly. The Motion reveals throughout its text the contents of the foregoing materials that have been designated Confidential or Highly Confidential under the Protective Order.

Counsel for Plaintiffs has conferred with counsel for Defendants who has indicated that Defendants assent to the motion but that Defendants are honoring the document designations (which requires a filing under seal) and are not waiving their rights to challenge the designation as to excerpts of documents or to documents in their entirety at a later point.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion seeking leave to file said documents under seal.

Dated: September 10, 2019

Respectfully submitted,

/s/ Charles H. Sanders
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (pro hac vice)
David P. Frazier (pro hac vice)
Rebecca L. Rabenstein (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Lauren K. Sharkey (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
lauren.sharkey@lw.com

*Attorneys for Plaintiffs*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties have conferred and Defendants assent to this motion.

/s/ Charles H. Sanders
Charles H. Sanders

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on September 10, 2019 to those identified as non-registered participants.

/s/ Charles H. Sanders
Charles H. Sanders
