UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. NO. 1:17-cv-12239-ADB |

## JOINT STIPULATION REGARDING
## U.S. PATENT APPLICATION NO. 15/656,473

Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively "Plaintiffs" or "Astellas") and Defendants ImStem Biotechnology, Inc. ("ImStem"), Xiaofang Wang, and Ren-He Xu (collectively, "Defendants" or "ImStem")) file this Joint Stipulation regarding United States Patent Application No. 15/656,473 ("the '473 Application"), which is a divisional application of ImStem's U.S. Patent No. 9,745,551 ("the '551 Patent").

The Parties hereby stipulate that any final judgment of the Court with respect to Plaintiffs' Count I (Correction of Inventorship for the '551 Patent: Drs. Kimbrel and Lanza as Sole Joint Inventors) and Count II (In the Alternative, Correction of Inventorship for the '551 Patent: Drs. Kimbrel and Lanza as Joint Inventors with the Currently Named Inventors) will apply with equal force to the patent issued from the '473 Application.

The Parties reserve all rights concerning the relevance or admissibility of evidence concerning the '473 Application at trial or any other proceeding in this case.

Dated: September 12, 2019

Respectfully submitted,

/s/ David P. Frazier_____
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (pro hac vice)
David P. Frazier (pro hac vice)
Rebecca L. Rabenstein (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Lauren K. Sharkey (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Telephone: (312) 876-7653
Facsimile: (312) 993-9767
lauren.sharkey@lw.com

*Counsel for Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc.*

/s/ Timothy R. Shannon_____
Timothy R. Shannon (BBO# 655325)
VERRILL DANA LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 774-4000
tshannon@verrilldana.com
wkeown@verrilldana.com

Benjamin M. Stern (BBO# 646778)
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02110
Telephone: (617) 309-2600
bstern@verrilldana.com

*Counsel for Defendants ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on September 12, 2019 to those identified as non-registered participants.

                                      /s/ David P. Frazier\
                                      David P. Frazier