UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. NO. 1:17-cv-12239-ADB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rules 15 and 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. ("SCRMI") (collectively "Plaintiffs") hereby move for leave to file an Amended Complaint adding a new count for breach of contract.

In support, Plaintiffs rely on the memorandum submitted concurrently herewith and the accompanying declaration of Lauren K. Sharkey and exhibits. A copy of Plaintiffs' proposed Amended Complaint is attached hereto as Exhibit A. A redline version of the proposed Amended Complaint is attached hereto as Exhibit B.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave to File an Amended Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument on their Motion for Leave to File an Amended Complaint.

Dated: September 13, 2019

Respectfully submitted,

/s/ David P. Frazier
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (pro hac vice)
David P. Frazier (pro hac vice)
Rebecca L. Rabenstein (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Lauren K. Sharkey (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
lauren.sharkey@lw.com

*Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiffs has conferred with counsel for ImStem, Xiaofang Wang, and Ren-He Xu in a good faith effort to resolve or narrow the issues presented in this motion.  Defendants oppose the motion.

    /s/ David P. Frazier   _____
    David P. Frazier

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on September 13, 2019 to those identified as non-registered participants.

    /s/  David P. Frazier
    David P. Frazier