UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | C.A. No. 1:17-cv-12239 |

## NOTICE OF WITHDRAWAL

NOW COMES Wayne A. Keown and hereby withdraws as counsel of record for Defendants in the above-captioned proceeding. Timothy R. Shannon, Esq. and Benjamin M. Stern, Esq. of Verrill Dana LLP will continue to represent Defendants in this matter.

Dated:  September 13, 2019            Respectfully submitted,


                                       /s/  *Wayne A. Keown*
                                      Wayne A. Keown
                                      VERRILL DANA LLP
                                      One Portland Square
                                      Portland, ME 04101
                                      (207) 774-4000
                                      wkeown@verrilldana.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Timothy R. Shannon*
Timothy R. Shannon
