## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., | |
| Plaintiffs, | Civil Action No. 1:17-cv-12239-ADB |
| v. | |
| IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, | Hon. Allison D. Burroughs |
| Defendants. | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to L.R. 16.1(g), the Court's instructions to counsel during the July 23, 2019 status conference, and the Court's August 21, 2019 Memorandum and Order (ECF No. 85), Defendants ImStem Biotechnology, Inc. ("ImStem"), Xiaofang Wang, and Ren-He Xu (collectively, "Defendants") and Plaintiffs Astellas Institute for Regenerative Medicine ("Astellas") and Stem Cell & Regenerative Medicine International, Inc. (collectively, "Plaintiffs") hereby move to modify and extend the most recent Scheduling Order entered in this case (ECF Nos. 56, 57) to alter the dates for expert discovery and to provide additional dates for the remainder of the case.  In support of this Joint Motion, the parties state as follows:

During the July 23, 2019 status conference, the Court considered the parties' proposed schedules, stated that it wanted trial scheduled for April 2020, and ordered the parties jointly to propose a schedule that fit within that timeframe.  Since that status conference, the Court has

granted Defendants' motion to amend their Counterclaims (ECF. No. 85) to add a counterclaim concerning U.S. Patent No. 8,963,321 (the "'321 patent"), Defendants have filed their Amended Counterclaims and Plaintiffs have answered (ECF Nos. 91, 92), and the parties have completed all outstanding fact discovery – except for 1) a supplemental deposition of Dr. Xu directed to the '321 patent, which is scheduled for October 1, 2019, and 2) the parties' respective  responses to previously-served interrogatories regarding Defendants' newly allowed counterclaim concerning the '321 patent.   In addition, on September 12, 2019, the parties filed a joint stipulation regarding a divisional application of ImStem's U.S. Patent No. 9,745,551.  And on September 13, 2019, Plaintiffs filed their motion for leave to file an amended complaint to add a new count for breach of contract, which is pending.

The parties have met and conferred and respectfully request the following schedule for the remainder of this case.  A proposed order reflecting the new deadlines is attached as Exhibit A.

| Event | Proposed Date |
|---|---|
| Deadline for completion of outstanding fact discovery | Complete, except as to 1) the Xu deposition (scheduled for October 1, 2019) and 2) interrogatories regarding the newly allowed counterclaim concerning the '321 patent (deadlines below) |
| Deadline to serve interrogatories regarding Defendants' newly allowed counterclaim concerning the '321 patent | September 17, 2019 |
| Opening expert reports | October 4, 2019 |
| Deadline to respond to interrogatories regarding Defendants' newly allowed counterclaim concerning the '321 patent | October 15, 2019 |
| Rebuttal expert reports | November 1, 2019 |
| Completion of expert discovery | December 4, 2019 |
| Motions for summary judgment, and opening briefs | December 19, 2019 |
| Oppositions to motions for summary judgment | January 10, 2020 |
| Replies to motions for summary judgment | January 24, 2020 |

| Event | Proposed Date |
|---|---|
| Oral argument on motions for summary judgment | At the Court's convenience the weeks of February 3 or 10, 2020 |
| Initial pretrial conference | At the Court's convenience the weeks of February 3 or 10, 2020 |
| Parties exchange lists of previously disclosed fact witnesses, including experts who are expected to provide fact testimony, that they intend to call at trial and any deposition designations | February 21, 2020 |
| Parties exchange lists of exhibits that they intend to use at trial | February 21, 2020 |
| Motions in limine and Daubert motions, and opening briefs | February 28, 2020 |
| Oppositions to any motions in limine or Daubert motions | March 18, 2020 |
| Reply to any motions in limine or Daubert motions | March 25, 2020 |
| Parties exchange list of rebuttal fact witnesses they intend to call at trial, and objections to any designated deposition testimony and any counter-designations | March 27, 2020 |
| Parties exchange objections to exhibits intended to be used at trial | March 25, 2020 |
| Oral argument on Daubert motions and motions in limine | At the Court's convenience the week of March 30, 2020 |
| Joint pretrial memorandum due per L.R. 16.5(d) | April 10, 2020, or no later than 7 days before the final pretrial conference |
| Deadline to file proposed voir dire, proposed jury instructions, and/or a special verdict form | April 13, 2020 |
| Final pretrial conference | At the Court's convenience, or during week of April 13, 2020 |
| Trial Brief due per L.R. 16.5(f) | April 15, 2020 |
| Trial | 2 weeks beginning on April 27, 2020 |

Date: September 18, 2019

Respectfully submitted,

/s/ Rebecca L. Rabenstein
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (pro hac vice)
David P. Frazier (pro hac vice)
Rebecca L. Rabenstein (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Lauren K. Sharkey (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Telephone: (312) 876-7653
Facsimile: (312) 993-9767
lauren.sharkey@lw.com

*Counsel for Plaintiffs Astellas Institute for
Regenerative Medicine and Stem Cell &
Regenerative Medicine International, Inc.*

/s/ Timothy R. Shannon
Timothy R. Shannon (BBO# 655325)
VERRILL DANA LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 774-4000
tshannon@verrill-law.com

Benjamin M. Stern (BBO# 646778)
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02110
Telephone: (617) 309-2600
bstern@verrill-law.com

*Counsel for Defendants ImStem
Biotechnology, Inc., Xiaofang Wang, and
Ren-He Xu*

## __CERTIFICATE OF SERVICE__

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: September 18, 2019

/s/ Timothy R. Shannon
Timothy R. Shannon