# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., | |
| Plaintiffs, | Civil Action No. 1:17-cv-12239-ADB |
| v. | |
| IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, | Hon. Allison D. Burroughs |
| Defendants. | |

## [PROPOSED] SCHEDULING ORDER

BURROUGHS, D.J.

Pursuant to the parties' joint motion, and good cause appearing, the Scheduling Order is

hereby modified as follows:

| Event | Proposed Date |
|---|---|
| Deadline for completion of outstanding fact discovery | Complete, except as to 1) the Xu deposition (scheduled for October 1, 2019) and 2) interrogatories regarding the newly allowed counterclaim concerning the '321 patent (deadlines below) |
| Deadline to serve interrogatories regarding Defendants' newly allowed counterclaim concerning the '321 patent | September 17, 2019 |
| Opening expert reports | October 4, 2019 |
| Deadline to respond to interrogatories regarding Defendants' newly allowed counterclaim concerning the '321 patent | October 15, 2019 |
| Rebuttal expert reports | November 1, 2019 |
| Completion of expert discovery | December 4, 2019 |
| Motions for summary judgment, and opening briefs | December 19, 2019 |

| Event | Proposed Date |
|---|---|
| Oppositions to motions for summary judgment | January 10, 2020 |
| Replies to motions for summary judgment | January 24, 2020 |
| Oral argument on motions for summary judgment | At the Court's convenience the weeks of February 3 or 10, 2020 |
| Initial pretrial conference | At the Court's convenience the weeks of February 3 or 10, 2020 |
| Parties exchange lists of previously disclosed fact witnesses, including experts who are expected to provide fact testimony, that they intend to call at trial and any deposition designations | February 21, 2020 |
| Parties exchange lists of exhibits that they intend to use at trial | February 21, 2020 |
| Motions in limine and Daubert motions, and opening briefs | February 28, 2020 |
| Oppositions to any motions in limine or Daubert motions | March 18, 2020 |
| Reply to any motions in limine or Daubert motions | March 25, 2020 |
| Parties exchange list of rebuttal fact witnesses they intend to call at trial, and objections to any designated deposition testimony and any counter-designations | March 27, 2020 |
| Parties exchange objections to exhibits intended to be used at trial | March 25, 2020 |
| Oral argument on Daubert motions and motions in limine | At the Court's convenience the week of March 30, 2020 |
| Joint pretrial memorandum due per L.R. 16.5(d) | April 10, 2020, or no later than 7 days before the final pretrial conference |
| Deadline to file proposed voir dire, proposed jury instructions, and/or a special verdict form | April 13, 2020 |
| Final pretrial conference | At the Court's convenience, or during week of April 13, 2020 |
| Trial Brief due per L.R. 16.5(f) | April 15, 2020 |

| Event | Proposed Date |
|-------|---------------|
| Trial | 2 weeks beginning on April 27, 2020 |

SO ORDERED.

Dated: _____, 2019

_____

ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE