# EXHIBIT  3

# TO THE
# 9/27/19 STERN DECLARATION

# Leave to File Under Seal Granted on September 24, 2019
# (Dkt. No. 105)