# EXHIBIT 4

# TO THE
# 9/27/19 STERN DECLARATION



| | |
|---|---|
| **From:** | Rebecca.Rabenstein@lw.com |
| **Sent:** | Thursday, September 5, 2019 7:58 PM |
| **To:** | Timothy Shannon; Ben Stern; Jennifer Harrell |
| **Cc:** | ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com |
| **Subject:** | Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) -- Answer to Amended Counterclaims |
| **Attachments:** | 2019.09.05 DRAFT_Astellas Answer to Defendants' Amended Counterclaims.pdf |

Tim and Ben,

First, as discussed with Ben last week, attached is Plaintiffs' proposed Answer to Defendants' Amended Counterclaims, which adds a nearly identical affirmative defense of statute of limitations as the one you added to your Amended Answer. Please confirm that you consent to this addition and we will finalize and file.

Second, please let us know when you are available tomorrow, Sept. 6, or Monday, Sept. 9, for a meet and confer regarding Plaintiffs' proposed motion for leave to amend our Complaint. In that motion, Plaintiffs will be seeking leave to add correction of inventorship claims on ImStem's recently allowed patent application and a breach of contract claim.

We are happy to circulate a calendar invitation with dial-in information once we have settled on a time.

Best,
Reba

**Rebecca L. Rabenstein**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2353
Fax: +1.202.637.2201
Email: rebecca.rabenstein@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.