# EXHIBIT 6

# TO THE
# 9/27/19 STERN DECLARATION

**Leave to File Under Seal Granted on September 24, 2019**

**(Dkt. No. 105)**