UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. NO. 1:17-cv-12239-ADB |

### ASSENTED-TO MOTION FOR BRENDA L. DANEK AND YI SUN TO APPEAR *PRO HAC VICE*

The undersigned, counsel for Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. (collectively "Astellas") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Brenda L. Danek and Yi Sun of Latham and Watkins LLP be permitted to appear as counsel for Astellas and practice in this Court *pro hac vice*.   The certifications of Attys. Danek and Sun are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated:  November 13, 2019           Respectfully submitted,

/s/ Charles H. Sanders
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

*Attorney for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

    Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties have conferred and Defendants assent to this motion.

                                      /s/ Charles H. Sanders
                                      Charles H. Sanders

## CERTIFICATE OF SERVICE

    I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on November 13, 2019 to those identified as non-registered participants.

                                      /s/ Charles H. Sanders
                                      Charles H. Sanders