UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239-ADB |

**CERTIFICATION OF BRENDA L. DANEK
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Brenda L. Danek, hereby state as follows:

1. I am an associate at Latham & Watkins LLP, located at 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611.

2. I have been retained to represent Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I have been admitted to practice in the state of Illinois, the U.S. Patent and Trademark Office, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5.	There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.	I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 12, 2019						/s/ Brenda L. Danek
								Brenda L. Danek