UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Astellas Institute for Regenerative Medicine, and Stem Cell & Regenerative Medicine International, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, <br><br> Defendants. | C.A. No. 1:17-cv-12239-ADB |

**CERTIFICATION OF YI SUN
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Yi Sun, hereby state as follows:

1. I am an associate at Latham & Watkins LLP, located at 12670 High Bluff Drive, San Diego, CA 92130.

2. I have been retained to represent Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I have been admitted to practice in the states of California and Massachusetts, and in the U.S. Patent and Trademark Office.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 12, 2019                                    /s/ Yi Sun
                                                                                                          Yi Sun