UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. No. 1:17-cv-12239 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Martha C. Gaythwaite of the firm of Verrill Dana, LLP, One Portland Square, Portland, Maine 04101, on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU

By their attorney,

 */s/ Martha C. Gaythwaite*
Martha C. Gaythwaite, Bar No. 187650
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
Tel: (207) 774-4000
mgaythwaite@verrill-law.com

Dated: February 26, 2020

## CERTIFICATE OF SERVICE

    I, Martha C. Gaythwaite, hereby certify that I have this 26 day of February, 2020, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Martha C. Gaythwaite*
                                                Martha C. Gaythwaite