UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | C.A. NO. 1:17-cv-12239-DJC<br><br>**FILED UNDER SEAL**<br><br>**LEAVE TO FILE GRANTED ON 3/16/20 (Dkt. 168)** |

### DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE*

I, Timothy R. Shannon, state as follows:

I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, counsel of record for the defendants ImStem Biotechnology, Inc., Ren-He Xu, and Xiaofang Wang (collectively, the "Defendants"). I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and accurate copy of Excerpts from the Opening Expert Report of Dr. Lisa Fortier, dated October 4, 2019;

2. Attached hereto as **Exhibit 2** is a true and accurate copy of Excerpts from the Rebuttal Expert Report of Dr. Lisa Fortier, dated November 1, 2019;

3. Attached hereto as **Exhibit 3** is a true and accurate copy of Excerpts from the transcript of the Deposition of Dr. Lisa Fortier, dated December 4, 2019;

4. Attached hereto as **Exhibit 4** is a true and accurate copy of Excerpts from the Opening Expert Report of Dr. Ali H. Brivanlou, dated October 4, 2019;

5. Attached hereto as **Exhibit 5** is a true and accurate copy of Excerpts from the transcript of the Deposition of Dr. Erin Kimbrel, dated June 18, 2019;

6. Attached hereto as **Exhibit 6** is a true and accurate copy of Excerpts from the transcript of the Deposition of Dr. Robert Lanza, dated June 20, 2019;

7. Attached hereto as **Exhibit 7** is a true and accurate copy of Excerpts from the transcript of the August 8, 2019 Deposition of Richard Cassidy, taken pursuant to Fed. R. Civ. P. 30(b)(6);

8. Attached hereto as **Exhibit 8** is a true and accurate copy of Excerpts from Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 11-25), dated May 2, 2019;

9. Attached hereto as **Exhibit 9** is a true and accurate copy of an article from *The New York Times*, entitled "Intellectual Property to Take Center Stage as Trump and Xi Meet," dated November 28, 2018;

10. Attached hereto as **Exhibit 10** is a true and accurate copy of an article from *Deutsche Welle*, entitled "Can Trump succeed in curbing China's intellectual property 'theft'?," dated March 22, 2018;

11. Attached hereto as **Exhibit 11** is a true and accurate copy of an article from *The Washington Post*, entitled "Before the White House and Trump allies blamed China for coronavirus, Trump vouched for China – repeatedly," dated March 14, 2020;

12. Attached hereto as **Exhibit 12** is a true and accurate copy of an article from *The Hill*, entitled "Asian caucus urges fellow lawmakers not to 'perpetuate racist stereotypes' amid coronavirus fears," dated February 26, 2020;

Signed under the pains and penalties of perjury this 16th day of March, 2020.

                                                      /s/ *Timothy R. Shannon*
                                                      Timothy R. Shannon

### **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of this document to be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants.

Dated:  March 16, 2020                                         /s/ *Timothy R. Shannon*
                                                                                     Timothy R. Shannon