UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. NO. 1:17-cv-12239-DJC |

### DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS' MOTION FOR
### CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE AND TRIAL

I, Timothy R. Shannon, state as follows:

I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, and counsel of record for defendants ImStem Biotechnology, Inc., Ren-He Xu, and Xiaofang Wang (collectively, the "Defendants"). I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and accurate copy of Mass. Exec. Order No. 591 (March 10, 2020): Declaration of a State of Emergency to Respond to COVID-19.

2. Attached hereto as **Exhibit 2** is a true and accurate copy of Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, dated March 13, 2020.

3. Attached hereto as **Exhibit 3** is a true and accurate copy of COVID-19 Order No. 13: Order Assuring Continued Operation of Essential Services in the Commonwealth, Closing Certain Workplaces, and Prohibiting Gatherings of More Than 10 People, dated March 23, 2020.

4. Attached hereto as **Exhibit 4** is a true and accurate copy of Ocean Spray Cranberries, Inc.'s Motion to Adjourn Sine Die All Case Deadlines in *Winters v. Ocean Spray Cranberries, Inc.*, 1:12-cv-12016 (D.Mass.), and an excerpt of the Docket for that matter showing docket entries between March 17, 2020 and March 24, 2020, including the docket entries for the Motion to Adjourn (Dkt.396) and Electronic Order dated March 23, 2020 granting the Motion (Dkt.398).

Signed under the pains and penalties of perjury this 25th day of March, 2020.

/s/ *Timothy R. Shannon*
Timothy R. Shannon

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of this document to be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants.

Dated: March 25, 2020      /s/ *Timothy R. Shannon*
Timothy R. Shannon