**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 1:17-cv-12239-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE* AND SUPPORTING DOCUMENTS**

Pursuant to L.R. 7.1(b)(3), Defendants ImStem Biotechnology, Inc., Xiaofang Wang, and

Ren-He Xu (collectively, "Defendants") respectfully request that the Court grant them leave to

file under seal their Oppositions to Plaintiffs' Motions *In Limine* and accompanying Declaration

of Timothy R. Shannon containing exhibits related thereto.  These documents are to be filed by

March 30, 2020.

Counsel for Plaintiffs have indicated that they do not oppose the relief sought herein.

Under the Protective Order entered in this case, the parties may designate certain

information as "Confidential" or "Highly Confidential," which means it cannot be disclosed

without a court order.  (Dkt. 55 at § V.B).  As such, Defendants seek to file under seal: (1) their

Oppositions to Plaintiffs' Motions *In Limine*; and (2) up to ten documents that Plaintiffs have

designated under the Protective Order.

Pursuant to L.R. 7.2(a), Defendants believe the aforementioned materials can and should

be de-designated and published immediately but, for purposes of timely filing their Oppositions

to Plaintiffs' Motions *In Limine*, request that they be filed now under seal.  *Cf.* (Dkt. 55 at §3(b)

(burden is on designating party).

Defendants likewise request leave to file publicly a redacted version of their Oppositions

to Plaintiffs' Motions *In Limine*, and related materials, redacting Confidential and Highly

Confidential Information.

**WHEREFORE**, Defendants respectfully request the Court grant their Assented-To

Motion for Leave to File Under Seal Defendants' Oppositions to Plaintiffs' Motions *In Limine*

and Supporting Documents.

Dated:  March 28, 2020                    Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC., REN-HE XU and XIAOFANG WANG,

By their Attorneys,

/s/ *Timothy R. Shannon*
Timothy R. Shannon, MA Bar # 655325
VERRILL DANA LLP
One Portland Square
Portland, Maine 04112-0586
(207) 774-4000
tshannon@verrill-law.com

Benjamin M. Stern, MA Bar # 646778
VERRILL DANA LLP
One Federal Street
Boston, Massachusetts 02108
(617) 309-2600
bstern@verrill-law.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that, on March 27, 2020, counsel for Defendants conferred by email with Counsel for Plaintiffs in a good faith effort to narrow or resolve the issues raised in the instant motion.  Counsel for Plaintiffs indicated they do not oppose the relief sought by the instant Motion.

Dated:  March 28, 2020                          /s/ *Timothy Shannon*
                                               Timothy R. Shannon

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be filed through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants on the date below.

Dated:  March 28, 2020                          /s/ *Timothy Shannon*
                                               Timothy R. Shannon

13673115_1