UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. NO. 1:17-cv-12239-DJC |

**DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT, EVIDENCE, AND TESTIMONY CONFLICTING WITH DEFENDANTS' ADMISSION IN PLEADINGS**

I, Timothy R. Shannon, state as follows:

I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, and counsel of record for defendants ImStem Biotechnology, Inc., Ren-He Xu, and Xiaofang Wang (collectively, the "Defendants"). I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and accurate copy of an article entitled "Clear up this Stem-cell mess," by Douglas Sipp, et al., dated September 27, 2018;

2. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts from the transcript of the Deposition of Dr. Xiaofang Wang, dated June 14, 2019 ("Wang I Tr.");

3. Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the transcript of the Deposition of Dr. Xiaofang Wang, dated July 29, 2019 ("Wang II Tr.");

4. Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from the transcript of the Deposition of Dr. Ren-He Xu, dated July 3, 2019;

5. Attached hereto as **Exhibit 5** is a true and accurate copy of an excerpt of the Opening Expert Report of Bruce Bunnell, PhD., dated October 4, 2019;

Signed under the pains and penalties of perjury this 30th day of March, 2020.

/s/ *Timothy R. Shannon*
Timothy R. Shannon

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this document to be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants.

Dated: March 30, 2020

/s/ *Timothy R. Shannon*
Timothy R. Shannon