UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, and STEM CELL & REGENERATIVE MEDICINE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. NO. 1:17-cv-12239-ADB |

**DECLARATION OF TIMOTHY R. SHANNON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION *IN LIMINE***

I, Timothy R. Shannon, state as follows:

I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, and counsel of record for defendants ImStem Biotechnology, Inc., Ren-He Xu, and Xiaofang Wang (collectively, the "Defendants"). I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from the transcript of the Deposition of Dr. Jianlin Chu, dated July 2, 2019;

2. Attached hereto as **Exhibit 2** is a true and accurate copy of Imstem Biotechnology, Inc., Xiaofang Wang and Ren-He Xu's Initial Disclosures, pursuant to FRCP 26(a)(1), dated October 23, 2018;

3. Attached hereto as **Exhibit 3** are a true and accurate copy of excerpts of Defendants Xiaofang Wang and Imstem's Responses to Astellas' First Set of Interrogatories, dated March 6,

2019; excerpts of Defendants Xiaofang Wang and Imstem's Responses to Astellas' Second Set of Interrogatories (Nos. 22-30), dated July 16, 2019; and excerpts of Defendant Ren-He Xu's Responses to Astellas' Second Set of Interrogatories (Nos. 22-30), dated July 16, 2019;

4. Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from the transcripts of the Deposition of Dr. Xiaofang Wang, dated June 14, 2019, and July 29, 2019;

5. Attached hereto as **Exhibit 5** is a true and accurate copy of the Expert Report of Dr. Bryan Zerhusen, dated November 1, 2019;

6. Attached hereto as **Exhibit 6** is a true and accurate copy of excerpts from the transcript of the Deposition of Dr. Bryan Zerhusen, dated November 22, 2019;

7. Attached hereto as **Exhibit 7** is a is a true and accurate copy of excerpts from the transcript of the Deposition of Susie S. Cheng, dated June 10, 2019;

8. Attached hereto as **Exhibit 8** is a true and accurate copy of the Metadata regarding an email from Mary Lee Fleishell to Erin Kimbrel and others dated February 21, 2014 (AIRM000037250).

9. Attached hereto as **Exhibit 9** is a true and accurate copy of excerpts from Plaintiffs' Privilege Log;

10. Attached hereto as **Exhibit 10** is a true and accurate copy of an email from Mike Heffernan to Matthew Vincent, with copies to Ted Myles, Robert Lanza dated June 5, 2014 (AIRM00097109);

11. Attached hereto as **Exhibit 11** is a true and accurate copy of an email from Matthew Vincent to Mike Heffernan dated June 5, 2014 3:25 PM (AIRM00097111 at 112 -13);

12. Attached hereto as **Exhibit 12** is a true and accurate copy of an email from Matthew Vincent to Mike Heffernan dated June 5, 2014 8:39 PM) (AIRM00097117);

13. Attached hereto as **Exhibit 13** is a true and accurate copy of an email from Dr. Lu to Dr. Lanza forwarding link to Imstem website, dated May 21, 2013 (AIRM00093163);

14. Attached hereto as **Exhibit 14** is a true and accurate copy of an email from Dr. Kimbrel to Matthew Vincent and Mary Fleishell dated June 28, 2013 (AIRM00031180);

15. Attached hereto as **Exhibit 15** is a true and accurate copy of Plaintiffs Proposed Trial Exhibit PTX-369, the privilege log regarding communications between Defendants and their patent attorney, Susie Cheng.

Signed under the pains and penalties of perjury this 30th day of March, 2020.

/s/ *Timothy R. Shannon*
Timothy R. Shannon

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this document to be filed in accordance with the Court's procedures through the CM/ECF system, to be sent electronically to the registered participants, and paper copies to be sent to those indicated as nonregistered participants.

Dated: March 30, 2020                               /s/ *Timothy R. Shannon*
                                                    Timothy R. Shannon