A A A 中文 v. móvel



## 澳 門 特 別 行 政 區 政 府
Governo da Região Administrativa Especial de Macau
### 印 務 局
Imprensa Oficial







| BOLETIM OFICIAL - I SÉRIE | |
|---|---|
| Diploma: **Código de Processo Civil** <br> BO N.º: **40/1999** <br> Publicado em: **1999.10.4** <br> Página: **3670** | • Código de Processo Civil |

**Versão Chinesa**

*Categorias relacionadas* :  • **TRIBUNAIS** -

## Código de Processo Civil

[ **^** ]  [ **Código de Processo Civil - Índice** ]  [ **Código de Processo Civil - Índice por Artigo** ]
[ **Decreto-Lei n.º 55/99/M** ]  [ **Código de Processo Civil** ]
[ **Código de Processo Civil - Índice Analítico** ]

[**Artigo 100.º**]   [**Artigo 200.º**]   [**Artigo 300.º**]   [**Artigo 400.º**]   [**Artigo 500.º**]   [**Artigo 600.º**]

[**Artigo 700.º**]   [**Artigo 800.º**]   [**Artigo 900.º**]   [**Artigo 1000.º**]   [**Artigo 1100.º**]   [**Artigo 1200.º**]

### LIVRO I

### DA ACÇÃO

### TÍTULO I

**Disposições fundamentais**

**Artigo 1.º**

**(Garantia de acesso aos tribunais)**

**1.** A protecção jurídica através dos tribunais implica o direito de obter, em prazo razoável, uma decisão judicial que aprecie, com força de caso julgado, a pretensão regularmente deduzida em juízo, bem como a

A expedição da carta rogatória não obsta à prática dos actos subsequentes que não dependam absolutamente do acto solicitado; mas a discussão e julgamento da causa só podem ter lugar depois de devolvida a carta rogatória ou depois de ter findado o prazo para a realização do acto solicitado.

### Artigo 133.º

### (Destino da carta rogatória)

Devolvida a carta rogatória, é a sua junção ao processo notificada às partes, contando-se dessa notificação os prazos que dependam da realização do acto solicitado.

### Artigo 134.º

### (Recepção e cumprimento da carta rogatória dirigida a tribunal de Macau)

**1.** Salvo disposição em contrário de convenção internacional aplicável em Macau ou de acordo no domínio da cooperação judiciária, a carta rogatória expedida por tribunal ou outra autoridade do exterior de Macau e dirigida a tribunal de Macau é recebida por qualquer via.

**2.** Ao Ministério Público compete promover os termos da carta rogatória, se tiver sido recebida por via diplomática.

**3.** Recebida a carta rogatória, dá-se vista ao Ministério Público para opor ao seu cumprimento o que julgue de interesse público e, em seguida, o juiz decide se deve ser cumprida.

**4.** O Ministério Público pode sempre recorrer do despacho a ordenar o cumprimento e o recurso tem efeito suspensivo.

**5.** Uma vez cumprida a carta rogatória, ela é devolvida pela mesma via por que tiver sido recebida.

### Artigo 135.º

### (Poder do tribunal no cumprimento)

**1.** É ao tribunal ao qual o acto foi requisitado que compete regular, de harmonia com a lei, o cumprimento da carta rogatória.

**2.** Se na carta rogatória se pedir a observância de determinadas formalidades que não colidam com a lei de Macau, dá-se satisfação ao pedido.

### Artigo 136.º

### (Recusa de cumprimento da carta rogatória)

**1.** Salvo disposição em contrário de convenção internacional aplicável em Macau ou de acordo no domínio da cooperação judiciária, o tribunal deve recusar o cumprimento da carta rogatória nos casos seguintes:

a) Se não tiver competência para a prática do acto requisitado;

b) Se a requisição for para acto que a lei de Macau proíba absolutamente;

c) Se o acto for contrário à ordem pública;

d) Se o acto importar execução de decisão proferida por tribunal ou árbitro do exterior de Macau que se não mostre revista e confirmada, nos casos em que a lei assim o exija;

e) Se tiver dúvidas fundadas sobre a autenticidade da carta rogatória.

**2.** Quando reconheça que o acto deve ser praticado por outro tribunal de Macau, o tribunal ao qual ele foi requisitado deve remeter-lhe a carta rogatória, comunicando o facto ao tribunal ou outra autoridade que a expediu.

### Artigo 137.º

### (Assinatura do mandado)

O mandado é passado em nome do juiz ou relator e assinado pelo competente funcionário da secretaria.

### Artigo 138.º

### (Conteúdo do mandado)

O mandado só contém, além da ordem do juiz, as indicações que sejam indispensáveis para o seu cumprimento.

### SECÇÃO VII

### Nulidades dos actos

### Artigo 139.º

### (Ineptidão da petição inicial)

**1.** É nulo todo o processo quando for inepta a petição inicial.

**2.** Diz-se inepta a petição:

a) Quando falte ou seja ininteligível a indicação do pedido ou da causa de pedir;

b) Quando o pedido esteja em contradição com a causa de pedir;

c) Quando se cumulem causas de pedir ou pedidos substancialmente incompatíveis.

**3.** Se o réu contestar, apesar de arguir a ineptidão com fundamento na alínea a) do número anterior, não se julga procedente a arguição quando, ouvido o autor, se verificar que o réu interpretou convenientemente a petição inicial.

**4.** No caso da alínea c) do n.º 2, a nulidade subsiste, ainda que um dos pedidos fique sem efeito por incompetência do tribunal ou por erro na forma do processo.

### Artigo 140.º

### (Anulação do processado posterior à petição)

É nulo tudo o que se processe depois da petição inicial, salvando-se apenas esta:

a) Quando o réu não tenha sido citado;

b) Quando não tenha sido citado, logo no início do processo, o Ministério Público, nos casos em que deva intervir como parte principal.

### Artigo 141.º