Case 1:17-cv-12239-ADB   Document 213-10   Filed 07/20/20   Page 1 of 3

# PUBLICATION

## Evidence Country Profile - State Responses

- 🇦🇺 Australia (2017)

- 🇧🇾 Belarus (2017)

- 🇧🇦 Bosnia and Herzegovina (2017)

- 🇧🇷 Brazil (2017)

- 🇧🇬 Bulgaria (2017)

- 🇨🇳 China - Hong Kong S.A.R. (2017)

- 🇨🇳 China - Macao S.A.R. (2017)

- 🇭🇷 Croatia (2017)

- 🇨🇾 Cyprus (2017)

- 🇨🇿 Czech Republic (2017)

- 🇪🇪 Estonia (2017)

- 🇫🇮 Finland (2017)

- 🇫🇷 France (2017)

- 🇩🇪 Germany (2017)

- 🇬🇷 Greece (2017)

- Hungary (2017)

- Israel (2020)

- Korea, Republic of (2017)

- Latvia (2017)

- Lithuania (2017)

- Malta (2017)

- Mexico (2017)

- Nicaragua (2019)

- Norway (2017)

- Poland (2017)

- Portugal (2017)

- Romania (Annex I) (Annex II) (2017)

- Singapore (2018)

- Slovenia (2017)

- South Africa (2017)

- Sweden (2017)

- Switzerland (2017)

- Ukraine (2019)

- United Kingdom (England and Wales) (2017)

- United Kingdom (Northern Ireland) (2017)

- 🇺🇸 United States of America (2017)

- 🇻🇪 Venezuela (2017)

## Conventions (incl. Protocols and Principles)

Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [20]