PORTUGUESE - DETECTED | ENGLISH

Artigo 136.º
(Recusa de cumprimento da carta rogatória)
1. Salvo disposição em contrário de convenção internacional aplicável em Macau ou de acordo no domínio da cooperação judiciária, o tribunal deve recusar o cumprimento da carta rogatória nos casos seguintes:

a) Se não tiver competência para a prática do acto requisitado;

b) Se a requisição for para acto que a lei de Macau proíba absolutamente;

c) Se o acto for contrário à ordem pública;

d) Se o acto importar execução de decisão proferida por tribunal ou árbitro do exterior de Macau que se não mostre revista e confirmada, nos casos em que a lei assim o exija;

e) Se tiver dúvidas fundadas sobre a autenticidade da carta rogatória.

2. Quando reconheça que o acto deve ser praticado por outro tribunal de Macau, o tribunal ao qual ele foi requisitado deve remeter-lhe a carta rogatória, comunicando o facto ao tribunal ou outra autoridade que a expediu.

Article 136
(Refusal to comply with the letter rogatory)
1. Unless otherwise specified in an international convention applicable in Macau or an agreement in the field of judicial

cooperation, the court must refuse to comply with the letter rogatory in the following cases:

a) If you are not competent to perform the requested act;

b) If the request is for an act that the law of Macau absolutely prohibits;

c) If the act is contrary to public policy;

d) If the act involves the execution of a decision handed down by a court or arbitrator from outside Macau that is not revised and confirmed, in cases where the law so requires;

e) If you have serious doubts about the authenticity of the letter rogatory.

2. When recognizing that the act must be performed by another court in Macau, the court to which it was requested must send the letter rogatory to it, communicating the fact to the court or other authority that issued it.