

澳門大學 | 法學院
UNIVERSIDADE DE MACAU | FACULDADE DE DIREITO
UNIVERSITY OF MACAU | FACULTY OF LAW

# LI ZHE

Associate Professor
Programme Coordinator of PhD Program

| Email | zheli@um.edu.mo |
|---|---|
| Telephone | (853) 8822 4082 |
| Office | E32 – 3019 |
| Address | Faculty of Law (FLL), University of Macau, E32, Avenida da Universidade, Taipa, Macau, China. |
| Office Hours | Thursday 09h00~10h00 Friday 09h00~10h00 |



**Other Roles**

- Member of UM Senate

**Academic Background**

- L.L.B. 1999, China university of Political Science and Law
- L.L.M. 2002, China university of Political Science and Law
- Ph.D. 2005, China university of Political Science and Law

**Professional Qualifications**

- Qualification of lawyer, 1999, by Ministry of Justice, P.R.C., by examination
- Associate Professor, 2009, by China Academy of Social Science, by oral examination

**Professional Affiliations**

- *Board Director of the Comparative Law Research committee of China Law Society*
- *Vice President of the Macau Criminal Law Society*
- *Member of the International Criminal Law Committee, China Branch*
- *Visiting Researcher, Research Center for Counter-terrorism and the Rule of Law of Beijing Normal University*

**Teaching Area**

- Criminal Law and Criminal Procedure Law
- General Theory of Chinese Law
- Comparative Criminal Law

**Working Experience**

- Associate Professor, Faculty of Law, University of Macau (Aug 2016– )
- Assistant Professor, Faculty of Law, University of Macau (Feb 2010 – July 2016 ).
- Assistant Professor and Associate Professor, Academic Department of the Institute of Procuratorial Theory at the Supreme People's Procuratorate, PR China (July 2005—Jan.2010 ).
- Visiting Scholar of Law School, University of Toronto, Canada on the project of Right to Counsel (March 2006– February 2007).
- Visiting Scholar of Vera Institute of Justice, USA on Restorative Justice and Empirical Research Method (December 2006– January 2007).
- Part-time Teacher of National Prosecutors College, on Criminal Law and Criminal Procedure (September 2004– March 2006).

**Major Awards and Honors**

- Second—grade Award on the Excellent Monographs of the Young and Middle-Aged Scholars by the Criminal Justice Law Society, the China Law Society, 2009.
- Outstanding Staff of the Supreme People's Procuratorate for the year 2007-2008.
- Second—grade Award on Legal Textbooks and Academic Achievements by the Ministry of Justice, 2006.
- CCSEP (China Canada Scholarship Exchange Programme) Scholarship from the Canadian Government, 2005.(altogether 10 awardees in China each year)
- Second—grade on Academic Innovation of China University of Political Science and Law, 2004.

**Publications**

**Journal Articles**

1. Li Z.(1/2, 1st author, 50%), Zhang Y. "Comparison and Comments on the Crime of Incitement to Terrorism of China and UK." *Journal of National Prosecutors College* 5(2016): 49-62. **CSSCI-E & GCJC** (IF 2.013) 李哲 (50%), 張一. "中英煽動恐怖主義犯罪研究" *國家檢察官學院學報*5(2016): 49-62.

2. **Li Z.** (1/2, 1st author, 50%), Quan D. "On the Construction of the Issuing Procedure of Interregional Arrest Warrant: Can EU Experience applies to China?" *Macau Law Review* 1 (2016): 24-36. *(In Chinese)* .
   李哲 (50%), 權大龍. "中國區際逮捕令簽發程序之構建——歐盟經驗能否適用于中國." *澳門法學*1 (2016): 24-36.

3. **Li Z.** (1/2, 1st author, 50%), Liang W. "The Applycation of Improper Principle of Criminal Litigation in Judicial Practice in Macao." *China Law* 6 (2015): 81-84. *(In English and Chinese)* .
   李哲 (50%), 梁文英. "澳門刑事訴訟中的'不當情事'在司法實踐中的運用." *中國法律(中英文版)* 6 (2015): 81-84.

4. **Li Z.** (1/2, 1st author, 50%), S. Verhoeven. "Towards a Harmonized Definition of Terrorism in China: A discussion under One Country, Two Systems." *Hong Kong Law Journal* 45 (2015): 881-910. *(In English)* **SSCI.**

5. Li S.D., Liu J., **Li Z.** (3/3, 3rd author, 30%). "Organizational Characteristics and Offending Patterns of Chinese Drug Trafficking Groups." *China Legal Science* 6 (2015): 49-70. *(In English).* 李德, 劉建忠, 李哲 (30%). "中國販毒集團的組織形式及犯罪模式." *中國法學(英文版)*6 (2015): 49-70.

6. **Li Zhe.** "Comparison and Discussion on the System of Criminal Short-term Pretrial Detention." *Journal of National Procurators College* 5 (2015): 103-117. *(In Chinese)* **CSSCI-E & GCJC** (IF 2.013).
   李哲. "短期限制人身自由刑事強制措施體系之比較與完善." *國家檢察官學院學報*5 (2015): 103-117.

7. **Li Zhe**. "Discussion on the Revised Criminal Procedure Law in Macau." *People's Procuratorial* 18 (2015): 71-73. *(In Chinese)* **GCJC** (IF 0.547).
   李哲. "澳門刑事訴訟法的修訂與檢討." *人民檢察* 18 (2015): 71-73.

8. **Li Zhe**. "Status Quo and Future Development of Macau Lawyers Entry System." *China Law* 1 (2015): 69-74. *(In English and Chinese)* .
   李哲. "澳門律師入職制度的現狀與未來." *中國法律(中英文版)* 1 (2015): 69-74.

9. **Li Zhe**. "On the Criminal Issues of Macau Food Safety Act." *Macau Law Review* 11 (2014): 55-72. *(In Chinese).*
   李哲. "澳門《食品安全法》的相關刑事法問題研究." *澳門法學*11 (2014): 55-72.

10. **Li Z.** (1/2, 1st author, 50%), and Lin H.. "On the Conflict of Direct Sale Laws in Mainland China, Macau and Hong Kong." *Legisiuris* 3 (2014): 11-27*(Chinese)*; 65-75*(Portuguese).* 李哲 (50%), 林海彤. "中國內地與港澳地區直銷及傳銷法律衝突問題研究." *澳門碩誌*3 (2014): 11-27(葡文版); 65-75 (中文版) .

11. **Li Zhe**. "A Study on the Protection of Food Security in Macau Criminal Law." *Consumer Law Review* 93 (2014): 49-60. Published by **Thomson Reuters**. *(In Portuguese)* .
    Li Zhe."Um estudo sobre a questão da protecção jurídico-penal da segurança alimentar na RAEM (Portuguese)." *Revista de Direito do Consumidor* 93 (2014): 49-60.

12. **Li Zhe**. "On the Possible Approach of the Criminal Special Procedure Reform in Macau: Based on the Analysis of the Trend of the Main Civil Law Countries." *Journal of Macau Studies* 1 (2013): 44-58. *(In Chinese)* .
    李哲. "澳門刑事特別程序改革之路徑分析——以大陸法系發展趨勢爲基礎." *澳門研究*1 (2013): 44-58.

13. **Li Zhe**. "On the Judicial Nature and its Discretion of Macau Public Prosecutions Office: Take the Procedural Suspension System as an Example." *Journal of Guangxi University (Philosophy and Social Science)* 4 (2012): 68-74. (IF 0.647). *(In Chinese)* .
    李哲. "論澳門檢察機關的司法機屬地位及其自由裁量權——以訴訟程序暫時中止制度改革爲例." *廣西大學學報(哲学社会科学版)* 4 (2012): 68-74.

14. **Li Zhe**. "On the Construction of Chinese Prosecution Organizations." *Journal of Criminal Science* 9 (2010): 85-94. *(In Chinese)* **CSSCI & GCJC** (IF1.731).
    李哲. "中國檢察機關組織機構設置研究——以各國檢察機關組織機構設置模式爲借鑒." *中國刑事法雜誌*9 (2010): 85-94.

15. **Li Zhe**. "Multiple Sanction System on Police Overuse of Force in Ontario, Canada (translation) (by [CAN] Ian Scott)." *Journal of National Prosecutors College* 4 (2010): 152-160. *(In Chinese)* **CSSCI-E & GCJC** (IF 2.013).
    李哲. "加拿大安大略省警察過分使用強制性手段的多重制裁機制(譯文) ([加]伊恩.斯科特著)." *國家檢察官學院學報* 4 (2010): 152-160.

16. Song Y., Guo Y., **Li Z.** (3/8, 3rd author, 20%), Luo H., He T., Lei X., Xiang Y., Wang Z., and Feng Z.. "An Empirical Study on Criminal Mediation in Public Prosecution Cases." ***Chinese Journal of Law*** 3 (2009): 3-22. *(In Chinese)* **CSSCI & GCJC (IF 3.439)**.
    宋英輝, 郭雲忠, 李哲(20%), 羅海敏, 何挺, 雷小政, 向燕, 馮誌錄. "公訴案件刑事和解實證研究." *法學研究*3 (2009): 3-22.

17. Song Y., Guo Y., **Li Z.** (3/7, 3rd author, 20%), Luo H., He T., Feng Z, and Wang Z.. "Empirical Analysis on Criminal Mediation in China." ***China Legal Science*** 5 (2008): 123-135. *(In Chinese)* **CSSCI & GCJC (IF 6.023)**.
    宋英輝, 郭雲忠, 李哲(20%), 羅海敏, 何挺, 馮誌錄, 王貞會. "我國刑事和解實證分析." *中國法學*5 (2008): 123-135.

18. **Li Zhe**. "Comparative Study on the Plea Bargaining System." *Journal of National Prosecutors College* 5 (2008): 47-52. *(In Chinese)* **CSSCI-E & GCJC** (IF 2.013).
    李哲. "辯訴交易相關制度之借鑒." *國家檢察官學院學報*5 (2008): 47-52.

19. **Li Zhe**. "Probe on the Res Judicata of a Final Judgment to the Following but Different Natured Procedure." *Contemporary Law Review* 4 (2008): 78-82. *(In Chinese)* **CSSCI & GCJC** (IF 1.824).
    李哲. "刑民交叉案件中的既判力問題探析." *當代法學* 4 (2008): 78-82.

20. **Li Zhe**. "Comparison on Related Concepts of Res Judicata in Criminal Law." *Journal of Comparative Law* 3 (2008): 77-86. *(In Chinese).* **CSSCI & GCJC** (IF 1.421). Reprinted by *Information Center for Social Science of Renmin University.*
    李哲. "刑事既判力相關範疇之比較." *比較法研究*3 (2008): 77-86. **人大報刊複印資料: 訴訟法學 · 司法制度9 (2008) 轉載**

21. **Li Z.** (1/2, 1st author, 50%), and Li P.. "Plea Bargaining in America (co-translation)." *Legal Science* 7 (2008): 56-59. *(In Chinese)* **CSSCI & GCJC** (IF 2.949).
    李哲(50%), 李萍. "'交易'還是'協議'——一個美國檢察官眼中的辯訴交易(合譯)." *法学*7 (2008): 56-59.

22. **Li Z.** (1/2, 1st author, 50%), and Zhang H.. "Judicial Explanations and the Regulation of Procuratorial Powers: Take the Simultaneous Videotape of Corruption Cases as an Example." *Chinese Procurators* 6 (2008): 53-56. (IF 0.368). *(In Chinese)* .
    李哲(50%), 張宏創. "規範性文件與檢察權的規範行駛——以檢察機關同步錄音錄像爲例." *中國檢察官*6 (2008): 53-56.

23. **Li Zhe**. "Plea Bargaining and Chinese Criminal Justice under the Policy of Balance Between Leniency and Punishment." *Journal of Shijiazhuang University* 4 (2008): 103-107. (IF 0.298). *(In Chinese)* .
    李哲. "辯訴交易與寬嚴相濟政策下的中國刑事司法." *石家莊學院學報 4* (2008): 103-107.

24. Wang M., Li A., Zhou W., **Li Z.** (4/6, 4th author, 15%), Li G., and Yang Y.. "Models and Procedures of Criminal Mediation." *Journal of National Prosecutors College* 4 (2007): 10-12. *(In Chinese)* **CSSCI-E & GCJC**(IF 2.013).
    王敏遠, 李蜜君, 周偉, 李哲(15%), 李貴方, 楊宇冠. "刑事和解的模式和程序." *國家檢察官學院學報*4 (2007): 10-12.

25. Ronald J. Allen. Zhang B., Li Z. (2/3, corresponding author, 35%), and Ai J. (translation). "On Jurisprudence and Political Basis of Criminal Procedure (co-translation)." *Evidence Science* Z1 (2007): 162-180. *(In Chinese).* **CSSCI & GCJC** (IF 1.638). Reprinted by *Information Center for Social Science of Renmin University.*
    [美] Ronald J. Allen. 張保生, 李哲(35%), 艾靜譯. "刑事訴訟的法理和政治基礎(合譯)." *證據科學*Z1 (2007): 162-180. *人大報刊複印資料: 訴訟法學 · 司法制度*6(2008) 轉載

26. **Li Zhe**. "Causes and Remedies of Wrongful Conviction (translation)" (by Kent Roach)." *Legal Journal of Tsinghua University* 1 (2008): 221-229. *(In Chinese)* .
    李哲. "錯案形成的原因及其救濟(翻譯)(肯特·羅奇著)." *清華法治論衡*1 (2008): 221-229.

27. **Li Zhe**. "On Digital Evidence." *Journal of SWUPL* 6 (2007): 88-92. (IF 1.135). *(In Chinese)* .
    李哲. "電子證據若干問題探討." *西南政法大學學報*6 (2007): 88-92.

28. Zhang Z., and **Li Z.** (2/2, corresponding author, 50%). "Tasks and Theoretical System of Procuratorial Study." *People's Procuratorial Semimonthly* 15 (2007): 14-18. *(In Chinese)* **GCJC** (IF 0.547).

張智輝．"檢察學的學科使命與理論體系." 人民檢察 15 (2007): 14-18.

29. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "On Practice and Reform of Guarantor Pending Trial in China." *People's Procuratorial Semimonthly* 12 (2007): 22-25. *(In Chinese)* **GCJC** (IF 0.547).

宋英輝(50%). "我國取保候審適用現狀及改革對策研究——以取保候審方式及附加義務為視角." 人民檢察 12 (2007): 22-25.

30. **Li Zhe**. "Introduction and Evaluation of Canadian Bail System." *Journal of National Prosecutors College* 4 (2006): 97-103. *(In Chinese)* **CSSCI-E & GCJC** (IF 2.013).

李哲. "加拿大保釋制度評介." 國家檢察官學院學報 4 (2006): 97-103.

31. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "Guarantee on the Open Information of Defense Lawyers in Pretrial Procedure." *Journal of Zhejiang Gongshang University* 4 (2005): 3-9. *(In Chinese)* **CSSCI-E & GCJC** (IF 1.064).

宋英輝(50%). "庭審前程序中辯護律師信息知悉權的保障——兼談我國刑事證據信息交換制度的構建." 浙江工商大學學報 4 (2005): 3-9.

32. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "Research on Ne Bis in Idem Principle." *China Legal Science* 5 (2004): 128-137. *(In Chinese)* **CSSCI & GCJC (IF 6.023).**

宋英輝, 李哲(50%). "一事不再理原則研究." *中國法學* 5 (2004): 128-137.

33. **Li Zhe**. "The Timely Procedure Principle in Criminal Procedure." *Journal of National Prosecutors College* 4 (2004): 54-60. *(In Chinese)* **CSSCI-E & GCJC**(IF 2.013).

李哲. "刑事訴訟中的訴訟及時原則." 國家檢察官學院學報 4 (2004): 54-60.

34. **Li Zhe**. "Discussion on Open Criminal Procedure." *Journal of Gansu Political Science and Law Institute* 2 (2004): 83-87. *(In Chinese)* **CSSCI** (IF 0.932).

李哲. "刑事程序公開論." 甘肅政法學院學報 2 (2004): 83-87.

35. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "Comparative Study on Direct Principle and Hearsay Rule." *Journal of Comparative Law* 5 (2003): 52-60. *(In Chinese)* **CSSCI & GCJC** (IF 1.421).

宋英輝, 李哲(50%). "直接、言詞證據與傳聞證據規則之比較." 比較法研究 5 (2003): 52-60.

36. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "Comment on the Principle of Evidentiary Adjudication." *Tribune of Political Science and Law* 4 (2003): 59-64. *(In Chinese)* **CSSCI & GCJC** (IF 2.417).

宋英輝, 李哲(50%). "證據裁判原則評介." 政法論壇 4 (2003): 59-64.

37. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "Comments on Plea Bargaining." *Journal of Procedural Studies* 5 (2003): 168-184. *(In Chinese)* · Reprinted in *Chen Guangzhong(edited). Plea Bargaining in China* (2003): 222-239.China People's Procuratorate Press.

宋英輝, 李哲(50%). "辯訴交易制度之評介與思考." 訴訟法學研究 5 (2003): 168-184. 並收錄于 陳光中主編. 辯訴交易在中國 (2003): 222-239.中國檢察出版社.

38. **Li Zhe**. "Several Issues on Non-prosecution System." *National Procurators College* 6 (2002): 45-49. *(In Chinese)* **CSSCI-E & GCJC** (IF 2.013).

李哲. "不起訴若干問題研究." 國家檢察官學院學報 6 (2002): 45-49.

39. **Li Zhe**. "Society Participation in Criminal Procedure." *Journal of Henan Administrative Institute of Politics and Law* 2 (2004): 132-135. *(In Chinese)* **GCJC** (IF 1.024).

李哲. "論刑事訴訟中的社會參與." 河南省政法管理幹部學院學報 5 (2004): 132-135.

40. **Li Zhe**. "Efficient Arrangement of Judicial Resources." *Prosecution Practice* 5 (2004): 53-55. *(In Chinese)* (IF 0.368).

李哲. "訴訟資源的合理配置." 檢察實踐 5 (2004): 53-55.

41. **Li Zhe**. "Discussion on a Fraud Case in the view of Speedy Trial." *Cases and Discussions on Procedure* 2 (2004): 66-76. *(In Chinese)*

李哲. "從劉某涉嫌詐騙案看刑事案件的集中審理." 中國訴訟法判例 2 (2004): 66-76.

42. **Li Zhe**. "Conditions and Justification of Undercover Investigation." *Procedural Law Review* 8 (2003): 189-198. *(In Chinese)* .

李哲. "誘惑偵查的條件及其正當性研究." 訴訟法論叢 8 (2003): 189-198.

43. Li B., and **Li Z.** (2/2, corresponding author, 50%). "Judicial Reform Proposal on Identification System." *Procedural Law Review* 6 (2001): 294-304. *(In Chinese)* .

李寶岳, 李哲(50%). "從張仁波訴黃曉威傷害案看刑事鑒定制度改革." 訴訟法論叢 6 (2001): 294-304.

44. Chen G., Song Y., Jiang T., and **Li Z.** (4/4, 4th author, 25%). "Review and Prospect of Criminal Procedural Law." *Procedural Law Review* 6 (2001): 305-316. *(In Chinese)* .

陳光中, 宋英輝, 姜濤, 李哲(25%). "刑事訴訟法學回顧與展望." 訴訟法論叢 6 (2001): 305-316.

45. Song Y., and **Li Z.** (2/2, corresponding author, 50%). "The Dignity of Law: Truth and Justice." *China Economic Weekly* 3 (2000): 34-35. *(In Chinese)* (IF 0.362).

宋英輝, 李哲(50%). "法律尊嚴：真相與公正." 中國經濟周刊 3 (2000): 34-35.

## Books

1. **Li Zhe**. *A General Introduction of Macau Criminal Procedure Law*. Social Science Academic Press (China), 2015. *(In Chinese)* .

李哲. 澳門刑事訴訟法總論. 中國社會科學文獻出版社, 2015.

2. Song Y., **Li Z.** (35%), Wu W., Wei X., Luo H., Song Z., Song X., Wang Z., Xu S., and He T.. *Theory on Criminal Procedure*. 3rd edition, Peking University Press (China), 2014; 2nd edition, China Legal Press (China), 2007; 1st edition, China Legal Press (China), 2003. *(In Chinese)*.

宋英輝, 李哲(35%)等. 刑事訴訟原理. 北京大學出版社2014第三版；中國法律出版社2007第二版；中國法律出版社2003第一版.

3. Song Y., **Li Z.** (30%), Xiang Y., Wang Z., Guo Y., Lei X., He T., Feng Z.. *Exploration into Empirical Legal Research in China*. Peking University Press (China), 2012. *(In Chinese) (co-authored, 2/8, responsible for the structure of the whole book and the draft of 1.5 Chapters)* .

宋英輝, 李哲 (30%), 向燕、王貞會等著. 法律實證研究本土化探索. 北京大學出版社, 2012.

4. **Li Zhe**. *Research On Res Judicata of Criminal Judgements*. Peking University Press (China), 2008. *(In Chinese)* .

李哲. 刑事裁判的既判力研究. 北京大學出版社, 2008.

5. **Li Zhe**. *Criminal Procedure Law: Cases and Commentary for the Unified Judicial Exam*. China Legal Press (China), 2006 and 2007. *(In Chinese)* .

李哲. 司法考試案例突破教程（刑事訴訟法）.中國法律出版社, 2006 and 2007.

6. **Li Zhe** (1/2, 1st author, 50%), Liu Bin (edited). *How to Litigate*. China Society Press (China), 2004. *(In Chinese)*.

李哲, 劉賓主編. 百姓如何打官司. 中國社會出版社, 2004.

7. **Li Z.**(1/4, 1st author, 25%), Du L., Jiang T., Zhang J. (edited). *Legal Instructions on Familiar Problems in Rural Area*. China People's Procuratorate Press (China), 2000. *(In Chinese)*.

李哲等編著. 農村常見法律事務速查手冊. 中國檢察出版社, 2000.

## Edited Books

1. Song Y., Guo Y., **Li Z.** (25%), and He T. (edited). *Empirical Research on Criminal Mediation*. Peking University Press (China), 2010. *(In Chinese)* .

宋英輝, 郭雲忠, 李哲 (25%), 何挺主編. 刑事和解實證研究. 北京大學出版社, 2010.

## Book Chapters

1. Li Zhe. "Chapter 21: Counter-Terrorism Law in China." Kent. Roach (edited). Comparative Counter-Terrorism Law (2015): 580-609. Cambridge University Press (England) (In English) .

2. **Li Zhe**. "The Identity of Natural Fact or the Identity of Legal Fact? A Discussion on the Procedural Object in Macau." *Bian J., Chen X.(edited).* **On the Criminal Procedure in the View of Rule of Law in China** (2015): 83-89. Chinese People's Public Security University Press (China). *(In Chinese)* .

李哲. "自然性事實同一說還是法律性事實同一說——澳門刑事訴訟標的的認定的理論與實踐." 卡建林, 陳旭主編. 法治中國視野下的刑事程序法建設 (2015): 83-89. 人民公安大學出版社.

3. **Li Zhe**. "A Study on the Criminal Protection of Food Safety in Macau." Bulletin of Faculty of Law University of Macau 35(2014):97-109. *(In Portuguese)* .

Li Zhe."Um estudo sobre a questão da protecção jurídico-penal da segurança alimentar na RAEM." Boletim da Faculdade de Direito Universidade de Macau 35(2014):97-109.

4. **Li Z.** , Wang C.. Criminal Procedure System in Canada. *Song Y., Sun C., Liu X., (edited). Foreign Criminal Procedure Law* (2011): 122-176. Peking University Press (China). *(In Chinese)* .

李哲, 汪超. "加拿大刑事訴訟法." 宋英輝, 孫長永, 劉新魁等. 外國刑事訴訟法 (2011): 122-176. 北京大學出版社.

5. **Li Zhe**. "The Modernization of Evidence System." *Song Yinghui (edited). Research on Modernization of Chinese Legal System* (2011): 358-387. Intellectual Property Publishing House (China). *(In Chinese)* .

李哲. "證據制度的現代化." 宋英輝主編. 中國司法現代化研究 (2011): 358-387. 知識產權出版社.

6. **Li Zhe**. "Procuratorial Organ's Internal Structure." *Zhu X., Zhang X.B. (edited). Procuratorial Science* (2010): 267-287. China People's Procuratorate Press (China). *(In Chinese)* .

李哲. "檢察機關的內部組織結構." 朱孝清, 張智輝主編. 檢察學 (2010): 267-287. 中國檢察出版社.

7. **Li Zhe**. "On the Judicial Assistance of Illicit Money and Booty Transfer between Mainland China and Macao." *Zhao B., Zhao G. (edited). Collection of Essays on Studies on Cross-Border Transfer of Illicit Money and Goods, Bribery in the Private Sector and Drug-Related Crimes* (2011): 60-74. Social Sciences Academic Press (China). *(In Chinese)* .

李哲. "中國內地與澳門贓款贓物移交問題比較研究." 趙秉志, 趙國強主編. 贓款贓物跨境移交·私營賄賂及毒品犯罪研究 (2011): 60-74. 中國社會科學文獻出版社.

8. **Li Zhe**. "On the Comparison of International Organization Models of Prosecution Offices." *Zhao Bingzhi (edited). Discussions on Contemporary Criminal Science*(2010): 1053-1069. Peking University Press (China). *(In Chinese)* .

李哲. "檢察機關內部組織機構設置模式比較研究." 趙秉志主編. 當代刑事科學探索(2010): 1053-1069. 北京大學出版社.

9. **Li Zhe**. "Chapter 3: Organizations and Parties in Criminal Procedure." "Chapter 4:Jurisdiction." "Chapter 5: Withdrawal." "Chapter 6: Defense and Agent." "Chapter 8:Criminal Compulsive Measures.""Chapter 9: Affiliated Civil Procedure." "Chapter 10 Durations and Delivery." *Editorial Committee (edited). Textbook for the Unified Judicial Exam*(2009 and 2010): 259-271. China Legal Press (China). *(In Chinese)* .

李哲. "第三章 刑事訴訟中的專門機關和訴訟參與人." "第四章 管轄." "第五章 回避." "辯護與代理.""第八章 強制措施." "第九刑附帶民事訴訟." "第十章 期間、送達." 編輯委員会編輯. 國家司法考試輔導用書 (2009 and 2010): 259-271. 中國法律出版社.

10. **Li Zhe**. "The Practice of Plea Bargaining in the United States." *Zhang Zhihui (edited). Comparative Study on Plea Bargaining System* (2009): 96-143. China Fangzheng Press (China). *(In Chinese)* .

李哲. "美國辯訴交易的實踐." 張智輝主編. 辯訴交易制度比較研究(2009): 96-143. 中國方正出版社.

11. Song Y., **Li Z.** (33%), He T.. "Review of the Achievements of 30th Anniversary of China's Procuratorial Organs Reconstruction." *Zhang Z. (edited). The Innovation and Development of Procuratorial System and Procuratorial Theory* (2009): 369-375. China Fangzheng Press (China). *(In Chinese)* .

宋英輝, 李哲(33%), 何挺. "我國檢察機關重建30週年成就回顧." 張智輝主編. 檢察制度和檢察理論的創新與發展(2009): 369-375. 中國方正出版社.

12. Song Y., **Li Z.**(50%). "Chapter 3: The Pattern of Guarantor Pending Trial" *Song Yinghui (edited). Problems and Reforms of Guarantor Pending Trial* (2007): 62-76. People's Public Security University Press (China). *(In Chinese)* .

宋英輝, 李哲(50%). "第三章 取保候審的方式." 宋英輝主編. 取保候審中的問題與對策研究(2007): 62-76. 中國人民公安大學出版社.

13. **Li Zhe**."On the Development of the Victim Rights during Prosecution." *Fan Chongyi, et al. (edited). Research on Criminal Prosecution and Non-Prosecution System* (2007): 581-589; 705-716. China Renmin University Press (China). *(In Chinese)*,李哲. "完善被害人在審查起訴程序中的參與權——兼論人民監督員職權的擴展." 樊崇義等主編. 刑事起訴與不起訴制度研究(2007): 581-589; 705-716. 中國人民大學出版社.

14. **Li Zhe**. "Status and Roles of Criminal Defense Lawyers in Canada." *Shi S., Xu H. (edited). Study on Lawyer Defence System-A Perspective on the Role of Defence Lawyer in Pre-trial Procedure* (2007): 287-295. China People's Procuratorate Press (China). *(In Chinese)* .

李哲. "加拿大辯護律師在刑事訴訟中的地位和作用." 石少俠, 徐鶴喃主編. 律師辯護制度研究——以審前程序中的律師作用為視角 (2007): 287-295. 中國檢察出版社.

15. **Li Zhe**. Privilege Against Self-incrimination of the Accused During Trial of First Instance." *Chen Guangzhong (edited). Criminal Trial of the First Instance and Protection of Human Rights* (2006): 118-129. China University of Political Science and Law Press (China). *(In Chinese)* .

李哲. "不得強迫被告人作不利於己的供述. 陳光中主編. 刑事一審程序與人權保障(2006): 118-129. 中國政法大學出版社.

16. Ye Q., Li X., **Li Z.** (30%). "Report on First-instance Trail Reform and the Enforcement of UNCAC in Canada." *Chen Guangzhong (edited). Criminal Trial of the First Instance and Protection of Human Rights* (2006): 335-360. China University of Political Science and Law Press (China). *(In Chinese)* .

葉青, 李秀娟, 李哲(30%). "加拿大一審程序改革及落實反腐敗公約和聯構國準公約報告." 陳光中主編. 刑事一審程序與人權保障(2006): 335-360. 中國政法大學出版社.

17. Xu X., Song Y., **Li Z.** (25%), He Y. "Chapter 1: The Allocation and Mutual Restriction of Foreign Judicial Power and Related Power." *The research group of this book (edited). Brief Overview of Issues about Foreign Judicial Systems* (2005): 1-49. Legal Press (China). *(In Chinese)* .

徐顯明, 宋英輝, 李哲(25%), 何挺. "第一章 外國司法權及其相關權力的配置與相互制約." 本書課題組編著. 外國司法體制若干問題概述(2005): 1-49.中國法律出版社.

18. **Li Zhe**. "Characters and Remedy Procedures of Guarantor Pending Trial in China." *Fang Liufang (edited). Law Review of China University of Political Science and Law* (2005): 71-76. China University of Political Science and Law Press (China). *(In Chinese)* ,李哲. "我國取保候審的性質及其救濟程序研究." 方流芳主編. 法大評論(2005): 71-76. 中國政法大學出版社.

19. Song Y., Zhang J., Wu H., **Li Z.**(25%). "The Basic Issue to Guarantor Pending Trial System." *Fang Liufang (edited). Law Review of China University of Political Science and Law* (2005): 3-23. China University of Political Science and Law Press (China). *(In Chinese)* .

宋英輝, 張建偉, 吳宏耀, 李哲(25%). "取保候審制度的基本問題." 方流芳主編. 法大評論(2005): 3-23. 中國政法大學出版社.

20. **Li Zhe**. "Amendments on the Provisions of Case Filing Process Supervision." *Chen G., Chen W. (edited). Theory and Practice of Procedural Law* (2005): 606-614. China Fangzheng Press (China). *(In Chinese)* .

李哲. "刑事立案監督的立法完善." 陳光中, 陳衛東主編. 訴訟法理論與實踐(2005): 606-614. 中國方正出版社.

21. Fan C., **Li Z.** (50%). "The Summary Report of the Project of Lawyer Presence in the First Time to Interrogate a Criminal Suspect (Test)." *Reform and Prospect of Criminal Pretrial Procedure* (2005): 362-273. China People's Public Security University Press (China). *(In Chinese)* .

樊崇義, 李哲(50%). "第一次訊問犯罪嫌疑人律師在場（試驗）項目總結報告." 刑事審前程序改革與展望(2005): 362-373. 中國人民公安大學出版社.

22. **Li Zhe**. "Part II Chapter 6: Audiovisual and Electronic Evidence." *Chen Guangzhong (edited). criminal Evidence Law of People's Republic of China (Expert Draft)* (2004): 305-321. China Legality Press (China). *(In Chinese)* .

李哲. "第二編第六章 音像、電子資料." 陳光中主編. 刑事證據法專家擬制稿（條文·釋義與論證）(2004): 305-321. 中國法制出版社.

23. **Li Z.** (60%), Guo Y. "Part III Chapter 1: Case Filing and Investigation." *Chen Guangzhong (edited). Criminal Evidence Law of People's Republic of China (Expert Draft)* (2004): 388-425. China Legality Press (China). *(In Chinese)* .

李哲(60%), 郭雲忠. "第三編第一章 立案、偵查程序." 陳光中主編. 刑事證據法專家擬制稿（條文·釋義與論證）(2004): 388-425. 中國法制出版社.

24. **Li Z.** (50%), Cheng T. "Chapter 7: Qualification and Limitation of Lawyers." *Chen Guangzhong (edited). Lawyer Study* (2004): 113-132. China University of Political Science and Law Press (China). *(In Chinese)* .

李哲(50%), 程滔. "第七章 律師執業的要求與限制." 陳光中主編. 律師學(2004): 113-132. 中國政法大學出版社.

25. Yu L., Zhang Z., **Li Z.** (20%), Cheng T. "Chapter 11 Lawyer-Customer Relationship." *Chen Guangzhong (edited). Lawyer Study* (2004): 189-236. China University of Political Science and Law Press (China). *(In Chinese)* .

俞亮, 張中, 李哲(20%), 程滔. "第十一章 律師與委託人的關係." 陳光中主編. 律師學(2004): 189-236. 中國政法大學出版社.

26. **Li Z.** (50%), Cheng T. "Chapter 18: Business Area of Lawyer and its' Extension." *Chen Guangzhong (edited). Lawyer Study* (2004): 311-326. China University of Political Science and Law Press (China). *(In Chinese)* .

李涵(50%), 程涵. "第十八章 律師的業務範圍及其拓展." *陳光中主編 律師學* (2004): 311-326. 中國政法大學出版社.

27. **Li Zhe**. 9 entries in the Dictonary. *Chen Guangzhong (edited). Encyclopedia on China Law, Volume for Procedure* (2001): 92-98. China People's Procuratorate Press (China). *(In Chinese)* .

李哲. "律師受理刑事案件"等詞條. *陳光中主編. 中華法學大辭典.訴訟法學卷* (2001): 92-98. 中國檢察出版社.

28. **Li Zhe, (**as one of the six authors of the whole book). *Song Yinghui (edited). Reference Book on Lawyer's Exam 2001, Volume for Criminal Procedure* (2001). Legal Press (China). *(In Chinese)* .

李哲.(作为该书的六位撰稿人之一）. *宋英辉主编 2001年律師資格考試制定用書測試題解及相關法律法規（刑事訴訟法）* (2001). 中國法律出版社.

## Conference Proceedings and other publications

1. **Li Z., Yu P.** "Diversity of Judicial Treatment to Juvenile Delinquency in Macau. "*The Second Legal Forum of Guangdong, Hong Kong, Macau and Taiwan* (2016). Shenzhen. (in Chinese) .

李哲,於佩霞."澳門違法青少年多樣化的司法處遇及其啟示" *第一屆粵港澳臺法學研討會*(2016). 深圳.

2. **Li Z., Zhang Y.** " Law and Practice of Counter Terrorist Financing in Macau."*9th Criminal Law Forum of Mainland China, Hong Kong, Macau and Taiwan* (2016). Taiwan. *(In Chinese)*

李哲, 張一. "澳門反恐怖融資的制度與實踐." *第九屆兩岸四地刑事法論壇（金融犯罪與刑事規制法律研討會）* (2016). 臺灣.

3. **Li Zhe**. "What is Terrorism: Mainland China, Hong Kong and Macau Need a Unified Definition of Terrorism", Website of China Academy of Social Science, Jan. 12, 2016. 李哲. "什麼是恐怖主義：中國内地、香港、澳門應達成恐怖主義的共識." *中國法學網*2016年1月12日.

4. **Li Z, Quan D.**"Construction of inter-regional Arrest Warrant in China in the light of the EU Arrest Warrant. *The First Legal Forum of Guangdong, Hong Kong, Macau and Taiwan* (2015). Macau. (in Chinese) . 李哲,權大國. "歐洲逮捕令對我國區際逃犯移交的借鑒." *第一屆粵港澳臺法學研討會*(2015). 澳門.

5. **Li Zhe**. "Report on Anti-terrorism Law in China 2014." *The XIXTH International Congress of Comparative Law* (2014). Vienna. *(In English).*

6. **Li Zhe**. "Theory and Practice of Speedy Trial on Minor Cases Abroad." *Investigation of Shanghai Prosecution* 5 (2014): 45-48. *(In Chinese)*

李哲. "域外輕微刑事案件快速辦理的理論與實踐." *上海檢察調研* 5 (2014): 45-48．

7. **Li Zhe**. "The Development of Macau Criminal Law in 2013." *6th Criminal Law Forum of Mainland China, Hong Kong, Macau and Taiwan* (2014). Hong Kong. *(In Chinese)*

李哲. "二零一三年澳門刑事法制的新發展." *第六屆兩岸四地刑事法論壇（全媒體時代的刑法調整：反思與對策）* (2014). 香港.

8. **Li Zhe**. "On the Comparison of Pretrial Compulsory Measures of Mainland China, Taiwan and Macau." *4thForum on China Interregional Criminal Law* (2012). Taiwan. *(In Chinese)*

李哲. "大陸、澳門、臺灣短期拘束人身自由措施體系之比較." *兩岸四地刑事法論壇* (2012). 台灣.

9. **Li Zhe**. "*Who will guard the guardians? — - A Discussion on Chinese Oversight System to Police Service." Canadian Association for Civilian Oversight of Law Enforcement Conference 2011. Canada.*

Copyright © 2020 Faculty of Law of University of Macau