



# The Ultimate Guide to Organizing a Deposition in Hong Kong (Infographic)

 Karen Fahr - June 27, 2019

If you are organizing your first deposition in Hong Kong or just brushing up on what you can and can't do, this is the right place to start. Our expertly crafted infographic covers just about everything you need to get started on organizing a deposition in Hong Kong.

## The Ultimate Guide To Depositions in Hong Kong

☐ **Deposition Restrictions.** The good news — taking U.S. depositions in Hong Kong is permissible and in general, you can depose willing witnesses in Hong Kong without any special formalities or involvement of foreign courts.

☐ **Deposing a Willing Witness.** If your witness is willing to appear voluntarily at his or her deposition, you can simply conduct the depo by 1) noticing the deponent in advance, and then 2) allowing the court reporter to administer the oath by stipulation of counsel for all parties.



The International Deposition Agency

☐ **Plan Early.** Give yourself about 4 weeks to plan. The further you plan ahead, the more likely it is that you'll be able to locate and book the right Hong Kong-based professional for your deposition.

> **Hint.** Don't forget the time difference. For Asia, it's already tomorrow – that means you can already be a day behind.

☐ **Options: Attending your depo in-person or remotely.** Thanks to much better internet connectivity worldwide and the rise of web-based video conferencing programs, many new options have arisen for conducting international depositions. Although it is always best (and highly recommended) to have all parties present with the witness for the most reliable and clearest record, there are several different cost effective approaches that can also be taken. We highly recommend reading our blog article, [International Depositions: What Are Your Options](#) to see which choice best fits your firm.

☐ **Getting Locally-based Deposition Court Reporters.** The final key for a successful deposition in Hong Kong is finding the perfect deposition services for your firm. A locally-based court reporter or depo team means little to no travel costs for your clients. Plus, they can provide an expertise that can't be duplicated. It's a win-win situation!

Please contact us and we would be happy to discuss which solution is best for you based on your requirements and budget!





## About Optima Juris



The International Deposition Agency

free quote to see how we can make your international deposition a complete success.

Follow us on social media for news, advice, info, and tips about international court reporters, interpreters, and language services:

Linkedin: https://www.linkedin.com/company/optima-juris
Twitter: https://twitter.com/optimajuris
Facebook: https://www.facebook.com/optimajuris
Google+: https://google.com/+Optimajuris

**Share this article:**

   



### Karen Fahr

Marketing Associate Karen Fahr channels her world traveling experiences and digital marketing background for a charismatic spin to our blog content. Graduating from UCSB with a BS in Anthropology and Nutrition, her Indiana Jones energy fits right in with our global community. You will find Karen running half marathons or emerged in a mystery thriller book.

arbitration in hong kong    court reporter hong kong

court reporting agency in hong kong    deposing a witness in hong kong

depositions in Hong Kong    how to conduct a depo in hong kong

legal videographer in hong kong

Taking Voluntary Depositions of Willing Witnesses in Japan (Updated 2019)    How to Schedule a Deposition in Sweden – Updated 2019

**Search OptimaJuris.com**

Search..    GO



Department of State Links

International Depo Guides

Country-Specific Videos

International Deposition Checklist

Depos in Europe

Depos in Asia

Info For Attorneys

Info for Paralegals

Canada

England

France

Germany

Hong Kong

India

Israel

Italy

New Zealand

Singapore

South Korea

Spain

Switzerland

Taiwan

Thailand

United Kingdom

Services

Court Reporters

Deposition Videographers

Interpreters

Remote Depositions

Videoconferencing

French-speaking Stenographers

German-speaking Stenographers

Spanish-speaking Stenographers

Italian-speaking Stenographers

Mandarin Chinese-speaking Stenographers

Arbitration Services

About

Meet Our CEO

Meet Our Director of Scheduling

Meet Our Team

Optima Juris History

Our guarantee

Contact

Email

Submit a Question

Schedule an International Depo

CLIENT LOG-IN     Privacy Policy     Terms and Conditions     © Optima Juris 2020