# COUNTRY PROFILE

## TAKING OF EVIDENCE BY VIDEO-LINK UNDER THE
## *HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS*

**STATE NAME:** CHINA (HONG KONG SAR)

**PROFILE UPDATED ON (DATE):**

**PART I: STATE**

| 1. Contact details |
|---|
| *The contact details provided in this section will be published on the Hague Conference website* |

| **CHAPTER I (LETTERS OF REQUEST)** |
|---|
| *As with any other Letter of Request under Chapter I of the Evidence Convention, the requesting authority should contact the Central Authority(ies) of the requested State when seeking to obtain evidence by means of a Letter of Request, whether using video-link or not.* |

| | | |
|---|---|---|
| a) Are the contact details of the Central Authority(ies) designated by YOUR STATE up-to-date on the Evidence Section of the Hague Conference website? | ☒ ☐ | Yes. <br> No. Please provide the contact details on a separate Word or PDF document for uploading on the Evidence Section of the Hague Conference website. |
| b) Would YOUR STATE be in favour of specifying **a person or department within the Central Authority(ies)** who would assist in processing Letters of Request where the use of video-links has expressly been requested (*e.g.*, to arrange the video-link or provide technical assistance)? | ☒ <br><br><br><br><br><br><br><br><br><br>☐ | Yes. <br>If YOUR STATE has already done so, please specify the contact details: <br>All requests, including requests with the use of video-links, should be sent to the central authorities for processing. The contact details are available at https://www.hcch.net/en/states/authorities/details3/?aid=491. <br><br>No. <br>Please explain why: <br><br>*Comments*: |
| c) What arrangements are there for ensuring that there is a contact person with whom the requesting authority can liaise and who is available on the day of the hearing to operate the | | The local agents (i.e. the local legal representatives of the parties in the foreign proceedings) will be the contact persons with whom the requesting authority can liaise, and where local agents are not appointed, the Law Officer (International Law) of the Department of Justice. The local agents (or Law Officer (International Law)) would be responsible for applying to the court for the taking of evidence. |

| | |
|---|---|
| video-link facilities (*e.g.* is there a booking system)? | The Judiciary would be responsible for the operation of the video-link system on the day of hearing. |

| **CHAPTER II (TAKING OF EVIDENCE BY DIPLOMATIC OFFICERS, CONSULAR AGENTS AND COMMISSIONERS)** |
|---|
| *Permission by a designated authority may be required to apply certain provisions under Chapter II. To know if such a permission is required for a particular State, see the practical information chart (accessible from the Authorities page) AND / OR the declarations (accessible from the Status Table page) of the relevant State available on the Evidence Section of the Hague Conference website.* |
| *If permission is not required, applicants should contact the diplomatic and consular mission (Arts 15/16) or the commissioner (Art. 17) to explore whether or not evidence may be obtained by video-link under this Chapter.* |
| *If permission is required, applicants should contact the authority that was designated to grant permission AND the relevant diplomatic and consular mission or commissioner, to explore, where necessary, whether or not evidence may be obtained by video-link under this Chapter.* |

| | |
|---|---|
| d) Would YOUR STATE be in favour of specifying **an entity or authority, in addition to the relevant authority / diplomatic or consular agent / commissioner**, that would assist in processing applications where the use of video-links has expressly been requested (*e.g.*, to arrange the video-link or provide technical assistance)? | ☐  Yes. If YOUR STATE has already done so, please specify the contact details:<br><br>☐  No. Please explain why:<br><br>*Comments*: |
| e) What arrangements are there for ensuring that there is a contact person with whom the Court of Origin can liaise and who is available on the day of the hearing to operate the video-link facilities (*e.g.* is there a booking system)? | |

4

**PART II: RELEVANT LEGISLATION AND COURT SYSTEM**

| Legal basis | | |
|---|---|---|
| a) Does YOUR STATE, in the application of Article 27 (*i.e.* internal law or practice), allow for a foreign Court to directly take evidence by video-link? | ☒ | Yes.<br>Please specify: Section 76(2)(a) of the Evidence Ordinance (Cap.8) provides for the examination of witnesses by any means, including by way of a live television link. |
| | ☐ | No.<br>Please specify:<br><br>*Comments*: |
| b) Please indicate the legal basis or applicable protocols (*i.e.*, relevant laws, regulations, practice, etc.) for the use of video-links in the taking of evidence in YOUR STATE, either under the Convention or independent of the Convention (see, *e.g.* Art. 27 (b) and (c)):<br><br>*Please also attach a copy of, or provide a link to, the relevant provisions, where possible in English or French.* |  | Order 39 and 70 of the Rules of the High Court (Cap. 4A) and Part VIII of the Evidence Ordinance (Cap. 8) (both available at https://www.elegislation.gov.hk) |
| c) Does YOUR STATE have any agreements with other Contracting States that derogate from the Convention when taking evidence by video-link (see Art. 28 and Art. 32)? | ☐ | Yes.<br>Please attach a copy of, or provide a link to, the relevant provisions, where possible in English or French: |
| | ☒ | No.<br><br>*Comments*: |

| Court system | |
|---|---|
| d) Please indicate which courts permit, or have the facilities for, the taking of evidence by video-link. If possible, indicate where relevant information on videoconferencing facilities in courts can be found online: | ☐ All courts.<br>☐ All courts of a specific type / level.<br>  Please specify:<br>☒ Only specific courts.<br>  Please specify which courts, or provide a link to/attach a full list: The Technology Court<br>☐ None.<br><br>*Comments*:<br>See further Practice Direction 29 (http://legalref.judiciary.hk/lrs/common/pd/pdcontent.jsp?pdn=PD29.htm&lang=EN) |

**PART III: TECHNICAL AND SECURITY ASPECTS (APPLICABLE TO BOTH CHAPTERS)**

| | | |
|---|---|---|
| a) | Does YOUR STATE use licensed software (which ensures support for technical and security matters) for the taking of evidence by video-link? | ☒ Yes. Please specify: Built-in security features provided by the video conference facilities <br> ☐ No. <br><br> *Comments*: <br> Only if the taking of evidence is held by the Court |
| b) | What are the specifications of the video-link technology in use in YOUR STATE, including, if any, the minimum standards or mechanisms used to secure the communications and any recordings made? <br><br> *States are encouraged to provide as much information as possible when responding to this question. As such, it may be useful to consider liaising with the relevant IT experts.* | Codec (*i.e.*, manufacturer, model, transmission speed, bandwidth): <br> Protocol: ITU H.323 or SIP compliant for Internet connection; or ITU H.320 compliant for ISDN connection <br> Manufacturer and model: Avaya Scopia XT5000 and Cisco SX20 <br> Bandwidth: Depending on location, minimum 4Mbps for Internet connection, and minimum 384kbps for ISDN connection. <br> Video and audio standards (*e.g.* Standard Definition, High Definition, etc.): <br> Both standard definition and high definition <br> Type of network (*e.g.*, ISDN, IP, etc.): <br> IP and ISDN <br> Type of encryption for signals in secure transmissions: <br> AES-128 encryption <br> Split screen capability: <br> Yes (in one of the location only, other locations support single screen only) <br> Document cameras: <br> Yes <br> Multipoint connections: <br> Yes <br> Additional specifications or capabilities: <br><br> Protocols or other practices: <br><br> *Comments*: <br> Only if the taking of evidence is held by the Court |
| c) | Can evidence be taken via commercial providers (*e.g.*, Skype™)? | ☐ Yes. Please specify: <br> ☒ No. <br><br> *Comments*: <br> Use of commercial providers is not recommended to avoid possible storage of the content of the evidence taking by the service providers |

7

| | | |
|---|---|---|
| d) Does YOUR STATE have a procedure for testing connections and the quality of transmissions before the hearing? | ☒ <br><br> ☐ | Yes. <br> Please specify: TPre-hearing testing of Live Television Link will be conducted with the other end. <br> No. <br><br> *Comments*: <br> Only if the taking of evidence is held by the Court |
| e) Does YOUR STATE have any requirements as to the hearing room, *e.g.*, should be located in a court, should have a camera view of the whole room or a view of all the parties, etc.? | ☒ <br><br> ☐ | Yes. <br> Please specify: Technology Court <br><br> No. <br><br> *Comments*: |

8

*PART IV - LEGAL CONSIDERATIONS (BOTH CHAPTERS)*

**PART IV: USE OF VIDEO-LINKS UNDER BOTH CHAPTERS – LEGAL CONSIDERATIONS**

| Restrictions | | |
|---|---|---|
| a) Must a court order directing the use of video-links first be obtained from the requesting State (Chapter I) / State of Origin (Chapter II)? | ☐ <br> ☒ | Yes. Please specify: <br> No. <br><br> *Comments*: <br> The Court may make such provision for obtaining evidence as may appear to it to be appropriate for the purpose of giving effect to the request issued by the requesting State.  However, as a matter of discretion, the Hong Kong court would ordinarily exercise its discretion to make the order asked for by the requesting State unless it is satisfied that the application would be regarded as falling within the description of frivolous, vexatious or an abuse of the process of the court. |
| b) Are there any restrictions on what type/s of evidence can be taken by video-link or how it is to be taken? | ☐ <br> ☒ | Yes. Please specify: <br> No. <br><br> *Comments*: <br> Except for general privilege of witnesses in civil proceedings in Hong Kong SAR or in the requesting State. |
| c) Are there any specific restrictions on how evidence gathered via video-link can be handled and distributed, or do the usual rules for evidence obtained in person apply? | ☐ <br> ☒ | Yes, there are specific restrictions. Please specify: <br> No, the normal rules for evidence apply. <br><br> *Comments*: |
| d) Are there any restrictions on the type of person who may be examined by video-link? | ☐ <br> ☒ | Yes. Please specify: <br> No. <br><br> *Comments*: |
| e) Is it necessary to seek the consent of the parties to use video-link to take evidence? | ☐ <br> ☒ | Yes. Please specify the conditions under which parties may refuse the use of video-link: <br> No. <br><br> *Comments*: |

9

*PART IV - LEGAL CONSIDERATIONS (BOTH CHAPTERS)*

| | | |
|---|---|---|
| f) | Are there any restrictions on the location where the person should be examined (*e.g.* in a courtroom, on the premises of an Embassy or diplomatic mission)? | ☐ Yes. Please specify:<br>☒ No.<br><br>*Comments*: |
| g) | Can a witness / expert be compelled to use video-links to give evidence? | ☒ Yes.<br>If so, please specify what coercive measures may be used: Pursuant to Order 39 Rule 5 of the Rules of the High Court (Cap. 4A), if a witness refuses or fails to attend the examination, the Court may make an order requiring that witness to attend or to answer any question.  A person who wilfully disobeys such order is guilty of contempt of court.<br><br>☐ No.<br>Please explain:<br><br>*Comments*: |
| h) | Please briefly outline the procedure/s, under Chapter I and Chapter II, for actually notifying or summoning the witness / expert to give evidence by video-link, including any references to relevant laws, regulations or practice.<br><br>*Please also include, where applicable, the differences between notifying or summoning a willing witness / expert and notifying or summoning a witness / expert that is to be compelled.* | Chapter I: Pursuant to Order 70 Rules 2 and 3 of the Rules of the High Court, the local agent (or Law Officer (International Law) where no local agent is appointed) shall apply to the Court of First Instance for an order summoning the witness to attend the examination by video link.  The witness summons will then be served on the witness.  There is no difference between summoning a willing witness or summoning a witness that is to be compelled.<br><br>Chapter II: N/A.<br><br>*Comments*: |
| i) | The law of which State governs the use of privileges?<br><br>*Please tick all that apply.*<br><br>See Articles 11 and 21(e) of the Convention | Chapter I:<br>☒ The law of the Requesting State.<br>☒ The law of the Requested State.<br>☐ The law of another State. Please specify:<br>Chapter II:<br>☐ The law of the State of Origin.<br>☐ The law of the State of Execution.<br>☐ The law of another State. Please specify:<br>*Comments*: |

**PART V: USE OF VIDEO-LINKS UNDER <u>CHAPTER I</u> (LETTERS OF REQUEST) – LEGAL CONSIDERATIONS**

| | | |
|---|---|---|
| Legal obstacles | | |
| a) Does YOUR STATE consider that there are legal obstacles to using video-link to assist in the taking of evidence under Chapter I of the Convention?<br><br>*The Special Commission has noted that the use of video-link and similar technologies is consistent with the current framework of the Convention (see C&R No 55 of the 2009 SC and C&R No 20 of the 2014 SC).* | ☐ Yes.<br>Please specify:<br><br>☒ No.<br><br>*Comments*: | |
| Direct and indirect taking of evidence | | |
| b) Under Chapter I of the Convention, does YOUR STATE allow for the direct taking of evidence by judicial personnel of the *requesting* State (*i.e.*, the State in which the proceedings are pending)? | ☒ Yes.<br>☐ No.<br><br>*Comments*:<br>Under Order 70 rule 4, Rules of High Court, court may order examination to be taken before any fit and proper person or before such other qualified person as to the court seems fit. | |
| c) Under which provisions of Chapter I of the Convention is indirect taking of evidence by video-link possible in YOUR STATE? | ☒ Art. 9(1) – The judicial authority of the requested State obtains evidence (*e.g.*, a witness / expert examination) which is located in a (distant) location within its own State.<br>☐ Art. 9(2) - As a special method or procedure.<br>Please also outline whether any specific conditions must be satisfied:<br><br>*See also questions on presence.*<br><br>*Comments:* | |
| Legal safeguards for witness / expert | | |
| d) What are the legal safeguards in place for witnesses / experts in YOUR STATE when evidence is taken by video-link under Chapter I (*e.g.* protective measures for the witness / expert, provision of interpretation, right to legal counsel, etc.)? | The general rule of privilege of witnesses shall apply.  Witnesses are entitled to seek legal advice.  Interpretation is provided if requested. | |
| Presence | | |
| e) Are the rules for the presence of the parties and their representatives when physically in a single location the same for when evidence is taken via video-link?<br>*See Article 7 of the Convention* | ☒ Yes.<br>If so, please specify if they are allowed to actively participate:<br>Subject to the rules of the requesting court, the parties or their legal | |

|  |  |  |
|---|---|---|
|  | representatives may actively participate via video link. | |
|  | ☐ No. | |
|  | *Comments*: | |
| f) Under Chapter I of the Convention, does YOUR STATE allow for the cross-examination of a witness / expert by video-link by the representatives located in the *requesting* State (*i.e.*, the State in which the proceedings are pending)? | ☒ Yes. <br> ☐ No. <br><br> *Comments*: | |
| g) Does YOUR STATE allow for the presence of the judicial personnel of the requesting State via video-link? <br> *See Article 8 of the Convention* <br> *Please note that a declaration may be made under this provision.* | ☒ Yes. <br> If so, please specify if they are allowed to actively participate: <br> Subject to the rules of the requesting court, the judicial personnel of the requesting State may actively participate via video link. <br> ☐ No. <br><br> *Comments*: | |

**PART VI: USE OF VIDEO-LINKS UNDER <u>CHAPTER II</u> (BY DIPLOMATIC OFFICERS, CONSULAR AGENTS AND COMMISSIONERS) – LEGAL CONSIDERATIONS**

| | |
|---|---|
| ***The questions in this Part are only for States that have not wholly excluded the application of Chapter II***<br>*Please note that Chapter II may be subject to a reservation in whole or in part under Article 33. Check the reservations that YOUR STATE has made under this Chapter in the status table, available on the [Evidence Section](#) of the Hague Conference website.* | |
| Legal obstacles and legal framework | |
| a) Does YOUR STATE consider there to be any legal obstacles to the taking of evidence by video-link under Chapter II of the Convention?<br><br>*The Special Commission has noted that the use of video-link and similar technologies is consistent with the current framework of the Convention (C&R No 55 of the 2009 SC and C&R No 20 of the 2014 SC).* | ☐ Yes.<br>   Please specify:<br>☐ No.<br><br>*Comments*: |
| b) Under which provisions of Chapter II of the Convention is taking of evidence by video-link possible in YOUR STATE? | ☐ Art. 15<br>☐ Art. 16<br>☐ Art. 17<br><br>*Comments*: |
| c) Is prior permission from YOUR STATE required when taking evidence under Chapter II of the Convention on the territory of YOUR STATE? | ☐ Yes.<br>   Please outline the procedure for seeking such permission, including any specific conditions that must be satisfied:<br><br>☐ No.<br><br>*Comments*: |
| d) Please indicate who administers the oath or affirmation and how perjury and contempt are dealt with when evidence is taken under Chapter II of the Convention on the territory of YOUR STATE. | Administration of the oath or affirmation:<br><br><br>Dealing with perjury and contempt: |
| Direct and indirect taking of evidence | |
| e) Diplomatic and consular agents are usually located in the State where the witness / expert resides. It may be, however, that a witness / expert is located in a neighbouring country or in a place distant from the Embassy or Consulate. In these circumstances, does YOUR STATE consider it possible to use video-link to obtain evidence under Chapter II of the Convention? | ☐ Yes.<br>   Please specify:<br>☐ No.<br><br>*Comments*: |

*PART VI - LEGAL CONSIDERATIONS (CHAPTER II)*

| | |
|---|---|
| **Legal safeguards for witness / expert** | |
| f) What are the legal safeguards in place for witnesses / experts in YOUR STATE when evidence is taken by video-link under Chapter II (*e.g.* protective measures for the witness / expert, provision of interpretation, right to legal counsel, etc.)? | |
| **Presence** | |
| g) Under the law of YOUR STATE, who may be present via video-link when evidence is taken by **diplomatic and consular agents**?  *Please tick all that apply.* | ☐ The parties. <br> ☐ The parties' representatives. <br> ☐ Judicial personnel. <br> ☐ Someone else. Please specify: <br><br> *Comments*: |
| h) Under the law of YOUR STATE, who may be present via video-link when evidence is taken by **commissioners**?  *Please tick all that apply.* | ☐ The parties. <br> ☐ The parties' representatives. <br> ☐ Judicial personnel. <br> ☐ Someone else. Please specify: <br><br> *Comments*: |
| **Applicable law** | |
| i) The law of which State governs the administration of an oath or affirmation when evidence is taken by video-link under Chapter II? | ☐ The law of the State of Origin <br> ☐ The law of the State of Execution <br> ☐ It depends on whether evidence is taken by a consular or diplomatic agent or a commissioner. Please specify: <br><br> *Comments*: |
| j) The law of which State governs perjury and contempt when evidence is taken by video-link under Chapter II? | ☐ The law of the State of Origin <br> ☐ The law of the State of Execution <br> ☐ It depends on whether evidence is taken by a consular or diplomatic agent or a commissioner. Please specify: <br><br> *Comments*: |

*PART VII – PRACTICAL CONSIDERATIONS (BOTH CHAPTERS)*

**PART VII PRACTICAL CONSIDERATIONS**

| COMMON TO BOTH CHAPTERS | |
|---|---|
| Notice | |
| a) What does YOUR STATE consider to be the minimum amount of time required between the request and the actual hearing in order to make the arrangements to take evidence by video-link? | Chapter I: 3 months.<br><br>Chapter II: |
| Interpretation services | |
| b) Who is responsible, under Chapter I and Chapter II, for the use of interpretation services and who arranges these services in YOUR STATE when video-link is used? | Chapter I: Party calling the witness<br><br>Chapter II: |
| c) Are professional accredited interpreters required in YOUR STATE, and where can relevant contact details be found? | ☐ Yes.<br>    Please specify:<br>☒ No.<br><br>*Comments*: |
| d) Under the law of YOUR STATE, is interpretation to be *simultaneous* or *consecutive* when a witness / expert is examined via video-link? | Consecutive |
| e) Where may the interpreter be located when a witness / expert is examined via video-link?<br>*Please check all that apply.* | ☒ In the room with the witness / expert.<br>☐ In the room with those conducting the examination.<br>☐ Elsewhere in the requesting State (Chapter I) / State of Origin (Chapter II).<br>☐ Elsewhere in the requested State (Chapter I) / State of Execution (Chapter II).<br>☐ In a third State.<br>☐ Other.<br>    Please specify:<br><br>*Comments*: |
| Reporting and recording | |
| f) Is a written report of the video-link hearing or testimony prepared? | ☒ Yes.<br>    Please specify by whom: Transcript of proceedings would be prepared upon request and approved by the court<br>    Please also outline the specific rules or regulations, if any, that are applicable to the handling/storage/distribution of the report:<br>☐ No.<br><br>*Comments*: |

15

*PART VII – PRACTICAL CONSIDERATIONS (BOTH CHAPTERS)*

| | |
|---|---|
| | Only if the taking of evidence is held by the Court |
| g) Are facilities and equipment made available in order to record the hearing or testimony? | ☐ Yes, with audio and video.<br>☐ Yes, only with video.<br>☒ Yes, only with audio.<br>☐ No, but the recording of hearings/testimonies is permitted.<br><br>If a recording is produced, please also outline the specific rules or regulations, if any, that are applicable to the handling/storage/distribution of the recording: In accordance with the Judiciary IT Security Policy and Guidelines<br><br>☐ No, because the recording of hearings/testimonies is not permitted under internal law.<br><br>*Comments*:<br>Only if the taking of evidence is held by the Court |
| **Documents and exhibits** | |
| h) What arrangements are to be made for showing or referring to documents or exhibits when taking evidence by video-link? | The documents or exhibits could be projected to the screen for the witness to view at the video-link examination.  Alternatively, the documents or exhibits could be sent to Hong Kong SAR in advance for the witness to view in the room of exmination.  In either case, it is the party calling the witness who is responsible for the arrangement. |

16

*PART VII – PRACTICAL CONSIDERATIONS (CHAPTER I)*

| ***PRACTICAL CONSIDERATIONS UNDER CHAPTER I*** | |
|---|---|
| Practical obstacles | |
| i) Does YOUR STATE consider that there are practical obstacles to using video-link to assist in the taking of evidence under Chapter I of the Convention? | ☐ Yes. Please specify:<br>☒ No.<br><br>*Comments*: |
| Identification of all relevant actors | |
| j) What is the procedure for verifying the identity of the parties, the witness / expert, and all relevant actors in YOUR STATE when video-link is used under Chapter I? | The identity card or travel document of the witness will be examined before he gives evidence. |
| Standard Forms | |
| k) Do the authorities of YOUR STATE use a standardised request form under Chapter I that makes specific reference to the use of video-links?<br><br>*The use of the [Model Form](#) of the Evidence Convention is recommended when taking evidence under Chapter I.*<br><br>*While the Model Form has no explicit reference to the use of video-link, a request to this effect may be included in item 13 of the Form.* | ☐ Yes. Please specify:<br>☐ The standardised form used makes no reference to video-link.<br>☒ No standardised form is used.<br><br>*Comments*:<br>Para. 6 of the Practice Direction 29:<br>Before applying for use of the Technology Court, the party or parties wishing to apply should :-<br>(a)  Consult the Judiciary website at http://www.judiciary.gov.hk to obtain all relevant, up to date information, or simply click link below:<br>http://www.judiciary.gov.hk/en/crt_services/tech_crt.htm;<br>(b) Make preliminary inquiries with the Clerk of Court in the High Court (contacting the Court Suite Manager at 2825 4610) as to the availability of the Technology Court over the period broadly covering the likely hearing date or dates in question; and,<br>(c)  Consult all other parties involved in such hearings. |
| l) Does YOUR STATE require the inclusion of any particular practical or technical information from the requesting State in the request in order to conduct / arrange a witness / expert examination by video-link under Chapter I? (*e.g.* contact details for IT support, technical specifications, etc) | ☐ Yes. Please specify:<br>☒ No.<br><br>*Comments*:<br>The technical information can be provided by subsequent correspondences. |
| Costs | |
| m) Are there any costs associated with the taking of evidence via video-link under Chapter I in YOUR STATE? | ☒ Yes. Please provide an approximate estimate of these costs and / or specify the criteria used to determine these costs:<br>The costs depend on the type of call (e.g. IP call or |

17

|  | ISDN call) used and which side is dialing out the call.<br>☐ No.<br><br>*Comments*:<br>Practice Direction 29:<br>16. Where facilities provided in the Technology Court are to be used in conjunction with services and/or materials provided by commercial entities (such as telecommunications carriers providing Video Conferencing services or providers of real time court reporting and transcription services), it shall be the responsibility of each party wishing to avail himself of such services and/or materials to make appropriate contractual arrangements directly with such commercial entities and directly to meet their charges.<br>17. The current charging arrangements applicable to the use of courtrooms will apply to the use of Technology Court.  In this connection, it should be noted that non-Judiciary bodies which wish to apply for the use of the Technology Court will have to demonstrate that the proposed event cannot be held in a venue other than the Technology Court. |
|---|---|
| n) Who is responsible for bearing the costs occasioned by the use of video-link under Chapter I in YOUR STATE?<br>*See Art. 14(2) of the Evidence Convention* | ☒ The moving party (requesting the use of video-link).<br>☒ The requesting authority (in the requesting State).<br>☐ The requested authority (in the requested State).<br>☐ Other.<br>Please specify:<br><br>*Comments*: |
| o) How are these costs generally expected to be paid and/or reimbursed? | ☒ Payment in cash<br>☐ Payment by (credit) card<br>☐ Electronic/wire transfer<br>☒ Other.<br>Please specify: By cheque and bank draft drawn in Hong Kong SAR<br>*Comments*: |
| p) Who pays for the interpretation services under Chapter I in YOUR STATE when video-link is used and how are these costs to be paid and/or reimbursed? | Party calling the witness |

*PART VII – PRACTICAL CONSIDERATIONS (CHAPTER II)*

| PRACTICAL CONSIDERATIONS UNDER CHAPTER II | |
|---|---|
| *Only for States that have not excluded in whole the application of Chapter II* | |
| Practical obstacles | |
| q) Does YOUR STATE consider that there are practical obstacles to using video-link to assist in the taking of evidence under Chapter II of the Convention? | ☐ Yes. Please specify:<br>☐ No.<br><br>*Comments*: |
| Identification of all relevant actors | |
| r) What is the procedure for verifying the identity of the parties, the witness / expert, and all relevant actors in YOUR STATE when video-link is used under Chapter II? | |
| Standard Forms | |
| s) Do the authorities of YOUR STATE use a standardised request form under Chapter II that makes specific reference to the use of video-links?<br><br>*Although the use of the [Model Form](#) of the Evidence Convention is recommended when taking evidence under Chapter I, it may also be used, with the necessary amendments when applying for permission to take evidence under Chapter II.*<br><br>*While the Model Form has no explicit reference to the use of video-link, a request to this effect may be included in item 13 of the Form.* | ☐ Yes. Please specify:<br>☐ The standardised form used makes no reference to video-link.<br>☐ No standardised form is used.<br><br>*Comments*: |
| Assistance and facilities | |
| t) Are the Embassies and Consulates of YOUR STATE (acting as the State of Execution) able to assist applicants in arranging a video-link? | ☐ Yes. Please specify how, *e.g.*, via a booking system:<br>☐ No. Please specify who else would assist, if anyone:<br><br>*Comments*: |
| u) Is it possible to hold a video-link session requested under the Convention at the premises of the Embassies or Consulates of YOUR STATE abroad? | ☐ Yes. Please specify:<br>☐ No.<br><br>*Comments*: |
| v) Does YOUR STATE require the inclusion of any particular practical or technical information from the State of Origin in the request in order to conduct / arrange a witness or expert examination by video-link under Chapter II? (*e.g.* the use of interpreters, stenographers, or recording devices) | ☐ Yes. Please specify:<br>☐ No.<br><br>*Comments*: |

*PART VII – PRACTICAL CONSIDERATIONS (CHAPTER II)*

| Costs | |
|---|---|
| w) Are there any costs associated with the taking of evidence via video-link under Chapter II in YOUR STATE? | ☐ Yes.<br>Please provide an approximate estimate of these costs and / or specify the criteria used to determine these costs:<br><br>☐ No.<br><br>*Comments*: |
| x) Who is responsible for bearing the costs occasioned by the use of video-link under Chapter II in YOUR STATE? | ☐ The moving party (requesting the use of video-link).<br>☐ The State of Origin<br>☐ The Diplomatic mission or Consulate in the State of Execution.<br>☐ The commissioner<br>☐ Other.<br>Please specify:<br><br>*Comments*: |
| y) How are these costs generally expected to be paid and/or reimbursed? | ☐ Payment in cash<br>☐ Payment by (credit) card<br>☐ Electronic/wire transfer<br>☐ Other.<br>Please specify:<br>*Comments*: |
| z) Who pays for the interpretation services under Chapter II in YOUR STATE when video-link is used and how are these costs to be paid and/or reimbursed? | |