# Travis Waller

| | |
|---|---|
| **From:** | ACS Hong Kong <acshk@state.gov> |
| **Sent:** | Tuesday, July 7, 2020 5:42 AM |
| **To:** | Travis Waller |
| **Cc:** | Timothy Shannon; Ben Stern; Martha Gaythwaite; ACS Hong Kong |
| **Subject:** | RE: Citizens Services Request regarding Astellas Institute for Regenerative Medicine et al. v. Imstem Biotechnology, Inc., et al., No. 1:17-cv-12239 ADB. |

Dear Mr. Waller,

Thank you for your message. Unfortunately, the Consulate General is not able to facilitate room space and Wi-Fi services.

Additionally, if the two U.S. citizens are currently in Macau and Zhuhai, they would not be able to travel to Hong Kong with current restrictions on entry in place. Please see the Hong Kong government's website for the latest information on inbound travel: https://www.coronavirus.gov.hk/eng/inbound-travel.html.

We regret that we could not provide a more favorable response.

Sincerely,

American Citizen Services Staff
U.S. Consulate General to Hong Kong and Macau
Office:  +852 2841 2211 | Fax: +852 2845-4845

---

**From:** Travis Waller <twaller@verrill-law.com>
**Sent:** Thursday, July 2, 2020 10:31 AM
**To:** ACS Hong Kong <acshk@state.gov>
**Cc:** Timothy Shannon <tshannon@verrill-law.com>; Ben Stern <bstern@verrill-law.com>; Martha Gaythwaite <mgaythwaite@verrill-law.com>
**Subject:** Citizens Services Request regarding Astellas Institute for Regenerative Medicine et al. v. Imstem Biotechnology, Inc., et al., No. 1:17-cv-12239 ADB.

Dear Sir or Madam:

Our law firm represents two U.S. citizens – one of whom currently resides in Macau, one of whom currently resides in Zhuhai – involved in a trial scheduled in the District of Massachusetts for September 14, 2020, *Astellas Institute for Regenerative Medicine et al. v. Imstem Biotechnology, Inc., et al.*, No. 1:17-cv-12239 ADB. Dr. Renhe Xu (Macau) is a defendant in the matter. Dr. Michael Men (Zhuhai) is the CEO of a co-defendant corporation.

Given the current COVID-19 pandemic, we are investigating mechanisms to allow Drs. Xu and Men to participate in the trial remotely, given the travel restrictions to the United States. The U.S. Court has indicated a willingness to let them do so, under the circumstances. We therefore request the reservation of room space in the U.S. Consulate General for Macau and Hong Kong for 4 days between September 14, 2020 and September 25, 2020, to allow our clients to participate via Zoom or some similar video platform. We do not need any consular assistance beyond the space and a wi-fi connection – although we are of course interested in complying with any additional procedures your consulate requires.

Please advise if you are able to facilitate this request, and if so, what additional action you would require from us.

Regards,

-Travis Waller

**Travis K. Waller** ASSOCIATE

355 Riverside Avenue
Westport, CT 06880
T (203) 222-3119
F (203) 226-8025

twaller@verrill-law.com
https://www.verrill-law.com/travis-k-waller/

 

vCard

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.