**Travis Waller**

| | |
|---|---|
| **From:** | ACS Hong Kong <acshk@state.gov> |
| **Sent:** | Wednesday, July 1, 2020 10:32 PM |
| **To:** | Travis Waller |
| **Subject:** | Automatic reply: Citizens Services Request regarding Astellas Institute for Regenerative Medicine et al. v. Imstem Biotechnology, Inc., et al., No. 1:17-cv-12239 ADB. |

Thank you for your inquiry.

The U.S. Consulate General Hong Kong and Macau is monitoring the current situation in Hong Kong and Macau.  The U.S. Consulate is aware of the hardship travel restrictions and quarantine measures are creating for U.S. citizens who need to get to the United States. We are exploring all options to address the current travel disruptions.  If you have not done so, please enroll in the Department of State's Smart Traveler Enrollment Program (STEP) so the U.S. Consulate General Hong Kong and Macau can contact you with updated information in an emergency.

**Hong Kong**

On June 2, the Hong Kong government announced that it will extend the following in-bound travel restrictions:

- Until at least September 18, all non-Hong Kong residents arriving by air from any location other than mainland China, Macau, and Taiwan will be denied entry.  Non-Hong Kong residents arriving from mainland China, Macau, or Taiwan will be denied entry if they have been to any overseas countries and regions in the past 14 days.
- Until at least July 7, Hong Kong residents and non-Hong Kong residents arriving from mainland China, Macau, or Taiwan with no travel to any overseas countries and regions in the past 14 days will be subject to a 14-day compulsory quarantine.

On April 7, the Hong Kong government announced that effective April 8, all inbound travelers arriving at Hong Kong International Airport will be required to submit to COVID-19 testing, and as of April 22, they must wait for test results at a designated location.  For more information, please see the Hong Kong government's press release.

On May 5, the Hong Kong government relaxed some group gathering restrictions, effective May 8.  For more information, please see the Hong Kong government's press release.

On June 2, the Hong Kong government announced that measures to regulate group gatherings will be extended until June 18.  For more information, please see the Hong Kong government's press release.

On June 1, the Hong Kong International Airport (HKIA) will resume air transit/transfer services in phases.  The in-bound travel restrictions, effective since March 25, remain unchanged.  For more information, please see the HKIA's website.

The Hong Kong government is also enforcing a compulsory 14-day quarantine for anyone, regardless of nationality, arriving in Hong Kong.  Most travelers may complete the quarantine period within their own residence.  Travelers without a residential address must stay at a designated facility at their own expense.  Travelers who have been in close contact with a confirmed COVID-19 case or have been to Hubei province, Iran, parts of Italy (Emilia-Romagna, Lombardy and Veneto regions) and parts of South Korea (Daegu

and Gyeongsangbuk-do) within a 14-day period will be required to stay in a government-designated quarantine facility.

As additional travel restrictions could be put into effect with little advance notice, we strongly urge all travelers to refer to the Hong Kong government's website for further details.

**Macau**

The Macau government announced that effective March 25, non-Macau residents who have been to an overseas territory in the past 14 days will be denied entry and all travelers who have been to an overseas territory, Hong Kong or Taiwan in the past 14 days will be subject to a 14-day compulsory quarantine. For additional information, please see the Macau government's website. On April 15, media reported proof of a negative COVID-19 test result may be required before embarking on a plane to Macau. Finally, media report that public bus services between Macau and Hong Kong are suspended until further notice. For more information on Hong Kong-Zhuhai-Macau bridge services, please see the Macau government's infographic. As of May 8, limited Hong Kong-Zhuhai-Macau bridge shuttle bus service has resumed.

The Macau government announced that it will operate a special ferry service between the Taipa Ferry Terminal and Hong Kong International Airport from June 17 to July 16. Please confirm with ferry operators and airlines to ensure that you qualify for this service. If your outbound flight is canceled for any reason, you may be subject to quarantine requirements in Macau. For more information, please refer to the Macau government's press release.

Many travelers worldwide have reported unexpected flight cancellations and limited flight availability. If your travel has been disrupted, please contact your airline. As additional travel restrictions could be put into effect with little advance notice, we strongly urge all travelers to refer to the Hong Kong government's website and the Macau government's website for updated information.

Due to the possibility of an extended disruption, please see the CDC's latest recommendations for the most recent information on what you can do to reduce your risk of contracting COVID-19.

Additional information, including the latest alerts and messages pertaining to Hong Kong and Macau may be found here.

**Actions to Take**:
- Visit our Consulate webpage here and here for information on conditions in Hong Kong and Macau.
- Check with your airlines, cruise lines, or travel operators regarding any updated information about your travel plans and/or restrictions.
- Consult the CDC website for the most up-to-date information.
- Visit the COVID-19 crisis page on travel.state.gov for the latest information.
- Visit the Department of Homeland Security's website on the latest travel restrictions to the United States

We would like to reassure you that we will update U.S. citizens on this current situation as quickly as possible, and strongly urge you to refer to our website for the latest updates.

**Assistance:**
U.S. Consulate General Hong Kong & Macau
+852 2841 2211
+852 2523 9011 (after hours)
ACSHK@state.gov
https://hk.usconsulate.gov

State Department – Consular Affairs
888-407-4747 or 202-501-4444

Hong Kong Country Information
Macau Country Information
Enroll in Smart Traveler Enrollment Program (STEP) to receive security updates
Follow us on Facebook and Twitter

**Urgent information for American Citizen Services applicants regarding novel coronavirus:**

*Individuals coming to the U.S. Consulate General for consular services are required to wear protective masks prior to entry.  Masks are not available at the Consulate.  You will not be allowed entry without a mask.*

**Effective June 3, 2020, the Department of State resumed the processing and shipping overseas of passports and Consular Reports of Birth Abroad (CRBAs).  As a result, the U.S. Consulate General Hong Kong and Macau has resumed routine passport and citizenship services, subject to local public health conditions.  Processing times may be delayed as we move toward full operations.  Please contact us at ACSHK@state.gov to check on the status of your passport or citizenship document.**
**If you have urgent travel, need to renew a visa, or otherwise require a 1-year limited validity emergency passport, please email ACSHK@state.gov to request an appointment.**

**We offer limited notarial services for Social Security, Internal Revenue Service, or Certificates of No Criminal Conviction. To request an appointment, please email us at ACSHK@state.gov.**

Note: Any individuals with pending consular appointments who (1) were physically present within Brazil, the People's Republic of China (excluding the Special Administrative Regions of Hong Kong and Macau), the Islamic Republic of Iran, the Schengen area of Europe, the United Kingdom (excluding overseas territories outside of Europe), or the Republic of Ireland (Republic of Ireland) within the last 14 days, (2) are experiencing flu-like symptoms, or (3) believe they have may have been exposed to the novel coronavirus, are strongly encouraged to postpone their appointments by at least 14 days.  For questions about rescheduling a pending American Citizen Services appointment, please send an email to **ACSHK@state.gov** for specific guidance.  Information concerning rescheduling a pending consular appointment is also available at https://hk.usconsulate.gov/u-s-citizen-services/.

U.S. Consulate General Hong Kong's American Citizen Services (ACS) Unit has public hours from Monday-Friday 8:30-12:00 by appointment.  You may also come any afternoon from 13:30-16:00 without an appointment to continue work on an ongoing CRBA, passport or death case OR to pick up a passport.  The Consulate is closed on both United States and Hong Kong holidays.

**EMERGENCIES**:
If you need to report the death, serious illness, or arrest of an American citizen in Hong Kong or Macau, please call the U.S Consulate directly:

During office hours (Monday-Friday from 08:30-17:30 except holidays)

- From inside Hong Kong:  2841 2211
- From Macau:  01 852 2841 2211
- From the United States:  011 852 2841 2211

<u>After hours</u>
- From inside Hong Kong:  2523 9011
- From Macau:  01 852 2523 9011
- From the United States:  011 852 2523 9011

| Emergency: | Website link: |
|---|---|
| Arrest of a U.S. Citizen | https://hk.usconsulate.gov/u-s-citizen-services/arrest-of-a-u-s-citizen/ |
| Death of a U.S. Citizen | https://hk.usconsulate.gov/u-s-citizen-services/death-of-a-u-s-citizen/ |
| Emergency Financial Assistance | https://hk.usconsulate.gov/u-s-citizen-services/emergency-financial-assistance/ |
| International Parental Child Abduction | https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction.html |
| Victims of Crime | https://hk.usconsulate.gov/u-s-citizen-services/local-resources-of-u-s-citizens/safety-and-security/victims-of-crime |

**NON-EMERGENCIES**:

**Please carefully review the information on our website, where you can find answers to many of your questions.  If the response to your query is below or on our website, we will not respond to your email; otherwise, we will respond within 2 business days.**

- **ACS Appointments:**

    <u>Scheduling:</u> To schedule an appointment for a Consular Report of Birth Abroad, a passport, or a notarization, click <u>here</u> and choose the service you need.

    <u>Confirmation:</u>  If you successfully make an appointment in the system, it will generate a confirmation page.  You will also receive an e-mail reminder two days before your appointment.

    <u>Cancellation:</u> If you wish to cancel or reschedule your appointment, you can do so <u>here</u>. You will need to enter your Unique Identification (UID) number and password.   If you have lost it, please let us know and we will cancel your appointment for you.

    <u>Disabled access:</u>  The ACS unit is not accessible to people in wheelchairs or to those who cannot climb stairs.  If you will be unable to reach us, we are happy to meet you in the ground-floor lobby.  We appreciate if you could notify us in advance so we can provide the best service to you.

- **Social Security:**

    The Consulate no longer handles Social Security or Medicare matters.  If you have questions about Social Security or Medicare, if you would like to apply for benefits, if you would like to apply for a Social Security number (new or replacement), or if you would like to inquire whether you have a SSN for a

passport application, please contact our colleagues at the Social Security Office at U.S. Embassy Manila:  https://ph.usembassy.gov/u-s-citizen-services/social-security/

- **Lost, Stolen or Expired Passport:**

If your U.S. passport has been lost or stolen, please report the loss or theft to the nearest police station and obtain a police report.  If you have urgent travel and no longer have a valid passport, you can come to the consulate without an appointment to apply for an emergency passport.  Please bring your travel itinerary with you.  If you have no immediate travel, schedule a regular appointment here.

| | THE SMART TRAVELER ENROLLMENT PROGRAM |
|---|---|
| What is it? | The Smart Traveler Enrollment Program (STEP) is a free service to allow U.S. citizens and nationals traveling and living abroad to enroll their trip with the nearest U.S. Embassy or Consulate. |
| Benefits | - Receive important information from the Embassy about safety conditions in your destination country, helping you make informed decisions about your travel plans.<br>- Help the U.S. Embassy contact you in an emergency, whether natural disaster, civil unrest, or family emergency.<br>- Help family and friends get in touch with you in an emergency. |
| How to Enroll | https://step.state.gov/step/ |

**For other common issues, please scan the list below and follow the link to find useful information:**

- Applying for your child's U.S. citizenship and obtaining a Consular Report of Birth Abroad (CRBA):  https://hk.usconsulate.gov/u-s-citizen-services/birth/

- Applying for an adult passport renewal by mail or in person:  https://hk.usconsulate.gov/u-s-citizen-services/passports/adult-passports/

- Applying for passports for children under 16 years old:  https://hk.usconsulate.gov/u-s-citizen-services/passports/minor-passports/

- Replacing your lost or stolen passport:  https://hk.usconsulate.gov/u-s-citizen-services/passports/lost-stolen-passports/

- Getting the specifications for U.S. passport photos: https://travel.state.gov/content/travel/en/passports/requirements/photos.html

- Renouncing your U.S. citizenship:  https://hk.usconsulate.gov/u-s-citizen-services/citizenship-services/renounce-u-s-citizenship/

- Learning about the fees charged at the Consulate and acceptable means of payment:  https://hk.usconsulate.gov/u-s-citizen-services/passports/fees/

- Obtaining a list of attorneys who can assist American citizens:  https://hk.usconsulate.gov/u-s-citizen-services/attorneys/

- Obtaining a list of doctors and hospitals to assist you with medical issues:  https://hk.usconsulate.gov/u-s-citizen-services/doctors/

- Getting married in Hong Kong, Macau, or China:  https://hk.usconsulate.gov/u-s-citizen-services/marriage/

- Getting a document notarized:  https://hk.usconsulate.gov/u-s-citizen-services/notaries-public/

- Learning about entry requirements for U.S. citizens in the countries you will be visiting:  https://travel.state.gov/content/travel/en/international-travel.html

- Obtaining a visa for Mainland China:  https://bio.visaforchina.org/HKG2_EN/

- Getting a U.S. criminal records check:  https://www.fbi.gov/services/cjis/identity-history-summary-checks

- Getting a Hong Kong criminal records check:  https://www.police.gov.hk/ppp_en/11_useful_info/cert_no_crime.html

- Having fingerprints taken in Hong Kong:  https://hk.usconsulate.gov/u-s-citizen-services/local-resources-of-u-s-citizens/fingerprinting/

- Getting answers to your tax-related questions:  https://www.irs.gov/

- Voting in U.S. elections from overseas:  https://www.fvap.gov/

- Renewing your U.S. driver's license:  https://www.usa.gov/motor-vehicle-services (NB:  The Consulate cannot renew your license.)

- Requesting a new copy of your Certificate of Naturalization:  https://www.uscis.gov/n-565

- Requesting a new copy of a Consular Report of Birth Abroad (CRBA):  https://travel.state.gov/content/travel/en/international-travel/while-abroad/birth-abroad/replace-amend-CRBA.html

- Requesting a new copy of your renunciation document:  https://travel.state.gov/content/travel/en/passports/after/passport-records.html

- Learning more about U.S.-Hong Kong dual nationality:  https://hk.usconsulate.gov/u-s-citizen-services/local-resources-of-u-s-citizens/living-hong-kong/dual-nationals/

- Making your U.S.-issued civil document valid for use in Hong Kong (or in any other country that is a signatory to the Hague Convention):  https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/authentications-and-apostilles/apostille-requirements.html

- Making your Hong Kong-issued civil document valid for use in the United States: https://www.judiciary.hk/en/court_services_facilities/apostille.html

Sincerely,
American Citizen Services Unit

---

### PLEASE NOTE

The American Citizen Services unit **cannot handle or answer any U.S. visa or Green Card inquiries**.

For information regarding:

- ***Nonimmigrant visas***, go to the U.S. Consulate website: https://hk.usconsulate.gov/visas/nonimmigrant-visas/

- ***Immigrant visas***, go to https://www.uscis.gov/ to begin the process, or for additional information, https://hk.usconsulate.gov/visas/immigrant-visas/

- ***Green Cards***, go to https://hk.usconsulate.gov/visas/immigrant-visas/u-s-lawful-permanent-residents-green-card-holders/