Serviços de Saúde do Governo da Região Administrativa Especial de Macau

Reminder



## Special webpage against Epidemics

### Preventive Measures

| Date | Measure |
|---|---|
| 01/01/2020 | At the Macao International Airport, body temperature screening is implemented to passengers on flights departing from Wuhan. More manpower has been deployed to various cross-boundary checkpoints, especially the airport, to reinforce health inspection and quarantine efforts. |
| 02/01/2020 | In order to strengthen surveillance of the health status of travellers, all passengers on flights departing from Wuhan are required to fill out a health declaration form. This measure will be ongoing. |
| 04/01/2020 | Body temperature screening is in place in all Macao-bound carriageways. Under the assistance of the officers of the Public Security Police Force, the Health Bureau will conduct temperature screening to drivers and travellers who enter Macao via land-based checkpoints such as the Border Gate, Hong Kong-Zhuhai-Macao Bridge Border, Zhuhai-Macao Cross Border Industrial Zone and Cotai Frontier Post (Lotus Border). |
| 21/01/2020 | Other inbound air passengers flying from the Mainland are subject to temperature checks before entering Macao. |
| 22/01/2020 | All casino staff are required to wear a mask at work. |
| 23/01/2020 | The Guaranteed Mask Supply for Macao Residents Scheme is launched. People holding permanent or non-permanent resident identity card or non-resident worker's identification card (commonly known as the "blue card") may register and purchase masks at 56 contracted pharmacies in Macao. Each individual can purchase 10 masks every 10 days. |
| 23/01/2020 | Health declaration is enforced in various ports of entry. Declaration can be made by paper-based or electronic means. Incoming travellers may scan the QR code displayed at the border checkpoints, or browse https://service.ssm.gov.mo/hdeclaration/ to fill out their health information. When this is done, a health declaration certificate will be generated for presentation at immigration clearance. |
| 27/01/2020 | Visitors from Hubei Province and visitors who have been to Hubei Province within the past 14 days are required to present a valid health certificate certifying that they are free from COVID-19 in order to enter Macao.<br>Individuals who have visited Hubei Province of Mainland China within 14 days prior to their entry into the Macao Special Administrative Region are restricted from entering the casinos as defined in article 2 of Law no. 16/2001 "Legal Framework for the Operations of Casino Games of Fortune".<br>The venues authorized for the operation of gambling activities by the Government of the Macao Special Administrative Region and provided for in article 2 of Law no. 16/2001 "Legal Framework for the Operations of Casino Games of Fortune", are closed **(rescinded on February 20 by the Chief Executive's Dispatch no. 39/2020)**. |
| 04/02/2020 | Cinemas, theaters, indoor playgrounds, amusement game and video game parlours, cyber cafes, billiard rooms, bowling centres, sauna and massage venues, beauty salons, fitness centres, health clubs, karaoke premises, bars, night clubs, discotheques, dance halls and cabarets, which are provided for in Decree-Law no. 47/98/M of October 26 and Decree-Law no. 16/96/M of April 1, are closed **(rescinded on March 2 by the Chief Executive's Dispatch no. 50/2020)**. |
| 16/02/2020 | Establishment of electronic system for personal health declaration |
| 20/02/2020 | Non-resident workers who have been to the mainland in the 14 days prior to their arrival in Macao, will only be permitted to enter Macao once they have completed a 14-day period of medical observation at designated venue in Zhuhai, and have obtained a certificate of completion of medical observation issued by Zhuhai health authorities. Non-resident workers who are unable to present the certificate of completion of medical observation or alternatively return to their place of origin will be subject to a 14-day medical observation in designated venue in Macao.<br>Medical examination stations have been set up at border checkpoints to carry out medical examination on arriving travellers from countries/areas with potential risk or high incidence of COVID-19, as well as local residents with multiple border crossings between Macao and Zhuhai in a single day. |
| 24/02/2020 | Individuals who have been to South Korea within the past 14 days prior to their entry into Macao must submit to medical examination at Workers Stadium or Taipa Ferry Terminal in Pac On. |
| 26/02/2020 | Individuals, including Macao residents, travellers and non-resident workers, who have been to South Korea within the past 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 29/02/2020 | All arrivals who have been to Italy or Iran within the past 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 08/03/2020 | All arrivals who have travelled to Germany, France, Spain or Japan within the past 14 days prior to their entry into Macao must submit to medical examination. |
| 10/03/2020 | All arrivals who have travelled to Germany, France, Spain or Japan within the past 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 12/03/2020 | All arrivals who have travelled to Norway within the past 14 days prior to their entry into Macao must submit to medical examination. |
| 14/03/2020 | All students, regardless of their education level, returning from abroad must undergo medical observation for 14 days. |
| 17/03/2020 | All arrivals who have been to countries/areas outside China within the past 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 18/03/2020 | All non-Macao residents are prohibited from entering Macao, except residents of mainland China, of Hong Kong and of Taiwan, as well as holders of non-resident worker's identification card. |
| 19/03/2020 | Macao-registered non-resident workers from overseas countries are prohibited from re-entering Macao, except those who at the same time are residents either of mainland China, Hong Kong or Taiwan.<br>All residents of mainland China, Hong Kong and Taiwan who have visited a foreign country within 14 days prior to arriving Macao are prohibited from entering Macao. |
| 25/03/2020 | All individuals who have been to Hong Kong Special Administrative Region or the region of Taiwan within 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 15/04/2020 | All air passengers departing for Macao must, before boarding, present a report of negative COVID-19 nucleic acid test issued by a medical institution in the place of departure; passengers who fail to present the report may be denied boarding. |
| 27/04/2020 | Nucleic acid tests are given to teaching staff of local secondary schools, cross-border senior high school students, cross-border junior high school students, fishermen and employees of social service institutions in phases. |
| 29/04/2020 | During the fishing moratorium, fishermen who return to Macao after 00:00 on April 29 are required to undergo 14 days of medical observation either on their fishing vessel or at a designated hotel; those who have already returned to Macao before the aforementioned date and time will be arranged to receive a nucleic acid test. |
| 03/05/2020 | The "Macao Health Code", which is an upgraded version of the "Personal Health Declaration", incorporating and replacing the current "Port-of-Entry Health Declaration" system, is officially launched at 09:00 on May 3 with an aim to enhance the effectiveness in the regularization of the management of COVID-19, and realize "closed-loop management" from point of entry to the community. |
| 04/05/2020 | Senior high schools resume classes. |
| 07/05/2020 | In order to satisfy Macao residents' demand for cross-boundary activities, the "Nucleic Acid Test Scheme for Macao Residents Living across the Boundary" has been launched, providing up to 6,000 testing quotas per day. The quotas are first allocated to individuals who have to travel cross the boundary to attend school or work. The first nucleic acid test is free of charge for all Macao residents, while the subsequent tests will cost MOP180 each; cross-border students and teachers are eligible for one testing fee exemption every 7 days. |

| Date | Event |
|---|---|
| 11/05/2020 | • Starting from 06:00 on May 11, "centralized isolation medical observation" is tentatively suspended for non-resident workers from the Mainland who habitually reside in Zhuhai with a Zhuhai resident identity card or a Zhuhai residence permit, but the said persons are nonetheless required to observe relevant requirements and regulations prior to, upon, and after arrival in Macao.<br>• All persons arriving in Macao from the Mainland must hold a certificate of nucleic acid test issued within the past 7 days, which can be displayed via the Macao Health Code or Guangdong Health Code. Individuals who fail to present the aforementioned certificate are subject to immediate nucleic acid testing (in the case of Macao residents), or to be denied entry to the territory (in the case of non-Macao residents).<br>• Junior high schools resume classes. |
| 13/05/2020 | • Macao sends an emergency medical team consisting of local professionals to join China's national effort to assist the country of Algeria in its fight against the COVID-19 pandemic. |
| 17/05/2020 | • Individuals travelling from Macao to Zhuhai, should hold a certificate of specimen collection for nucleic acid test, which is issued by a testing institution recognized by Macao or Zhuhai; the certificate shall only take effect 24 hours after sampling and valid for a period of 7 days from the effective date. |
| 25/05/2020 | • Macao residents aged either 65 or above, those aged either 18 or under, holders of Macao's disability assessment card and Macao's medical assistance card for special patients may choose to undergo the nucleic acid test either at premises in the Pac On Ferry Terminal, or at Conde S. Januário Hospital (Level C2 – former site of Child Assessment Centre) when they book the test online.<br>• Classes of Primary 4 to 6 resume |
| 01/06/2020 | • Classes of Primary 1 to 3 resume. |
| 16/06/2020 | • Zhuhai-Macao Joint Prevention and Control Working Group received notification from the Zhuhai authorities, starting 08:00 of June 16, Macao residents with official, commercial or other specific reasons, after assessment and approval by the Macao SAR Government, may be granted a medical quarantine waiver for crossing the Zhuhai-Macao border. 1,000 exemptions are issued per day for Macao residents with official or commercial purposes (valid for 7 days), the Zhuhai Government will confirm the list the Macao SAR Government has approved. |
| 17/06/2020 | • All individuals who have been to Beijing within 14 days prior to their entry into Macao must, at the discretion of the health authorities, undergo medical observation for 14 days at designated venue. |
| 22/06/2020 | • Without prejudice to Chief Executive's Dispatch no. 120/2020, starting from 06:00 on June 22, holders of non-resident worker's identification card who are residents of the Mainland China are allowed to enter Macao when they cumulatively satisfy the following conditions:<br>(i) Have habitual residence in Zhuhai, confirmed by institutions recognized by Zhuhai;<br>(ii) Holding a certificate of negative result of or a certificate of specimen collection for nucleic acid test issued by a qualified institution recognized by the health authorities or by Zhuhai within the past seven (7) days;<br>(iii) The Macao Health Code being displayed is in green.<br>(Chief Executive's Dispatch no. 135/2020) |
| 26/06/2020 | • To protect the safety of ferry crew members and passengers on the special ferry link established between the Hong Kong airport and Macao, anyone departing from India, Pakistan, Bangladesh, Philippines, Indonesia and Brazil, who wishes to use the special ferry service, must first present a negative COVID-19 nucleic acid test report issued by a qualified medical institution in the country of origin. |
| 27/06/2020 | • Starting from June 27, the daily quota for Macao residents with official or commercial reasons applying for quarantine exemption for crossing the Zhuhai-Macao border has been increased from 1,000 to 3,000. |
| 29/06/2020 | • Starting from 12:00 of June 29, Macao residents pursuing an education in Taiwan region may, by registering on the website of the Higher Education Bureau, apply for exemption of obtaining a nucleic acid certificate from medical institutions in Taiwan region before boarding a flight to Macao. |
| 06/07/2020 | • Starting from 08:00 on July 6, 2020, a daily quota of 3,000 places are released for application of quarantine exemption by Macao residents with official, business or special reasons. The quarantine waiver is valid for 7 days. Applications are first assessed by the Macao SAR Government before submitted to Zhuhai City for final approval. Macao residents with official, business or special reasons granted the exemption waiver can, within 14 days after entering Zhuhai, travel within the nine Greater Bay Area (GBA) cities in Guangdong Province, namely Guangzhou, Shenzhen, Zhuhai, Foshan, Huizhou, Dongguan, Zhongshan, Jiangmen and Zhaoqing. |
| 13/07/2020 | • Starting from 12:00 on July 13, all passengers travelling from Hong Kong to Macao trough Hong Kong-Zhuhai-Macao Bridge shuttle buses (golden buses) are required to present a certificate of negative result for COVID-19 nucleic acid test issued within the past 7 days.<br>• Starting from 18:00 on July 13, all arrivals from Hong Kong are required to present a certificate of negative result for COVID-19 nucleic acid test issued within the past 7 days; those who fail to show the document Macau entry can be denied entry. Meanwhile, the measure of 14-day medical observation at the designated place for all arrivals from Hong Kong remains in force.<br>• With effect from 18:00 of July 13, 2020, the measure for individuals who have been to Beijing within the past 14 days prior to their entry into Macao, which requires them to undergo medical observation for 14 days at the designated venue at the discretion of the health authorities, has been lifted.<br>• With effect from 18:00 of July 13, 2020, the measures for non-Macao residents from Hubei Province, Mainland China as well as non-Macao residents who have been to Hubei Province, Mainland China within the past 14 days prior to their entry into the Macao Special Administrative Region, which require them to present a medical certificate of no infection with COVID-19 issued by a legal, medical institution, have been lifted. |
| 14/07/2020 | • Starting from 00:00 on July 14, 2020, the restrictions on individuals who have visited Hubei Province of Mainland China within 14 days prior to their entry into the Macao Special Administrative Region from entering the casinos as defined in article 2 of Law no. 16/2001 "Legal Framework for the Operations of Casino Games of Fortune", has been lifted.<br>• Starting from 06:00 on July 14, 2020, all ferry and air passengers departing from Macao are required to present a certificate of a negative result for COVID-19 nucleic acid test issued within the past 7 days. The certificate can be consulted on the Macao Health Code system. |
| 15/07/2020 | • Starting from 00:00 on July 15, 2020, all individuals entering hotel establishments and guesthouses are required to receive temperature check and present a Macao Health Code (green code), while individuals entering casinos are further required to submit a valid certificate of a negative result for COVID-19 nucleic acid test. Those who fail to comply with the requirements will be prohibited from entering the premises.<br>• The Macao Novel Coronavirus Response and Coordination Centre received notification from the Zhuhai Command Centre for COVID-19 Prevention and Control, after communication and consultation between the governments of Guangdong Province and Macao, starting from 06:00 on July 15, 2020, persons entering Guangdong Province via the Guangdong-Macao border checkpoints are no longer required to undergo 14 days of centralized medical observation (except confirmed or suspected COVID-19 patients, close contacts, persons with fever or respiratory symptoms, and those who have a foreign or other outbound travel history within 14 days prior to visiting Guangdong). Those entering Guangdong Province from Macao are only allowed to remain in nine cities, namely Guangzhou, Shenzhen, Zhuhai, Foshan, Huizhou, Dongguan, Zhongshan, Jiangmen and Zhaoqing. |

**Address:**

**Centre for Disease Control and Prevention (CDC)**

Alameda Dr. Carlos d Assumpção, n.º 335-341,Edf. "Hotline", 7 Andar, Macau

**Contact:**

**Telephone** : 2870 0800 (Infectious disease hotline)

**Fax :** (853) 2853 3524 / 2871 5765

**E-mail** : info.cdc@ssm.gov.mo

| **Privacy Statement** | | **Terms of Use** |
|---|---|---|
| Prevention Guidelines | Basic Precautions | Confluence |