1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR         )
REGENERATIVE MEDICINE, AND     )
STEM CELL & REGENERATIVE       )
MEDICINE INTERNATIONAL, INC., )
                               )
        Plaintiffs,            )
                               )
    vs.                        ) C.A. No.
                               ) 1:17-cv-12239
IMSTEM BIOTECHNOLOGY, INC.,    )
XIAOFANG WANG, and REN-HE XU, )
                               )
                               )
        Defendants.            )
_____)

*CONFIDENTIAL - PROTECTIVE ORDER*

   VIDEOTAPED DEPOSITION OF REN-HE XU, taken on behalf of the Plaintiffs, at 12670 High Bluff Drive, San Diego, California, commencing at 9:19 a.m. and ending at 5:10 p.m., Wednesday, July 3, 2019.

Reported by:
Audrey L. Ricks
CSR No. 12098, CCR, RPR, CLR

226

1   and -- but I eventually, because I attend a
2   conference here.  So thanks to you guys to come
3   close.
4        Q   How often do you come to the
5   United States?
6        A   Once or twice a year.
7        Q   Do you plan to attend the trial in this
8   matter?
9        A   I think it's a serious trial.  I should
10  try my best.
11       Q   You should be there?
12       A   Yeah.
13       Q   And you met with Mr. Shannon in
14  preparation for the deposition today?
15       A   Today?
16       Q   You can answer that "yes" or "no."  Yes?
17       A   Today.  Of course.
18       Q   No.  Did you meet with Mr. Shannon in
19  preparation for today's deposition?
20       A   Right.  Yes.
21       Q   And when did you meet with Mr. Shannon?
22       A   After I came to United States.
23       Q   A few days ago?
24       A   A few days ago.
25       Q   And about how much time did you spend with