# Exhibit A to Rabenstein Declaration

| | |
|---|---|
| **From:** | Timothy Shannon |
| **To:** | Rabenstein, Reba (DC); Ben Stern; Jennifer Harrell |
| **Cc:** | #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM |
| **Subject:** | RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) -- case schedule |
| **Date:** | Thursday, September 5, 2019 9:40:51 AM |

Reba,

Thank you for your edits/proposals on the schedule.  With respect to the Xu deposition, he is teaching a full schedule this fall, so we have two options.  First, as we indicated in our MTA papers, Dr. Xu can be available for a video deposition – and it can happen next week, Sept. 9-11.  We are prepared to assist in finding a location in Macau and work with you on logistics.  Second, alternatively, Dr. Xu is able to rearrange his commitments so that he is available Sept. 30-Oct. 2 in California; we would recommend San Francisco or Los Angeles.  It's not entirely clear to us why you need Dr. Xu's deposition prior to opening expert reports – since you will have taken his deposition and seen our expert report well before your own expert report on the Defendants '321 counterclaim – but we are willing to work with you on the schedule to make the pieces fit.  For example, we could push the expert reports by a week and make it up in closer expert deposition scheduling or opening SJ briefing.  Let us know how you'd like to proceed.

Regards,
Tim


**Timothy R. Shannon**, Partner
One Portland Square
Portland, ME 04112-0586
Office: (207) 253-4622
One Boston Place, Suite 1600
Boston, MA 02108-4407
Office: (617) 309-2600
Bio: verrilldana.com/tshannon



**From:** Rebecca.Rabenstein@lw.com [mailto:Rebecca.Rabenstein@lw.com]
**Sent:** Tuesday, September 3, 2019 10:41 AM
**To:** Ben Stern <bstern@verrilldana.com>; Timothy Shannon <tshannon@verrilldana.com>; Jennifer Harrell <jharrell@verrilldana.com>
**Cc:** ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com
**Subject:** Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) -- case schedule

Ben,

As discussed last week, please find attached a proposed revised case schedule (clean and redline versions).  We have left a "TBD" placeholder in for the close of fact discovery.  Please let us know when Dr. Xu will be available for deposition in California prior to September 18, 2019, as we will need time to make travel arrangements.

We will send you our responses on the other topics covered in our meet and confer last week under separate cover.

Best,
Reba

**Rebecca L. Rabenstein**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2353
Fax: +1.202.637.2201
Email: rebecca.rabenstein@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.