# Exhibit B to Rabenstein Declaration

1                      UNITED STATES DISTRICT COURT

2                        DISTRICT OF MASSACHUSETTS

3       _____

4       ASTELLAS INSTITUTE FOR
        REGENERATIVE MEDICINE, et al.,
5
                           Plaintiffs,        Civil Action
6                                             No. 17-cv-12239-ADB
        v.
7                                             June 9, 2020
        IMSTEM BIOTECHNOLOGY, INC.,
8       et al.,

9                          Defendants.        Pages 1 to 24

10      _____

11

12                         TRANSCRIPT OF HEARING
                BEFORE THE HONORABLE ALLISON D. BURROUGHS
13                     UNITED STATES DISTRICT COURT
                     JOHN J. MOAKLEY U.S. COURTHOUSE
14                          ONE COURTHOUSE WAY
                           BOSTON, MA   02210
15

16

17

18

19

20

21

22                       JOAN M. DALY, RMR, CRR
                         Official Court Reporter
23                   John J. Moakley U.S. Courthouse
                     One Courthouse Way, Room 5507
24                        Boston, MA   02210
                         joanmdaly62@gmail.com
25

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:

 4            DAVID P. FRAZIER, ESQUIRE
              REBECCA L. RABENSTEIN, ESQUIRE
              Latham & Watkins, LLP
 5            555 11th Street, N.W.
              Suite 1000
 6            Washington, DC 20004-1304
              202.637.2259
 7            david.frazier@lw.com
              rebecca.rabenstein@lw.com

 8

 9    FOR THE DEFENDANTS:

10            BENJAMIN M. STERN, ESQUIRE
              Verrill Dana, LLP
11            One Federal Street, 20th Flr.
              Boston, MA 02110
12            617.309.2600
              Bstern@verrill-law.com

13

14            TIMOTHY R. SHANNON, ESQUIRE
              MARTHA C. GAYTHWAITE, ESQUIRE
15            Verrill Dana, LLP
              One Portland Square
16            P.O. Box 586
              Portland, ME 04112-0586
17            207.774.4000
              Mgaythwaite@verrilldana.com
18            tshannon@verrilldana.com

19

20

21

22

23

24

25
```

<pre>
 1                    P R O C E E D I N G S
 2              (The following proceedings were held in open
 3    court before the Honorable Allison D. Burroughs, United
 4    States District Judge, United States District Court, District
 5    of Massachusetts, at the John J. Moakley United States
 6    Courthouse, One Courthouse Way, Boston, Massachusetts, on
 7    June 9, 2020.)
 8              THE CLERK:  This is civil action 17-12239, Astellas
 9    versus ImStem Biotechnology.  Can counsel identify themselves
10    for the record.
11              MR. FRAZIER:  David Frazier from Latham & Watkins
12    for the plaintiff Astellas.
13              MS. RABENSTEIN:  Rebecca Rabenstein from Latham &
14    Watkins for the plaintiffs Astellas.
15              MR. SHANNON:  Good morning.  Timothy Shannon from
16    Verrill Dana for the defendants.
17              MS. GAYTHWAITE:  Good morning.  Martha Gaythwaite
18    from Verrill Dana also for the defendants.
19              MR. STERN:  Good morning.  Benjamin Stern from
20    Verrill Dana also for the defendants.
21              THE COURT:  All right.  So we continued this I
22    guess about 60 days ago.  At the moment the Court is
23    scheduled to resume jury trials the first week in September.
24    We haven't quite decided the priority of cases, but I'm
25    guessing it's going to be criminal cases and then civil and
</pre>

1    then the oldest criminal cases.  We'll do people in custody

2    and then by age after that, by not in custody and then age

3    after that.  I'm guessing there's no way we get a trial date

4    for this before October at the very very earliest.

5            I know you guys have some international travel

6    involved in this.  So what I would like to do is get a date

7    by which this case will be trial ready.  And when our name

8    comes up in the queue, we'll be ready to go.  What are your

9    thoughts on that?

10           MR. FRAZIER:  Your Honor, this is David Frazier

11   from Latham & Watkins for Astellas.  I've had a chance to

12   discuss this with my counterpart for ImStem, Mr. Shannon.  We

13   had anticipated the difficulties the Court may have with the

14   logistics of restarting jury trials and the need to deal with

15   criminal cases first.  And so at this point Astellas would be

16   willing to waive the right to a jury trial and try all the

17   issues to the bench if that would be a way to get us to trial

18   faster.

19           THE COURT:  Mr. Shannon, what is your view on that?

20           MR. SHANNON:  Good morning, Your Honor.  We think a

21   bench trial is appropriate.  It avoids the jury problem.  It

22   gets us on the docket sooner.  It reserves party and judicial

23   resources.  We think it makes sense.  We would add in the

24   extra dimension, and I think it's a helpful one, that it can

25   be done in part by video.  And that would be a particularly

1    helpful accommodation for our witnesses and our party in

2    China.  I'm happy to explore their travel limitations with

3    you about that.

4            THE COURT:  If we're going to do a bench trial, we

5    can do the whole thing by Zoom.  Okay?

6            MR. SHANNON:  Yes.

7            THE COURT:  Then I don't need to concern myself

8    with anybody's travel issues.  If we did a bench trial,

9    normally I try even a bench trial from 10 to 4, and I just

10   don't think that is going to make sense in the current

11   climate, especially dealing with time changes.  So what would

12   you guys -- What would your view be for a daily schedule, or

13   would you want to move it around depending on who the

14   witnesses were?

15           MR. SHANNON:  Your Honor, this is Tim Shannon for

16   the defendants.  We're entirely flexible.  Our only request

17   is that for the witnesses in China we have a day or two where

18   we start on the earlier side because they are 12 hours

19   offset.

20           THE COURT:  I'm just thinking about a schedule

21   that's going to be manageable for all of us.  We could do

22   something like two hours in the morning and two hours in the

23   afternoon or an hour and a half in the morning and hour and a

24   half in the afternoon, or we can just play it by ear

25   depending on who the witnesses are.  Maybe that's just the

1    easiest way to do it.  Say we assume -- let's take it right

2    in the middle.  Let's assume three and a half hours of

3    testimony a day.  How long are you envisioning the trial

4    would take?

5            MR. FRAZIER:  Your Honor, this is David Frazier for

6    Astellas.  I think the trial had originally been set at ten

7    days with the idea of approximate half days.  I wonder if we

8    should perhaps leave a window then with the ability to reduce

9    it.  I don't know if that's possible for the Court's

10   schedule.  I am cognizant that logistics are a little bit

11   more cumbersome if we're going to go entirely by Zoom.  And

12   so I would think that less than ten days would be necessary,

13   but I have a hard time figuring out exactly how many fewer

14   than ten days we would need.

15           THE COURT:  Why don't we just set aside two weeks.

16   When do you guys think you would be ready to go?

17           MR. SHANNON:  Your Honor, this is Tim Shannon for

18   the defendants.  We've canvassed our witnesses and experts.

19   Everyone is available the week of August 3.  Most everyone is

20   available the week of August 10.  We might have to juggle one

21   witness and take him out of order if the Court would

22   accommodate.  Or alternatively we canvassed the three weeks

23   of September 7, 14, and 21.

24           I will confess we just sorted that out in the last

25   couple of days.  So I don't know if plaintiffs have had a

1      chance to check those dates, but those at least on our end

2      are available.

3              MR. FRAZIER:  This is David Frazier again.  We

4      don't have the exact availability, but I think any of those

5      timeframes we can certainly aim for and get back to the Court

6      very quickly to just confirm that the witnesses are available

7      in that window.  The second half of August into September I

8      think would be great for us as well.

9              THE COURT:  I am just not sure what I am going to

10     be doing with my kids this summer.  It's possible that three

11     or four hours a day is going to be ambitious just depending

12     on where I end up with them.  I think the safer thing is

13     September, if that's all right with everyone.

14             MR. FRAZIER:  Yes, Your Honor.

15             MR. SHANNON:  Yes, Your Honor.

16             THE COURT:  Karen, how do the weeks of the 14th and

17     the 21st look?  Two weeks, September 14 and September 21.

18             THE CLERK:  We have a trial scheduled.

19             THE COURT:  Which one?

20             THE CLERK:  Beltran.  It's not as old.  It's a

21     civil.

22             THE COURT:  That's scheduled for one week on the

23     14th?

24             THE CLERK:  Yes.  The 21st we have a criminal that

25     we had already moved.

```
 1               - - - - - - - - - - -

 2                      CERTIFICATION

 3

 4          I certify that the foregoing is a correct

 5     transcript of the record of proceedings in the above-entitled

 6     matter to the best of my skill and ability.

 7

 8

 9

10     /s/ Joan M. Daly                June 22, 2020

11

12     _____        _____

13     Joan M. Daly, RMR, CRR          Date
       Official Court Reporter
14

15

16

17

18

19

20

21

22

23

24

25
```