# Exhibit I to Rabenstein Declaration

| | |
|---|---|
| **From:** | Timothy Shannon |
| **To:** | Frazier, David (DC) |
| **Cc:** | #C-M ASTELLAS - ASTELLAS V. IMSTEM - LW TEAM; Ring, Jack (DC); Wayne Keown; Ben Stern; Jennifer Harrell |
| **Subject:** | RE: Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) - Amended Deposition Notices to R. Xu and M. Men |
| **Date:** | Saturday, June 29, 2019 8:11:15 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

David,

For a variety of scheduling reasons we would like to swap the order of Drs. Men and Xu (*i.e.* Men on July 2, Xu on July 3). We'd also like to start Dr. Men's deposition as early as possible. Can you let me know if 8:00 or 8:30 would work?

Regards,

Tim

**Timothy R. Shannon**, Partner

One Portland Square
Portland, ME 04112-0586
Office: (207) 253-4622
One Boston Place, Suite 1600
Boston, MA 02108-4407
Office: (617) 309-2600
Bio: verrilldana.com/tshannon



**From:** Jack.Ring@lw.com [mailto:Jack.Ring@lw.com]
**Sent:** Friday, June 28, 2019 4:18 PM
**To:** Wayne Keown ; Ben Stern ; Timothy Shannon ; Jennifer Harrell
**Cc:** ASTELLASASTELLASV.IMSTEM.LWTEAM@lw.com
**Subject:** Astellas v. ImStem, No. 1:17-cv-12239-ADB (D. Mass.) - Amended Deposition Notices to R. Xu and M. Men

Counsel:

Attached, please find Amended Notices of Deposition to Ren-He Xu and Michael Men.

Best,

Jack

**Jack Ring**
Paralegal
**LATHAM & WATKINS** LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.350.5306
Fax: +1.202.637.2201
Email: jack.ring@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by

others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments. Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at [www.lw.com](www.lw.com).

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.