# Exhibit M to
# Rabenstein Declaration

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:  Xiaofang WANG

Application No.: 14/413,290

                          Confirmation No.: 6606

Filed:  January 7, 2015

                          Art Unit: 1632

For:  MESENCHYMAL-LIKE STEM CELLS
      DERIVED FROM HUMAN
      EMBRYONIC STEM CELLS,
      METHODS AND USES THEREOF

                          Examiner: Ton, Thaian N

## AMENDMENT UNDER 37 C.F.R. §1.111

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Dear Sir:

      In response to the non-final Office Action mailed July 28, 2016, please amend the above-identified U.S patent application under 37 C.F.R. §1.111 as follows and consider the Petition for a 3-month extension of time from October 28, 2016 to and including January 28, 2017, and the required fee.  The Commissioner is hereby authorized to charge any unpaid fees deemed required in connection with this submission to Deposit Account No. 50-4570.

      **Amendments to the claims** are reflected in the listing of claims which begins on page 2 of this paper.

      **Remarks** begin on page 6 of this paper.

{10143/003338-US1/01635949.1}

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

**Amendments to the Claims:**

Pursuant to 37 C.F.R. § 1.121 the listing of claims will replace all prior versions, and listings, of
claims in the application:

**Listing of Claims:**

1.  (Currently Amended)  A method for producing human embryonic stem cell-derived
mesenchymal stem cells (hES-MSCs), comprising:

   a.  culturing human embryonic stem cells [[with]] in a serum free medium [[media]] with at
   least one or without GSK3 inhibitor at a concentration ranging from 0.05 µM to 0.2 µM,
   wherein the human embryonic stem cells are cultured in the absence of feeder cells
   inhibitors;

   b.  culturing human embryonic stem cells in a serum-free medium [[media]] comprising
   vascular endothelial growth factor (VEGF) and bone morphogenic protein 4 (BMP4) in
   an amount sufficient to induce formation of differentiation into embryoid bodies;

   c.  adding at least one growth factor to the culture, wherein the growth factor is in an amount
   sufficient to expand human hemangio-colony forming cells;

   d.  disaggregating the hemangio-colony forming cells into single cells; and

   e.  culturing the single cells in a medium [[media]] containing serum, knockout serum
   replacement (KOSR), or in a [[other]] serum-free medium in an amount sufficient to
   induce differentiation of the single cells into mesenchymal stem cells;

wherein at least about 90% of the hES-MSCs mesenchymal stem cells express CD73, said hES-
MSCs [[MSC]] having the following characteristics:  (i) contain >95% of cells expressing group-1
markers; (ii) contain >80% of cells expressing group 2 markers; (iii) contain <5% of cells
expressing group-3 markers (iv) expressing IL-10 and TGFβ; (v) contain <2% of cells expressing
IL-6, IL-12 and TNFα; and (vi) contains <0.001% of cells co-expressing all group-4 markers,
wherein group-1 markers are CD73, CD90, CD105, CD146, CD166, and CD44, group-2 markers
are CD13, CD29, CD54, CD49E, group-3 markers are CD45, CD34, CD31 and SSEA4, and group-
4 markers are OCT4, NANOG, TRA-1-60 and SSEA4.

{10143/003338-US1/01635949.1}

2

Application No: 14/413,290                                Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

2. (Currently Amended)  The method of claim 1, wherein the hES-MSCs ~~cells~~ do not express IL-6,
IL12 and TNFα.

3. (Currently Amended)  The method of claim 1, wherein the hES-MSCs ~~cells~~ express TGF-beta1,
TGF-beta2 and IL10.

4. (Currently Amended)  The method of claim 1, wherein the hES-MSCs ~~cells~~ do not express CCL2,
MMP2 and RAGE.

5. (Currently Amended)  The method of claim 1, where in the hES-MSCs ~~cells~~ have low expression
of IFNγR1, IFNγR2 as compared to bone marrow derived mesenchymal stem cells ~~BM-MSC~~.

6.  (Withdrawn)  A method of modifying mesenchymal stem cells to produce a population of
modified MSC having the following characteristics: (i) contain >95% of cells expressing group-1
markers; (ii) contain >80% of cells expressing group 2 markers; (iii) contain <5% of cells
expressing group-3 markers (iv) expressing IL-10 and TGFβ; (v) contain <2% of cells expressing
IL-6 , IL-12 and TNFα; and (vi) contains <0.001% of cells co-expressing all group-4 markers,
wherein group-1 markers are CD73, CD90, CD105, CD146, CD166, and CD44, group-2 markers
are CD13, CD29, CD54, CD49E, , group-3 markers are CD45, CD34, CD31 and SSEA4, and
group-4 markers are OCT4, NANOG, TRA-1-60 and SSEA4.

7 - 12. (Canceled)

13. (Previously Presented)  The method of claim 1, further comprising a step of irradiating the
       mesenchymal stem cells.

14. – 18. (Cancelled)

19. (Withdrawn)  A cell culture comprising the hES-MSC prepared by the method of claim 1.
{10143/003338-US1/01635949.1}

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016


20. – 22. (Canceled)

23. (Withdrawn)  A pharmaceutical preparation comprising the hES-MSC prepared by the method
    of claim 1 and a pharmaceutical acceptable carrier.

24. – 26.  (Canceled)

27. (Withdrawn)  A method for preventing or treating a T cell and/or  B cell related autoimmune
    disease comprising administering to a subject in need thereof the hES-MSC prepared by the
    method of claim 1, an amount sufficient to ameliorate or alleviate at least one symptom of the T
    cell related autoimmune disease or reverse the T cell and /or B cell related autoimmune disease.

28. – 42. (Canceled)

43. (Withdrawn)  A method for preventing or treating a multiple sclerosis comprising administering
    to a subject in need thereof the hES-MSC prepared by the method of claim 1, an amount
    sufficient to ameliorate or alleviate at least one symptom of the disease or reverse the disease.

44. – 58. (Canceled)

59. (Withdrawn)  A method of delivering an agent through the blood-brain barrier and/or the blood-
    spinal cord barrier, said method comprising the steps of: attaching the agent to a MSC to form a
    MSC-agent complex; and administering the MSC-agent complex to a subject in need thereof,
    wherein the human embryonic-mesenchymal stem cell is capable of crossing the blood-brain
    barrier and/or the blood-spinal cord barrier and the agent is for the treatment, prevention or
    diagnosis of a disease or injury in the subject in need thereof.

60. (Withdrawn)  A kit comprising the hES-MSC prepared by the method of claim 1 and a carrier.

{10143/003338-US1/01635949.1}

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

61. (Withdrawn)  The kit of claim 60 further comprising a thawing reagent, immunosuppressive
    enhancer, anti-histamine.

62. (Currently Amended)  The method of claim 13 wherein the mesenchymal stem cells are
    irradiated with <u>gamma-irradiation</u> ~~gama-irradiation~~.

63. – 66. (Canceled)

67. (Currently Amended)  The method of claim 1<u>,</u> wherein the hES-MSC<u>s</u> are modified by genetic
    modification, epigenetic regulation, small molecule, nutraceutical, natural compound, or
    antibody treatment.

68. – 82. (Canceled)

83. (Currently Amended)  The method of claim 1<u>,</u> further comprising co-culturing the hES-MSCs
    with ~~bone marrow~~ hematopoietic stem cells ~~and/or umbilical-cord hematopoietic stem cell~~.

84. – 87. (Cancelled)

88. (Currently Amended)  The method of claim 83<u>,</u> wherein the ~~hES-MSC is co-cultured with~~
    hematopoietic stem cells <u>comprise bone marrow hematopoietic stem cells and/or umbilical-cord</u>
    <u>hematopoietic stem cells</u>.

89. – 92. (Cancelled)

93. (New) The method of claim 1, wherein the GSK3 inhibitor is (2'Z,3'E)-6-Bromoindirubin-3'-
    oxime (BIO).

{10143/003338-US1/01635949.1}
                                              5

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

## REMARKS

Claims 1 – 6, 13, 19, 23, 27, 43, 59 – 62, 67, 83, 88 and 93 are pending in this case. Claims 1 – 5, 62, 67, 83 and 88 have been amended. Claims 6, 19, 23, 27, 43 and 59 – 61 have been withdrawn. Claims 7 – 12, 14 – 18, 20 – 22, 24 – 26, 28 – 42, 44 – 58, 63 – 66, 68 – 82, 84 – 87 and 89 – 92 have been cancelled without prejudice. Claim 93 is new.

Support for "from 0.05 µM to 0.2 µM" of a GSK3 inhibitor can be found at least at page 18, lines 17-19, as well as page 70, lines 27-28, of the specification as filed.  Support for "the human embryonic stem cells are cultured in the absence of feeder cells" can be found at least at page 18, lines 16-17; and page 72, lines 4-5, of the specification as filed.  Support for new claim 93 can be found at least at page 13, lines 31-32, as well as page 70, lines 27-28, of the specification as filed. Support for the other claim amendments can be found at least in the original claims. No new matter has been introduced with this amendment. Entry of the amendments is respectfully requested. Amendment and cancellation of the claims herein are not to be construed as acquiescence to any of the rejections/objections made in the instant Office Action or in any previous Office Action, and were done solely to expedite prosecution of the application.  The Applicants hereby reserve the right to pursue the claims as originally filed, or substantially similar claims in one or more subsequent patent applications. The Applicants also reserve the right to rejoinder. Once the elected claims are found allowable, all withdrawn claims that include all the limitations of an allowable claim should be rejoined.

### I.  Claim Objections

Claims 62, 67, 83 and 88 are objected to because of certain informalities.  Claims 62, 67, 83 and 88 have been amended to correct the informalities.  As such, the claim objections have been overcome.

### II.  Rejections Under 35 USC §112, Second Paragraph

Claims 1-5, 13, 62, 67, 83 and 88 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite.  The claims have been amended to address the Examiner's rejections.  As such, the rejections have been overcome.

{10143/003338-US1/01635949.1}

6

Application No: 14/413,290                                   Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

### III. Rejections Under 35 USC §112, Fourth Paragraph

Claim 88 is rejected under 35 U.S.C. 112, 4th paragraph, as being of improper dependent form. Claims 83 and 88 have been amended to address the Examiner's rejections. As such, the rejections have been overcome.

### IV. Rejections Under 35 U.S.C. 102

Claims 1-5, 13 and 67 are rejected under 35 U.S.C. 102(a) and (e) as being anticipated by WO 2013/082543 (Lanza et al., published June 6, 2013, hereinafter "Lanza").

Lanza was filed on November 30, 2012, and claims priority to U.S. Provisional Application No. 61/565,358 which was filed on November 30, 2011. Lanza was published on June 6, 2013. Without conceding to the rejection and solely to advance prosecution, the Applicants submit a declaration under 37 C.F.R. §1.131 (Exhibit A), swearing behind the priority date and publication date of Lanza. Therefore, Lanza does not constitute prior art, and the 102(a) and 102(e) rejections are rendered moot.

Furthermore, it is the Applicants' position that the pending claims, as amended, does not claim the same patentable invention and are not anticipated by Lanza. To anticipate a claim, the reference must teach each and every element of the claim. MPEP § 2131 ("A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference", quoting Verdegaal Bros. v. Union Oil Co. of California, 814 F.2d 628, 631, Fed. Cir. 1987).

In fact, Lanza does not disclose each and every element of the amended claims. Specifically, Lanza fails to teach culturing human embryonic stem cells in a medium with "at least one GSK3 inhibitor at a concentration ranging from 0.05 μM to 0.2 μM" as recited in amended claim 1. Nor does Lanza teach that "the human embryonic stem cells are cultured in the absence of feeder cells" as recited in amended claim 1.

Rather, Lanza discloses that the human embryonic stem cells are cultured in the presence of feeder cells: "The ESCs may be initially co-cultivated with murine embryonic feeder cells (MEF)

{10143/003338-US1/01635949.1}

7

Application No: 14/413,290                                          Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

cells." Lanza, paragraph [078]. Lanza also teaches at paragraph [0334] that "[h]uman ES cells were
generally cultured on irradiated or mitomycin-C treated mouse embryonic fibroblasts (MEF) feeder
cells in Human ES Cell Growth Medium".

Therefore, Lanza does not anticipate claim 1. As amended, claims 2-5, 13 and 67 are
dependent on claim 1 and, therefore, incorporate each element of claim 1. See MPEP § 608.01(n)
("a dependent claim is directed to a combination including everything recited in the base claim and
what is recited in the dependent claim. It is this combination that must be compared with the prior
art, exactly as if it were presented as one independent claim"). Accordingly, because it does not
teach each and every element of claim 1, Lanza does not teach each and every element of claims 2-
5, 13 and 67.

Therefore, the Applicant respectfully submits that the rejections under 35 U.S.C. § 102(a)
and (e) are rendered moot.


## V.  Rejections Under 35 USC § 103

Claims 1-5, 13, 62 and 67 are rejected under 35 U.S.C. 103(a) as being obvious over Lanza
when taken with CA 2792802 (Kato et al., hereinafter "Kato").

Claims 1-5, 13, 67, 83 and 88 are rejected under 35 U.S.C. 103(a) as being obvious over
Lanza when taken with Briquet et al., Haematologica, 95(1): 47-56, 2010 (hereinafter "Briquet").

As discussed above, in view of the declaration under 37 C.F.R. §1.131 (Exhibit A), swearing
behind the priority date and publication date of Lanza, Lanza does not constitute prior art. As Kato
was published on September 15, 2011, it is not a proper prior art reference either in view of the
declaration under 37 C.F.R. §1.131 (Exhibit A). As such, Rejections of the claims under 35 U.S.C.
103(a) should be withdrawn.

Application No: 14/413,290                                      Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

## CONCLUSION

In view of the foregoing, each of the presently pending claims in this application is believed to be in condition for allowance.  Accordingly, the Examiner is respectfully requested to allow this application to issue.

The Examiner is respectfully requested to contact the undersigned at the telephone number indicated below if the Examiner believes any issue can be resolved through either a Supplemental Response or an Examiner's Amendment.

Applicant submits that no additional payment is required for this filing. However, in the event that any other fees are required, the Commissioner is authorized to charge any deficiency or credit any excess in this fee to Deposit Account No. 50-4570.

Dated:  January 17, 2017                        Respectfully submitted,

                                                By
                                                Susie S. Cheng
                                                Registration No.: 46,616
                                                Leason Ellis LLP
                                                One Barker Avenue
                                                White Plains, New York  10601
                                                (914)821-3077
                                                (914)821-0023 (Fax)
                                                Attorneys/Agents For Applicant

{10143/003338-US1/01635949.1}

Application No: 14/413,290                                   Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016


**Exhibit A:**


**<u>DECLARATION UNDER 37 C.F.R. § 1.131</u>**

Application No: 14/413,290                          Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:  Xiaofang WANG

Application No.: 14/413,290

                                    Confirmation No.: 6606

Filed:  January 7, 2015

                                    Art Unit: 1632

For:  MESENCHYMAL-LIKE STEM CELLS
      DERIVED FROM HUMAN          Examiner: Ton, Thaian N
      EMBRYONIC STEM CELLS,
      METHODS AND USES THEREOF

### DECLARATION UNDER 37 C.F.R. § 1.131

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

    We, Xiaofang Wang and Ren-He Xu, hereby declare the following, based on our own
knowledge, information and belief:

    1.     We are the original and joint inventors of the subject matter as set forth in the claims,
as originally filed in U.S. Application Serial No. 14/413,290 ("the '290 application"), filed on
January 7, 2015.  We are also the original and joint inventors of the subject matter as set forth in the
claims, as amended in the Amendment, filed herewith (hereinafter the "Invention").

    2.     We had possession of the Invention in the United States of America before
November 30, 2011, the priority date of WO 2013/082543 to Lanza et al.  We also had possession
of the Invention in the United States of America before June 6, 2013, the publication date of WO
2013/082543 to Lanza et al.  37 C.F.R. 1.131.  Records evidencing such possession are attached as
Exhibits B - D.

{10143/003338-US1/01635949.1}

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

     3.    Exhibit B includes selected slides from a department presentation (date redacted), before the priority date and publication date of Lanza.  Exhibit B shows reduction to practice of methods for producing mesenchymal stem cells by culturing human embryonic stem cells in the presence of a GSK3 inhibitor; culturing human embryonic stem cells to induce formation of embryoid bodies; expanding human hemangio-colony forming cells (hemangioblasts); and producing mesenchymal stem cells (MSCs).

     Exhibit C includes flow cytometry data (date redacted), before the priority date and publication date of Lanza.  Exhibit C shows MSCs positive for both CD73 and CD90 markers (see the upper-right quadrant of the right panel of Exhibit C).  The MSCs were generated by an embodiment of the claimed method.

     Exhibit D includes lab notes (date redacted), before the priority date and publication date of Lanza.  Exhibit D shows reduction to practice of methods for producing mesenchymal stem cells by culturing human embryonic stem cells in the presence of a GSK3 inhibitor; culturing human embryonic stem cells to induce formation of embryoid bodies; expanding human hemangio-colony forming cells (hemangioblasts); and producing mesenchymal stem cells (MSCs).

     All of this work was performed in the United States of America.

Application No: 14/413,290                          Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

 

 

4.     We hereby declare that all statements made herein of our own knowledge are true
and that all statements made on information and belief are believed to be true; and further that these
statements are made with the knowledge that willful false statements and the like so made are
punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize the validity of the application or any
patent issuing thereon.

 

 

Signed this _12th_day of January, 2017.

Xiaofang Wang

 

 

Signed this _12th_ day of January, 2017.

Ren-He Xu

Application No: 14/413,290                                    Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

**Exhibit B**

**Selected slides from a department presentation dated before the priority date and publication
date of Lanza**

# High efficiency Differentiation of HSC and MSC from human embryonic stem cells Feeder free and Serum free system

Xiaofang Wang

# Using small molecular(BIO) to improve mTeSR1 culture

* E-cadherin has been shown to support mESC attachment

* SB (TGFb inhibitor) increases "ES cell" expansion and EB formation yield due to increased E-cadherin expression (unpublished)

* SB cannot be used to maintain ES cell culture
* We found another small molecular(BIO) can maintain hES culture for up to 12 passages without change pluripotency ,
* BIO significantly increase E-cadherin expression
* BIO, a GSK3 inhibitor

# 0.1-0.2uM BIO is ideal for hES culture
## high concentration result in cell death and differentiation



# Low concentration BIO also enhances E-Cadherin expression in hESCs in mTeSR1



# BIO increases EB formation



From hESC in mTESR1($T_1$)+BIO

# Hemangioblast formation from hESC cultured in T1 plus ROCKi and/or BIO



| 0.4million | T₁+BIO | T₁BIO+ROCKi | T₁ | T₁+ROCKi |
|---|---|---|---|---|
| Day3 | | | | |
| Day7 | | | | |
| Day9 | 1.8-2.5 | 0.5-0.7 | 0.4-0.6 | 0.2-0.3 (million) |

Application No: 14/413,290                          Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016

**Exhibit C**

**Flow cytometry data dated before the priority date and publication date of Lanza**



hemangioblast1221_001_no stain.fcs
FSC-A, SSC-A subset
3681



hemangioblast1221_001_Day14 HB-MSC.fcs
FSC-A, SSC-A subset
3681

Application No: 14/413,290                                       Docket No.: 10143/003338-US1
Response to the Office Action dated July 28, 2016


**Exhibit D**


**Lab notes dated before the priority date and publication date of Lanza**

Project No.  _____
Book No.  _____

Page No. _____

D.   MSC   check   Day 14   check.                              attache Tips
       CD 105,  CD73.  CD45, CD34.

2).   run   WB.   check.  Bio.  E-cad  Ncad

3).   purify DNA.  ligation. –

4)  Cruent.

5)  paper.

      CD 73   color   CD45.   stain.   x 3.

4  1.4.

WB
Snail ~1
A-cad
B-cad
β-actin

)  G3K3β  phospho.

                                                                              To Page No. _____

____ded by:                    | Date   | Verified by:        | Date

56

Project No. _____
Book No. _____ TITLE _____
From Page No. _____

Day 9          Study.

Day 14

1) No stain
2) CD20   CD.73          CD45.

3) CD31. CD13. CD105.

4)          CD29          CD44.

5)          CD54.          CD44.

Mabe Bio treated AB

Imp   buff   well   1) 0.2 ml Bb +   0.2u
                     2) 0.2 us Bio + Rodi.

(T)          1) 0.2 Rodi.

Recorded by: _____ | Date _____ | Verified by: _____ | Date _____