# ATTACHMENT B

Astellas v. ImStem, C.A. 1:17-cv-12239-ADB
Numbered Exhibits With No Objections

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 1 | US Patent No. Certified copy of US Patent No. 8,962,321 | 2/24/2015 | AIRM00293424 | AIRM00293493 | Pl. Ex. 123<br>Def. Ex. 071 [Different Bates]<br>Lu Ex. 12 [Different Bates] | | |
| 2 | Certified copy of US Patent No. 8,961,956 | 2/24/2015 | AIRM00290412 | AIRM00290497 | Pl. Ex. 122<br>Def. Ex. 064 [Different Bates]<br>Lu Ex. 13 [Different Bates] | | |
| 3 | Copy of Provisional App. No. 61/670,787 | 6/18/2012 | AIRM00296616 | AIRM00296646 | Pl. Ex. 006 | | |
| 4 | Patent Application 61/670,787 | 6/12/2012 | N/A | | Pl. Ex. 006 [Different Bates]<br>Def. Ex. 73 | | |
| 5 | Copy of Provisional App. No. 61/762,961 | 11/5/2012 | AIRM00296647 | AIRM00296675 | Pl. Ex. 007 | | |
| 6 | Lu, S. J. et al., Generation of Functional Hemangioblasts from Human Embryonic Stem Cells, Nature Methods, 4:501-09 (2007) | 3/20/2007 | AIRM00289971 | AIRM00289979 | Pl. Ex. 009<br>Lu Ex. 1 [Different Bates] | | |
| 7 | Sato, N., et. al., Maintenance of Pluripotency in Human and Mouse Embryonic Stem Cells through Activation of Wnt Signaling by a Pharmacological GSK-3-Specific Inhibitor, Nature Medicine, 10(1):55-63 (2004) | 1/1/2004 | AIRM00289996 | AIRM00290004 | Pl. Ex. 011 | | |
| 8 | Excerpted copy of File History for U.S. Patent No. 9,745,551 (U.S. Patent Appl. 14/413,290) as used in Cheng Deposition | 1/7/2015 | AIRM00293495 | AIRM00295992 | Pl. Ex. 012 (Excerpt) | | |
| 9 | Wang, X., et al., Human ESC-Derived MSCs Outperform Bone Marrow MSCs in the treatment of an EAE Model of Multiple Sclerosis, Stem Cell Reports, 3:115-130 (2014) | 7/8/2014 | AIRM00289980 | AIRM00289995 | Pl. Ex. 024 | | |
| 10 | Mesenchymal Stem Cell Population Derived from Human Pluripotent Stem Cells Displays Potent Immunomodulatory and Therapeutic Properties, Kimbrel (2014) | 3/20/2014 | AIRM00289957 | AIRM00289970 | Pl. Ex. 025 | | |
| 11 | E-mail from E. Kimbrel to X. Wang re Hi Collaboration attaching protocols | 8/11/2010 | IMSTEM-0001523 | IMSTEM-0001530 | Pl. Ex. 030<br>Def. Ex. 067<br>Lu Ex. 06<br>Fortier Ex. 17 | | |
| 12 | X. Wang Lab Notebook #31 (redacted version) | 3/12/2010 | IMSTEM-0030785 | IMSTEM-0030978 | Pl. Ex. 033 | | |

Astellas v. ImStem, C.A. 1:17-cv-12239-ADB
Numbered Exhibits With No Objections

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 13 | E-mail from S. Lu to E. Kimbrel, R. Xu, and X. Wang re in vivo MSC Collaboration | 11/18/2011 | IMSTEM-0004720 | IMSTEM-0004721 | **Pl. Ex. 035** | | |
| 14 | E-mail from X. Wang to R. Xu re HB-MSC_disclosure_0712112 attaching invention disclosure form and attached figures | 7/13/2012 | IMSTEM-0009108 | IMSTEM-0009125 | **Pl. Ex. 038** | | |
| 15 | E-mail from X. Wang to D. Liu re EAE Reagents | 7/14/2011 | IMSTEM-0008426 | IMSTEM-0008427 | **Pl. Ex. 040** | | |
| 16 | E-mail from J. Lu to X. Wang, Copying E. Kimbrel and R. Xu re Collaboration and attaching methodology paper | 7/26/2010 | IMSTEM-0001004 | IMSTEM-0001006 | **Pl. Ex. 041** **Lu Ex. 03** | | |
| 17 | E-mail from E. Kimbrel to X. Wang re Hi Collaboration | 8/5/2010 | IMSTEM-0001547 | IMSTEM-0001551 | **Pl. Ex. 042** | | |
| 18 | ImStem Biotechnology, Inc. Incoporporation Agreement | 5/29/2012 | IMSTEM-0040593 | IMSTEM-0040601 | **Pl. Ex. 054** | | |
| 19 | E-mail from R. Xu to M. Men, copying X. Wang re ImStem Business Plan (Draft) attaching business proposal | 3/12/2012 | IMSTEM-0040434 | IMSTEM-0040453 | **Pl. Ex. 056** | | |
| 20 | E-mail from X. Wang to M. Men re testing iPSC-MSC in EAE | 8/6/2013 | IMSTEM-0031133 | IMSTEM-0031134 | **Pl. Ex. 066** | | |
| 21 | Ren-He Xu Curriculum Vitae | 3/4/2019 | IMSTEM-0027865 | IMSTEM-0027888 | **Pl. Ex. 072** | | |
| 22 | E-mail from E. Kimbrel to R. Xu and X. Wang, copying J. Lu, re data and info for grants attaching Generation of MSCs from hESC-derived Hemangioblasts and a presentation of figures | 12/22/2010 | IMSTEM-0001630 | IMSTEM-0001634 | **Pl. Ex. 075** | | |
| 23 | E-mail from X. Wang to R. Xu re Tmart-1 | 4/27/2011 | IMSTEM-0045332 | IMSTEM-0045333 | **Pl. Ex. 078** | | |
| 24 | E-mail from the ACC Office to X. Wang and R. Xu re Animal Protocol 100194-0314 Approved on 6/8/2011 | 6/8/2011 | IMSTEM-0003560 | IMSTEM-0003560 | **Pl. Ex. 080** | | |
| 25 | E-mail from R. Xu to E. Kimbrel and X. Wang, copying S. Lu, re collaboration | 12/9/2011 | IMSTEM-0004606 | IMSTEM-0004607 | **Pl. Ex. 081** **Fortier Ex. 14** | | |
| 26 | E-mail from R. Xu to X. Wang re Budget and Plan attaching ImStem patent highlighted | 4/2/2012 | IMSTEM-0040416 | IMSTEM-0040421 | **Pl. Ex. 082** | | |
| 27 | E-mail from R. Xu to E. Kimbrel and X. Wang, copying S. Lu, re in vitro data disclosure | 4/2/2012 | IMSTEM-0005466 | IMSTEM-0005468 | **Pl. Ex. 083** **Fortier Ex. 15** | | |
| 28 | International Patent Search Report, PCT/US2013/048291 | 2/21/2014 | AIRM00295409 | AIRM00295434 | **Pl. Ex. 111** | | |
| 29 | Amendment to Patent Application 14/413,290 | 1/17/2017 | AIRM00295774 | AIRM00295810 | **Pl. Ex. 112** **Pl. Ex. 084** | | |

2

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 30 | Article: Bunnell, et al. New Concepts on the Immune Modulation Mediatied by Mesenchymal Stem Cells. Stem Cell Research & Therapy | 11/11/2010 | N/A | | **Pl. Ex. 121** | | |
| 31 | Caplan, A.I. & Dennis, J.E., Mesenchymal stem cells as trophic mediators, *J. of Cellular Biochemistry*, 98:1076-1084 (2006) | 2006 | AIRM00299338 | AIRM00299346 | **Pl. Ex. 126** | | |
| 32 | Article: Pachon-Pena, et al. Stromal Stem Cells From Adipose Tissue and Bone Marrow of Age-Matched Female Donors Display Distinct Immunophenotypic Profiles. J. of Cellular Physiology | 9/20/2010 | N/A | | **Pl. Ex. 129** | | |
| 33 | U.S. Patent Application Publication No. US2009/0111177 | 4/30/2009 | AIRM00298309 | AIRM00298354 | **Pl. Ex. 132 Brivanlou Ex. 5** | | |
| 34 | Sato, N. & Brivanlou, A.H., Manipulation of Self-Renewal in Human Embryonic Stem Cells Through a Novel Pharmacological GSK-3 Inhibitor, in Human Embryonic Stem Cell Protocols, 115-128 (Humana Press, 2006) with book cover | 1/1/2006 | AIRM00290005 | AIRM00290018 | **Pl. Ex. 134** | | |
| 35 | U.S. Provisional Patent Application 61/565,358 | 1/6/2012 | | | **Def. Ex. 062** | | |
| 36 | Lab Meeting slides Altering Hemangioblast Growth Conditions Exploration of Mesenchymal Stem Cells Differentiation of Blasts into Dendritic cells | 11/24/2009 | AIRM00281690 | AIRM00281713 | **Def. Ex. 065** | | |
| 37 | International Patent Application WO 2014/011407 | 1/16/2014 | AIRM00037251 | AIRM00037387 | **Def. Ex. 070** | | |
| 38 | E-mail from R. Lanza to S. Lu re Pluristem attaching PSTI -Pluristem Company profile Jan 2008 Regenerative Medicine | 9/20/2009 | AIRM00223725 | AIRM00223731 | **Def. Ex. 074** | | |
| 39 | E-mail from E. Kimbrel to X. Wang re data and info for grants | 3/28/2011 | IMSTEM-0002553 | IMSTEM-0002556 | **Fortier Ex. 13** | | |
| 40 | File History for U.S. Patent No. 9,745,551 (U.S. Patent Appl. 14/413,290) | 1/7/2015 | AIRM00293495 | AIRM00295992 | | | |
| 41 | Astellas' U.S. Patent No. 8,017,393 | 9/13/2011 | AIRM00296310 | AIRM00296387 | | | |
| 42 | Rasmusson, I. et al., Mesenchymal Stem Cells Stimulate Antibody Secretion in Human B Cells, *Scandinavian J. of Immunol.*, 65:336-343 (2007) | 1/7/2007 | AIRM00297382 | AIRM00297389 | | | |

Astellas v. ImStem, C.A. 1:17-cv-12239-ADB
Numbered Exhibits With No Objections

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 43 | E-mail from E. Kimbrel to J. Chu re array info with attachments | 8/23/2012 | AIRM00051817 | AIRM00051837 | | | |
| 44 | Data slides (with metadata sheet attached) | 1/25/2010 | AIRM00200724 | AIRM00200730 | | | |
| 45 | Kimbrel lab notebook No. 005 | 5/1/2009 | AIRM00290141 | AIRM00290340 | | | |
| 46 | E-mail from X. Wang to E. Kimbrel, copying R. Xu and J. Lu | 11/5/2012 | AIRM00023998 | AIRM00024002 | | | |
| 47 | Erin Kimbrel Lab Notebook No. 160 | 7/18/2011 | AIRM00249127 | AIRM00249323 | | | |
| 48 | File History for U.S. Patent No. 8,962,321 (U.S. Patent Appl. 13/691,349) | 11/30/2012 | AIRM00290498 | AIRM00293423 | | | |
| 49 | E-mail from X. Wang to A. Lazorchak re here is theirs | 6/21/2013 | IMSTEM-0022056 | IMSTEM-0022290 | | | |
| 50 | E-mail from J. Lu to X. Wang, copying E. Kimbrel and R. Xu re "Collaboration" attaching Lu, S. J. et al., Directed Differentiation of Red Blood Cells from Human Embryonic Stem Cells, Methods in Molecular Biology, 636:105-21 (2010) | 7/26/2010 | AIRM00013841 | AIRM00013860 | | | |
| 51 | E-mail from X. Wang to R. Xu attaching 2012 Grant application and publications | 1/13/2012 | IMSTEM-0040208 | IMSTEM-0040281 | | | |
| 52 | E-mail from X. Wang to Y. Huang re pre-pre-IND Telecon schedule | 7/24/2014 | IMSTEM-0019511 | IMSTEM-0019546 | | | |
| 53 | Introduction, ImStem website | | AIRM00298942 | AIRM00298942 | | | |
| 54 | Gregory Bell Curriculum Vitae | | | | | | |
| 55 | Ali Brivanlou Curriculum Vitae | | | | | | |
| 56 | Hentze, H., et al., Teratoma formation by human embryonic stem cells: Evaluation of essential parameters for future safety studies, Stem Cell Research, 2:198-210 (2009) | 2009 | AIRM00299300 | AIRM00299312 | | | |
| 57 | Lisa Fortier Curriculum Vitae | | | | | | |
| 58 | Gordon, D. et al., Human mesenchymal stem cells abrogate experimental allergic encephalomyelitis after intraperitoneal injection, and with sparse CNS infiltration, *Neuroscience Letters,* 448(1):71-73 (2008) | 1/1/2008 | AIRM00299415 | AIRM00299421 | | | |

Astellas v. ImStem, C.A. 1:17-cv-12239-ADB
Numbered Exhibits With No Objections

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 59 | Olivier, E.N. et al., Differentiation of Human Embryonic Stem Cells into Bipotent Mesenchymal Stem Cells, *Stem Cells*, 24:1914-1922 (2008) | 4/27/2006 | AIRM00299528 | AIRM00299537 | | | |
| 60 | Zappia, E. et al., Mesenchymal stem cells ameliorate experimental autoimmune encephalomyelitis inducing T-cell anergy, *Blood*, 106(5):1755-1761 (2005) | 9/1/2005 | AIRM00299594 | AIRM00299601 | | | |
| 61 | Hwang, J.H. et al., Comparison of Cytokine Expression in Mesenchymal Stem Cells from Human Placenta, Cord Blood, and Bone Marrow, *J. of Korean Med. Sci.*, 24:547-554 (2009) | 1/1/2009 | AIRM00299613 | AIRM00299620 | | | |
| 62 | E-mail from E. Kimbrel to M. Vincent re Vijay Kuchroo with attachment | 4/6/2012 | AIRM00297348 | AIRM00297369 | | | |
| 63 | Raybiotech Invoice to ACT | 2/8/2012 | AIRM00297370 | AIRM00297370 | | | |
| 64 | Wang, X., et al, Immune Modulatory Mesenchymal Stem Cells Derived from Human Embryonic Stem Cells Through a Trophoblast-Like Stage, *Stem Cells*, 34:380-391 (2015) | 1/1/2015 | AIRM00171208 | AIRM00171219 | | | |
| 65 | Examining the immunosuppressive features of hESC-derived MSCs - Lab Meeting Presentation | 1/6/2011 | AIRM00180487 | AIRM00180505 | | | |
| 66 | Presentation: Pathways for Clinical Development of MSCs | 5/9/2012 | AIRM00182029 | AIRM00182047 | | | |
| 67 | Harnessing the Power of Mesenchymal Stromal Cells - Lab meeting presentation | 8/26/2011 | AIRM00202419 | AIRM00202451 | | | |
| 68 | E-mail from E. Kimbrel to R. Xu, copying J. Lu, re suggested edits with attachment | 12/29/2010 | AIRM00233507 | AIRM00233523 | | | |
| 69 | Lab Meeting slides Altering Hemangioblast Growth Conditions Exploration of Mesenchymal Stem Cells Differentiation of Blasts into Dendritic cells | 11/24/2009 | AIRM00281714 | AIRM00281737 | | | |
| 70 | Vodyanik et al., A mesoderm-derived precursor for mesenchymal stem and endothelial cells, *Cell Stem Cell*, 7(6):718–729 (2011) | 2011 | AIRM00298665 | AIRM00298684 | | | |
| 71 | Mesenchymal Stem Cells-hES-MSC, ImStem | | AIRM00298962 | AIRM00298963 | | | |
| 72 | Team, ImStem website | | AIRM00298985 | AIRM00298986 | | | |

| TRIAL EXHIBIT # | DESCRIPTION | DATE | BEGBATES | ENDBATES | Dep. Exhibit # | Plfs.' Ob. | Defs.' Obj |
|---|---|---|---|---|---|---|---|
| 73 | List of references from U.S. Appl. 15/656,473 | | AIRM00299313 | AIRM00299337 | | | |
| 74 | EAE Induction by active immunization in C57BL/6 Mice – Hooke Laboratories | 1/1/2009 | AIRM00299372 | AIRM00299378 | | | |
| 75 | U.S. Patent 10,226,488 | 3/12/2019 | AIRM00299648 | AIRM00299693 | | | |
| 76 | Seeking a Cure for MS - ImStem Biotechnologies and The Promise of Stem Cell Treatments, Bold Business (2019) | 1/24/2019 | AIRM00299743 | AIRM00299747 | | | |
| 77 | E-mail from R. Xu to X. Wang re MSC in EAE Study | 11/5/2012 | IMSTEM-0000010 | IMSTEM-00000014 | | | |
| 78 | E-mail from X. Wang to E. Kimbrel re Revision plan | 6/27/2013 | IMSTEM-0010863 | IMSTEM-0010866 | | | |
| 79 | E-mail from E. Kimbrel to X. Wang re Sunday | 11/12/2013 | IMSTEM-0016056 | IMSTEM-0016057 | | | |
| 80 | E-mail from E. Kimbrel to X. Wang re status update? | 10/3/2013 | IMSTEM-0016065 | IMSTEM-0016069 | | | |
| 81 | E-mail from R. Xu to J. Pachter and X. Wang re Aim 1 so far attaching specific aim 1 | 12/30/2012 | IMSTEM-0017335 | IMSTEM-0017346 | | | |
| 82 | E-mail from R. Xu to J. Pachter and X. Wang re Aim 1 so far attaching specific aim 1 | 12/31/2012 | IMSTEM-0017354 | IMSTEM-0017367 | | | |
| 83 | E-mail from X. Wang to L. Bao, copying A. Lazorchak, re please submit to FDA OGCTC attaching briefing | 3/6/2014 | IMSTEM-0022923 | IMSTEM-0022961 | | | |
| 84 | E-mail from A. Lazorchak to X. Wang re ImStemPoster2013#2 | 11/6/2013 | IMSTEM-0025527 | IMSTEM-0025528 | | | |
| 85 | E-mail from R. Xu to X. Wang re Human Mesenchymal Stem Cell Assays | 5/11/2010 | IMSTEM-0042872 | IMSTEM-0042873 | | | |
| 86 | Native Audio of March 2018 Conversation between T. Shannon and J. Lu | 3/1/2018 | LU-00000002 | LU-00000002 | | | |

### Astellas' Reservation of Rights

Astellas reserves all rights to amend and update the trial exhibit list, to submit, as appropriate, additions and/or deletions to the above as the pretrial and trial process evolves, including meeting and conferring with Defendants on outstanding trial management issues and receiving the Court's rulings on any pending or later-filed motions, to remove entries that prove unnecessary, to rebut unanticipated evidence presented at trial by Defendants, and for any other permissible reason under the Federal Rules of Evidence, Federal Rules of Civil Procedure, and the Local Rules of the Court. Astellas may decide not to offer certain of the listed exhibits into evidence, and some of the exhibits are contingent on what Defendants offer into evidence. The inclusion of an exhibit on this list does not constitute an admission that the exhibit would be admissible if offered by Defendants. Astellas further reserves the right to offer into evidence any trial exhibit on this list offered by Defendants on their initial trial exhibit list or otherwise adduced at trial. Astellas also reserves the right to offer additional evidence on rebuttal and in response to any testimony, evidence, or argument offered by Defendants at trial.

### ImStem's Reservation of Rights

Defendants reserve all rights to amend and update the trial exhibit list, to submit, as appropriate, additions and/or deletions to the above as the pretrial and trial process evolves, including meeting and conferring with Astellas on outstanding trial management issues and receiving the Court's rulings on any pending or later-filed motions, to remove entries that prove unnecessary, to rebut unanticipated evidence presented at trial by Astellas, and for any other permissible reason under the Federal Rules of Evidence, Federal Rules of Civil Procedure, and the Local Rules of the Court. Defendants may decide not to offer certain of the listed exhibits into evidence, and some of the exhibits are contingent on what Astellas offers into evidence. The inclusion of an exhibit on this list does not constitute an admission that the exhibit would be admissible if offered by Astellas. Defendants further reserve the right to offer into evidence any trial exhibit on this list offered by Astellas on their initial trial exhibit list or otherwise adduced at trial. Defendants also reserve the right to offer additional evidence on rebuttal and in response to any testimony, evidence, or argument offered by Astellas at trial.