# ATTACHMENT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASTELLAS INSTITUTE FOR REGENERATIVE
MEDICINE, and STEM CELL & REGENERATIVE
MEDICINE INTERNATIONAL, INC.,

    Plaintiffs,

v.

IMSTEM BIOTECHNOLOGY, INC., XIAOFANG
WANG, and REN-HE XU,

    Defendants.

C.A. NO. 1:17-cv-12239-ADB

## ASTELLAS' INITIAL TRIAL FACT WITNESS LIST

    In accordance with this Court's Order (Dkt. 106), Fed. R. Civ. P. 26(a)(3), and L.R. 16.5(c), Plaintiffs Astellas Institute for Regenerative Medicine and Stem Cell & Regenerative Medicine International, Inc. (collectively "Astellas") provide the following fact witness list identifying those fact witnesses it expects it will call, or may call, at trial, other than witnesses for rebuttal or impeachment purposes, as of February 21, 2020.

    Below, Astellas has listed in good faith the fact witnesses that it expects to call or may call to testify live or by prior testimony (including possibly by video) at the trial in this action. For prior deposition testimony that is expected to be, or may be, read or played into evidence, Astellas is providing separately those portions of designated testimony, in accordance with the Court's Scheduling Order (Dkt. 106).

    Astellas reserves the right to amend and update this list, to submit, as appropriate, additions and/or deletions or revisions to this list as the pretrial and trial process evolves, including meeting and conferring with Defendants on outstanding trial management issues, receiving the Court's rulings on matters such as the parties' respective evidentiary issues (if any), to remove witnesses that prove unnecessary, and to rebut unanticipated evidence presented at trial by Defendants. Astellas reserves the right to call any witness on Defendants' witness list and any witness called

by Defendants.  Astellas reserves the right to designate and present the prior deposition testimony of any witness that Defendants have indicated they expect to testify live at trial should such witnesses not come to trial, and furthermore, Astellas expressly reserves its right to introduce deposition testimony in accordance with Fed. R. Civ. P. 32(a)(3).

Astellas also reserves the right to call any witness not listed here as may be necessary to authenticate a document to which an objection is made.  Astellas further reserves the right to call any person not listed here to counter surprise by any other party.  In addition, Astellas reserves the right to call any person not listed here as may be necessary to cure any objection to any exhibit.  Astellas also reserves the right to call any person identified in Defendants' Witness List.

## EXPECTS TO CALL

| Name | Testify Live/Deposition |
|---|---|
| Dr. Erin Kimbrel<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live |
| Dr. Robert Lanza<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live |
| Dr. Xiaofang Wang<br><br>c/o Verrill Dana LLP<br>One Federal Street, 20th Floor<br>Boston, MA 02110 | Live/Deposition |
| Dr. Ren-He Xu<br><br>c/o Verrill Dana LLP<br>One Federal Street, 20th Floor<br>Boston, MA 02110 | Live/Deposition |

| Name | Testify Live/Deposition |
|---|---|
| Mr. Michael Men<br><br>c/o Verrill Dana LLP<br>One Federal Street, 20th Floor<br>Boston, MA 02110 | Live/Deposition |
| Dr. Susie Cheng<br><br>Third Party c/o Leason Ellis LLP<br>1 Barker Ave<br>White Plains, NY 10601 | Live/Deposition |

## MAY CALL

| Name | Testify Live/Deposition |
|---|---|
| Richard Cassidy<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live/Deposition |
| Dr. Shi-Jiang Lu<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live/Deposition |
| Dr. Jianlin Chu<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live/Deposition |
| Dr. Nicholas Kouris<br><br>c/o Latham & Watkins LLP<br>555 Eleventh Street, NW,<br>Suite 1000<br>Washington, D.C. 20004-1304 | Live/Deposition |

Dated:  February 21, 2020	Respectfully submitted,

/s/ *David P. Frazier*
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (pro hac vice)
David P. Frazier (pro hac vice)
Rebecca L. Rabenstein (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Lauren K. Sharkey (pro hac vice)
Brenda L. Danek (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
lauren.sharkey@lw.com
brenda.danek@lw.com

Yi Sun (pro hac vice)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
yi.sun@lw.com

*Counsel for Plaintiffs*