

TIMOTHY R. SHANNON
PARTNER
tshannon@verrill-law.com
207-253-4622

One Portland Square
Portland, ME 04101-4054
Main 207-774-4000

August 14, 2020

**By Email (Karen_folan@mad.uscourts.gov)**

Judge Allison D. Burroughs
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Astellas Institute for Regenerative Medicine, et al. v. ImStem Biotechnology, Inc., et al.,* C.A. No. 1:17-12239-ADB

Dear Judge Burroughs:

    During the pretrial conference on Wednesday we indicated that we needed to consult with our clients before being able to fully respond to your denial of Defendants' Motion to Keep Trial Open to Facilitate Witness Testimony (ECF No. 211). We asked for 48 hours. Given the 12-hour time difference between our time zone (EST, GMT-4) and Zhuhai, China and Macau (China Standard Time, GMT+8), we have not yet been able to complete communications with our clients. We expect to be able to respond on Monday.

    Respectfully submitted,

    */s/ Timothy R. Shannon*

    Timothy R. Shannon

TRS/lep
cc: Charles H. Sanders (charles.sanders@lw.com)
    David P. Frazier (david.frazier@lw.com)
    Rebecca L. Rabenstein (rebecca.rabenstein@lw.com)

14066417_1