UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>　　　　Defendants. | C.A. NO. 1:17-cv-12239 ADB |

**ASSENTED-TO MOTION FOR TRAVIS K. WALLER
TO APPEAR *PRO HAC VICE***

Pursuant to L.R. 83.5.3(e)(2), the undersigned counsel for Imstem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu (collectively, "Defendants"), moves that Travis K. Waller of Verrill Dana LLP be granted leave to appear *pro hac vice* on behalf of the Defendants. A declaration in support of this motion is attached hereto as Exhibit A.

Plaintiff Astellas Institute for Regenerative Medicine assents to the relief sought in this Motion.

Dated: October 27, 2020

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.;
DR. XIAOFANG WANG; and
DR. REN-HE XU

By their Attorneys,

/s/ *Timothy R. Shannon*
Timothy R. Shannon, MA Bar # 655325
Martha C. Gaythwaite, MA Bar # 187650
VERRILL DANA LLP

>One Portland Square
>Portland, Maine 04101
>(207) 774-4000
>tshannon@verrill-law.com
>mgaythwaite@verrill-law.com
>
>Benjamin M. Stern, MA Bar # 646778
>VERRILL DANA LLP
>One Federal Street, 20th Floor
>Boston, Massachusetts 02110
>(617) 309-2600
>bstern@verrill-law.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties conferred by email on October 26, 2020 and Plaintiff assents to this motion.

>/s/ *Timothy R. Shannon*
>Timothy R. Shannon

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

>Charles H. Sanders (via email; Charles.Sanders@lw.com)
>LATHAM & WATKINS LLP
>John Hancock Tower, 27th Floor
>200 Clarendon Street
>Boston, MA 02116
>
>Michael A. Morin (via email; Michael.Morin@lw.com)
>David P. Frazier (via email; David.Frazier@lw.com)
>Rebecca L. Rabenstein (via email; Rebecca.Rabenstein@lw.com)
>555 Eleventh Street, N.W., Ste. 1000
>Washington, DC 20004

>/s/ *Timothy R. Shannon*
>Timothy R. Shannon