# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, )<br>)<br>Defendants. ) | C.A. NO. 1:17-cv-12239 ADB |

## **DECLARATION OF TRAVIS K. WALLER**

I, Travis K. Waller, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an attorney at the law firm Verrill Dana LLP, with an office at 355 Riverside Avenue, Westport, Connecticut 06880.

2. I have been admitted to practice in the State of Connecticut and the State of Minnesota, as well as the United States District Court for the District of Connecticut.

3. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 27, 2020

*/s/ Travis K. Waller*
Travis K. Waller