UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>    Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | C.A. NO. 1:17-cv-12239 ADB |

**ASSENTED-TO MOTION FOR NICOLA R. FELICE
TO APPEAR *PRO HAC VICE*__**

Pursuant to L.R. 83.5.3(e)(2), the undersigned counsel for ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu (collectively, "Defendants"), moves that Nicola R. Felice of Quinn Emanuel Urquhart & Sullivan, LLP be granted leave to appear *pro hac vice* on behalf of the Defendants. A declaration in support of this motion is attached hereto as Exhibit A.

Plaintiff Astellas Institute for Regenerative Medicine assents to the relief sought in this Motion.

Dated:  March 18, 2021

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.;
DR. XIAOFANG WANG; and
DR. REN-HE XU

By their Attorneys,

/s/ *Timothy R. Shannon*

                Timothy R. Shannon, MA Bar # 655325
                Martha C. Gaythwaite, MA Bar # 187650
                VERRILL DANA LLP
                One Portland Square
                Portland, Maine 04101
                (207) 774-4000
                tshannon@verrill-law.com
                mgaythwaite@verrill-law.com

                Benjamin M. Stern, MA Bar # 646778
                VERRILL DANA LLP
                One Federal Street, 20th Floor
                Boston, Massachusetts 02110
                (617) 309-2600
                bstern@verrill-law.com

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties conferred by telephone on March 18, 2021 and Plaintiff assents to this motion.

                /s/ *Timothy R. Shannon*
                Timothy R. Shannon

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2021, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

      Charles H. Sanders (via email; Charles.Sanders@lw.com)
      LATHAM & WATKINS LLP
      John Hancock Tower, 27th Floor
      200 Clarendon Street
      Boston, MA 02116

      Michael A. Morin (via email; Michael.Morin@lw.com)
      David P. Frazier (via email; David.Frazier@lw.com)
      Rebecca L. Rabenstein (via email; Rebecca.Rabenstein@lw.com)
      555 Eleventh Street, N.W., Ste. 1000
      Washington, DC 20004

                /s/ *Timothy R. Shannon*
                Timothy R. Shannon

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, <br><br> Plaintiffs, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> Defendants. | C.A. NO. 1:17-cv-12239 ADB |

### DECLARATION OF NICOLA R. FELICE

I, Nicola R. Felice, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, with an office at 51 Madison Avenue, 22nd floor, New York, New York 10010.

2. I have been admitted to practice in New York.

3. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  March 17, 2021                                    */s/ Nicola R. Felice*
                                                                                                  Nicola R. Felice