UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>Defendants. | C.A. NO. 1:17-cv-12239 ADB |

**ASSENTED-TO MOTION FOR SANFORD I. WEISBURST
TO APPEAR *PRO HAC VICE***

Pursuant to L.R. 83.5.3(e)(2), the undersigned counsel for ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu (collectively, "Defendants"), moves that Sanford I. Weisburst of Quinn Emanuel Urquhart & Sullivan, LLP be granted leave to appear *pro hac vice* on behalf of the Defendants. A declaration in support of this motion is attached hereto as Exhibit A.

Plaintiff Astellas Institute for Regenerative Medicine assents to the relief sought in this Motion.

Dated:  March 18, 2021

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.;
DR. XIAOFANG WANG; and
DR. REN-HE XU

By their Attorneys,

/s/ *Timothy R. Shannon*

        Timothy R. Shannon, MA Bar # 655325
        Martha C. Gaythwaite, MA Bar # 187650
        VERRILL DANA LLP
        One Portland Square
        Portland, Maine 04101
        (207) 774-4000
        tshannon@verrill-law.com
        mgaythwaite@verrill-law.com

        Benjamin M. Stern, MA Bar # 646778
        VERRILL DANA LLP
        One Federal Street, 20th Floor
        Boston, Massachusetts 02110
        (617) 309-2600
        bstern@verrill-law.com

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties conferred by telephone on March 18, 2021 and Plaintiff assents to this motion.

        /s/ *Timothy R. Shannon*
        Timothy R. Shannon

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

    Charles H. Sanders (via email; Charles.Sanders@lw.com)
    LATHAM & WATKINS LLP
    John Hancock Tower, 27th Floor
    200 Clarendon Street
    Boston, MA 02116

    Michael A. Morin (via email; Michael.Morin@lw.com)
    David P. Frazier (via email; David.Frazier@lw.com)
    Rebecca L. Rabenstein (via email; Rebecca.Rabenstein@lw.com)
    555 Eleventh Street, N.W., Ste. 1000
    Washington, DC 20004

        /s/ *Timothy R. Shannon*
        Timothy R. Shannon

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>    Plaintiffs,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>    Defendants. | C.A. NO. 1:17-cv-12239 ADB |

### **DECLARATION OF SANFORD I. WEISBURST**

I, Sanford I. Weisburst, make the following declaration in support of the pending motion for leave to appear *pro hac vice* filed on my behalf.

1. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, with an office at 51 Madison Avenue, 22nd floor, New York, New York 10010.

2. I have been admitted to practice in the Supreme Court of the United States; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits; the U.S. District Courts for the Eastern, Northern, and Southern Districts of New York; and the New York Supreme Court, Appellate Division, First Department.  Additionally, I am admitted *pro hac vice* in a case currently pending in the U.S. District Court for the Eastern District of Arkansas.

3. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Date: March 18, 2021                             */s/ Sanford I. Weisburst*
                                                 Sanford I. Weisburst


14784011_2