**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>*Plaintiff*,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>*Defendants*. | C.A. NO. 1:17-cv-12239  ADB |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION TO ASTELLAS' MOTION FOR ENTRY OF PROPOSED JUDGMENT**
**AND FOR ADDITIONAL FINDINGS AND CONCLUSIONS CONCERNING 93A**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants, Imstem Biotechnology, Inc., Dr. Xiofang Wang, and Dr. Ren-He Xu (collectively, "ImStem"), with the assent of the Plaintiff, Astellas Institute for Regenerative Medicine ("Plaintiff"), hereby move to extend the deadline for ImStem to oppose Plaintiff's Motion for Proposed Judgment and for Additional Findings and Conclusions Concerning 93A by two weeks, from May 5 until May 19, 2021.  As grounds for this motion, ImStem states:

1.      Counsel for ImStem is actively engaged in other cases and matters that have deadlines shortly after the current May 5, 2021 deadline for ImStem's opposition.  For example, the undersigned will be arguing in the U.S. Court of Appeals for the Second Circuit on May 10, 2021, for several appellees in *Nike, Inc. v. Wu*, No. 20-602 (2d Cir.).

2.      Counsel for ImStem have conferred with David Frazier, Esq., counsel for Plaintiff, who indicated his assent to the requested extension.

WHEREFORE, ImStem respectfully requests that the Court extend the due date for ImStem's opposition to Plaintiff's Motion for Proposed Judgment and for Additional Findings and Conclusions Concerning 93A from May 5, 2021 to May 19, 2021.


Dated April 28, 2021                              Respectfully submitted,

                                                  IMSTEM BIOTECHNOLOGY, INC.;
                                                  DR. XIAOFANG WANG; and
                                                  DR. REN-HE XU

                                                  By their Attorneys,

                                                  /s/ Sanford I. Weisburst
                                                  Sanford I. Weisburst (pro hac vice)
                                                  Nicola R. Felice (pro hac vice)
                                                  QUINN EMANUEL URQUHART
                                                    & SULLIVAN, LLP
                                                  51 Madison Ave., 22nd Floor
                                                  New York, New York 10010
                                                  Telephone: (212) 849-7000
                                                  Facsimile: (212) 849-7100
                                                  sandyweisburst@quinnemanuel.com
                                                  nicolafelice@quinnemanuel.com

                                                  Timothy R. Shannon, MA Bar # 655325
                                                  Martha C. Gaythwaite, MA Bar # 187650
                                                  VERRILL DANA LLP
                                                  One Portland Square
                                                  Portland, Maine 04101
                                                  (207) 774-4000
                                                  tshannon@verrill-law.com
                                                  mgaythwaite@verrill-law.com

                                                  Benjamin M. Stern, MA Bar # 646778
                                                  VERRILL DANA LLP
                                                  One Federal Street, 20th Floor
                                                  Boston, Massachusetts 02110
                                                  (617) 309-2600
                                                  bstern@verrill-law.com

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties conferred by email on April 21, 26, 27, and 28, 2021, and Plaintiff assents to this motion.

*/s/* Sanford I. Weisburst
Sanford I. Weisburst

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

Charles H. Sanders (via email; Charles.Sanders@lw.com)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116

Michael A. Morin (via email; Michael.Morin@lw.com)
David P. Frazier (via email; David.Frazier@lw.com)
Rebecca L. Rabenstein (via email; Rebecca.Rabenstein@lw.com)
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004

*/s/* Sanford I. Weisburst
Sanford I. Weisburst

3