# EXHIBIT C

(19) 中华人民共和国国家知识产权局



(12) 发明专利申请

(10) 申请公布号 CN 104471059 A

(43) 申请公布日 2015.03.25



(21) 申请号 201380037010.6

(22) 申请日 2013.06.27

(30) 优先权数据
61/670,787 2012.07.12 US
61/762,961 2013.02.11 US

(85) PCT国际申请进入国家阶段日
2015.01.12

(86) PCT国际申请的申请数据
PCT/US2013/048291 2013.06.27

(87) PCT国际申请的公布数据
WO2014/011407 EN 2014.01.16

(71) 申请人 爱姆斯坦生物技术公司
地址 美国康涅狄格州

(72) 发明人 王小方 徐仁和

(74) 专利代理机构 隆天国际知识产权代理有限
公司 72003
代理人 吴小瑛 王芝艳

(51) Int.Cl.
*C12N 5/071*(2006.01)
*C12N 5/00*(2006.01)
*C12N 5/02*(2006.01)

权利要求书6页 说明书57页 附图20页

(54) 发明名称
人胚胎干细胞衍生的间充质样干细胞、方法
及其应用

(57) 摘要
本发明涉及产生和扩增人胚胎干细胞衍生的
间充质样干细胞／基质细胞的方法。至少部分程
度上通过表达低水平的 IL-6 对这些 hES-MSCs 进
行鉴定。这些细胞可用于预防和治疗 T 细胞相关
的自身免疫性疾病，尤其是多发性硬化症，以及用
于将药剂递送通过血脑屏障和血脊髓屏障。还提
供选择临床级别 hES-MSC 的方法以及修饰 MSC 以
产生具有独特生物标记特性的 MSC 的方法。修饰
的 MSC 可用于治疗各种疾病。

CN 104471059 A

1. 一种选择临床级别 hES-MSC 用于治疗自身免疫性疾病的方法,所述 MSC 具有以下特征:(i) 包含 >95%的细胞表达组 -1 标记;(ii) 包含 >80%的细胞表达组 -2 标记;(iii) 包含 <5%的细胞表达组 -3 标记;(iv) 表达 IL-10 和 TGFβ;(v) 包含 <2%的细胞表达 IL-6、IL-12 和 TNFα;(vi) 包含 <0.001%的细胞共表达所有组 -4 标记,其中,组 -1 标记是:CD73、CD90、CD105、CD146、CD166 和 CD44,组 -2 标记是:CD13、CD29、CD54 和 CD49E,组 -3 标记是:CD45、CD34、CD31 和 SSEA4,组 -4 标记是:OCT4、NANOG、TRA-1-60 和 SSEA4。

2. 权利要求 1 所述的方法,其中,所述细胞不表达 IL-6、IL-12 和 TNFα。

3. 权利要求 1 所述的方法,其中,所述细胞表达 TGF-β1、TGF-β2 和 IL10。

4. 权利要求 1 所述的方法,其中,所述细胞不表达 CCL2、MMP2 和 RAGE。

5. 权利要求 1 所述的方法,其中,所述细胞与 BM-MSC 相比较,表达低水平的 IFNγR1 和 IFNγR2。

6. 一种修饰间充质干细胞以产生一群修饰的 MSC 的方法,,所述修饰的 MSC 具有以下特征:(i) 包含 >95%的细胞表达组 -1 标记;(ii) 包含 >80%的细胞表达组 -2 标记;(iii) 包含 <5%的细胞表达组 -3 标记;(iv) 表达 IL-10 和 TGFβ;(v) 包含 <2%的细胞表达 IL-6、IL-12 和 TNFα;(vi) 包含 <0.001%的细胞共表达所有组 -4 标记,其中,组 -1 标记是:CD73、CD90、CD105、CD146、CD166 和 CD44,组 -2 标记是:CD13、CD29、CD54 和 CD49E,组 -3 标记是:CD45、CD34、CD31 和 SSEA4,组 -4 标记是:OCT4、NANOG、TRA-1-60 和 SSEA4。

7. 权利要求 6 所述的方法,进一步包含降低 IL-6、IL-6 受体、IL12、TNFα 或其组合的表达的步骤。

8. 权利要求 6 所述的方法,进一步包含降低 MMP2、CCL2、RAGE 或其组合的表达的步骤。

9. 权利要求 6 所述的方法,进一步包含通过 shRNA、miRNA 增加 TGF-β1、TGF-β2 和 / 或 IL10 的表达的步骤。

10. 权利要求 6 所述的方法,进一步包含降低 IFNγR1、IFNγR2、IFNγ 或其组合的表达水平的步骤。

11. 一种生产人胚胎干细胞衍生的间充质干细胞的方法,包括:

a. 使用含或不含 GSK3 抑制剂的无血清养基养人胚胎干细胞;

b. 将人胚胎干细胞培养在包含血管内皮生长因子和骨形态发生蛋白 4(BMP4) 的无血清培养基中,其中,血管内皮生长因子和骨形态发生蛋白 4 的量足以诱导所述人胚胎干细胞分化为胚状体;

c. 向所述培养物中添加至少一种生长因子,其中,所述生长因子的量足以扩增人血管瘤集落形成细胞;

d. 把所述血管瘤集落形成细胞分散成单细胞;和

e. 将所述单细胞培养在包含血清、KOSR 的培养基或其它无血清培养基中,其中,培养基的量足以诱导所述单细胞分化为间充质干细胞。

12. 权利要求 11 所述的方法,其中,至少约 95%的间充质干细胞表达 CD73。

13. 权利要求 11 所述的方法,进一步包含辐射所述间充质干细胞的步骤。

14. 权利要求 11 所述的方法,其中,所述方法获得 10000 至 $1 \times 10^{10}$ 个间充质干细胞。

15. 通过权利要求 1 所述方法选择的 hES-MSC,进一步具有以下特征:

a. 表达 CD73;并且

b. 低水平表达或不表达 IL-6。

16. 通过权利要求 1 所述方法选择的 hES-MSC,其特征还在于 :

a. 表达至少一个以下细胞标记 :CD90、CD105、CD13、CD29、CD54、CD146、CD166 和 CD44 ;

b. 不表达或低水平表达至少一个下述细胞标记 :CD34、CD31 和 CD45 ;并且

c. 不表达或低水平表达至少一个下述标记 :MMP、RAGE、IFNγR1、IFNγR2、IL-12、TNFα 和 VCAM1。

17. 权利要求 15 所述的 hES-MSC,进一步受到辐射。

18. 权利要求 16 所述的 hES-MSC,进一步受到辐射。

19. 一种包含权利要求 15 所述 hES-MSC 的细胞培养物。

20. 一种包含权利要求 16 所述 hES-MSC 的细胞培养物。

21. 一种包含权利要求 17 所述 hES-MSC 的细胞培养物。

22. 一种包含权利要求 18 所述 hES-MSC 的细胞培养物。

23. 一种药物制剂,其包含权利要求 15 所述的 hES-MSC 以及药学上可接受的载体。

24. 一种药物制剂,其包含权利要求 16 所述的 hES-MSC 以及药学上可接受的载体。

25. 一种药物制剂,其包含权利要求 17 所述的 hES-MSC 以及药学上可接受的载体。

26. 一种药物制剂,其包含权利要求 18 所述的 hES-MSC 以及药学上可接受的载体。

27. 一种治疗 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 15 所述的 hES-MSC,施用的量足以改善或减轻所述 T 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞和 / 或 B 细胞相关的自身免疫性疾病。

28. 一种预防 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 15 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

29. 一种治疗 T 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 16 所述的 hES-MSC,施用的量足以改善或减轻所述 T 细胞和 / 或 B 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞相关自身免疫性疾病。

30. 一种预防 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 16 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

31. 一种治疗 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 17 所述的 hES-MSC,施用的量足以改善或减轻所述 T 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞相关自身免疫性疾病。

32. 一种预防 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 17 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

33. 一种治疗 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 18 所述的 hES-MSC,施用的量足以改善或减轻所述 T 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞相关自身免疫性疾病。

34. 一种预防 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 18 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所

述疾病的程度或减缓它的发展。

35. 一种治疗 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 23 的药物制剂,施用的量足以改善或减轻所述 T 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞相关自身免疫性疾病。

36. 一种预防 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 23 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

37. 一种治疗 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 24 的药物制剂,施用的量足以改善或减轻所述 T 细胞和／或 B 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞和／或 B 细胞相关自身免疫性疾病。

38. 一种预防 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 24 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

39. 一种治疗 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 25 的药物制剂,施用的量足以改善或减轻所述 T 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞相关自身免疫性疾病。

40. 一种预防 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 25 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

41. 一种治疗 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 26 的药物制剂,施用的量足以改善或减轻所述 T 细胞和／或 B 细胞相关自身免疫性疾病至少一种症状或逆转所述 T 细胞和／或 B 细胞相关自身免疫性疾病。

42. 一种预防 T 细胞和／或 B 细胞相关的自身免疫性疾病的方法,该方法包括向需要其的受试者施用权利要求 26 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

43. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 15 所述的 hES-MSC,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

44. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 15 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

45. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 16 所述的 hES-MSC,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

46. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 16 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

47. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 17 所述的 hES-MSC,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

48. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 17 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发

展。

49. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 18 所述的 hES-MSC,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

50. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 18 所述的 hES-MSC,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

51. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 23 的药物制剂,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

52. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 23 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

53. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 24 的药物制剂,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

54. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 24 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

55. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 25 的药物制剂,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

56. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 25 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

57. 一种治疗多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 26 的药物制剂,施用的量足以改善或减轻所述疾病至少一种症状或逆转所述疾病。

58. 一种预防多发性硬化症的方法,该方法包括向需要其的受试者施用权利要求 26 的药物组合物,施用的量足以防止所述疾病的发展或最小化所述疾病的程度或减缓它的发展。

59. 一种穿过血脑屏障和 / 血脊髓屏障递送药剂的方法,所述方法包括以下步骤 :把药剂连接到 MSC 以形成 MSC- 药剂复合物,并向需要其的受试者施用该 MSC- 药剂复合物,其中,所述人胚胎 – 间充质干细胞能够穿过血脑屏障和 / 血脊髓屏障,所述药剂用于治疗、预防或诊断有此需要受试者的疾病或损伤。

60. 试剂盒,其包含权利要求 15 所述 hES-MSC 和载体。

61. 权利要求 60 所述的试剂盒,进一步包含融解剂、免疫抑制增强剂、抗组胺。

62. 权利要求 13 所述的方法,其中,所述间充质干细胞用 γ 射线辐射。

63. 权利要求 13 所述的方法,其中,所述间充质干细胞用铯 137 γ 射线辐射或 X- 射线光子辐射。

64. 一种治疗或预防癌症的方法,所述方法包括向需要其的受试者施用治疗有效量的权利要求 26 所述药物组合物。

65. 权利要求 64 所述的方法,进一步包含施用第二治疗剂。

66. 权利要求 64 所述的方法,其中,所述受试者以前用治疗剂治疗过。

67. 权利要求 6 所述的方法,其中,所述 MSC 被以下方式修饰:基因修饰、表观遗传调控、小分子处理、营养物处理、天然化合物处理或抗体处理。

68. 修饰的 MSC,其通过权利要求 6 所述方法生产。

69. 包含权利要求 68 所述修饰的 MSC 的细胞培养物。

70. 药物制剂,其包含权利要求 68 所述修饰的 MSC 和药学上可接受的载体。

71. 一种预防或治疗 T 细胞和 / 或 B 细胞相关的自身免疫性疾病的方法,所述方法包括向需要其的受试者施用治疗有效量的修饰的 MSC,其中,所述修饰的 MSC 通过权利要求 6 所述方法生产。

72. 一种预防或治疗多发性硬化症的方法,所述方法包括向需要其的受试者施用治疗有效量的修饰的 MSC,其中,所述修饰的 MSC 通过权利要求 6 所述方法生产。

73. 试剂盒,其包含权利要求 68 所述修饰的 MSC 和载体。

74. 权利要求 73 所述的试剂盒,进一步包含融解剂、免疫抑制增强剂、抗组胺。

75. 权利要求 68 所述修饰的 MSC,其用 γ 射线辐射。

76. 权利要求 75 所述修饰的 MSC,其中,所述辐射是铯 -137 γ 辐射或使用 X 射线的光子辐射。

77. 权利要求 6 所述的方法,其中,所述 MSC 通过以下方式修饰:shRNA、miRNA、敲除、敲入、吗啉代、引诱 RNA、DNA 甲基化调控、组蛋白甲基化调控、翻译抑制和 / 或抗体阻断,或其组合。

78. 通过权利要求 6 所述方法生产的修饰的 MSC,并且还具有以下特征：

a. 表达 CD73；和

b. 低水平或不表达表达 IL-6。

79. 通过权利要求 6 所述方法生产的修饰的 MSC,其特征还在于：

a. 表达至少一种以下细胞标记：CD90、CD105、CD13、CD29、CD54、CD146、CD166 和 CD44。

b. 低水平表达或不表达至少一种选自下述的细胞标记：CD34、CD31 和 CD45；并且

c. 低水平表达或不表达至少一种选自下述的标记：MMP、RAGE、IFN γ R1、IFN γ R2、IL-12、TNF α 和 VCAM1。

80. 一种条件培养基、所述条件培养基的浓缩液、细胞裂解物或其衍生物,其通过权利要求 6 所述方法生产。

81. 一种条件培养基、所述条件培养基的浓缩液、细胞裂解物或其衍生物,其通过权利要求 11 所述方法生产。

82. 权利要求 6 所述的方法,其中,所述 MSC 是 BM-MSC、hES-MSC 或成体组织来源的 MSC。

83. 一种共培养权利要求 15 的 hES-MSC 与骨髓造血干细胞和 / 或脐带造血干细胞的方法。

84. 权利要求 83 所述的方法,其中,所述 hES-MSC 表达 Stro-3。

85. 权利要求 83 所述的方法,其中,所述 hES-MSC 表达 Stro-1。

86. 权利要求 83 所述的方法,其中,所述 hES-MSC 表达巢蛋白。

87. 权利要求 83 所述的方法,其中,所述 hES-MSC 是间充质基质细胞。

88. 一种权利要求 15 的 hES-MSC 和骨髓造血干细胞的共培养物。

89. 一种权利要求 15 的 hES-MSC 和脐带造血干细胞的共培养物。

90. 一种权利要求 15 的 hES-MSC 和外周血造血干细胞的共培养物。

91. 权利要求 1 所述的方法,其中,通过流式细胞术、多重微阵列、RT-PCR、RNA 印迹或蛋白质印迹鉴定所述 MSC 的特征。

92. 权利要求 6 所述的方法,其中,通过流式细胞术、多重微阵列、RT-PCR、RNA 印迹或蛋白质印迹鉴定所述 MSC 的特征。

# 人胚胎干细胞衍生的间充质样干细胞、方法及其应用

[0001]　　相关申请的交叉参考

[0002]　　本申请要求 2012 年 7 月 12 日提交的美国专利申请 61/670,787 的优先权和 2013 年 2 月 11 日提交的美国临时专利申请 61/762,961 的优先权。在此以其整体引入作为参考。

[0003]　　1. 简介

[0004]　　本发明涉及一种从人胚胎干细胞产生间充质干细胞的方法，该方法使用多步法培养胚胎干细胞，包括以下：在足以形成胚状体的条件下培养胚胎干细胞；在扩增血管瘤集落形成细胞的条件下培养胚状体，其中所用培养基包含所述胚状体；在诱导血管瘤集落形成细胞分化为间充质干细胞的条件下培养血管瘤集落形成细胞。本发明还公开了人胚胎干细胞衍生的、具有高度免疫抑制能力的间充质样干细胞的鉴定方法。本发明还涉及人胚胎干细胞衍生的间充质干细胞 (hES-MSCs)；包含所述人胚胎干细胞衍生的间充质干细胞的溶液和药物制剂；使用所述人胚胎干细胞衍生的间充质干细胞治疗和预防疾病的方法，具体的疾病是 T 细胞相关的自身免疫性疾病，最具体的疾病是多发性硬化症；使用所述人胚胎干细胞衍生的间充质干细胞穿过血脑屏障和血脊髓屏障以递送药物的方法。这里还提供了使用 hES-MSCs 调节免疫系统、抑制针对自体抗原的免疫应答和修复受损的中枢神经系统的方法。这里提供了包含 hES-MSCs 的组合物，所述 hES-MSCs 应用于免疫调节；这里提供了修饰 MSC 的方法，该方法通过改变基因表达而提高 MSC 的免疫抑制能力。这里还提供了使用 hES-MSCs 作为药物和/基因递送系统的方法。

[0005]　　2. 背景

[0006]　　多发性硬化症 (MS) 是一种慢性的自身免疫性疾病，该疾病由外周免疫细胞通过损伤的血脑屏障 (BBB) 或血脊髓屏障 (BSCB) 渗透入中枢神经系统所引起。外周免疫细胞渗透入中枢神经系统会引起神经轴突周围的髓鞘发生炎症并且导致脱髓鞘以及轴突形成斑痕 (McFarland 和 Martin (2007))。多发性硬化症会出现几乎所有的神经系统症状，这些症状包括身体障碍和认知障碍。该疾病在全球的发病率大约 0.1%，并且常见于青少年 (最常见的是女性) (Benito-Leon (2011))。根据美国国家多发性硬化症协会统计，美国食品和药物管理局批准的用于治疗多发性硬化症的药物超过 70 多种，包括阿法纳斯 (IFNβ-1a)、倍泰龙 (IFNβ-1b)、Gilenya (一种鞘氨醇-1-磷酸受体调节剂)、醋酸格拉替雷 (或共聚物 1) 和那他珠单抗 (人源化抗整合蛋白-α 抗体)。然而，这些药物仅能暂时缓解病症并且伴随着严重的副作用，包括感染增加、心脏病发作、中风、进行性多灶性白质脑病、心律失常、疼痛、抑郁症、疲劳、黄斑水肿和勃起功能障碍 (Johnston 和 So (2012)；Weber 等 (2012))。

[0007]　　由于间充质干细胞 (MSCs) 具有免疫调节和神经再生作用 (Auletta 等，(2012)；Pittenger 等，(1999))，以及修复血脑屏障的潜在能力 (Chao 等 (2009)；Menge 等 (2012))，使得移植 MSCs 已经成为一种潜在的、有吸引力的疗法。多能性的 MSCs 可以分化为多种细胞系，包括脂肪细胞、软骨细胞和成骨细胞。可以从胚胎、新生儿以及成体组织如羊膜、脐带和脂肪中获得 MSCs。与目前的药物疗法相比，MSCs 具有多个独特的优点，例如，这些细胞可以用作多个并且可能协同作用的治疗因子的载体，可以迁移到受损组织，通过分泌调节物质和细胞-细胞接触以发挥局部作用 (Uccelli and Prockop (2010a))。重要地，已经

发现 MSCs 能有效地治疗小鼠实验性自身免疫性脑脊髓炎 (EAE)，这是一种公认的 MS 动物模型 (Gordo 等 (2008a)；Gordon 等 (2010)；Morando 等 (2012)；Peron 等 (2012)；Zappia 等 (2005)；Zhang 等 (2005))，并且对临床试验的 MS 患者也有疗效 (Connick 等 (2012)；Karussis 等 (2010)；Mohyeddin Bonab 等 (2007)；Yamout 等 (2010))。外源性不是问题，因为小鼠和人骨髓来源的间充质干细胞 (BM-MSC) 可以减缓 EAE 小鼠的疾病恶化 (Gordon 等 (2008a)；Gordon 等 (2010)；Morando 等 (2012)；Peron 等 (2012)；Zappia 等 (2005)；Zhang 等 (2005))。

[0008]　　然而，把这些在小鼠中的发现转移至人时存在着一些缺陷。第一，骨髓（或其他成体组织）来源有限并且不同捐献者的骨髓质量不一，限制了 MSCs 的研究和应用，以及阻碍 MSCs 作为医药产品大规模临床使用的标准化。第二，这些成体组织来源的 MSCs 是一群高度混杂的细胞，也许只有一部分细胞具有免疫抑制能力。为了获得足够多临床级别的 MSCs，需要在体外扩增这些细胞，这可能会降低它们的免疫抑制能力和归巢能力（Javazon 等 (2004)）。第三，需要考虑 BM-MSCs 可能会恶性转化的安全性 (Wong(2011)) 和传播捐献者病原体的可能性。最后，BM-MSC 治疗小鼠 EAE 模型在不同的报道中疗效不一 (Gordo 等 (2008a)；Payne 等 (2012)；Zappia 等 (2005)；Zhang 等 (2005))，进而引发对 BM-MSC 治疗 MS 功效的怀疑。

[0009]　　因此，需要开发新的疗法来治疗多发性硬化症和其它自身免疫性疾病。还需要无限量、实全、稳定性高和来源一致的 MSCs 来治疗和预防这些疾病和其他疾病。

[0010]　　有报道指出，人胚胎干细胞 (hESC) 可以分化为胚状体 (EB)，然后分化为具有成血管细胞 (HB) 活性的细胞池，即这些细胞可进一步分化为血管平滑肌细胞、内皮细胞和造血细胞 (Chyou 等 (2008)；Lu 等 (2007)；Lu 等 (2009))。因此可推断，在这些包含 HB 的细胞中，有一部分能分化为 MSCs，这将避免骨髓间充质干细胞所引起的问题。这些人胚胎干细胞衍生的间充质干细胞是不限量的、安全的并且来源一致的，可以用于治疗和预防多发性硬化症。本文还揭示了通过微阵列分析和其它分析鉴定出多个重要因子在 hES-MSC 和 BM-MSC 间差异表达。

[0011]　　3. 发明概述

[0012]　　本发明基于一个令人惊讶的发现，即是在胚胎干细胞衍生的包含 HB 的细胞中，一部分细胞也可以高效地分化为 MSC，并且这些细胞高度一致，该细胞命名为"hES-MSC"。使用本发明的方法可从多个 hESC 系制备 hES-MSC，它们在体外全都显著地抑制 T 细胞的增殖和分化并且在体内减少 EAE 小鼠的疾病评分，伴随着减少脱髓鞘、减少 T 细胞浸润和中枢神经系统的小神经胶质细胞反应。相反地，尽管多个来源的 BM-MSC 在体外能下调 T 细胞的增殖和分化，但是它们对 EAE 小鼠的治疗根本没有作用。

[0013]　　因此，本发明提供了一种从人胚胎干细胞在体外产生间充质干细胞 (MSC) 的方法，克服了上述问题。由本文公开的新方法产生 hES-MSC 的能力允许生产这些细胞，这些细胞可用于各种治疗应用，包括多发性硬化症和其它自身免疫性疾病的治疗和预防。另外，由本文所述方法生产的 hES-MSC 具有穿过血－脑屏障 (BBB) 和血－脊髓屏障的能力，进而允许它们用于各种治疗应用，包括药物递送。本发明所述的方法提供进一步的效用，因为它们能够大量产生在商业范围内可使用的 hES-MSC。

[0014]　　另外，本发明包括通过这种方法生产的人胚胎来源的间充质干细胞。

[0015]　　本发明的一个实施方式是一种在体外产生和扩增人胚胎来源的间充质干细胞的方法，所述方法包括以下步骤：

[0016]　　a. 在无血清培养基中培养包含人胚胎干细胞的细胞培养物，该培养基含有至少一种生长因子，并且该生长因子的含量足以诱导所述胚胎干细胞分化为胚状体；

[0017]　　b. 将胚状体分散成单细胞，在包含所述来自胚状体的单细胞的培养物中添加至少一种生长因子，并继续在无血清培养基中培养，其中，所述生长因子在所述人血管瘤集落培养物中存在的量足以扩增人血管瘤集落形成细胞；

[0018]　　c. 将该人血管瘤集落形成细胞分散成单细胞；

[0019]　　d. 在有血清或无血清培养基中培养该单细胞，该培养基的量足以诱导所述血管瘤集落形成单细胞分化为间充质干细胞。

[0020]　　在某些实施方式中，所得的人胚胎－间充质干细胞至少约 90％、91％、92％、93％、94％、95％、96％、97％、98％或 99％表达 CD73。

[0021]　　在某些实施方式中，所得的人胚胎－间充质干细胞至少约 95％表达 CD73。在某些实施方式中，所得的人胚胎－间充质干细胞超过 95％表达 CD73。

[0022]　　在某些实施方式中，培养基含有生长因子，包括血管内皮生长因子 (VEGF)、骨形态发生蛋白 (BMP)、干细胞因子 (SCF)、Flt-3L(FL)、促血小板生成素 (TPO)、促红细胞生成素 (EPO)。

[0023]　　在某些实施方式中，含血清培养基包含有胎牛血清、L-谷酰胺。无血清培养基包含敲除血清替代品 (knockout serum replacement, KOSR) 或牛血清白蛋白 (BSA)。

[0024]　　在某些实施方式中，有一个额外的步骤，该步骤使用从 1gy 至 200gy 的 γ 射线辐射获得的人胚胎－间充质干细胞。

[0025]　　在某些实施方式中，所述用于产生和扩增人胚胎－间充质干细胞的方法可以获得至少 10000 个人胚胎－间充质干细胞、至少 50000 个人胚胎－间充质干细胞、至少 100000 个人胚胎－间充质干细胞、至少 500000 个人胚胎－间充质干细胞、至少 $1×10^6$ 个人胚胎－间充质干细胞、至少 $5×10^6$ 个人胚胎－间充质干细胞、至少 $1×10^7$ 个人胚胎－间充质干细胞、至少 $5×10^7$ 个人胚胎－间充质干细胞、至少 $1×10^8$ 个人胚胎－间充质干细胞、至少 $5×10^8$ 个人胚胎－间充质干细胞、至少 $1×10^9$ 个人胚胎－间充质干细胞、至少 $5×10^9$ 人胚胎－间充质干细胞或至少 $1×10^{10}$ 个人胚胎－间充质干细胞。这些方法可以获得 10000 至 100 亿个人胚胎－间充质干细胞。在某些实施方式中，至少约 90％、91％、92％、93％、94％、95％、96％、97％、98％或 99％人胚胎－间充质干细胞表达一种或更多种 hES-MSC 差异标记。在某些实施方式中，所述标记是 CD73、CD90 和 CD105。

[0026]　　在一个实施方式中，所述 hES-MSCs 显著性地降低 EAE 小鼠的疾病评分，同时伴随着减少脱髓鞘、T 细胞渗入和小神经胶质的反应。另外，在体内和体外与骨髓来源间充质干细胞 (BM-MSC) 相比较，hES-MSCs 具有更强的免疫抑制活性。本文还提供了在 hES-MSC 和 BM-MSCs 之间差异表达的重要蛋白／分子。本文提供了鉴定免疫抑制活性得到改善的 hES-MSCs 的方法，所述方法通过检测所述蛋白／分子标记的表达进行。本文还公开了基因修饰的方法，通过这种基因修饰改善 hES-MSCs 的免疫抑制活性。

[0027]　　本发明的另一个实施方式是一种包含人胚胎－间充质干细胞的溶液，该溶液包含至少 10000 个人胚胎－间充质干细胞、至少 50000 个人胚胎－间充质干细胞、至少 100000 个

说　明　书

人胚胎－间充质干细胞、至少 500000 个人胚胎－间充质干细胞、至少 $1×10^6$ 个人胚胎－间充质干细胞、至少 $5×10^6$ 个人胚胎－间充质干细胞、至少 $1×10^7$ 个人胚胎－间充质干细胞、至少 $5×10^7$ 个人胚胎－间充质干细胞、至少 $1×10^8$ 个人胚胎－间充质干细胞、至少 $5×10^8$ 个人胚胎－间充质干细胞、至少 $1×10^9$ 个人胚胎－间充质干细胞、至少 $5×10^9$ 个人胚胎－间充质干细胞或者至少 $1×10^{10}$ 个人胚胎－间充质干细胞。

[0028]　　在某些实施方式中，2ml 体积的培养物中包含至少 10000 个细胞，10ml 体积的培养物中包含至少 100000 个细胞，100ml 体积的培养物中包含至少 1000000 个细胞，1000ml 体积的培养物中包含至少 10000000 个细胞，以及 4000ml 培养基中达到 $5×10^8$ 个细胞。

[0029]　　可以将这些溶液注射入受试者。可以冻存这些溶液。可以把这些溶液用于制造成药剂，以应用于施用人胚胎－间充质干细胞可以治疗的疾病。

[0030]　　本发明还提供了一种生产可适合注射入病人体内的人胚胎－间充质干细胞溶液的方法，所述方法包括以下步骤：利用前面段落描述的方法分离细胞溶液，然后将细胞接种至可适合注射患者的液体中。本发明还提供了一种生产适合冻存人胚胎－间充质干细胞溶液的方法，该方法包含以下步骤：利用前面段落所描述的方法分离细胞，然后将细胞置于可适合冻存的溶液中。

[0031]　　还有，本发明的另一个实施方式是人胚胎－间充质干细胞，其表达一种或者多种细胞表面标记蛋白或其组合，所述标记蛋白包括 CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146 和 CD166。在另一个实施方式中，人胚胎－间充质干细胞不表达或者低水平表达的一个或多个细胞标记蛋白或其组合，所述标记包括 CD34、CD31、CD45。在另一个实施方式中，人胚胎－间充质干细胞不表达或者低水平表达的一个或多个促炎症蛋白或其组合，所述促炎症蛋白包括 MMP2、RAGE、IFN γ R1、IFN γ R2、IL-12、TNF α 、IL-6 和 VCAM1。在某些实施方式中，上述标记在人胚胎－间充质干细胞的表达水平至少是骨髓间充质干细胞的一半。

[0032]　　本发明的另一个实施方式是一种包含人胚胎－间充质干细胞的细胞培养物，其中人胚胎－间充质干细胞表达一个或多个细胞标记蛋白，包括 CD73、CD90、CD105、CD13、CD29、CD54、CD144、CD146 和 CD44。在另一个实施方式中，细胞培养物中的人胚胎－间充质干细胞不表达或者低水平表达一种或者多种细胞标记蛋白，包括 CD34、CD31 和 CD45。在另一个实施方式中，细胞培养物中的人胚胎－间充质干细胞不表达或者低水平表达一种或者多种促炎症蛋白，包括 MMP2、RAGE、IFN γ R1、IFN γ R2、IL-12、TNF α 、IL-6 和 VCAM1。

[0033]　　在某些实施方式中，所述细胞培养物包含至少 $1×10^6$ 个人胚胎－间充质干细胞、至少 $1×10^7$ 个人胚胎－间充质干细胞、至少 $1×10^8$ 个人胚胎－间充质干细胞、至少 $1×10^9$ 个人胚胎－间充质干细胞、至少 $1×10^{10}$ 个人胚胎－间充质干细胞。对于 $1×10^6$ 个细胞，初始细胞培养物的体积是 10-20ml。

[0034]　　在另一些实施方式中，在所述细胞培养物中，至少约 90% 的人胚胎－间充质干细胞表达 CD73 蛋白，至少多于 90%、91%、92%、93%、94%、95%、96%、97%、98%、99% 的人胚胎－间充质干细胞表达 CD73 蛋白。

[0035]　　在另一些实施方式中，在所述细胞培养物中，至少约 75%、80%、85%、90%、95%、99% 的人胚胎－间充质干细胞表达至少一种选自 CD90、CD105、CD44 和 CD29 的细胞标记蛋白。

[0036]　　在另一些实施方式中，在所述细胞培养物中，至少约 80%、85%、90%、95%、99%

11

说　明　书

的人胚胎－间充质干细胞不表达或低水平表达至少一种细胞标记,包括CD34、CD31 和CD45。

[0037]　　在另一些实施方式中,在所述细胞培养物中,至少约 75％、80％、85％、90％、95％、99％的人胚胎－间充质干细胞不表达或低水平表达至少一种促炎症蛋白,包括:MMP2、RAGE、IFNγR1、IFNγR2、IL-12、TNFα、IL-6 和 VCAM1。在某些实施方式中,所述 hES-MSC表达高水平的 CD24、TGFβ2 或其组合。

[0038]　　在某些实施方式中,所述 hES-MSC 或前面的段落所述的细胞培养物被 γ 射线辐射。

[0039]　　本文提供了药物制剂,包括前面的段落所述的 hES-MSC 或细胞培养物中任意之一和药学上可接受的载体剂。

[0040]　　本文提供了所述 hES-MSC 或前面的段落所述细胞培养物的冷冻保存的制品。

[0041]　　本文为有需要其的受试者提供了治疗和预防 T 细胞相关自身免疫性疾病的方法,该方法包括以下步骤:向有需要其的受试者施用治疗有效量的包括前面段落中所描述hES-MSC 溶液、细胞培养物或药物制剂。所述 T 细胞相关的自身免疫性疾病包括但不限于克罗恩病、炎症性肠病、移植物抗宿主疾病、系统性红斑狼疮和风湿性关节炎,还有 T 细胞介导的延迟型超敏反应 (属于第四型过敏反应),如 1 型糖尿病、MS、RA、桥本甲状腺炎、克罗恩病、接触性皮炎和硬皮病等等。

[0042]　　在某些实施方式中,优选的受试者为哺乳动物或者鸟类,最为优选的是人类。在某些实施方式中,所述溶液、细胞培养物和药物制剂包括已被辐射或未经辐射的 hES-MSC。

[0043]　　在某些实施方式中,所述用于治疗和预防疾病的方法包括与一种或多种用于治疗和预防的药物联合使用的疗法。

[0044]　　在某些实施方式中,所述治疗和预防需要其的受试者的多发性硬化症的方法包括以下步骤:向有需要其受试者给予治疗有效量的包括前面段落描述的包含 hES-MSC 的溶液、细胞培养物或药物制剂,所述多发性硬化症可以是复发／维持型多发性硬化症、进展／复发型多发性硬化症、原发性多发性硬化症或继发性多发性硬化症。受试者优选哺乳动物,并且最优选为人。所述溶液、细胞培养物或者药物制剂可包括经辐射或未经辐射的hES-MSC。

[0045]　　所述方法进一步包括给予受试者其它治疗药剂,该药物包括但不限于芬戈莫德、促肾上腺皮质素 (ACTH)、甲泼尼龙、地塞米松、IFNβ-1a、IFN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、环孢菌素、米托蒽醌和柳氮磺胺吡啶。还有,在另外一个实施方式中,为了将治疗药剂递送至中枢神经系统,一种或多种治疗药剂可以连接至 hES-MSC以便穿过血脑屏障和／或血脊髓屏障。

[0046]　　本文提供一种穿过血脑屏障和／或血脊髓屏障递送药剂的方法,该方法包括以下步骤:将药剂连接或缀合至 hES-MSC,然后向有需要其受试者施用 hES-MSC 和药剂连接的复合物,其中,所述 hES-MSC 能够透过血脑屏障和／或血脊髓屏障,所述药剂能够治疗、预防或诊断有需要其受试者的疾病或损伤。所述 hES-MSC 可以是单个细胞、细胞培养物、溶液或药物制剂的形式。所述药剂可以包括但不限于药物、蛋白质、DNA、RNA 和小分子物质。

[0047]　　本文提供一种选择用于治疗自身免疫性疾病的临床级别 hES-MSC 的方法,所述hES-MSC 具有以下特征:(i) 含有 >95％的细胞表达组 -1 标记;(ii) 含有 >80％的细胞表达组-2标记;(iii) 含有 <5％的细胞表达组 -3 标记;(iv) 表达 IL-10 和 TGFβ;(v) 含有 <2％

的细胞表达 IL-6、IL-12 和 TNFα；(vi) 含有 <0.001%的细胞共表达所有组 -4 标记。其中组 -1 标记是：CD73、CD90、CD105、CD146、CD166 和 CD44。组 -2 标记是：CD13、CD29、CD54 和 CD49E。组 -3 标记是：CD45、CD34、CD31 和 SSEA4。组 -4 标记是：OCT4、NANOG、TRA-1-60 和 SSEA4。

[0048]　　本文提供一种修饰间充质干细胞以生产修饰的间充质干细胞群体的方法，所述修饰的间充质干细胞群体具有以下特征：(i) 含有 >95%的细胞表达组 -1 标记；(ii) 含有 >80%的细胞表达组 -2 标记；(iii) 表达 <5%的细胞表达组 -3 标记；(iv) 表达 IL-10 和 TGFβ；(v) 含有 <2%的细胞表达 IL-6、IL-12 和 TNFα；(vi) 含有少于 0.001%的细胞共表达所有组 -4 标记。其中组 -1 标记是：CD73、CD90、CD105、CD146、CD166 和 CD44。组 -2 标记是 CD13、CD29、CD54 和 CD49E。组 -3 标记是 CD45、CD34、CD31 和 SSEA4。组 -4 标记是：OCT4、NANOG、TRA-1-60 和 SSEA4。

[0049]　　本文提供了条件培养基、条件培养基浓缩液、细胞裂解物或其衍生品，包括所述 MSC 分泌的一种或多种生物分子。本文提供了一种利用本文所述 MSC 作为饲养细胞以扩增骨髓造血干细胞和脐带造血干细胞的方法。在某些实施方式中，所述适合于本公开方法的 MSC 表达 Stro3。在某些实施方式中，MSC 与骨髓造血干细胞和 / 或脐带造血干细胞共培养。在某些实施方式中，所述 MSC 是间充质基质细胞。本文提供了一种由本文所述 MSC 和骨髓造血干细胞组成的共培养物。本文提供了一种由本文所述 MSC 和脐带造血干细胞组成的共培养物。

[0050]　　本文还公开了包含本文所述 MSC 的试剂盒。在某些实施方式中，所述试剂包含 hES-MSC 和细胞递送载体。

[0051]　　4. 附图简述

[0052]　　为了说明本发明，在附图中描绘了本发明的一些特定实施方式。然而，应该理解本发明并不局限于附图中所描绘的具体布置和手段。

[0053]　　图 1A-D 是 hESC(CT2) 经多步骤分化为 MSCs 的相差图像。(hESC：人胚胎干细胞；EB：胚状体；HB- 富集的：成血管细胞 - 富集的；hES-MSC：人胚胎干细胞衍生的间充质干细胞）

[0054]　　图 2A-C 描绘了细胞表面标记的流式细胞术分析结果，该细胞来源于第 9 天成血管细胞富集的培养物。

[0055]　　图 3A-I 描绘了细胞表面标记的流式细胞术分析结果，该细胞来源于第 14 天的成血管细胞富集的培养物。

[0056]　　图 4 显示了第 10 代 hES-MSC 的核型分析，其中 hES-MSC 是由 H9-hESC 细胞系衍生的。

[0057]　　图 5A-C 显示了 EAE 模型小鼠的疾病评分，该小鼠在临床疾病发作前给予 hES-MSCs 处理。在 EAE 诱导免疫后 6 天，10hES-MSC 或未分化的 hESC 或盐水对照 (PBS) 经腹腔注射到小鼠。图 A 显示用 hES-MSC 注射的小鼠 (CT2)，图 B 显示用 hES-MSC 注射的小鼠 (MA09)，图 C 显示用 hES-MSC 注射的小鼠 (H9)。N ＝ 5 小鼠 / 组。**P<0.01。

[0058]　　图 6A-F 是小鼠在免疫后第 28-32 天的累积疾病评分 (图 A-C) 和最大疾病评分 (图 D-F) 的柱状图，小鼠免疫如图 5 所示。N ＝每组 5 只小鼠。**P<0.01。

[0059]　　图 7 是 EAE 模型小鼠的疾病评分图，该小鼠在临床疾病发作后给予 hES-MSCs 或盐

说　明　书

水对照（PBS）处理。在小鼠免疫 18 天后,1×10$^6$个 hES-MSC 腹腔注射入小鼠。N＝每组 6 只小鼠。

[0060]　图 8A-B 是 EAE 模型小鼠中枢神经系统的调节 T 细胞（CD25+FoxP3+）的流式细胞术分析结果,该小鼠在免疫 15 天后用盐水对照（PBS）或 hESC 细胞系 CT2 衍生的 hES-MSCs 处理。

[0061]　图 9A-F 是描绘 EAE 模型小鼠中枢神经系统的 CD4$^+$细胞、CD8$^+$细胞、Th1CD4$^+$T 细胞和 Th17CD4$^+$T 细胞的总数量图（图 A-D）,该小鼠在免疫 15 天后用盐水对照、hESC 或 hES-MSC 处理。图 E-F 显示经 PBS 或 hES-MSC 处理 EAE 小鼠的 CD4$^+$T 细胞的 IL-17 和 IFN-γ 的表达。N＝每组 4 只小鼠。*P<0.05,**P<0.01。

[0062]　图 10A-D 显示经 hES-MSC（图 a 和 c）或盐水（PBS）（图 b 和 d）处理的 EAE 模型小鼠的腰脊髓横截面免疫组化检测结果,其中髓鞘碱性蛋白（MBP;红色）,CD3（绿色）标记 T 细胞,IBA1（绿色）标记小胶质细胞。

[0063]　图 11 是脊髓的髓鞘碱性蛋白（MBP）的定量分析结果,该结果是采用相对荧光强度（RFI）测量数字捕获脊髓半切术的 MBP 表达进行的。

[0064]　图 12A-C 显示了 EAE 模型小鼠的疾病评分,该小鼠在临床疾病发作前用盐水（PBS）、骨髓间充质干细胞（BM-MSC）或 hES-MSC 处理。图 A 显示经 PBS、hES-MSCs（MA09）或三种不同来源之一的 BM-MSCs 处理的 5 组小鼠。图 B 显示在临床疾病发作前,经 PBS、BM-MSC 或 hES-MSC（CT2）处理的小鼠。图 C 显示经 PBS、BM-MSC 或 hES-MSC（MA09）处理的小鼠。对于所有试验,N＝5 只小鼠每组,在 hES-MSC 和三种 BM-MSC 处理的小鼠之间,***P<0.001。

[0065]　图 13A-D 显示了 EAE 模型小鼠中枢神经系统的 CD4+、CD8+、Th1 或 Th17T 细胞的总数,该小鼠被盐水对照（PBS）、BM-MSCs（BM-MSC 细胞系 1、2、3）或 hES-MSC 处理。（N＝4 只小鼠每组,*P<0.05,**P<0.01）

[0066]　图 14A-E 显示了 EAE 模型小鼠脊髓横截面的髓鞘定量分析结果,该小鼠被盐水（PBS）、BM-MSCs（BM-MSC 细胞系 1、2、3）或 hES-MSCs 处理,利用荧光髓鞘染色（绿色）以及用 DAPI 复染（蓝色）,指示核细胞的渗透。

[0067]　图 15A-B 取免疫 14 天后 EAE 模型小鼠的脊髓做冰冻切片（60μm）,然后检测荧光标记的 hES-MSC 和 BM-MSC 的定位（图 A 和 B）。该小鼠接受腹腔注射 GFP$^+$hESC-MSC、GFP$^+$BM-MSC 或 PBS 对照。小鼠在注射 MSC 后被实施安乐死,并且进行免疫染色,其中 GFP（绿色;示踪注射的 hES-MSC 或 BM-MSC）、CD31（红色;血管）和 DRAQ5（蓝色;细胞核）。图 A 是薄壁组织的发炎的小静脉。图 B 显示脑膜的小静脉。所选择的等值面绘制的 3D 重构 ROI（白色虚线框）显示在下一个到原始图像以便增强空间透视。该插图分别显示 GFP-DRAQ5（上方插图）单独的 GFP 的通道（下方插图）。

[0068]　图 16A-B 分别显示增殖的 CD4+ 和 CD8+T 细胞的比例,该 T 细胞在体外与两种 hES-MSCs（MA09 或 CT2）或三种 BM-MSC 细胞系之一（1、2 或 3）或 PBS（无 MSCs）共培养。由所示浓度的抗 -CD3 抗体刺激 T 细胞,并且通过流式细胞术分析 CFSE 的稀释以检测 T 细胞的增殖。T 细胞和 MSCs 以 10:1 的比例混合。N＝每组 3 个重复。

[0069]　图 17 显示 CD4+ 或 CD8+T 细胞的增殖,该 T 细胞与 BM-MSC、hES-MSC 或对照（无 MSC）共培养,并且用 0μg/ml（NC）、0.1μg/ml 或 0.3μg/ml 抗 -CD3 抗体刺激 T 细胞。流式细胞术直方图显示分化的 CD4+ 或 CD8+T 细胞的百分比,这是以 CFSE 稀释信号而定的。

[0070]　图18A-J 描绘了 IFNγ+ 或 IL-17+ 幼稚 CD4+T 细胞的胞内 FACS 染色，该 T 细胞与 hES-MSC、三种 BM-MSC 细胞系之一（#2、#3 或 #6）或对照（无 MSCs）共培养，并用 TPA/ 离子霉素刺激与幼稚 CD4+T 细胞共温育的 hES-MSC 或 BM-MSC，然后 Th1 和 Th17 分化 5 天。显示的数据是 4 组独立试验中的 1 组。

[0071]　图19A-B 通过微阵列分析测定 hES-MSC 或 BM-MSC 的相对基因表达水平。N＝2，*P<0.05，**P<0.01。

[0072]　图20A-F 通过胞内 FACS 染色检测 3 个 BM-MSC 细胞系和 3 个 hES-MSC 细胞系的 IL-6 和 IL-10 的表达。

[0073]　图21A-D 通过胞内 FACS 染色用 IFNγ 培养的 BM-MSC 或 hES-MSC(CT2) 中的 IL-6 显示 IL-6 的表达。NC 是阴性对照。

[0074]　图22A-C 显示增殖的、CFSE 标记的 CD8+T 细胞的比例，该 T 细胞被不同剂量的抗 -CD3 抗体刺激，并且以 10:1 的比例与三种 BM-MSC 细胞系（#2、#3 或 #6）之一共培养，或不与其培养。在培养物中添加抗 - 人 IL-6 抗体（10μg/ml）或同型对照（IgGk），如所示的。N＝4 个重复每组数据点，**P<0.01。

[0075]　图23A-B 显示 IL-6 中和抗体（αIL-6）增强 BM-MSC 在体外对 CD4+ 和 CD8+T 细胞增殖的抑制作用。NC 表示 T 细胞培养时无 MB-MSC 或抗 -IL6 抗体。

[0076]　图24A-J 通过胞内 FACS 染色检测 IFNγ+ 或 IL-17+CD4+T 细胞的比例，该 T 细胞在体外用 TPA/ 离子霉素刺激。在 Th17 分化的条件下，hES-MSC 或 BM-MSC 以 1:10 比例与小鼠幼稚 CD4+T 细胞共温育 5 天，该培养物中存在或不存在抗人 IL-6 抗体（10μg/ml）。

[0077]　图25 显示 EAE 模型小鼠的临床疾病评分，该小鼠被注射经辐射的 hES-MSC(Irr-hES-MSC；来自 MA09)、hES-MSCs（来自 MA09）或盐水（PBS）。N＝5 只小鼠每组，***P<0.001。

[0078]　图26 显示表达荧光素酶的 hES-MSC(CT2) 的免疫染色。利用抗 - 荧光素酶的抗体（绿色）对在培养皿中培养的表达荧光素酶的 hES-MSCs 进行免疫染色，并用 DAPI（蓝色）复染细胞核。

[0079]　图27A-B 显示在注射 EAE 小鼠后表达 D- 荧光素酶的未辐射 hES-MSC 或辐射（Irr-hES-MSC）在不同时间点（天）的定位。使用 Xenogen IVIS 100 成像系统采集图像。在 EAE 模型小鼠的背部和腹部图像中显示表达 D- 荧光素的、未被辐射的（图 A）和辐射的（图 B）hES-MSC(CT2)。

[0080]　图28A-D 显示 GSK3 抑制剂 BIO((2'Z,3'E)-6- 溴靛红 -3'- 肟,6-BIO) 对来源于人胚胎干细胞的胚状体（EB）分化的影响。BIO 显著地促进 BM 形成和使培养物在第 7 天获得细胞数量增多。

[0081]　图29 是显示 BIO 促进 EB 形成数量的柱状图。

[0082]　图30 是流式细胞术图，显示 BIO 处理提高成血管细胞的形成效率。

[0083]　图31 显示微阵列分析不同 hES-MSC 细胞系和 BM-MSC 细胞系的 CD10 表达水平。

[0084]　5. 发明详述

[0085]　5.1 定义

[0086]　在本发明的上下文和每个术语应用的特定上下文范围内，本说明书中应用的术语在本领域中一般具有它们的常规含义。在下文或本发明的其他部分对某些术语进行了讨论

　　　　　　　　　说　明　书　　　　　　　　　

以对本发明的方法描述及如何使用它们,为实施者提供额外的指导。此外,可以理解为,同样的事务可以以一种以上的方式叙述。因此,对本文所论述的任一个或多个术语都可使用选择性的语言和同义词,无论该术语是否详述或讨论于此,对其都没有任何特殊的意义。本文提供了某些术语的同义词。描述一个或多个同义词并不排除使用其它的同义词。这些或其他在本说明书中任何地方的实施方式的用途仅仅是说明性的,并且决不限制本发明或任何举例说明的术语的范围和含义。

[0087]　　术语"hESC"是人胚胎干细胞,包括从胚胎、内细胞团、卵裂球或细胞系产生的多能性的干细胞。

[0088]　　术语"hES-HB-MSC"是经过中间步骤成血管细胞或血管瘤集落形成而衍生的间充质干细胞。

[0089]　　本文所使用的术语"hES-MSC"或"hES-MSCs"或"人胚胎间充质干细胞"或"人胚胎干细胞衍生的间充质干细胞"或"hES-MSC 群"指人胚胎干细胞或诱导多能干细胞"iPSCs"使用任何方法衍生的间充质样干细胞、间充质样基质细胞、间充质干细胞或间充质基质细胞。本文使用的 hES-MSC 包括 hES-MSC 单细胞、hES-MSC 细胞系、一批 hES-MSC、大量 hES-MSC 或 hES-MSC 群。

[0090]　　本文使用的术语"临床级别 hES-MSC"指具有以下特征的 MSC :适合在临床上用于人、鸟类或其它动物。本文使用的临床级别 hES-MSC 包括 MSC 单细胞、MSC 细胞系、一批 MSC、大量 MSC 或 MSC 群。

[0091]　　本文使用的术语"hES-MSC 群体"指包括具有适合用于治疗的特征的 hES-MSC 群体和不具有适合用于治疗的特征的 hES-MSC 群体。

[0092]　　术语"iPS-MSC"和"iPS-MSCs"和"人诱导多能干细胞衍生的间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于多种结构和功能特性,包括但不限于表达或缺乏表达一种或多种标记。iPS-MSCs 是多能性的并且能分化产生其它谱系的细胞类型。

[0093]　　本文使用的短语"治疗有效量"指其数量足以引起改善受试者的临床显著症状,或延迟或最小化或减轻一种或多种与所述疾病有关的症状,或者导致受试者在生理学上所希望的有益改变。

[0094]　　术语"治疗"是指减缓、缓解、改善或减轻至少一种疾病的症状,或在发病后逆转其发作。

[0095]　　术语"预防"指在发病前起作用,以防止形成该疾病或减轻疾病的严重程度或延缓其发展的过程。

[0096]　　本申请中使用的术语"受试者"指具有免疫系统的动物,例如禽类和哺乳动物。哺乳动物包括犬科动物、猫科动物、啮齿类动物、牛、马、猪、羊和灵长类动物。禽类包括但不限于家禽、鸣禽和猛禽。因此,本发明可应用于兽医,例如,治疗玩赏动物、农场动物、动物公园的实验动物和在野外动物。本发明特别适合于人类医药应用。

[0097]　　术语"需要其"是受试者已知或怀疑患有或有风险发展成疾病,包括但不限于多发性硬化症和其他 T 细胞相关的自身免疫疾病,或与中枢神经系统、血－脑屏障或血－脊髓屏障相关的疾病。

[0098]　　一个需要治疗的受治疗者是已经发生疾病的受试者。一个需要预防的受试者是具有发生该疾病的风险因素的受试者。

[0099]　　本文使用的术语"药剂"指一种产生或能够产生效果的物质,可以包括但不限于化学品、医药品、药物、生物剂、小分子、抗体、核酸、肽类和蛋白质。

[0100]　　5.2 胚胎干细胞在体外经过成血管细胞分化以获得间充质样干细胞

[0101]　　本发明提供了一种从人胚胎干细胞(hES)衍生的成血管细胞(HB)产生和扩增间充质样干细胞的方法。所获得的细胞定义为 hES-MSCs。可分离和／或纯化这些 hES-MSCs。

[0102]　　人胚胎干细胞经不同的方法诱导得到间充质干细胞样的细胞(Barbieri 等(2005);Olivier 等(2006);Sanchez 等(2011);Brown 等(2009))。然而,所有这些方法涉及共培养和手工挑选步骤,限制细胞的产量和纯度,并且导致所得细胞的质量不一。

[0103]　　为了解决这些问题,本发明提供了衍生间充质干细胞的新方法,该方法先是将胚胎干细胞诱导成胚状体,然后分化为成血管细胞,最后分化为间充质干细胞。可以假定由于间充质细胞和成血管细胞都起源于中胚层祖细胞(MP)(Huber 等(2004)),那么 hESC 经过 EB 而衍生 HB 的方法可实际上富集 MP,以至于根据随后的培养条件可进一步分化为 HB 或MSCs。如图 1 所示,通过 hESC 分化为 EB,再分化为 HB,最后分化为 MSCs 的方法可获得 MSCs。

[0104]　　尽管 hESC 表达低水平的主要组织相容性复合体抗原,但是已经发现这些抗原在hESC 分化的多种细胞中表达水平更高(Draper 等,2002;Drukker 等,2006;Drukker 等,2002),因此,如果把这些分化的细胞移植至患者体内将引起对免疫排斥极大的关注。相反,MSC 表达低水平的共刺激分子和主要组织相容性复合体抗原,并且已经被应用于同种或异种移植模型以治疗自身免疫性疾病(Gordon 等,2008b;Grinnemo 等,2004;Rafei 等,2009a;Rafei 等,2009b;Tse 等,2003)。hES-MSC 和成体组织来源的 MSC 一样,表达低水平的共刺激分子和主要组织相容性复合体抗原,并且不需要长期移植就能发挥免疫抑制作用。由于 MSC 和患者的主要组织相容性复合体抗原不匹配,因此无需担忧免疫排斥。一个 hESC系就足以产生无限供应的大规模的 hES-MSC,并且容易控制质量,适合工业化生产,成为一种治疗 MS 和其他以 T 细胞为基础的自体免疫疾病的患者潜在的疗法。

[0105]　　Lu 等(2007)和 Lu 等(2008)已经报告 hES 形成 EB,然后分化为 HB 的方法,该方法也可参见美国专利申请公开 2012/0027731,它们都以其整体内容纳入作用参考。

[0106]　　可以从人胚胎干细胞产生人血管瘤集落形成细胞。这种胚胎干细胞包括来源于或通过以下方法获得的胚胎干细胞,例如囊胚、铺板的 ICMs、一个或多个卵裂球、或植入前阶段胚胎的其它部分或胚胎样组织,无论是否通过受精、体细胞核移植(SCNT)、孤雌生殖、雄核发育或其它有性或无性繁殖方法。

[0107]　　此外或可供选择地,可从胚胎衍生的其它细胞中产生血管瘤集落形成细胞。例如可通过来源于或使用铺板的胚胎、ICMs、胚泡、一个或多个卵裂球、滋养层干细胞、胚胎生殖细胞、或植入前阶段的胚胎其它部分或胚胎样组织,无论是否通过受精、体细胞核移植(SCNT)、孤雌生殖、雄核发育或其它有性或无性繁殖的方法产生血管瘤集落形成细胞(不需要通过胚胎干细胞衍生这一步骤)。相似地,可以使用从胚胎衍生的细胞分化的部分细胞或细胞系产生血管瘤集落形成细胞。例如,如果一个人胚胎干细胞系被用来生产比血管瘤集落形成细胞发育更原始的细胞,那么就发育潜力和可塑性而言,这种胚胎来源的细胞可以产生血管瘤集落形成细胞。

[0108]　　另外或可供选择地,可从其它分娩前和围产后的原料,包括但不限于脐带、脐带血、羊膜液、羊膜干细胞和胎盘中产生血管瘤集落形成细胞。

[0109]    值得注意的是，当从人胚胎组织产生血管瘤集落形成细胞时，形成胚状体这一步骤可能是必需的。然而，考虑到在早期发育期间，胚状体的形成有助于（至少部分）重现胚层的三维相互作用，当胚胎衍生的细胞已经具有实质上与胚状体形成一样用途的结构和组织时，这样一个步骤不一定是必需的。举个例子，当从接种的囊胚中产生血管瘤集落形成细胞时，囊胚中的细胞已经形成一定程度的三维结构。同样地，形成胚状体这个步骤并不是提供细胞间信号、感应信号和三维结构所必需的。

[0110]    可使用胚胎衍生的细胞产生血管瘤集落形成细胞。在某些实施方式中，所述胚胎衍生的细胞是胚胎干细胞。在另一些实施方式中，所述胚胎衍生的细胞是铺板的胚胎、内细胞团、滋养层／滋养外胚层细胞、一个或多个卵裂球、滋养层干细胞或早期植入前胚胎的其它部分。对于上文提到的任何一个，所述胚胎衍生的细胞可来自以下方式制备的胚胎：受精、体细胞核移植（SCNT）孤雌生殖、雄核发育或其它有性或无性繁殖的方法。

[0111]    人胚胎干细胞或诱导多能干细胞可以是这种方法的起始材料。可以按本领域已知的任何方法培养人胚胎干细胞或诱导多能干细胞，例如存在或不存在饲养细胞。添加终浓度为 0.05uM-0.2uM 的 GSK3 抑制剂 BIO 可提高胚状体形成和后续的成血管细胞形成效率，缩短培养时间。

[0112]    在此阐述的实施方式中，共使用了 4 种 hESC 细胞系，分别是 H9（来自 WiCell Research Institute）(Thomson 等 (1998))、CT2（来自康涅狄格大学干细胞中心 (Lin 等 (2010))、MA09（美国食品和药物管理局批准的、临床级别的细胞系，来自先进细胞技术公司）(Klimanskaya 等 (2006)) 和 ES03-Envy(Envy, 带 GFP 标签的细胞系，来自 ES International)(Costa 等 (2005))。

[0113]    在通过产生和扩增人成血管细胞以获得间充质干细胞的方法中，其第一步是将人胚胎干细胞培养在无血清培养基中并诱导分化为胚状体。为了诱导形成胚状体，胚胎干细胞可在无血清培养基中沉淀和重悬，如 DMEM/F12、HPGM(Lonza)、StemSpan H3000(Stemcell Technologies)、Stempro-34、QBSF-60、Xvivo-15、IMDM, Stemline Ⅰ 或 Ⅱ 培养 (Sigma. TM.),该培养基补充了一种或多种形态发生因子和细胞因子，然后铺在低粘附培养皿上。形态发生因子和细胞因子可包括但不限于骨形态发生蛋白（如 BMP-2、BMP-4 或 BMP-7,但不是 BMP-3)、VEGF、SCF 和 FL。骨形态发生蛋白和 VEGF 可单独使用，也可以和其它因子结合使用。在细胞培养的 0-72 小时期间，可在培养基中添加所述形态发生因子和细胞因子。在以下这些条件下温育，在存在早期造血扩增因子的条件下温育，该早期造血扩增因子包括但不限于促促血小板生成素（TPO）、Flt-3 配体和干细胞因子（SCF),允许铺板的胚胎干细胞形成胚状体。除了 TPO、Flt-3 配体 SCF、VEGF、BMP-4 也可添加至所述培养基。在一个实施方式中，人胚胎干细胞首先生长在含 BMP-4 和 VEGF165(如 25-100ng/ml）的培养基中，随后生长在含 BMP-4、VEGF165、SCF、TPO 和 Flt-3 配体（如 10-50ng/ml）的培养基中。在细胞铺板 48-72 小时后可添加所述额外的因子。

[0114]    接下来，从早期胚状体 (EBs) 中分离人成血管细胞。从早期胚状体中分离成血管细胞以支持该细胞体外扩增。对于人细胞，可从生长少于 10 天的胚状体中获得成血管细胞。在本发明的某些实施方式中，生长了 2-6 天的人胚状体就能产生成血管细胞。根据一个实施方式，可从生长了 4-6 天的人胚状体中鉴定和分离成血管细胞。在另一个实施方式中，在分离成血管细胞之前，人胚状体生长了 2-5 天。在某些实施方式中，在分离成血管细

说　明　书

胞之前，人胚状体生长了 3-4.5 天。

[0115]　　在某些实施方式中，使用 TrypLE-LE(Invitrogen)、胰酶/EDTA 或胶原酶 B 来清洗和分离早期胚状体。然后将选择数量的细胞（如 $2-5×10^5$ 个细胞）和无血清甲基纤维素培养基混合，该培养基是最有利于成血管细胞生长的，比如 BL-CFU 培养基，例如干细胞技术公司目录 H4436、H4536 或成血管细胞扩增培养基 (HGM) 或任何以下培养基：含 1.0% 甲基纤维素的 MDM、1-2% 牛血清白蛋白、0.1mM  2-巯基乙醇、10 μ g/ml  rh-胰岛素、200 μ g/ml 铁饱和的人转铁蛋白、20ng/ml  rh-GM-CSF、20ng/ml  rh-IL-3、20ng/ml  rh-IL-6、20ng/ml  rh-G-CSF（"rh"表示重组人）。可在该培养基中补充早期细胞因子，包括但不限于 EPO、TPO、SCF、FL、Flt-3、VEGF、BMPs，比如 BMP2、BMP4 和 BMP7，但不是 BMP3 和 HOXB4（或另一种同源异型框蛋白）。在某些实施方式中，所述细胞在 EPO、TPO 和 FL 存在的情况下生长。在某些实施方式中，H9 是起始的人胚胎干细胞，在培养基中添加 EPO、TPO 和 FL。除了 EPO、TPO 和 FL，用于培养 H9 或其它 ES 衍生的细胞的培养基可进一步包含 VEGF、BMP-4 和 HoxB4。

[0116]　　通过这种方法获得的细胞（该细胞可培养在 BL-CFU 培养基中），包括成血管细胞，接铺在超低粘附培养皿，并在 $CO_2$ 培养箱中培养至获得成血管细胞集落。一些细胞也许可以形成次级 EBs。再经约 3-6 天，在某些情况下 3-4.5 天，可观察至成血管细胞集落。成血管细胞集落具有与众不同的葡萄样形态和／或小体积，因此可区别于其它细胞如次级 EBs。另外，可通过以下方式鉴定成血管细胞：检测特定标记的表达（如早期造血细胞和内皮细胞标记的表达）和是否具有至少都能分化为造血细胞和内皮细胞的能力。例如，当成血管细胞缺少成熟内皮细胞或造血细胞的某些特征时，可通过特定标记鉴定这些细胞（例如 CD133、SCA-1、CD34、CD45、CD31、cKit、巢蛋白+、Stro-1、Stro-3、CD71+）。成血管细胞也可能表达 GATA-1、GATA-2 蛋白、CXCR-4、TPO 和 EPO 受体。进一步地，成血管细胞的特征可在于表达特定的基因，这些基因与成血管细胞和早期前成红细胞发育相关，例如 SCL、LMO2、FLT-1、胚胎胎儿球蛋白基因、NF-E2、GATA-1、EKLF、ICAM-4、glycophorins 和 EPO 受体。

[0117]　　可根据大小和／或形态以及以下程序分离成血管细胞。在生长 3 至 7 天后，混合细胞中包含有 EBs 和成血管细胞，其中 EBs 为圆形并呈现多细胞块状，而成血管细胞是葡萄样形态，比 EBs 小并且是单细胞。因此，可根据细胞的形态和大小分离成血管细胞。例如在显微镜下观察该细胞培养物时，可手工挑选成血管细胞。该细胞随后可形成集落，每个集落含 100-150 个细胞。

[0118]　　在一个实施方式中，用胰酶替代物 TrypLE、胰酶或胶原酶 B 将滋养细胞消化成单细胞。将获得的单细胞在优化的间充质干细胞生长培养基中重悬，如含 2-20% 胎牛血清 (FBS) 或人 AB 血清 (ABHS) 的 α-MEM 培养基、含 2-20% FBS 或 ABHS 的高糖 DMEM 培养基。可用含 5-20% 敲除血清替代物 (KOSR) 或牛血清白蛋白 (BSA) 或任何其它可用的商业化无血清 MSC 培养基替代 FBS。在某些实施方式中，培养基中血清、KOSR 或 BSA 的浓度约为 5-20%。在某些实施方式中，优选胎牛血清。在某些实施方式中，细胞的培养密度约 10-1000 细胞/$cm^2$。在某些实施方式中，在模拟组织的细胞外基质环境中培养细胞，如基质胶。

[0119]　　在约 24 小时后，大量细胞 (5-10%) 贴壁于培养皿，约 6-14 天后，成血管细胞开始向间充质干细胞分化。可通过纺锤样形态鉴定间充质干细胞。也可通过以下方式鉴定鉴定间充质干细胞：表达细胞表面标记 CD146 和 CD166；不表达或表达低水平的某些细胞表面标记如 CD31、CD34 和 CD45。间充质干细胞的特征还在于，具有多能性并能够分化成脂肪细

胞、软骨细胞、成骨细胞。来源不同细胞的 CD10 的表达水平可能有差别,CT2 和 H9-MSC 表达低水平的 CD10,而 MA09-MSC 表达高水平的 CD10,这种表达差异与它的免疫抑制功能不相关,但可能与其它功能相关,如纤维化和下游的分化。在某些实施方式中,少于 28%、27%、26%、25%、20%、15%、10%、5%、4%、3%、2%、1%的 hES-MSC 表达 CD10。

[0120] 在本发明进一步的实施方式中,额外添加辐射 hES-MSCs 的步骤。该照射可以采用任何本领域已知的辐射方法,包括但不限于伽马辐射,如铯 -137 伽马辐射,或 X- 射线光子辐射。辐射的优选量在 5 和 20000gy 之间,更优选的在 50 和 100gy 之间,最优选的是 80gy。

[0121] 5.3 人胚胎干细胞衍生的间充质干细胞 (hES-MSC) 和 iPS-MSC

[0122] 本发明的一个实施方式是人胚胎干细胞衍生的间充质干细胞,定义为 hES-MSC。这些细胞是独特的,具有多种治疗用途和其它用途。因此,本发明包括多种包含 hES-MSCs 制剂和组合物,其中制剂包括药物制剂。

[0123] 术语 "hES-MSC" 和 "hES-MSCs" 和 "人胚胎干细胞衍生的间充质干细胞" 和 "人胚胎间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于众多结构和功能特征,包括但不限于表达或不表达一种或多种标记。hESC-MSCs 是多能性的并且能分化产生其它谱系的细胞类型。

[0124] 术语 "iPS-MSC" 和 "iPS-MSCs" 和 "人诱导多能干细胞衍生的间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于众多结构和功能特征,包括但不限于表达或不表达一种或多种标记。iPS-MSCs 是多能性的并且能分化产生其它谱系的细胞类型。

[0125] 可根据它们的结构特征鉴定人胚胎干细胞衍生的间充质干细胞。具体地,根据成纤维细胞样细胞体和纺锤样形态鉴定 hES-MSCs。

[0126] 可以通过检测一种或多种细胞标记的 DNA、RNA 或蛋白的表达或不表达鉴定 hES-MSCs。如果细胞具有以下特征,那么该细胞可被认为是 hESC-MSCs:表达细胞表面 CD73,或表达至少一种或多种以下细胞表面标记:CD90、CD105、CD13、CD29、CD54、CD44、CD146 和 CD166,或不表达或表达低水平的至少以下一种细胞表面标记:CD34、CD31 或 CD45。

[0127] 可选择地或另外地,对 hES-MSCs 的鉴定可根据它们表达低水平的以下一种或多种促炎蛋白:MMP2、RAGE、IFNGR2、TNF α 、IL-12A、IL-6 和 CAM1。以上所述的基因表达模式是与骨髓间充质干细胞相比较的。尤其是,IL-6 在 BM-MSCs 的表达量高于 hES-MSCs。IL-6 是一种有效的细胞因子,参与造血细胞、免疫细胞和基质细胞之间的交叉作用,包括炎症的发生和终止。

[0128] 可选择地或另外地,类似于其它类型的 MCS,根据表达高水平免疫抑制的、非经典的 MHC 抗原 HLA-G 和 HLA-ABC,以及表达低水平的 MHC II 类抗原 HLA-DR 和共刺激分子 CD80 鉴定 hES-MSCs,该方法类似于鉴定其它类型的 MCS。

[0129] 该 hES-MSCs 的特征还在于它们能够抑制体外受到刺激的 T 细胞增殖。这个特征是与 BM-MSCs 形成鲜明对比,因为 BM-MSCs 具有更低的抑制体外受到刺激的 T 细胞增殖的能力。

[0130] 因此,本文所描述的人胚胎干细胞衍生的间充质干细胞至少具有以下一种特征:1. 分化为软骨细胞、成骨细胞和 / 或脂肪细胞;2. 具有成纤维细胞样形态;3. 表达 CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146 和 / 或 CD166;5. 不表达或低水平表达 CD34、CD31 和 / 或 CD45;6. 不表达或低水平表达 MMP2、RAGE、IFN γ R1、IFN γ R2、IL-12、TNF α 、

IL-6 和／或 VCAM1,特别是 IL-6 ;7. 低水平表达 MHC 抗原 HLA-G 和／或 HLA-ABC,或不表达 HLA-DR 和／或 CD80 ;8. 在体外抑制受到刺激后的 T 细胞的增殖。在某些实施方式中,所述 hES-MSCs 具有至少 2 种、至少 3 种、至少 4 种、至少 5 种、至少 6 种、至少 7 种或所有 8 种特征。

[0131]　　此外,本文所述的人胚胎干细胞衍生的间充质干细胞具有穿过血脑屏障和血脊髓屏障的独特能力,这种穿透能力使该细胞特别适合治疗和诊断应用。如本文所示,本文所述的 hES-MSCs 具有迁移进出脊髓的血管、穿过血脊髓屏障的能力,以在中枢神经系统发挥作用,这种作用包括但不限于递送用于治疗和诊断的药物。这与 BM-MSCs 不具有此功能形成比对。

[0132]　　在某些实施方式中,所述 hES-MSC 被 γ 或 x 射线辐射。这个实施方式包括具有至少一种、至少 2 种、至少 3 种、至少 4 种、至少 5 种、至少 6 种、至少 7 种或全部 8 种上文所列举特征的 hES-MSC,这些 hES-MSC 已经受到辐射。

[0133]　　在另一个实施方式中,所述细胞培养物包括 hES-MSC。在某些实施方式中,所述 hES-MSC 分化成软骨细胞、成骨细胞和／或脂肪细胞。在某些实施方式中,所述 hES-MSC 表达 CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146 和／或 CD166。在某些实施方式中,所述细胞表达低水平的或不表达 CD34、CD31 和／或 CD45。在某些实施方式中,所述细胞表达低水平或不表达 MMP2、RAGE、IFNγR1、IFNγR2、IL-12、TNFα、IL-6 和／或 VCAM1,特别是 IL-6。在某些其他的实施方式中,所述细胞表达主要组织相容性复合体抗原 HLA-G 和／或 HLA-ABC,并且表达低水平的或不表达 HLA-DR 和／或 CD80。在某些实施方式中,所述细胞在体外抑制受到刺激后的 T 细胞的增殖。在某些实施方式中,所述细胞可以穿过血脑屏障和血脊髓屏障。在某些实施方式中,所述细胞已经被辐射。

[0134]　　在另一方面,本文提供了一种包含 hES-MSC 的药物制剂。在某些实施方式中,所述 hES-MSCs 可分化为软骨细胞、成骨细胞和／或脂肪细胞。在某些实施方式中,所述 hES-MSC 表达 CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146 和／或 CD166。在某些实施方式中,这些细胞表达低水平或不表达 CD34、CD31 和／或 CD45。在某些实施方式中,所述细胞表达低水平的或不表达 MMP2、RAGE、IFNγR1、IFNγR2、IL-12、TNFα、IL-6 和／或 VCAM1,特别是 IL-6。在某些实施方式中,所述细胞表达主要组织相容性复合体抗原 HLA-G 和／或 HLA-ABC,并且表达低水平的或不表达 HLA-DR 和／或 CD80。在某些实施方式中,所述细胞可以穿越血脑屏障和血脊髓屏障。在某些实施方式中,所述细胞已经被辐射。可以使用任何药学可接受的载体或赋形剂制备所述药物制剂。

[0135]　　在某些实施方式中,所述组合物或药物制剂包含至少 10000 个 hES-MSC、至少 50000 个 hES-MSC、至少 100000 个 hES-MSC、至少 500000 个 hES-MSC、至少 $1×10^6$个 hES-MSC、至少 $5×10^6$个 hES-MSC、至少 $1×10^7$个 hES-MSC、至少 $5×10^7$个 hES-MSC、至少 $1×10^8$个 hES-MSC、至少 $5×10^8$个 hES-MSC、至少 $1×10^9$个 hES-MSC、至少 $5×10^9$个 hES-MSC 或至少 $1×10^{10}$个 hES-MSC。

[0136]　　在某些实施方式中,本发明提供了一种人血管瘤集落细胞或其部分分化的或最终分化的细胞的冷冻保存制剂。

[0137]　　在某些实施方式中,本发明提供了 hES-MSCs 的治疗用途或 hES-MSCs 组合物或 hES-MSCs 制剂,包括已被辐射的 hES-MSCs。这种细胞和制剂可用于治疗整个说明书中所述

的任何病症和疾病，以及可以应用于递药系统，以使药物穿越血脑屏障和血脊髓屏障。

[0138]　　5.4 选择和生产 hES-MSC 群体

[0139]　　本文提供了一种鉴别具有高度免疫抑制能力的 hES-MSC 的方法，其中，该方法通过鉴别 hES-MSC 的生物标记谱进行，所述 hES-MSC 是用于治疗的、临床级别的、具有高度免疫抑制效力的。在某些实施方式中，这些临床级别的 hES-MSC 具有以下特性：(i) 包含 >95% 的细胞表达组 -1 标记 ；(ii) 包含 >80% 的细胞表达组 -2 标记 ；(iii) 包含 <5% 的细胞表达组 -3 标记 ；(iv) 表达 IL-10 和 TGFβ ；(v) 包含 <2% 的细胞表达 IL-6、IL-12 和 TNFα ；(vi) 包含 <0.001% 的细胞共表达所有组 -4 标记。其中，组 -1 标记是 :CD73、CD90、CD105、CD146、CD166 和 CD44。组 -2 标记是 :CD13、CD29、CD54 和 CD49E。组 -3 标记是 :CD45、CD34、CD31 和 SSEA4。组 -4 标记是 :OCT4、NANOG、TRA-1-60 和 SSEA4。

[0140]　　在某些实施方式中，所述方法包括检测标记的差异表达，该标记编码抗炎症因子 (AIF) 和促炎症因子 (PIF)。在某些实施方式中，所述抗炎症因子是 IL-10 和 TGFβ2。在某些实施方式中，促炎症因子的表达上调。在某些实施方式中，以上标记在 hES-MSC 的表达量至少是 BM-MSC 的 1.5 倍。在某些实施方式中，促炎症因子是 IL-6、IL-12、TNFα、CCL2、VCAM1、RAGE 和 MMP2。在某些实施方式中，促炎症因子的表达下降。在某些实施方式中，以上标记在 hES-MSC 的表达量至少比 BM-MSC 的少一半。在另一个实施方式，在具有高度免疫抑制能力的 hES-MSC 中，IL-6 阳性的细胞比率少于 5%、4%、3%、2% 或 1%。在某些实施方式中，hES-MSC 表达低水平的 IL12、TNFα、RAGE 和其它 PIF。在某些实施方式中，hES-MSC 可能表达高水平的 TGFβ2 和 IL-10。在某些实施方式中，所述标记的表达是以 BM-MSC 为对照。

[0141]　　这里提供临床级别的 hES-MSC 群体的鉴定方法。为了确定 hES-MSC 群体是否适合应用治疗，需要检测该细胞特异性生物标记的表达。这些生物标记包括例如，(1) 间充质干细胞特异性的标记 :CD73、CD90、CD105、CD166 和 CD44（第一组）；(2) 间充质干细胞特异性的标记 :CD13、CD29、CD54、CD49E、SCA-1 和 STRO-1（第二组）；(3) 造血干／祖细胞的标记 :CD45、CD34 和内皮细胞的标记 CD31；(4) 免疫标记 :HLA-ABC、HLA-G、CD80 和 CD86；(5) 细胞因子 :IL-10、TGFβ、IL-6 和 IL-12；(6) 多能性的标记 :OCT4、NANOG、TRA-1-60 和 SSEA-4。在某些实施方式中，hES-MSC 群体包含超过 95%、96%、97%、98% 或 99% 的细胞表达至少一种组 -1 标记。在某些实施方式中，hES-MSC 群体包含超过 80%、85%、90%、95% 或 99% 的细胞表达至少一种组 -2 标记。在某些实施方式中，hES-MSC 群体包含少于 0.1%、0.08%、0.05%、0.03%、0.02% 或 0.01% 的细胞表达至少一种组 -3 标记。在某些实施方式中，hES-MSC 群体包含超过 80%、85%、90%、95% 或 99% 的细胞表达 IL-10 和／或 TGFβ。在某些实施方式中，hES-MSC 群体包含少于 5%、4%、3%、2%、1% 的细胞表达 IL-6 和／或 IL-12。在某些实施方式中，hES-MSC 群体包含少于 0.001% 的细胞表达至少一种组 6 标记。在某些实施方式中，临床前级别的 hES-MSC 作为阳性对照，与临床级别的 hES-MSC 相比较。在某些实施方式中，通过多色流式细胞术和／或免疫荧光分析 hES-MSC 的特征。在某些实施方式中，hES-MSC 群体表达 CCL2、CCL3、CCL4、CCL5、IL-1、IL-2、IL-4、IL-6、IL-8、IL-10、IL-17、TNFα、TGFβ、IFNγ、GM-CSF、G-CSF、bFGF、CXCL5、VEGF、TPO 或其组合。在某些实施方式中，还对 hES-MSC 群体作以下分析 :(1) 存在外源性材料如内毒素和残留的细胞因子／生长因子，和／或 (2) 基因异常（利用核型分析和全基因组测序）。

[0142]　　对所述 MSC 表达谱的检测方法是本领域已知的。这些方法包括但不限于:流式细胞术、多重芯片、RT-PCR、RNA 印迹和蛋白质印迹。在某些实施方式中,对所述 MSC 表达谱的分析采用基于多种细胞因子分析的流式微球检测、基于多种细胞因子分析的 luminex 系统、基因表达的高通量分析、定量 RT-PCR、酶联免疫斑点测定法、细胞因子酶联免疫吸附测定、荧光素酶报告系统、流式细胞术、荧光报告系统、组织染色和免疫荧光染色。

[0143]　　5.4.1. 监测核酸生物标记的方法

[0144]　　在具体的实施方式中,核酸属于生物标记谱中的一种生物标记。这种生物标记和生物标记谱相应的特征可通过以下所述产生,如检测一种或多种标记的表达产物（如多核苷酸和多肽）。在一个具体的实施方式中,这些生物标记和生物标记谱相应的特征的获得渠道是:利用本领域技术人员公知的任何方法检测和／或分析这里公开的一种标记所表达的一种或多种核酸,所述方法包括但不限于杂交、芯片分析、RT-PCR、核酸酶保护测定和 RNA 印迹分析。

[0145]　　在某些实施方式中,通过本方法检测和／或分析的核酸和本发明的组合物包括 RNA 分子,例如表达的 RNA 分子（包括 mRNA 分子）、mRNA 的剪切变异体、调控 RNA、cRNA 分子（如 RNA 分子在体外转录为 cDNA 分子）和其识别片段。

[0146]　　在具体的实施方式中,在体外制备的核酸来自存在细胞培养物的核酸,或从细胞培养物分离的、或部分分离的核酸,所述细胞培养物是本领域所熟知的。以上所述一般描述在如,Sambrook 等,2001,分子克隆,实验手册,第三版,冷泉港实验室出版社（纽约冷泉港）,该文件全部内容在此引入作为参考。

[0147]　　5.4.1.1 核酸阵列

[0148]　　在某些实施方式中,核酸阵列通过检测任何一个或多个这里所述的生物标记,获得生物标记谱中的生物标记的特征。在本发明的一个实施方式中,利用微阵列如 cDNA 微阵列检测生物标记谱的生物标记的特征值。下文和在实施方式中描述 cDNA 微阵列分析的示例方法。

[0149]　　在某些实施方式中,通过与阵列上可检测的标记的核酸杂交获取生物标记谱中的生物标记的特征值,所述标记的核酸代表生物样本中存在的 mRNA 转录体的核酸序列,或与这些序列一致。所述生物样品（如合成来自样本的荧光标记的 cDNA）与包含一个或多个探针斑点的微阵列相杂交。

[0150]　　有不同的方法制备核酸阵列如微阵列,在下文描述其中一些方法。优选地,阵列是可复制的,允许生产给定阵列的多个拷贝并相互比较。优选地,阵列由在结合（例如,核酸杂交）条件下稳定的材料制造。本领域技术人员将会知道在阵列上杂交测试探针至探针斑点所用的适宜支持物、基质或载体,将能利用普通实验确定这些适合的载体。

[0151]　　在使用阵列如微阵列时可包括一个或多个测试探针。在某些实施方式中,每一个这样的测试探针包含一个与所要检测的 RNA 或 DNA 的亚序列互补的多核苷酸序列。每个探针通常具有不同的核酸序列,并且每个探针在阵列的固体表面上的位置通常是已知的或可确定的。对本发明有用的阵列可包括,例如寡核苷酸微阵列、基于 cDNA 的阵列、单核苷酸多态性阵列、可变剪切体阵列和任何其他能够提供本文所述标记的表达的定性、定量或半定量的阵列。某些类型的微阵列是可寻址的阵列。更具体地,一些微阵列是定位的、可寻址的阵列。在一些实施方式中,阵列的每一个探针的位置是已知的。已知固体载体上的预定位

置，从而每个探针的身份（例如，序列）可以从其在阵列上（例如，载体或表面上）的位置确定。在某些实施方式中，这些阵列是有序阵列。微阵列一般描述于 Draghici，2003，DNA 微阵列数据分析工具，Chapman 和 Hall/CRC，该文件全部内容在此引入作为参考。

[0152]　　5.4.1.2RT-PCR

[0153]　　在某些实施方式中，为确定在一个或多个本文所述标记的表达水平的生物标记谱中的生物标记的特征值，该特征值的测量是通过使用逆转录（RT）和聚合酶链式反应（PCR）从样品中扩增 RNA。按照该实施方式，反转录可以定量或半定量的。本文所教导的 RT-PCR 方法可以与上述的微阵列的方法结合使用。例如，可以进行一个批量的 PCR 反应，并且 PCR 产物可被解析和用作微阵列上探针斑点。

[0154]　　使用总 RNA 或 mRNA 作模板，并且与标记（或多个）转录部分特异性配对的引物用于启动逆转录。RNA 逆转录为 cDNA 的方法是众所周知的，参照上述 Sambrook 等（2001 年）。可以根据已发表的或可从任何可公开获得的序列数据库，如 GenBank 中的已知核苷酸序列设计引物。例如，可设计针对本文所述的任何标记的引物。另外，可利用商购的软件设计引物（例如，Primer Designer 1.0 和 Scientific Software 等）。反转录的产物随后被用作 PCR 的模板。

[0155]　　PCR 提供了一种通过使用由热稳定的、依赖 DNA 的 DNA 聚合酶催化多个循环的 DNA 复制来扩增感兴趣的靶序列的快速扩增特定核酸序列的方法。PCR 反应需要存在：被扩增的核酸、被扩增核酸侧翼的两条单链寡核苷酸引物、DNA 聚合酶、脱氧核糖核苷三磷酸缓冲液和盐离子。PCR 技术的方法是本领域所熟知的技术。对 PCR 的使用可参考如 Mullis 和 Faloona，1987 年，酶学方法，155:335。该文件全部内容在此引入作为参考。

[0156]　　PCR 扩增需要模板 DNA 或 cDNA（至少 10fg，更有效地，1-1000ng）和寡核苷酸引物（至少 25pmol）。典型的反应混合物包括：2μl DNA、25pmol 的寡核苷酸引物、2.5μl 10M PCR 缓冲 1(Perkin-Elmer，福斯特城，加利福尼亚州)、0.4μl 1.25M 的 dNTP、0.15μl（或 2.5units)Taq DNA 聚合酶 (Perkin-Elmer，福斯特城，加利福尼亚州) 和添加去离子水至总体积 25μl。矿物油覆盖 PCR 反应体系，在用可编程热循环仪进行 PCR 反应。

[0157]　　定量 RT-PCR（"QRT-PCR"）本质是定量的，也可以提供对标记表达水平的定量测量。QRT-PCR 的逆转录和 PCR 反应可以分两步进行，或者这两个反应可以同时发生。其中一项技术使用特异转录的反义探针，通常有市售的试剂盒，如 Applied Biosystems（福斯特城，加利福尼亚州）的 Taqman 试剂盒（Perkin Elmer，福斯特城，加利福尼亚州）。该探针是特异性的 PCR 产物（例如，来自基因的核酸片段），并且含有猝灭基团和络合至所述寡核苷酸 5'末端的荧光报告基团。不同的荧光标记连接到不同的探针上，从而允许在一个反应中测量两种探针。当 Taq DNA 聚合酶被激活时，它利用其 5'至 3'外切酶活性清除结合于模板上的荧光报告基团。在不存在所述淬灭基团时，报告基团发光。探针颜色的变化与每一个特异性产物的含量成正比，并通过荧光计进行测量。因此，可以测量每种颜色的量以及对 PCR 产物进行定量。所述 PCR 反应在 96 孔板中进行，以便同时检测许多不同来源的样品。所述的 Taqman 系统具有不需要凝胶电泳的附加优点，并且使用标准曲线时可以定量分析。

[0158]　　另一种可用于定量检测 PCR 产物的技术使用一种嵌入染料，如市售的 QuantiTect SYBR Green PCR(Qiagen 公司，瓦伦西亚，加利福尼亚州)。在 PCR 反应阶段，SYBR Green 染料掺入双链的 PCR 产物中，并且产生的荧光信号与 PCR 产物的量成正比。

[0159]　RNA 逆转录后都可以使用 Taqman 和 QuantiTect SYBR 系统。逆转录既可以在相同的反应体系为 PCR 的步骤（一步法），也可以在 PCR 扩增之前完成（两步法）。此外，已知的其它定量检测 mRNA 表达的系统包括 Molecular Beacons，该系统使用的探针具有荧光分子和猝灭剂分子，这种探针可以形成发夹结构，当发夹形成时，荧光分子淬灭；当探针杂交至 PCR 产物时，发出荧光信号，根据杂交荧光信号的强度定量地检测基因表达。

[0160]　5.4.1.3RNA 印迹试验

[0161]　本领域技术人员已知的任何杂交技术可用于产生生物标记谱中的生物标记的特征值。在其他具体实施中，可通过 RNA 印迹分析获得生物标记谱中的生物标记的特征值（为了定量特异的 RNA 分子）。按照本领域普通技术人员所知的常规 RNA 杂交技术，一个标准的 RNA 印迹可用于确定一种 RNA 转录物的大小，鉴定选择性剪接的 RNA 转录产物，鉴定本文所述的一个或多个基因在样品中的相对量（尤其是 mRNA）。在 RNA 印迹中，RNA 样本首先在变性的琼脂糖凝胶上电泳，根据大小分离 RNA，然后将 RNA 转印至膜上，与标记的探针交联和杂交。可以使用非同位素或高活性的放射性标记的探针，包括随机引发的、缺口转移的、或 PCR 产生的 DNA 探针，在体外转录的 RNA 探针和寡核苷酸。另外，仅部分同源的序列（例如，来自不同物种的 cDNA 或可能含有一个外显子的基因组 DNA 片段）可以用作探针。标记的探针，例如放射性标记的 cDNA，要么包含全长、单链的 DNA，要么是该 DNA 序列的片段，其长度可以是至少 20 个、至少 30 个、至少 50 个或至少 100 个连续的核苷酸。可通过本技术领域技术人员所熟知的许多不同方法中的任何方法标记探针。最常用于这些研究的标记是放射性元素、酶、暴露于紫外时会发出荧光的化学物质以及其它。许多荧光物质是已知的并且可以用作标记。这些包括但不限于荧光素、罗丹明、金胺、得克萨斯红、AMCA 蓝和荧光黄。可以通过任何目前可用的计数方法来检测放射性标记。同位素包括但不限于 3H、14C、32P、35S、36Cl、51Cr、57Co、58Co、59Fe、90Y、125I、131I 和 186Re。酶标记也是可用的，并且可以通过任何现有的比色法、分光光度法、荧光光度法、电流分析法或气体定量技术检测。该酶通过与桥接分子如碳化二亚胺、二异氰酸酯、戊二醛等反应，偶联于选择的粒子。可以使用本领域技术人员已知的任何一种酶。这种酶的实例包括但不限于过氧化物酶、β-D-半乳糖苷酶、脲酶、葡萄糖氧化酶、过氧化氢酶和碱性磷酸酶。可参考美国专利号 3654090、3850752 和 4016043。

[0162]　5.4.2 检测蛋白的方法

[0163]　在本发明的具体实施方式中，可以通过检测蛋白质获得生物标记谱中的生物标记特征值，例如，通过检测本文所述的一种或多种标记的表达产物（如核酸或蛋白质）、或翻译后修饰的蛋白质、或其它修饰的蛋白质、或经加工的蛋白质。在一个具体的实施方式中，可通过检测和／或分析本文公开的标记表达的一种或多种蛋白质和／或其识别片段产生生物标记谱，其中，检测和／或分析蛋白的方法是本领域技术人员已知的任何方法，包括但不限于蛋白质微阵列分析、免疫组织化学和质谱分析。

[0164]　免疫分析的标准技术可用于检测检测蛋白质的量和细胞培养物中目的蛋白。例如，先进行十二烷基硫酸钠聚丙烯酰胺凝胶电泳（SDS-PAGE），然后进行蛋白质印迹和免疫共沉淀检测蛋白质的量和样本中感兴趣的蛋白，其它检测方法还有免疫化学等。用于检测目的蛋白质的一种示例性试剂是能够特异性结合至目的蛋白的抗体。优选可检测标记的抗体，不管是直接还是间接标记。

说　明　书

[0165]　　对于这样的检测方法，利用本领域技术人员已知的技术很容易分离得到在细胞培养物中想要分析的蛋白质。蛋白质分离方法可参考，例如 Harlow 和 Lane,1988 年,抗体：实验室手册,冷泉港实验室出版社（冷泉港,纽约），该文件全部内容在此引入作为参考。

[0166]　　在某些实施方式中，检测蛋白质或目的蛋白的方法涉及蛋白质－特异性抗体的相互作用。例如,抗体导向目的蛋白。可以利用本领域技术人员已知的标准技术产生抗体。在具体的实施方式中,抗体可以是多克隆抗体,或更优选的是单克隆抗体。可以使用完整的抗体或抗体片段（例如,单链抗体,Fab 或 F(ab')$_2$。

[0167]　　例如,能特异性结合目的蛋白的抗体或抗体片段可以用来定量或定性检测蛋白质的存在。以上所述可以通过例如免疫荧光技术实现。另外,可以使用抗体（或其片段）在组织学中原位检测目的蛋白,如免疫荧光或免疫电镜术。可通过从病人取生物样本（如活检样本）并对其添加针对目的蛋白的抗体完成原位检测。施用抗体（或片段）时,优选使抗体（或片段）覆盖生物样本。通过使用这样的方法,在特定的样本中有可能不仅检测目标蛋白是否存在,还检测其分布。多种已知的组织学的方法（如染色方法）可实现这种原位检测。

[0168]　　检测目的蛋白的免疫测定法通常包括可检测标记的抗体与样品温育,该抗体能够鉴定目的蛋白。此外,免疫测定法还包括利用本领域所公知的任何技术检测结合的抗体。为下面更详细地讨论,术语"标记"可以指直接标记抗体,如耦合（也就是物理上连接）可检测的物质到抗体上,也可指间接标记抗体,该抗体通过与其它直接标记的物质反应。间接标记的实例包括用荧光标记第二抗体对第一抗体进行检测。

[0169]　　该样品可接触固相支持物或载体如硝酸纤维素,或能固定细胞、细胞颗粒或可溶蛋白的其他固相支持物或载体。然后用适宜的缓冲液洗涤该支持物,接着用可检测标记的指纹基因－特异性抗体处理。紧接着用缓冲液第二次洗涤固相支持物,以除去未结合的抗体。最后可以通过常规的方法来检测结合在固相支持物上标记的量。

[0170]　　"固相支持物或载体"是指能够结合抗原或抗体的任何支持物。熟知的支持物或载体包括玻璃、聚苯乙烯、聚丙烯、聚乙烯、葡聚糖、尼龙、淀粉酶、天然和改性纤维素、聚丙烯酰胺和磁铁矿。载体的性质在一定程度上是可溶的,或对于本发明的目的是不可溶的。所述载体材料可以具有任何可能的构型,只要偶联的分子能够结合抗原或抗体。因此,支撑结构可以是球形,如珠子；或圆柱形的,如在试管的内表面,或棒的外表面。优选的支持物包括聚苯乙烯珠。本领域的技术人员将知道很多其它合适的、用于结合抗体或抗原的载体,或将能够通过常规实验来确定。

[0171]　　能够可检测地标记特异地针对目的蛋白的抗体的一种方法是将该抗体与酶相连,然后用于酶免疫分析（EIA）（可参照 Voller,1978,"The Enzyme Linked Immunosorbent Assay(ELISA)", Diagnostic Horizons 2:1-7, Microbiological Associates Quarterly Publication, Walkersville, Md.；Voller et al.,1978, J.Clin.Pathol.31:507-520；Butler,J.E.,1981,Meth.Enzymol.73:482-523；Maggio(ed.),1980,Enzyme Immunoassay, CRC Press, Boca Raton, Fla.；Ishikawa 等,(eds.),1981, Enzyme Immunoassay, Kgaku Shoin,Tokyo。每一个文件的全部内容在此引入作为参考）。与抗体结合的酶与合适的底物反应,优选为显色底物。通过以这样的方式,如过分光光度法、荧光法或视觉手段检测产生可检测的化学物质。可以用于可检测标记抗体的酶包括但不限于苹果酸脱氢酶、葡萄球菌

说　明　书

核酸酶、δ-5-类固醇异构酶、酵母醇脱氢酶、α-磷酸甘油脱氢酶、磷酸丙糖异构酶、辣根过氧化物酶、碱性磷酸酶、天冬酰胺酶、葡萄糖氧化酶、β-半乳糖苷酶、核糖核酸酶、脲酶、过氧化氢酶、葡萄糖-6-磷酸脱氢酶、葡糖淀粉酶和乙酰胆碱酯酶。所述检测可以通过使用比色方法完成，该方法采用酶的显色底物。还可以通过将酶与底物反应的程度与类似制备的标准物进行肉眼比较以完成检测。

[0172]　　还可以用各种其它免疫方法中的任何一种方法完成检测。例如，利用放射性标记的抗体或抗体片段，可通过使用放射免疫测定法 (RIA) 检测目的蛋白 (参见，例如，温特劳布，1986，放射免疫测定原理，第七次培训课程放射性检测技术，内分泌学会，在此通过引用将其整体并入本文)。放射性同位素 (例如 125I、131I、35S 或 3H) 可以通过如使用 γ 计数器或闪烁计数器或通过放射自显影来检测。

[0173]　　另外，也可以用荧光化合物标记抗体。当荧光标记的抗体暴露于适当波长的光，就能通过荧光检测抗体的存在。其中最常用的荧光标记化合物是异硫氰酸荧光素、罗丹明、藻红蛋白、藻蓝蛋白、别藻蓝蛋白、邻-苯二醛和荧光胺。

[0174]　　也可以用发出荧光的金属可检测性地标记抗体，如 152Eu 或其它镧系元素。这些金属可以通过金属螯合基团如二亚乙基三乙酸 (DTPA) 或乙二胺四乙酸 (EDTA) 连接到抗体。

[0175]　　还可以通过将抗体偶联到化学发光的化合物上实现可检测性地标记抗体。检测化学反应过程中产生的光就可以确定化学发光标记的抗体。特别有用的化学发光标记化合物是鲁米诺、异鲁米诺、染色吖啶酯、咪唑、吖啶盐和草酸酯。

[0176]　　同样地，生物发光化合物可用于标记本发明的抗体。生物发光是在生物系统中发现的一种化学发光，其中，催化性蛋白提高了化学发光反应的效率。可通过检测发光的存在来确定生物发光蛋白的存在。用于标记目的重要的生物发光化合物是萤光素、萤光素酶和水母发光蛋白。

[0177]　　在另一个实施方式中，除了抗体，特异性结合的分子如核酸适配体可用于结合生物标记。在另一个实施方式中，生物标记谱可包括传染性病原体中可检测的部分 (例如，脂多糖或病毒蛋白) 或其组分。

[0178]　　在某些实施方式中，使用蛋白质芯片测定法 (例如，ProteinChip® 生物标志物系统，赛弗吉，弗里蒙特，加州) 检测生物标记谱中的生物标记特征值。也参见，例如，Lin，2004，Modern Pathology，1-9；Li，2004，Journal of Urology 171，1782-1787；Wadsworth，2004，Clinical Cancer Research，10，1625-1632；Prieto，2003，Journal of Liquid Chromatography&Related Technologies 26，2315-2328；Coombes，2003，Clinical Chemistry 49，1615-1623；Mian，2003，Proteomics 3，1725-1737；Lehre et al.，2003，BJU International 92，223-225；和 Diamond，2003，Journal of the American Society for Mass Spectrometry 14，760-765。其每一个在此通过引用以其整体并入本文。

[0179]　　在一些实施方式中，珠测定法用于检测生物标记谱中的生物标记特征值。Becton Dickinson 公司的流式微球阵列法系统 (CBA) 就是一种珠测定法。CBA 使用一系列颗粒与离散的荧光强度同时检测多种可溶性分析物。CBA 与流式细胞术结合创建一种多元分析。Becton Dickinson 公司 CBA 的系统，具体的例子如 Becton Dickinson 人炎症试剂盒，在基于颗粒的免疫测定中，使用流式细胞术放大荧光检测的灵敏度检测可溶性分析物。CBA 中的

每颗珠提供特异性蛋白的捕获表面，类似于 ELISA 平板中单独包被的孔。BD 公司的 CBA 捕获珠复合物是悬浮的，以致于容许检测多种小体积的化合物。

[0180]　　在一些实施方式中，多重分析方法在美国专利 5981180（下称"180 专利"）中描述，通过引用将其整体并入，特别是用于教导通用方法、珠技术、系统硬件和抗体检测，并且用来检测生物标记谱的生物标记。为了这种分析，合成微粒的基质，其中所述基质包含由不同组的微粒组成。每组微粒可以有数千个不同的抗体俘获试剂的分子固定在微粒表面并且是颜色便编码的，因为掺入了不同量的两种荧光染料。两种荧光染料的比率为每组微粒提供了一个不同的发射光谱，因此鉴定微粒群中的微粒。美国专利号 6268222 和 6599331 也都通过引用的方式整体并入，特别是用于教导标记的微粒进行多重分析的各种方法。

[0181]　　5.4.3 其它检测方法

[0182]　　在一些实施方式中，分离方法可以用于检测生物标记谱中的生物标记特征值，以至于能分析标本中生物标记的一个子集。例如，被分析的生物标记可以是来自细胞提取物的 mRNA。这些细胞提取物已经被分馏，仅仅获得核酸生物标记，或者这些生物标记可以来自样本中蛋白总补体的一部分，其中，该样本已经通过色谱技术分馏。

[0183]　　还可以通过使用如下所述的一种或多种方法产生生物标记谱中的生物标记的特征值。例如，可包括核磁共振（NMR）波谱、质谱法，如电喷雾电离质谱（ESI-MS）、ESI-MS/MS、ESI-MS/(MS)n（n 是一个大于零的整数）、激光解吸电离飞行时间质谱（MALDI-TOF-MS）、表面增强激光解吸／电离飞行时间质谱（SELDI-TOF-MS）、解吸／电离上硅（DIOS）、二次离子质谱（SIMS）、四极杆飞行时间串联质谱（Q-TOF）、大气压化学电离质谱（APCI-MS）、APCI-MS/MS、APCI-(MS)n、大气压光电离质谱（APPI-MS）、APPI-MS/MS 和 APPI-(MS)n。其它质谱方法可包括，尤其是四极、傅里叶变换质谱（FTMS）和离子阱。其它合适的方法可包括化学提取分配、柱层析、离子交换层析、疏水（反相）液相色谱法、等电聚焦、一维聚丙烯酰胺凝胶电泳（PAGE）、二维聚丙烯酰胺凝胶电泳（2D-PAGE）或其它色谱法，例如薄层、气相或液相色谱法，或其任意组合。在一个实施方式中，所述生物样品可在应用分离方法前先分馏。

[0184]　　在一个实施方式中，激光解吸／电离飞行时间质谱用于检测生物标记谱中的生物标记的特征值，其中所述生物标记是蛋白或蛋白片段，它们被离子化，并被激光辐射而蒸发至固定的支持物。特征值是存在或不存在的峰，而所述峰代表这些碎片在质谱的模式。各种激光解吸／离子化技术是本领域所熟知的，可参见 Guttman et 等，2001,Anal. Chem.73:1252-62 和 Wei 等,1999,Nature 399:243-246。每个内容通过引用的方式将其整体并入。

[0185]　　激光解吸／电离飞行时间质谱能够在一段相对短的时间内生成大量的信息。将生物样品加至不同样的载体上，所述生物样品或其子集结合所有的生物标记。经过或未经过纯化或分馏的细胞裂解物或样品，以体积低至 0.5μL 直接施加到这些载体表面。在施加至载体表面之前，可将裂解物或样品浓缩或稀释。然后用于生成样本或样品激光解吸／电离质谱，所用时间只需要短短 3 小时。

[0186]　　5.5 数据分析算法

[0187]　　hES-MSC 生物标记的表达谱是区分临床级别和非临床级别 hES-MSC 的参考因素。这些生物标记的识别及其相对应的功能（例如，表达水平）可用于建立一个或多个的决

策规则。特定数据分析算法建立的一个或多个决策规则，可区分临床级别和非临床级别 hES-MSC。一旦使用这些典型的数据分析算法或本领域中已知的其它技术建立决策规则，这 些决策规则将被用于把 hES-MSC 群分类为两个或更多的级别（例如临床级别和非临床级 别）。这是通过将决策规则应用于从细胞培养物获得的生物标记谱实现的。因此，这样的决 策规则在定义 hES-MSC 的质量时具有巨大的价值。

[0188] 在某个实施方式中，本文提供了一种用于比较从待测和对照细胞培养物获得的生 物标记谱的评价方法。在某些实施方式中，从对照群或待测细胞培养物获得的每种生物标 记谱包括多个生物标记谱中的其中一项特征值。在一些实施方式中，这种比较是通过：(i) 使用对照群的生物标记建立一种决策规则；(ii) 将所述决策规则应用于待测细胞培养物 的生物标记谱。这样，本发明的一些实施方式中应用的决策规则用于确定待测细胞是临床 级别或非临床级别。在其它实施方式中，对照群是 BM-MSC。

[0189] 在本发明的一些实施方式中，当应用决策规则鉴定待测细胞培养物是临床级别 hES-MSC 时，可用作治疗。如果鉴定结果发现是非临床级别，那么不能用作治疗。

[0190] 5.5MSC 的修饰

[0191] 本文提供一种修饰的间充质干细胞生产一群免疫抑制功能获得提升的 MSC 群的 方法。所述 MSC 具有以下特征：(i) 含有 >95% 的细胞表达组 -1 标记；(ii) 含有 >80% 的细 胞表达组 -2 标记；(iii) 含有 <5% 的细胞表达组 -3 标记；(iv) 表达 IL-10 和 TGFβ；(v) 含有 <2% 的细胞表达 IL-6、IL-12 和 TNFα；(vi) 含有 <0.001% 的细胞共表达所有组 -4 标记。所述组 -1 标记是 :CD73、CD90、CD105、CD146、CD166 和 CD44；组 -2 标记是 :CD13、 CD29、CD54 和 CD49E；组 -3 标记是 CD45、CD34、CD31 和 SSEA4；组 -4 标记是 :OCT4、NANOG、 TRA-1-60 和 SSEA4。

[0192] 本文提供一种通过提高 AIF 表达而提升 hES-MSC 的免疫抑制功能的方法。在一个 实施中，所述方法包括下调 PIF 的表达。在一个实施方式中，所述方法包括下调 IL6、IL12、 TNFα、RAGE 和其他 PIF 在 hES-MSC 的表达。在一个实施方式中，所述方法包括上调 TGFβ 和 IL-10 在 T-MS 的表达。

[0193] 在某些实施方式中，所述方法包括 hES-MSC 的遗传和表观遗传修饰，所述修饰是 本领域已知的。在某些实施方式中，遗传修饰和表观遗传修饰包括但不限于敲除、小发夹 RNA（"shRNA"）、微小非编码 RNA（"miRNA"）、非编码 RNA（"ncRNA"）、吗啉寡聚核苷酸、诱 饵 RNA、DNA 甲基化调控、组蛋白甲基化调控、翻译抑制和／或抗体封闭。在某些实施方式 中，通过转座子、toll 样受体配体或小分子修饰 MSC。

[0194] 在某些实施方式中，使用小分子靶向作用 IL-6 信号通路的任何元件。在某些实施 方式中，所述靶标包括但不限于 gp130、STAT3、组织蛋白酶 S、NFkappaB 和 IRF5。在某些实 施方式中，通过以下方式使 hES-MSC 的 IL-12 表达减少 :前列腺素 E2 信号通路激活 ;胞内环 腺苷酸（cAMP）以及 cAMP 激动剂包括但不限于毛喉素、霍乱毒素、β1 和 β2 肾上腺素受体 的水平上升 ;NF-κB Rel-B 信号通路被抑制 ;使用凋亡细胞处理 hES-MSC ;使用磷脂酰丝氨 酸处理 hES-MSC ;使用丁酸盐处理 hES-MSC ;使用雷公藤甲素或雷公藤提取物或合成的雷公 藤甲素（即 Minnelide）处理 hES-MSC。

[0195] 在某些实施方式中，可利用重组基因领域所熟知的技术修饰 MSC 使其表达某一标 记。在某些实施方式中，可通过转染编码标记的核酸序列修饰 MSC。所述标记可插入适当

的表达载体，即含有对插入的编码序列的转录和翻译所必需的元件的载体。必要的转录和翻译元件也可以存在。调节区和增强子元件可以是各种来源的，天然的和合成的。多种宿主－载体系统可用于表达所述标记。这些载体系统包括但不限于感染病毒（如病毒、牛痘病毒、腺病毒等）的哺乳动物细胞系统；感染病毒（如杆状病毒）的昆虫细胞系统；微生物如包含酵母载体的酵母和转化噬菌体、DNA、质粒 DNA、粘粒 DNA 的细菌；通过使用可选择标记转化而产生的稳定细胞系。载体表达元件的优势和特点各不相同。根据使用的宿主－载体系统，可以使用许多合适的转录和翻译元件中的任何一个。

[0196]　　一旦合成编码合适标记的载体，可将目的载体转化或转染所述 MSC。

[0197]　　可使用标准方法将目的核酸序列引入所述 MSC。可以通过任何已知的将多核苷酸引入宿主细胞的方法进行转化，包括如将多核苷酸包装入病毒并将病毒转导至宿主细胞，或直接摄入多核苷酸。哺乳动物转化（即转染），可通过磷酸钙沉淀法（参见 Graham 和 Van der Eb，1978，Virol.52:546，）或已知修饰的病毒直接摄入。将重组多核苷酸引入细胞，尤其是哺乳动物细胞的方法，包括葡聚糖介导的转染、磷酸钙介导的转染、聚凝胺介导的转染、原生质体融合、电穿孔、将多核苷酸包装于脂质体、将多核苷酸在显微镜下直接注射至细胞核。这些方法是本领域技术人员所熟知的。

[0198]　　在一个优选的实施中，含有目的载体的稳定细胞系用于高通量筛选。这种稳定细胞系的制备可通过引入包含可选择的标记载体，允许细胞在完全培养基生长 1－2 天，然后使细胞生长在选择培养基中。重组质粒中的可选择标记赋予选择选择抗性，并且允许在染色体中稳定整合该重组质粒的细胞永生，进而形成克隆或扩增为细胞系。

[0199]　　可以使用的选择系统有多种，包括但不限于单纯疱疹病毒胸苷激酶（参见 Wigle 等.，1977，Cell 11:223）、次黄嘌呤－鸟嘌呤转磷酸核糖基酶（参见 Szybalska 和 Szybalski，1962，Proc.Natl.Acad.Sci.USA 48:2026）和腺嘌呤转磷酸核糖酶（参见 Lowy，et al.，1980，Cell 22:817），这些基因可分别在 tk 敲除、hgprt 敲除或 aprt 敲除的细胞中使用。另外，可以将抗代谢物抗性用作选择，例如，dhfr 能产生氨甲蝶呤的抗性（参见 Wigler 等.，1980，Natl.Acad.Sci.USA 77:3567；O'Hare，等，1981，Proc.Natl.Acad.Sci.USA 78:1527）；gpt 能产生对霉酚酸的抗性（参见 Mulligan 和 Berg，1981，Proc.Natl.Acad.Sci.USA 78:2072）；neo 能产生对氨基糖苷 G418 的抗性（Colberre-Garapin 等，1981，J.Mol.Biol.150:1）；hygro 能产生对潮霉素的抗性（参见 Santerre 等.，1984，Gene 30:147）。

[0200]　　5.6 干细胞采集组合物

[0201]　　干细胞采集组合物可包括任何生理上可接受的适合于收集和／培养干细胞的溶液，例如盐溶液（如磷酸盐缓冲液、Kreb 溶液、改良的 Kreb 溶液、Eagle 溶液、0.9% NaCl 溶液等）和培养基（如 DMEM、H.DMME 等），等等。

[0202]　　干细胞采集组合物可包含保护干细胞的一种或多种组分，即从收集到培养之间，防止干细胞免于死亡，或延迟干细胞的死亡，或减少死亡细胞群的干细胞的数量，等等。这样的组分可以是，例如凋亡抑制剂（例如半胱天冬酶抑制剂或 JNK 抑制剂）；血管扩张剂（例如硫酸镁、抗高血压药物、心房利钠肽（ANP）、促肾上腺皮质激素、促肾上腺皮质激素释放激素、硝普钠、肼苯哒嗪、三磷酸腺苷、腺苷、吲哚美辛或硫酸镁、磷酸二酯酶抑制剂等）；坏死抑制剂（例如，2-(1H-吲哚 -3- 基)-3- 戊氨基－马来酰亚胺、吡咯烷二硫代氨基甲酸

酯或氯硝西泮）;TNF-α 抑制剂:携氧全氟化碳（如全氟辛基溴、全氟癸基溴等）。

[0203] 干细胞采集组合物可包含一种或多种组织降解酶，例如金属蛋白酶、丝氨酸蛋白酶、中性蛋白酶、核糖核酸酶或脱氧核糖核酸酶，等等。这类酶包括但不限于胶原酶（例如胶原酶 I、II、III 或 IV，来自溶组织梭菌的胶原酶等）、分散酶、嗜热菌蛋白酶、弹性蛋白酶、胰蛋白酶、释放酶、透明质酸酶，等等。

[0204] 干细胞采集组合物可包含杀菌或抑菌有效量的抗生素。在某些非限制性的实施方式中，所述抗生素是大环内酯（例如妥布霉素）、头孢菌素（例如头孢氨苄、头孢拉定、头孢呋辛、头孢丙烯、头孢克洛、头孢克肟或头孢羟氨苄）、克拉霉素、红霉素,青霉素（例如青霉素 V）或喹诺酮类（例如氧氟沙星、环丙沙星或诺氟沙星）、四环素、链霉素等。

[0205] 干细胞采集组合物还可以包含以下的一种或多种化合物:腺苷（约 1mM 至约 50mM）;D-葡萄糖（约 20mM 至约 100mM）;镁离子（约 1mM 至约 50mM）;分子量大于 20000 道尔顿的大分子。在一个实施方式中，以下物质的含量足以维持内皮完整性和细胞活性,例如,合成的或天然的胶体,多糖例如葡聚糖或聚乙二醇,约 25g/L 至约 100g/L,或约 40g/L 至约 60 克 /L;抗氧化剂,例如丁基羟基苯甲醚、丁基羟基甲苯、谷胱甘肽、维生素 C 或维生素 E,约 25μM 至约 100μM;还原剂,例如约 0.1mM 至约 5mM 的 N-乙酰半胱氨酸;阻止钙离子进入细胞的药剂,例如维拉帕米,约 2 微米至约 25 微米;抗凝血剂。在一个实施方式中,以下物质的含量足以帮助防止残留的血液凝固,例如肝素或水蛭素,约 1000 单位 /1 至约 100000 单位 /1;或含阿米洛利化合物,例如阿米洛利、乙基异丙基氯氨吡咪、六亚甲基氨氯吡咪、二甲基氨氯吡咪或异丁基氯氨吡咪,约 1.0μM 至约 5μM。

[0206] 5.7 使用 hES-MSC 或 iPS-MSC 免疫调节

[0207] 本文提供一种或多种免疫细胞活性的调节（例如,下调细胞增殖、降低细胞存活、阻碍细胞迁移至炎症位点、下调细胞促进或延长炎症的能力、提高细胞促进健康组织或器官的恢复体内平衡的功能）,这是通过免疫细胞（或细胞群）与多种 hES-MSC 或 iPS-MSC 接触实现的。在一个实施方式中,调节免疫应答的方法,包括多种免疫细胞和多种 hES-MSC 或 iPS-MSC 接触足够长的时间以使 hES-MSC 或 iPS-MSC 可检测地抑制免疫反应。其中,在混合淋巴细胞反应（MLR）中,hES-MSC 或 iPS-MSC 可检测地抑制 T 细胞增殖。

[0208] 因为 BM-MSC 或其它成体组织来源的 MSC 已经被用来治疗许多自身免疫性疾病,BM-MSC 还通过限制炎症、分泌生长因子、分泌保护因子和替换受损组织而应用于组织修复。在我们的实施方式中,显示 hES-MSC 比 BM-MSC 具有更优良的免疫抑制功能。因此,hES-MSC 可以应用于当前 BM-MSC 应用的所有领域和疾病。

[0209] 用于免疫调节的 hES-MSC 或 iPS-MSC 可以分别从胚胎干细胞系或诱导的多能干细胞系衍生或获得。用于免疫调节的 hES-MSC 或 iPS-MSC 还可以来自与活性要被调节的免疫细胞相同的物种;或者来自与活性要被调节的免疫细胞不同的物种。

[0210] 本方法的上下文中,"免疫细胞"是指免疫系统的任何细胞,特别是 T 细胞和 NK（自然杀伤）细胞。因此,在本方法各种实施方式中,hES-MSC 和多种细胞接触。其中所述的多种细胞,是或者包括多种 T 细胞（例如,多种 CD3+T 细胞、CD4+T 细胞和 / 或 CD8+T 细胞）和 / 或自然杀伤细胞。在方法的上下文中,"免疫应答"可以是免疫细胞对由免疫细胞发出的通常可感知刺激的任何反应,例如对抗原出现的反应。在各种实施方式中,免疫应答可以是 T 细胞（CD3+T 细胞、CD4+T 细胞和 / 或 CD8+T 细胞）增殖以应答外来抗原,其中,外来抗

原是例如在自身免疫性疾病中、输血或移植物的抗原。免疫应答也可以是包含在移植物内的 T 细胞的增殖。免疫应答也可以是自然杀伤细胞的任何活性、树突细胞的成熟，等等。免疫应答也可以是活跃的一种或多种免疫细胞在局部、组织或器官中特异性的或系统性的作用。免疫应答可以是移植物抗宿主病、炎症、形成炎症相关瘢痕组织、自身免疫症状（例如类风湿性关节炎、I 型糖尿病、系统性红斑狼疮等），等等。

[0211]　　在此上下文中的"接触"包括：把 hES-MSC 细胞和免疫细胞一起放在单个容器（例如培养皿、烧瓶、小瓶等）或在体内，例如同一个体（例如哺乳动物，例如人）。在一个优选实施方式中，接触的时间是足够长的，并且 hES-MSC 细胞和免疫细胞数量足够多，以致免疫细胞的免疫功能的改变是可检测的。更优选地，在各种实施方式中，所述接触足以抑制免疫功能（如 T 细胞增殖响应抗原），与不存在 hES-MSC 相比较，hES-MSC 抑制至少 50%、60%、70%、80%、90% 或 95% 的免疫功能。这种在体内的抑制可在体外测定，也就是说，可以在体外的试验中推测特定数量的 hES-MSC 在接受者体内对若干免疫细胞的抑制程度。

[0212]　　在一些实施方式中，本发明提供使用 hES-MSC 在体外调节一种或多种类型免疫细胞的多个免疫反应或活性的方法。hES-MSC 和多个免疫细胞接触可以包括 T 细胞和免疫细胞在同样的实体空间集合，这样，至少多个 hES-MSC 的其中一部分和多个免疫细胞的其中一部分相互作用；或可以包括，来自 hES-MSC 或免疫细胞培养物的培养基和其它类型细胞接触（例如，从 hES-MSC 的培养物得到的培养基和在这个培养基中重新悬浮的分离的免疫细胞）。在一个具体实施方式，接触是一个混合淋巴细胞反应 (MLR)。

[0213]　　例如，这样的接触可以发生在一个检测 hES-MSC 免疫调节（如免疫抑制）程度的试验装置中。这样的试验装置可以是，例如混合淋巴细胞反应 (MLR) 或回归分析。混合淋巴细胞反应和回归分析是本领域所熟知的，可参见如：Schwarz, "The Mixed Lymphocyte Reaction:An In Vitro Test for Tolerance," J.Exp.Med.127(5):879-890(1968)；Lacerda 等 , "Human Epstein-Barr Virus(EBV)-Specific Cytotoxic T Lymphocytes Home Preferentially to and Induce Selective Regressions of Autologous EBV-Induced B Lymphoproliferations in Xenografted C.B-17Scid/Scid Mice," J.Exp.Med.183:1215-1228(1996)。在一个优选的实施方式中，混合淋巴细胞反应在多个 hES-MSC 和多个免疫细胞（如淋巴细胞，例如 CD3+CD4+ 和 / 或 CD8+ 的 T 淋巴细胞）接触中进行。

[0214]　　该 MLR 可用来测定多个 hES-MSC 的免疫抑制能力。例如，可以在 MLR 中检测多个 hES-MSC，该 MLR 包括按，例如约 10:1:2 的比率结合 CD4+ 或 CD8+T 细胞、树突细胞 (DC) 以及 hES-MSC，其中利用染料，例如分配进入子细胞的 CFSE（作为举例），对该 T 细胞染色，以及允许该 T 细胞增殖约 6 天。与存在 DC 以及不存在 hES-MSC 时相比较，如果 T 细胞增殖在存在 hES-MSC 6 天时是可检测到是降低的，则该多个 hES-MSC 是具有免疫抑制能力的。在这样的混合淋巴细胞反应中，hES-MSC 可以是解冻的，也可以是从培养物中收集的。将约 10000 个 hES-MSC 重悬在 100 μl 培养基中 (RPMI 1640,1mM HEPES 缓冲液、抗生素和 5% 混合人血清)，并使其附着到皿底 2 小时。利用免疫磁珠从全外周血单核细胞分离 CD4+ 和 / 或 CD8+T 细胞。这些细胞是 CFSE 染色的，并且总共 100000 个 T 细胞（仅添加 CD4+,仅添加 CD8+,或等量的 CD4+ 和 CD8+T 细胞）添加到每个孔。将每个孔液体的体积补至 200 μl，并允许进行混合淋巴细胞反应。

[0215]　　因此，在一个实施方式中，本发明提供一种抑制免疫细胞反应的方法，其中，在混

合淋巴细胞反应中，多个免疫细胞和多个 hES-MSC 接触足够长的时间以使 hES-MSC 可检测地抑制 T 细胞增殖。

[0216]　　　从不同胚胎干细胞系获得的 hES-MSC 群可以在调节免疫细胞活性的能力方面有所不同，例如可以在抑制 T 细胞活性或增殖或 NK 细胞活性的能力方面不同。因此，需要在使用前测定特定的 hES-MSC 群的免疫抑制能力。这类能力可以在，例如 MLR 或回归分析中通过检测该羊膜来源贴壁细胞群的样本来测定。在一个实施方式中，用所述样本执行 MLR 以及在所述分析中测定该 hES-MSC 群引起的免疫抑制程度。然后，可以将该免疫抑制程度归因于所取样的 hES-MSC 群。因此，该 MLR 可以用作一种测定特定 hES-MSC 群免疫抑制功能的绝对和相对能力的方法。MLR 参数可以是多样化的，以提供更多数据或更好地测定 hES-MSC 样本的免疫抑制能力。例如，因为 hES-MSC 产生的免疫抑制看起来以与该分析中存在的 hES-MSC 的数量成比例的方式粗略增长，因此，在一个实施方式中，可以用两个或更多数量的 hES-MSC 群（例如每个反应 $1 \times 10^3$、$3 \times 10^3$、$1 \times 10^4$ 和／或 $3 \times 10^4$ 个 hES-MSC）执行该 MLR。该分析中，hES-MSC 与 T 细胞的相对数量还可以是多变的。例如，虽然可以使用相对大量的 hES-MSC 或 T 细胞，但是，该分析中，hES-MSC 和 T 细胞可以按任何比率（例如约 100:1 至约 1:100，优选地约 1:5）存在。

[0217]　　　本发明也提供在体内使用 hES-MSC 调节免疫反应或调节一种或多种免疫细胞的多个活性的方法。hES-MSC 和免疫细胞可以，例如在作为多个 hES-MSC 的接受者的个体中接触。当该接触在个体中进行时，在一个实施方式中，该接触发生在 hES-MSC（也就是，hES-MSC 并非来源于该个体）和对该个体来说是内源性的多个免疫细胞之间。在具体的实施方式中，该个体的免疫细胞是 CD3+T 细胞、CD4+T 细胞、CD8+T 细胞和／或自然杀伤细胞。

[0218]　　　使用 hES-MSC 带来的免疫抑制对于任何情况引起的或恶化的、或相关的、或不期望的免疫反应是有好处的。hES-MSC 介导的免疫调节，如免疫抑制，将，例如有利于抑制不适当的免疫反应，该免疫反应是由个体免疫系统对抗一个或多个它自己的组织所引起。因此，本发明提供了一种抑制免疫反应的方法，其中，所述免疫反应是自身免疫性疾病，如全身性红斑狼疮、糖尿病、风湿性关节炎或多发性硬化症。

[0219]　　　多种 hES-MSC 和一种或多种类型的多种免疫细胞的接触可发生在接受者个体内，该接受者被嫁接或移植一种或多种组织，或者这些细胞作为附加物一并嫁接或移植。这些组织可以是，例如骨髓或血液、器官、特异的组织（如皮肤移植）、复合组织（如移植物包含两种或多种组织）等等。就这一点而言，hES-MSC 可以用于抑制一种或多种免疫细胞的一种或多种免疫反应，所述免疫细胞包含在接受者个体、或移植组织、或嫁接组织或两个组织中。这种接触可发生在嫁接或移植之前、期间和／或之后。例如，可以在移植或嫁接的时候给予 hES-MSC 处理。或可选择性地，也可在移植或嫁接前给予 hES-MSC 处理，例如约移植或嫁接前 1、2、3、4、5、6、7 天。或可选择性地，也可在移植或嫁接后给予 hES-MSC 处理，例如移植或嫁接后约 1、2、3、4、5、6、7 天。优选地，在免疫反应的任何可检测的信号或症状出现前，就要使多个 T 细胞和多个 hES-MSC 相接触。这种可检测信号或症状可以是接受者个体或移植组织或嫁接物的，如移植物抗宿主病或可检测的炎症的可检测的信号或症状。

[0220]　　　在另一个实施方式中，在个体内的接触主要是外源的 HES-MSC 和内源的祖细胞或干细胞，如分化成免疫细胞的内源祖细胞或干细胞。例如，处于部分或全部的免疫净化疗法或骨髓细胞清除的个体，可接受 HES-MSC 结合一种或多种类型的干细胞或祖细胞作为癌症

治疗的附属物。例如，hES-MSC 可结合多个 CD34+ 细胞，如 CD34+ 造血干细胞。这些 CD34+ 细胞可以是例如来自组织，比如周边血液、脐带血、胎盘血或骨髓。这些 CD34+ 细胞可从以上所述组织分离，或来源整个组织（例如，整个脐带血或骨髓）或组织的部分纯化的样品（例如来自脐带的白细胞），这些细胞可与 HES-MSC 结合。

[0221]　该 hES-MSC 可以施用至个体，其中该 hES-MSC 与该个体中已知或期望的免疫细胞（例如 T 细胞）数量的比率从约 10:1 至约 1:10，优选地约 1:5。然而，在非限制性实施方式中，多种 hES-MSC 可以按，约 10000:1、约 1,000:1、约 100:1、约 10:1、约 1:1、约 1:10、约 1:100、约 1:1,000 或约 1:10000 的比率施用至个体。一般地，可以施用约 $1 \times 10^5$ 至约 $1 \times 10^8$ 个 hES-MSC/kg（接受者体重），优选地约 $1 \times 10^6$ 至约 $1 \times 10^7$ 个 hES-MSC/kg（接受者体重），以产生免疫抑制。在各种实施方式中，施用至个体或对象的 hES-MSC 包括至少、约或不多于，$1 \times 10^5$、$3 \times 10^5$、$1 \times 10^6$、$3 \times 10^6$、$1 \times 10^7$、$3 \times 10^7$、$1 \times 10^8$、$3 \times 10^8$、$1 \times 10^9$、$3 \times 10^9$ 个 hES-MSC 或更多。

[0222]　该 hES-MSC 也可和一种或多种第二类型的干细胞一起施用，如骨髓间充质干细胞。这种第二类型的干细胞可施用给个体，它们和 hES-MSC 的比例约 1:10 至约 10:1。

[0223]　为了便于 hES-MSC 和免疫细胞接触，该 hES-MSC 可以按任何足以使该 hES-MSC 和免疫细胞彼此接触的途径施用给个体。例如，该 hES-MSC 可以通过，例如静脉内、肌内、腹膜内、眼内、肠胃外、鞘内或直接进入器官（例如胰脏）的途径施用至个体。对于体外施用，hES-MSC 可配制成药物制剂。

[0224]　所述免疫抑制方法还可以包括加入一种或多种免疫抑制剂,特别是在体内环境。在一个实施方式中，多种 hES-MSC 在个体体内接触多种免疫细胞，并且组合物包括免疫抑制药物被施用给个体。免疫抑制药物是本领域所熟知的，包括但不限于抗 T 细胞受体抗体（如单克隆或多克隆抗体，或抗体片段或其衍生物）、抗 IL-2 受体抗体（例如，巴利昔单抗（SIMULECT®）或赛尼哌（ZENAPAX®）、抗 T 细胞受体抗体（例如莫罗单抗 CD3）、硫唑嘌呤、皮质类固醇、环孢霉素、他克莫司、霉酚酸酯、西罗莫司、钙调磷酸酶抑制剂等。在一个具体实施方式中,所述免疫抑制剂是针对巨噬细胞炎性蛋白（MIP）-1α 和 MIP-1β 的中和抗体。

[0225]　5.8 hES-MSC 的保存

[0226]　hES-MSC 可以被保存，也就是将它们长期存储，或者在抑制由例如凋亡或坏死引起的细胞死亡的条件下保存。可以使用化合物保存 hES-MSC，该化合物包含凋亡抑制剂和坏死抑制剂。在一个实施方式中，本发明提供一种保存干细胞群的方法，其中，所述干细胞群接触含有凋亡抑制剂的干细胞采集组合物，其中所述凋亡抑制剂存在的量存在和存在的时间足以减少或阻止所述干细胞群凋亡（与没有接触该凋亡抑制剂的细胞群相比）。在一个具体的实施方式中，凋亡抑制剂是半胱天冬酶-3 抑制剂。在另一实施方式中，凋亡抑制剂是 JNK 抑制剂。在更进一步的实施方式中，所述 JNK 抑制剂不调控所述干细胞的增殖和分化。在另一实施方式中，所述细胞采集组合物包含所述凋亡抑制剂以及分离相的所述携氧全氟化碳。在另一实施方式中，所述细胞收集组合物包含所述凋亡抑制剂以及含于乳剂的所述携氧全氟化碳。在另一实施方式中，该细胞收集组合物还包含乳化剂，例如卵磷脂。在另一实施方式中，所述凋亡抑制剂和所述全氟化碳在接触该细胞时，处于约 0℃ 到约 25℃ 之间。在另一更具体的实施方式中，所述凋亡抑制剂和所述全氟化碳在接触该细胞时，处于

约 2℃到 10℃之间或约 2℃到约 5℃之间。在另一更具体的实施方式中，所述接触发生在运输所述细胞群期间。在另一更具体的实施方式中，所述接触发生在冷冻和融解所述干细胞群期间。

[0227]　　在某些实施方式中，可添加 rock 抑制剂 Y27632 以有助于辅助。在某些实施方式中，该 rock 抑制剂以 10uM 的浓度添加。

[0228]　　在另一个实施方式中，本发明提供一种保存 hES-MSC 群的方法，其中，该干细胞群接触凋亡抑制剂和保存器官的组合物，其中，凋亡抑制剂存在的量和时间足以减少和阻止干细胞群的凋亡（相比于干细胞群未接触凋亡抑制剂）。

[0229]　　通常，在 hES-MSC 收集、富集和分离期间，优选最小化或消除由于缺氧和机械应力引起的细胞应激。因此，在本方法的另一个实施方式中，在所述干细胞或干细胞群保存期间，干细胞或干细胞群暴露于低氧环境中，对它们的收集、富集和分离的时间不超过 6 小时。其中，低氧环境指氧气的浓度低于正常血氧的浓度。在一个更具体的实施方式中，所述干细胞群在保存期间暴露于低氧环境少于 2 小时。在另一个更具体的实施方式中，所述干细胞群在保存期间暴露于低氧环境少于 1 小时或少于 30 分钟，或在收集期间、富集期间或分离期间不暴露于低氧环境。在另一个更具体的实施方式中，所述干细胞群在收集、富集或分离期间不暴露于剪应力。

[0230]　　所述 hES-MSC 可冷冻保存在含如冷冻保存培养基的小容器（例如安瓿）。合适的冷冻保存培养基包括但不限于，包括如下的培养基：例如，生长培养基或细胞冻存培养基，例如，商购的细胞冻存培养基，如 C2695、C2639 或 C6039（Sigma）。冷冻保存培养基优选包含浓度例如约 10%（V/V）的二甲基亚砜（DMSO）。冷冻保存培养基可以包含其它试剂，例如甲基纤维素和／或甘油。hES-MSC 在冷冻保存过程中，优选的冷却速度是约 1℃／分钟。优选的冷冻保存温度是约 -80℃至约 -180℃，更优选地，约 -125℃至约 -140℃。在融化使用之前，冻存的细胞可以转移到液氮中。在一些实施方式中，例如，一旦安瓿的温度达至约 -90℃，将它们转移至含液氮储存区域。冷冻保存的细胞解冻时优选约在 25℃至约 40℃的温度下，优选的温度约 37℃。

[0231]　　5.9 冷冻保存的 hES-MSC

[0232]　　本文公开的 hES-MSC 可以被保存，例如冷冻保存以备后用。冷冻保存细胞，例如干细胞的方法是本领域所熟知的。hES-MSC 能以一种方便施用给个体的方法保存。例如，本文提供装在容器里的 hES-MSC，该容器适用于医疗用途。这种容器可以是，例如无菌的塑料袋、烧瓶、罐，或其它可容易处置 hES-MSC 的容器。例如，所述容器可以是血袋或其它塑料的、适合用于给受体静脉内输送液体的医学上可接受的袋。该容器优选允许冷冻保存该干细胞群。冷冻保存的 hES-MSC 可包括来源于一个捐赠者或来自多个捐赠者的 hES-MSC。hES-MSC 可以是和预期接受者完全 HLA 匹配的，或部分或完全 HLA 不匹配的。

[0233]　　在另一个具体的实施方式中，所述容器是袋、瓶或罐。在一个更具体的实施方式中，所述袋是无菌塑料袋。在一个更具体的实施方式中，所述袋适合、允许或有助于 hES-MSC 静脉内给药。该袋子可以包括多个腔或室，给药之前或期间，所述腔或室相互连接，以允许该细胞和一种或多种其他溶液（例如药物）相混合。在另一个具体的实施方式中，这种组合物包含一种或多种化合物，促进组合的干细胞群冷冻促存。在另一个具体的实施方式中，hES-MSC 被包含在生理学可接受的水性溶液中。在一个更具体的实施方式中，这种生理学可

接受的水性溶液是 0.9% NaCl 溶液。在另一个具体的实施方式中，hES-MSC 和接受者的干细胞群是 HLA 匹配的。在另一个具体的实施方式中，所述组合的干细胞群包含 hES-MSC，该 hES-MSC 至少部分和接受者的干细胞群 HLA 匹配。

[0234]　　5.10 药物制剂

[0235]　　正如上文所讨论的，本发明的一个实施方式是一种药物组合物，其中，该药物组合物包含治疗有效量的 hES-MSC 和药学上都接受的载体。短语"药学上可以接受的"是指分子实体和组合物具有生理相容性而且在施用于人后通常不会产生过敏或者相类似的反应，如胃部不适，头晕等。并且由联邦或州政府管理部门批准的，或在美国药典或其它公认的用于动物，更特别地用于人的药典中列出的。"载体"是指药物批准的稀释剂、佐剂、赋形剂或载体。此类药物载体可以是无菌液体，例如水的盐水溶液和油，包括石油、动物油、植物油或合成油，如花生油、大豆油、矿物油、芝麻油等。当药物组合物静脉给药时，盐水溶液是优选的载体。盐水溶液和含水葡萄糖以及甘油溶液也可用作液体载体，特别是注射用液体。合适的药物赋形剂包括淀粉、葡萄糖、乳糖、蔗糖、明胶、麦芽、稻米、面粉、白垩、硅胶、硬脂酸钠、单硬脂酸甘油酯、滑石、氯化钠、脱脂奶粉、甘油、丙二醇、乙二醇、水、乙醇等。如果需要，所述组合物还包含极小量的湿润剂、乳化剂和／或 pH 缓冲剂。

[0236]　　这些组合物可以采用以下形式：溶液、混悬剂、乳剂、片剂、丸剂、胶囊、粉剂、持续释放制剂、扁囊剂、锭剂、锭剂、分散剂、栓剂、软膏剂、巴布剂（泥敷剂）、糊剂、敷料、霜剂、硬膏剂、贴剂、气雾剂、凝胶剂。液体剂型适于胃肠外施用至患者，以及灭菌固体制剂（如晶体或无定形固体）被重构成液体剂型以适于非肠道给药患者。这样的组合物应该包含治疗有效量的所述化合物（优选纯化的形式）以及适量的载体，以便向患者提供适当的给药形式。

[0237]　　适于口服给药的药物组合物可以是胶囊、片剂、粉剂、颗粒剂、溶液剂、糖浆剂、悬浮液（在非水或水性液体）或乳剂。片剂或硬明胶胶囊可以包括乳糖、淀粉或其衍生物、硬脂酸镁、糖精钠、纤维素、碳酸镁、硬脂酸或其盐。软明胶胶囊可以包括植物油、蜡、脂肪、半固体、或液体多元醇。溶液和糖浆可以包含水、多元醇和糖。设计用于口服给药的活性药剂可用延迟该活性药剂在胃肠道的崩解和／或吸收的材料包衣或者与其混合。因此，可实现活性剂持续释放多个小时，并且如果需要，可保护活性剂以防止在胃中降解。用于口服给药的药物组合物可以进行配制后用于帮助将活性药剂根据特定 pH 或酶条件释放在特定胃肠部位。

[0238]　　适合透皮给药的制剂可以为不连续的贴剂，以长时间与受治者表皮保持紧密接触。

[0239]　　适合对鼻腔和肺用药的药物组合物可包含固态载体如可以快速通过鼻子给药的粉剂。用于鼻腔黏膜给药的药物组合物可以包括液体载体，例如鼻喷雾剂或滴鼻剂。另外，可通过深吸一口气或安装吹管以实现直接吸入肺部。这些组合物可以包含活性成分的水或油溶液。用于通过吸入给药的组合物可以装在专门配套的设备中，包括但不限于加压气溶胶、喷雾器或吹入器，可以制造这样的装置，以便提供预定剂量的活性成分。

[0240]　　适于肠胃外给药的药物组合物包括水性和非水性无菌注射溶液或悬浮液，所述溶液或混悬剂可含有抗氧化剂、缓冲剂、抑菌剂以及使所述组合物变得与预定接受者的血液大体上等渗的溶质。这类组合物中可以存在的其他成分包括，例如水、醇、多元醇、甘油和植

说 明 书

物油。适于肠胃外给药的组合物可以存在于单位剂量或多剂量容器中，例如密封的安瓿和小瓶，并且可以储存在冷冻干燥（冻干）条件下。对于这种情况，在临用前仅需迅速加入无菌液体载体。临时注射溶液和悬浮液可以由无菌粉末、颗粒和片剂制备。可用于提供本发明肠胃外剂型的合适载体是本领域技术人员所熟知的。实例包括：USP 注射用水；水性载体，例如氯化钠注射液、林格氏注射液、葡萄糖注射液、葡萄糖和氯化钠注射液和乳酸林格注射液；水溶性的媒介物诸如乙醇、聚乙二醇和聚丙二醇；和非水性载体，如玉米油、棉籽油、花生油、芝麻油、油酸乙酯、肉豆蔻酸异丙酯和苯甲酸苄酯。

[0241]    有效剂量的选择将由本领域技术人员根据对本领域普通技术人员周知的几个因素的考虑来确定。这些因素包括抑制剂的特定形式及其药物动力学参数如生物利用度、代谢、半衰期等，这些因素将在常规的开发程序中被确立，通常运用这些程序才能获得对药物化合物的按规定的批准。与剂量有关的另一些因素包括，将要治疗的病症或疾病，或者对正常人将要获得的益处，病人的体重，用药的途径，用药是急性或是慢性，伴随给药，以及影响所给药剂效率的其它周知因素。因此精确的剂量应当根据医师的判断和每位患者的具体情况来定。

[0242]    在某些实施方式中，给患者施用解热和／或抗组胺剂（对乙酰氨基酚和盐酸苯海拉明），以减少与 hES-MSC 治疗时所含的冷冻组分有关的任何可能的 DMSO 输注毒性。

[0243]    在某些实施方式中，给患者施用解热和／或抗组胺剂（对乙酰氨基酚和盐酸苯海拉明），以减少与 hES-MSC 治疗时所含的冷冻组分有关的任何可能的 DMSO 输注毒性。

[0244]    5.11hES-MSC 条件培养基和衍生物

[0245]    本文公开的 hES-MSC 可用于生产具有免疫抑制能力的条件培养基、浓缩的条件培养基、细胞裂解物或其它衍生物，也就是他们包含一种或多种由干细胞分泌或排泄的生物分子。所述干细胞对多个一种或多种类型的免疫细胞有可检测的免疫抑制能力。在各种实施方式中，所述条件培养基包括 hES-MSC 已经生长了至少 1、2、3、4、5、6、7、8、9、10、11、12、13、14 或更多天数的培养基。在其它的实施方式中，所述条件培养基包括 hES-MSC 已经生长到融合度至少 30%、40%、50%、60%、70%、80%、90%或达到 100%的培养基。这种条件培养基可用于支持分离的 hES-MSC 群的培养，或其它类型的干细胞的培养。在另一个实施方式中，所述条件培养基包括 hES-MSC 已经分化成熟细胞的培养基。在另一个实施方式中，本发明的条件培养基包括已经培养过 hES-MSC 和非 hES-MSC 的培养基。在各种实施方式中，可能过反复冻融的方法或用低渗或高渗溶液处理的方法裂解细胞，包括裂解 hES-MSC 细胞。

[0246]    因此，在一个实施方式中，本发明提供了一种包含培养基、细胞裂解物和／或其它 hES-MSC 衍生物的组合物，其中所述 hES-MSC(a) 粘附在基质上；(b) 表达 CD73、CD105、CD90、CD29、CD44、CD146、IL-10、TGFb2、HGF，但是不表达 IL-6、TNFα、IL-12 和／或 RAGE。在另一个具体的实施方式中，该组合物包括抗增殖试剂，如抗 MIP-1α 或抗 MIP-1β 抗体。

[0247]    本文提供一种使用本文所述 hES-MSC 作为饲养细胞扩增骨髓造血干细胞、外周血造血干细胞和脐带造血干细胞的方法。在某些实施方式中，适于本公开方法的 hES-MSC 表达 Stro-3、Stro-1、DL1 和／或巢蛋白。所述 hES-MSC 与骨髓造血干细胞、外周血造血干细胞和／或脐带造血干细胞共培养。在某些实施方式中，所述 hES-MSC 是间充质基质细胞。本文提供如本文所述 hES-MSC 和骨髓造血干细胞的共培养物。本文提供如本文所述 hES-MSC 和脐带造血干细胞的共培养物。

[0248]　　5.12 包含 hES-MSC 的基质

[0249]　　本发明还包括包含 hES-MSC 的基质、水凝胶、支架等。hES-MSC 可铺在天然基质,如生物材料上。在某些实施方式中,通过 3 维打印获得所述支架。hES-MSC 可悬浮在适合如注射的水凝胶溶液。对于这样的组合物的合适的水凝胶包括自组装肽,例如 RAD16。在一个实施方式中,包含细胞的水凝胶溶液可允许变硬,例如在模具中,以形成具有细胞分散在其中的用于移植的基质。hES-MSC 可培养在这样的基质,使细胞在移植前进行有丝分裂扩增。所述水凝胶是,例如有机聚合物(天然的或合成的),通过共价、离子或氢键交联以创建三维开放的晶格结构,其俘获的水分子,以形成凝胶。水凝胶形成材料包括多糖,例如褐藻胶及其盐、多肽、聚膦嗪和聚丙烯酸酯,它们是通过离子键、或嵌段聚合物交联,嵌段聚合物包括例如聚环氧乙烷−聚丙二醇嵌段共聚物,它们是分别通过温度或 pH 值交联。在一些实施方式中,本发明的水凝胶或基质是可生物降解的。在本发明的一些实施方式中,所述制剂包含原位聚合的凝胶(参见,例如,美国专利申请公开 2002/0022676;Anseth 等,J.Control Release,78(1-3):199-209(2002);Wang 等,Biomaterials,24(22):3969-80(2003)。

[0250]　　在一些实施方式中,所述聚合物至少可部分溶解于具有带电荷侧基或其单价离子盐的水溶液例如水,或含水醇溶液中。具有酸性侧基的聚合物的实例,可以与阳离子反应聚合物的是聚(磷腈)、聚(丙烯酸)、聚(甲基丙烯酸)、丙烯酸和甲基丙烯酸、聚(乙酸乙烯酯)的共聚物、以及磺化的聚合物,例如作为磺化聚苯乙烯。也可以使用具有由丙烯酸或甲基丙烯酸与乙烯醚单体或聚合物反应形成的酸性侧基的共聚物。酸性基团的实例是羧酸基团、磺酸基团、卤代(优选氟代)醇基团、酚 OH 基团和酸性 OH 基团。

[0251]　　所述 hES-MSC 或其共培养物可以接种至三维框架或支架,并移植入体内。这种框架可以和任何一种或多种生长因子、细胞、药物或其它组分一起移植,以刺激组织形成或以其它方式增强或改善本发明的实施。

[0252]　　可在本发明中使用的支架的实例包括非织造垫、多孔泡沫、或自组装多肽。可以用纤维形成无纺布衬垫,该纤维由乙醇和乳酸合成的可吸收的共聚物构成(如 PGA/PLA)(VICRYL,Ethicon,Inc.,Somerville,N.J.)。泡沫也可以用作支架,该泡沫由如通过聚(ε−己内酯)/聚(乙醇酸)(PCL/PGA)共聚物构成。该共聚物通过例如冷冻干燥或冻干工艺形成(参见,例如,美国专利号 6355699)。

[0253]　　所述 hES-MSC 也可以接种在或接触生理上可接受的陶瓷材料,包括但不限于单 −、二 −、三 −、α − 三 −、β − 三和四磷酸钙、羟基磷灰石、氟磷灰石、硫酸钙、钙氟化物、氧化钙、碳酸钙、镁钙磷酸盐、生物活性玻璃如 BIOGLASS® 以及它们的混合物。目前市售的多孔生物相容的陶瓷材料包括 SURGIBONE®(CanMedica 公司,加拿大),ENDOBON® (Merck Biomaterial France,法国)、CEROS®(Mathys,AG,贝特拉赫,瑞士)和矿化胶原骨移植产品,例如 HEALOS™(DePuy,Inc.,雷纳姆,马萨诸塞州)和 VITOSS®,RHAKOSS™和 CORTOSS®(Orthovita,Malvern,Pa.)。该框架可以是一个混合物、共混物或天然和/或合成材料的复合物。

[0254]　　在另一个实施方式中,hES-MSC 可以接种在或接触毛毡,该毛毡可以由,如发丝构成。该复丝可由生物吸收的材料如 PGA、PLA、PCL 共聚物或共混物,或透明质酸制成。

[0255]　　在另一个实施方式中,所述 hES-MSC 可以接种在泡沫支架,该支持可以是复合结构。此类泡沫支架可以模制成有用的形状,例如,待修复、替换或补充的身体特定结构的一

部分。在一些实施方式中，所述框架在接种本发明的细胞之前，使用例如 0.1M 乙酸处理，然后在聚赖氨酸、PBS 和／或胶原蛋白中温育，以增强细胞粘附。基质的外部表面可以被修饰以改善细胞和组织的分化，例如离子体被基质，或添加一种或多种蛋白质（例如胶原、弹性纤维、网状纤维）、糖蛋白、葡糖氨基葡聚糖（例如硫酸肝素、软骨素 -4- 硫酸盐、软骨素 -6- 硫酸盐、硫酸皮肤素、硫酸角质素等）、细胞外基质和／或其它基质，如但不限于明胶、藻酸盐、琼脂、琼脂糖和植物胶等。

[0256]    在一些实施方式中，所述支架包括不会形成血栓的材料，或这种材料支架处理后不会形成血栓。这些处理和材料也可以促进和维持内皮生长、迁移和细胞外基质沉积。这些材料和治疗的实施方式包括但不限于天然材料例如基底膜蛋白，如层粘连蛋白和 IV 型胶原，合成材料，例如 EPTFE 和分段的聚氨酯脲硅酮，例如 PURSPAN™(The Polymer Technology Group, Inc.,伯克利分校,加州)。所述支架还可以包含抗血栓形成剂，例如肝素。在接种干细胞前,该支架也可以被处理,以改变表面电荷（例如,包被等离子体）。

[0257]    5.13 永生化的 hES-MSC

[0258]    哺乳动物 hES-MSC 可通过转染含有生长促进基因的任何合适载体以实现有条件的永生化,该基因编码的蛋白质在适当条件下促进转染的细胞生长,使得所述生长促进蛋白质的产量和／或活性听上去像是外界因素。在一个优选的实施方式中,生长促进基因是癌基因,例如但不限于 v-myc、N-myc、c-myc、p53、SV40 大 T 抗原、多瘤病毒大 T 抗原、E1a 的腺病毒或 E7 蛋白人乳头状瘤病毒。

[0259]    促生长蛋白调节的实例可以通过下以实现,将促生长基因置于外界可调控的启动子上,例如,启动子的活性受控于,例如被转染细胞温度或与细胞接触培养基的成分改变。在一个实施方式中,可使用四环素（tet）控制的基因表达系统（参照 Gossen 等,Proc.Natl.Acad.Sci.USA 89:5547-5551,1992；Hoshimaru 等,Proc.Natl.Acad.Sci.USA93:1518-1523,1996）。当不存在 tet 时,载体中 tet 控制的反式作用因子（tTA）强激活 phCMV*-1 的转录,其中 phCMV*-1 是融合至 tet 操纵子序列的最小人巨细胞病毒启动子。tTA 的是大肠杆菌的转座子 -10 来源的 tet 抗性操纵子和单纯疱疹病毒的 VP16 的酸性结构域的阻遏（四面体）的融合蛋白。低、无毒浓度的 tet（例如,0.01～1.0μg/mL）几乎完全消除 tTA 的反式激活。

[0260]    在一个实施方式中,载体还包含编码选择标记（例如赋予药物抗性的蛋白质）的基因。细菌新霉素抗性基因（neoR）就是这样一种标记,该标记也可以用于本发明。可通过本领域的普通技术人员已知的方法选择携带 neoR 的细胞,例如,在生长培养基中添加 100-200μg/mL G418。

[0261]    可通过本领域普通技术人员已知的各种方法中任何一种方法实现转染,包括但不限于反转录病毒感染。通常,对细胞培养物转染可通过与条件培养基和包含 N2 补充物的 DMEM/F12 形成的混合物温育。其中,条件培养基来自针对所述载体的生产细胞系。例如,通过在 1 倍体积条件培养基和 2 倍体积含有 N2 补充物的 DMEM/F12 的混合物中温育约 20 小时,如上所述制备的干细胞培养物可在体外被感染,例如 5 天。接着可按如上所述的方法选择携带可选择标记的转染细胞。

[0262]    转染后,培养物传代到允许增殖的表面,例如,允许至少 30％的细胞在 24 小时周期内倍增。优选地,所述基质是聚鸟氨酸／层粘连蛋白基质,包括组织培养塑料涂有聚鸟氨

说　明　书

酸（10μg/mL）和／或层粘连蛋白（10μg/mL）、聚赖氨酸／层粘连蛋白基质、或用纤粘连蛋白处理的表面。然后，每 3-4 天用生长培养基饲养培养物，生长培养基中可以或可以不补充 1 个或多个增殖增强因子。当培养物的融合度少于 50% 时，可在生长培养基中添加增殖增强因子。

[0263]　可使用标准技术传代所述条件永生化的 hES-MSC 细胞系，如当 80-95% 融合度时，使用胰蛋白酶消化细胞。在一些实施方式中，高达约 20 代有利于维持选择（例如，在含有新霉素抗性基因的细胞中添加 G418）。细胞还可以在液氮中冷冻以进行长期储存。

[0264]　可从如上所述的条件永生化的 hES-MSC 细胞系中分离克隆细胞系。通常，可使用标准技术分离这种克隆细胞系，如通过有限稀释法或使用克隆环和扩增。通常可按如上所述饲养和传代克隆细胞系。

[0265]　条件永生化的 hES-MSC 细胞系可以是，但不需要是纯系的。通常可通过在促进分化的培养条件下抑制生长促进蛋白的生产或活性而诱导条件永生化的 hES-MSC 细胞系分化。例如，如果编码生长促进蛋白的基因被外部调节的启动子的控制，可以改变条件，例如温度或培养基的组合物，从而抑制生长促进基因的转录。对于上面讨论的四环素控制的基因表达系统，可以通过加入四环素抑制生长促进基因的转录而实现分化。通常 1μg/mL 四环素处理 4-5 天足以引发分化。为了促进进一步分化，可在生长培养基中加入额外的药剂。

[0266]　5.14 试验

[0267]　所述 hES-MSC 可应用于试验以确定培养条件、环境因素、分子（例如，生物分子、小无机分子等）等对干细胞增殖、扩增和／或分化的影响，基于与 hES-MSC 不暴露于这样的条件相比较。

[0268]　在一个优选的实施方式中，所述 hES-MSC 可用于分析一旦细胞接触一种分子，增殖、扩增或分化的变化。在一个实施方式中，例如，本发明提供了一种鉴定调节多个 hES-MSC 增殖的化合物，其中，在允许增殖的条件下，hES-MSC 接触该化合物，其中与 hES-MSC 未与该化合物接触相比较，如果该化合物引起对 hES-MSC 的增殖可检测的变化，那么该化合物被鉴定为调节 hES-MSC 增殖的化合物。在一个具体的实施方式中，所述化合物被鉴定是增殖抑制剂。在另一个具体实施方式中，所述化合物被鉴定是增殖增强剂。

[0269]　在另一个实施方式中，本发明提供了一种鉴定调节多个 hES-MSC 扩增的化合物，其中，在允许扩增的条件下，hES-MSC 接触该化合物，其中与 hES-MSC 未与该化合物接触相比较，如果该化合物引起对 hES-MSC 扩增可检测的变化，那么该化合物被鉴定为调节 hES-MSC 扩增的化合物。在一个具体的实施方式中，所述化合物被鉴定是扩增抑制剂。在另一个具体实施方式中，所述化合物被鉴定是扩增增强剂。

[0270]　在另一个实施方式中，本发明提供了一种鉴定调节多个 hES-MSC 分化的化合物，其中，在允许分化的条件下，hES-MSC 接触该化合物，其中与 hES-MSC 未与该化合物接触相比较，如果该化合物引起对 hES-MSC 分化可检测的变化，那么该化合物被鉴定为调节 hES-MSC 分化的化合物。在一个具体的实施方式中，所述化合物被鉴定是分化抑制剂。在另一个具体实施方式中，所述化合物被鉴定为分化增强剂。

[0271]　5.15 人胚胎干细胞衍生的间充质干细胞的治疗应用

[0272]　骨髓来源的间充质干细胞（BM-MSCs）已经被用于基于 T 细胞相关的自身免疫性疾病的治疗，包括多发性硬化症（MS），但由于来源有限、质量不稳定和对使用来自成体组织细

胞生物安全的担忧，使骨髓间充质干细胞作为辅助治疗剂受到了限制。

[0273]　　本文所述的从胚胎干细胞产生间充质干细胞的新方法，和使用这种方法产生的新 hES-MSCs，提供了针对 T 细胞相关的自身免疫性疾病，特别是多发性硬化症的新疗法。

[0274]　　在某些实施方式中，向 EAE 发病前的小鼠施用 hES-MSC，显著地降低这些动物的疾病评分。所述评分降低伴随着降低脱髓鞘、T 细胞的浸润和中枢神经系统的小胶质细胞反应，以及在体外抑制免疫细胞增殖和分化。

[0275]　　在某些实施方式中，向疾病发作后的 EAE 小鼠施用 hES-MSC，也可观察到疾病评分逐渐下降。在某些实施方式中，hES-MSC 同时具有对该疾病预防性和治疗性效果。

[0276]　　在某些实施方式中，hES-MSC 的免疫抑制活性导致被辐射过的 hES-MSC 对这些疾病预防性效果，这些被辐射过的 hES-MSC 不大可能替换受损的髓磷脂，但是有效地下降疾病评分。在一个实施方式中，辐射并未缩短 hES-MSC 的寿命。

[0277]　　在某些实施方式中，hES-MSC 的治疗效果涉及免疫抑制、神经修复和再生。

[0278]　　在某些实施方式中，被 hES-MSC 处理的 EAE 小鼠在它们的中枢神经系统存在更少炎症性 T 细胞以及更少 T 细胞渗透到脊髓。所述 hES-MSC 可以减少由炎症性 T 细胞引起的损伤和症状，使得它们有用于所有与 T 细胞相关的自身免疫性疾病的治疗和预防。hES-MSC 也减少脱髓鞘。

[0279]　　在某一个实施方式中，所述治疗方法包括 hES-MSC 和其它药物联合使用。在某一个实施方式中，hES-MSC 与抗 IL-6 抗体、抗 IL-12 抗体和／或其它免疫抑制药物联合给药。

[0280]　　如本文结果所示，把来源于三个不同 hES 细胞系的 hES-MSCs 施用于疾病发作前的 EAE 小鼠，显著地减少这些小鼠的疾病评分。所述评分降低伴随着降低脱髓鞘、T 细胞的浸润和中枢神经系统的小胶质细胞反应，以及在体外抑制免疫细胞增殖和分化。

[0281]　　另外，EAE 小鼠在疾病发作后给予 hES-MSCs 处理，还观察到疾病评分逐渐下降。这些数据表明 hES-MSC 同时具有对该疾病预防性和治疗性效果。

[0282]　　在某些实施方式中，hES-MSC 的免疫抑制活性导致被辐射过的 hES-MSC 对这些疾病预防性效果，这些被辐射过的 hES-MSC 不大可能替换受损的髓磷脂，但是有效地下降疾病评分。在一个实施方式中，辐射并未缩短 hES-MSC 的寿命。

[0283]　　在某些实施方式中，hES-MSC 的治疗效果涉及免疫抑制、神经修复和再生。

[0284]　　在某些实施方式中，被 hES-MSC 处理的 EAE 小鼠在它们的中枢神经系统存在更少炎症性 T 细胞以及更少 T 细胞渗透到脊髓。所述 hES-MSC 可以减少由炎症性 T 细胞引起的损伤和症状，使得它们有用于所有与 T 细胞相关的自身免疫性疾病的治疗和预防。hES-MSC 也减少脱髓鞘。

[0285]　　这些有利的结果全都和骨髓来源的间充质干细胞获得的结果形成鲜明对比。BM-MSCs 仅抑制 T 细胞响应于体外低剂量抗 CD3 抗体刺激的增殖，并且甚至增强 Th1 和 Th17 细胞渗透到中枢神经系统。已经发现自体反应的效应 CD4+T 细胞与一些自身免疫疾病的发病机理有关，包括多发性硬化症、克罗恩氏病和类风湿性关节炎。这些 CD4+T 细胞包括 Th1 和 Th17 细胞。

[0286]　　此外，BM-MSCs 对 EAE 小鼠的疾病评分根本没有作用。这些发现是惊人的，但和以前的报道相一致，所述所道显示人 BM-MSCs 对 EAE 小鼠仅具有可忽略的作用（Gordon 等 2008a；Zhang 等 2005；Payne 等 2012）。本文的结果和来自这些研究的结果突出了本发明的

新颖性和实用性。

[0287]　　另外，BM-MSC 和 hES-MSC 具有非常相似的整体转录谱，但差异表达一些促炎和抗炎因子。在这些因子中，BM-MSCs 的 IL-6 的表达水平高于 hES-MSC。此外，在体外经 IFNγ刺激后，BM-MSCs 的 IL-6 的表达升高 1 倍，然而 hES-MSC 的 IL-6 表达仍保持低水平。

[0288]　　IL-6 是一种多效性细胞因子，涉及造血／免疫细胞和基质细胞之间的串扰，包括炎症的开始和终止。IL-6 可提升 Th17 细胞的分化和功能 (Dong,2008)。多发性硬化症病人血液和脑组织的单核细胞的 IL-6 水平升高 (Patanella 等,2010)，IL-6 水平在老年人的血清中也升高 (Sethe et al,2006)。缺少 IL-6 受体 α 的小鼠在 T 细胞致敏时是抵抗 EAE 的 (Leech 等,2012)。CNS 产生的位点特异性 IL-6 可重新定位和增强 EAE 的免疫反应 (Quintana 等,2009)，然而，IL-6 中和抗体可减少 EAE 小鼠的炎症反应 (Gijbels 等,1995)。因此，IL-6 已成为治疗多发性硬化症有前途的治疗靶标。

[0289]　　在 MSC 治疗 MS 和 EAE 时，外周 T 细胞活性的免疫调节、神经细胞再生和神经细胞修复是被广泛认可的治疗作用 (Al Jumah and Abumaree,2012;Auletta 等,2012;Morando 等,2012)。然而，MS 病人的长期功能神经恢复和持续缓解病情需要修复受损的血－脑屏障和血脊髓屏障 (Correale and Villa,2007;Minagar 等,2012)。换句话说，MS 是一种炎症性、神经变性和血管性疾病，而且有效的治疗需要针对所有三个部分。

[0290]　　hES-MSCs 的特征使它们特别适用于治疗 T 细胞相关的自身免疫疾病，尤其是多发性硬化症。特别地，hES-MSCs 可降低 EAE 小鼠的疾病评分，而且还减少脱髓鞘和降低 Th1 和 Th17 细胞的增殖，并且 IL-6 低表达。后两个特性使它们适合于治疗其它的 T 细胞相关的自身免疫性疾病。此外，hES-MSCs 穿过血脑屏障和血脊髓屏障的能力，使得它们在治疗和预防多发性硬化症和其它与中枢神经系统相关的自身免疫性疾病具有更大的优势。

[0291]　　因此，本发明的一个实施方式是一种治疗和预防与 T 细胞相关的自身免疫性疾病的方法，其中，包括给有需要其的受试者施用药的步骤，所述药是包含 MSC 的治疗有效量的溶液、细胞培养物或药物制剂。T 细胞相关的自身免疫疾病包括但不限于多发性硬化症、炎性肠病、克罗恩病、移植物抗宿主病、系统性红斑狼疮和类风湿性关节炎。受试者是哺乳动物，最优选的是人。所述溶液、细胞培养物或药物制剂可以包括被辐射或未经辐射的 hES-MSCs。所述溶液、细胞培养物或药物制剂优选通过注射给药。

[0292]　　多发性硬化症已被划分成四个亚型：复发性／持久性；继发进行性；原发进行性；和进行性复发。复发性／持久性亚型的特征是不可预测复发继之以长时间保持。继发进行性 MS 个体往往以复发性／持久性 MS 开始，然后是没有持久期的进行性衰退。原发进行性 MS 描述了少数出现症状后从未有缓解的个体。进行性复发是最常见的亚型，具有稳定神经衰退，并且遭受急性发作的特征。

[0293]　　因此，本发明的进一步实施方式是一种治疗或预防有此需要受试者的多发性硬化症的方法。其中，该方法包括向有需要其的受试者施用药的步骤，所述药是包括 MSC 的治疗有效量的溶液、细胞培养物或药物制剂。所述多发性硬化症可以是复发性／持久性多发性硬化症、进行性／复发性多发性硬化症、原发性多发性硬化症、或继发性多发性硬化症。所述溶液、细胞培养物或药物制剂可以包括被辐射或未经辐射的 hES-MSCs。所述溶液、细胞培养物或药物制剂优选通过注射给药。

[0294]　　多发性硬化症出现的一系列症状，包括四肢感觉障碍、视神经功能障碍、锥体束功

能障碍、膀胱功能障碍、肠功能障碍、性功能障碍、共济失调和复视攻击。

[0295]　　本发明的另一个实施方式是一种治疗多发性硬化症的方法,其中,包括向有需要其的受试者施用药物的步骤,所述药物是包含上文段落所述 hES-MSCs 的治疗有效量的溶液、细胞培养物或药物制剂。其中可检测的改善有至少一种症状、至少两种症状、至少三种症状、至少四种症状、至少五种症状或所有这些症状的改善。

[0296]　　扩展残疾状态量表 (EDSS) 是最常用的评价患有多发性硬化临床状态的评价标准。它根据多个单独的参数测量残疾:强度、感觉、脑干功能 (语言和吞咽)、协调、视觉、认知、和肠/膀胱失禁。它是一个公认的 MS 残疾测量表。并且执行起来不是特别困难或耗时。该 EDSS 量化残疾的八个功能系统 (FS) 并且允许神经专家分配这些中的每一个功能系统评分 (Kurtzke 1983)。

[0297]　　Kurtzke 如下定义功能系统:

[0298]　　• 锥体状

[0299]　　• 小脑

[0300]　　• 脑干

[0301]　　• 感觉

[0302]　　• 肠和膀胱

[0303]　　• 视觉

[0304]　　• 大脑

[0305]　　• 其它

[0306]　　EDSS 评分 1.0 至 4.5 指完全不卧床的多发性硬化症患者。EDSS 通过损伤到行走定义 5.0 至 9.5。每个可能结果的临床意义如下:

[0307]　　0.0:神经检查正常;

[0308]　　1.0:无残疾,一个功能系统中最小异常体征;

[0309]　　1.5:无残疾,2/7 功能系统中最小异常体征;

[0310]　　2.0:1/7 功能系统中有最低能力丧失;

[0311]　　2.5:两个功能系统中有最低能力丧失;

[0312]　　3.0:一个功能系统中有中度能力丧失;或三个或四个功能系统中有轻度能力丧失,尽管完全能走动;

[0313]　　3.5:完全能走动,但是一个功能系统中有中度能力丧失和 1 或 2 个功能系统轻微能力丧失,或 2 个功能系统中度能力丧失,或 5 个功能系统轻微能力丧失;

[0314]　　4.0:尽管有相对重度的能力丧失,在没有帮助的情况下,完全能走动、自立,长达约 12h/ 天;没有帮助或不休息的情况下,能够行走约 500m;

[0315]　　4.5:在没有帮助的情况下,一天中约大部分的时间完全能走动,能工作一整天,另外可能在充分活动方面受一些限制或需要基本的帮助;以相对重度的能力丧失为特点;没有帮助或不休息的情况下,能行走约 300m;

[0316]　　5.0:不需要帮助能行走约 200 米。残疾妨碍所有日常活动;

[0317]　　5.5:能走动 100 米,残疾妨碍所有日常活动;

[0318]　　6.0:不管是否休息,需要间歇性或单侧持续援助 (手杖、拐杖或支架) 行走 100米;

[0319]　　6.5：需要持续的双边支持（手杖、拐杖或支架）以不休息地行走 20 米；

[0320]　　7.0：即使在有帮助时也不能行走超过 5 米，基本上限制在轮椅，自己操作标准轮椅走动；一天在轮椅中待的时间长达约 12h；

[0321]　　7.5：不能多走几步，限制在床，转移时可能需要帮助。可自己上轮椅，但可能需要电动椅以完成所有日常活动；

[0322]　　8.0：基本上限制在床、椅子或轮椅，但可以不卧床；

[0323]　　8.5：一天大部分时间基本上限制在床，能有效地使用手臂，保留了一些自理能力；

[0324]　　9.0：在床无助的病人，可以交流和饮食；

[0325]　　9.5：不能有效交流或饮食／吞咽；

[0326]　　10：因 MS 而死亡。

[0327]　　因此，本发明的另一个实施方式是一种在有此需要的受试者中治疗多发性硬发症的方法，该方法包括向有需要其的受试者施用药的步骤，所述药是包含 hES-MSCs 的、治疗有效量的溶液、细胞培养物或药物制剂。其中，所述受试者扩展残疾状态量表（EDSS）的评分至少改善一分，而且优选至少改善 2 分。

[0328]　　还有其它已经用于治疗和预防多化性硬化症的治疗药剂，包括但不限于芬戈莫德、促肾上腺皮质激素（ACTH）、甲基强的松龙、地塞米松、IFNβ-1a、IFN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、�netβ孢菌素、米托蒽醌和柳氮磺吡啶。

[0329]　　因此，本发明的方法还可进一步包括向受试者给予一种或多种其它治疗药剂，所述药剂包括但不限于芬戈莫德、促肾上腺皮质激素（ACTH）、甲基强的松龙、地塞米松、IFNβ-1a、IFN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、环孢菌素、米托蒽醌和柳氮磺吡啶。在另一个实施方式中，所述其它治疗药剂可在 hES-MSCS 施用后再施用，或和 hES-MSC 同时施用，或可共轭或连接至 hES-MSCS，如下文所述。

[0330]　　这里公开的 hES-MSC 可以治疗的 T 细胞和 B 细胞相关的其它自身免疫性疾病包括但不限于斑秃、强直性脊柱炎、抗磷脂综合征、自身免疫性阿狄森氏病、自身免疫性溶血性贫血、自身免疫性肝炎、自身免疫性内耳病、自身免疫性淋巴增生综合征（ALPS）、自身免疫性血小板减少性紫癜（ATP）、白塞氏病、大疱性类天疱疮、心肌病、乳糜泻－皮炎、慢性疲劳综合征性免疫缺陷综合症（CFIDS）、慢性炎症性脱髓鞘性多发性神经病、慢性阻塞性肺疾病（COPD）、瘢痕性类天疱疮、冷凝集素病、CREST 综合征、克罗恩病、波德戈里察病、皮肌炎、青少年型皮肌炎、盘状红斑狼疮、特发性混合冷球蛋白血症、纤维肌痛－纤维肌炎、格雷夫斯病、吉兰－巴雷综合征、桥本氏甲状腺炎、特发性肺纤维化、特发性血小板减少性紫癜（ITP）、免疫球蛋白 A 肾病、胰岛素依赖性糖尿病（I 型）、II 型糖尿病、幼年型关节炎、狼疮、美尼尔氏病、混合性结缔组织病、多发性硬化、重症肌无力、寻常型天疱疮、恶性贫血、结节性多动脉炎、多软骨炎、多腺体综合征、风湿性多肌痛、多发性肌炎和皮肌炎、原发性丙种球蛋白血症、原发性胆汁性肝硬化、牛皮癣、雷诺氏现象、瑞特氏综合征、风湿热、类风湿关节炎、结节病、硬皮病、干燥综合征、僵人综合症、多发性大动脉炎、颞动脉炎／巨细胞动脉炎、溃疡性结肠炎、葡萄膜炎、血管炎、白癜风、韦格纳氏肉芽肿或任何急性或慢性炎症有关的燃烧、手术损伤和过敏。

[0331]　　5.16 使用人胚胎干细胞衍生的间充质干细胞作为递送系统

[0332]　　由于本发明的 hES-MSCs 已经展示穿过血－脑屏障和血－脊髓屏障独特的能力,因此,本发明的另一个实施方式是一种使用 hES-MSCs 穿过血－脑屏障和／或血－脊髓屏障以递送药剂的方法,该药剂和 hES-MSCs 连接或缀合以形成复合物,并将 hES-MSCs－药剂复合物施用给受试者,其中 hES-MSCs 穿过血－脑屏障和／或血－脊髓屏障以递送药剂至中枢神经系统。hES-MSCs 可以是单细胞、细胞培养物、溶液或药物制剂的形式。药剂将包括但不限于化学品、药物、蛋白质、DNA,RNA、抗体和小分子。

[0333]　　本发明的另一个实施方式是一种穿过血－脑屏障和／或血－脊髓屏障以递送药剂的递送系统,其中,该药剂和 hES-MSCs 缀合或连接。

[0334]　　所述透过血－脑屏障和血－脊髓屏障的能力可用于治疗和预防疾病,包括但不限于多发性硬化、癌症、帕金森氏病、阿尔茨海默氏病、亨廷顿氏病、脑膜炎、脑炎、狂犬病、癫痫、痴呆、莱姆病、中风、肌萎缩性侧索硬化、脑和脊髓损伤。因此,有需要的受试者将患有或有风险患上涉及血－脑屏障和血－脊髓屏障的疾病。因此,本发明的另一个实施方式是一种治疗疾病或损伤的方法,所述方法的药剂缀合或连接至 hES-MSC 以形成复合物,并且给有需要其的受试者施用 hES-MSC-药剂复合物,其中,hES-MSC 穿过血－脑屏障和／或血－脊髓屏障并将药物递送至中枢神经系统,所述药剂用于治疗或预防受试者的疾病或损伤。由于 hES-MSC 具有强大的迁移能力和渗透能力,它也可用作载体以运送抗肿瘤药物和蛋白以治疗肿瘤／癌症。所述 hES-MSC 可以是单细胞、细胞培养物、溶液或药物制剂的形式。药物包括但不限于化学品、药物、蛋白、DNA、RNA、micro-RNA、非编码 RNA、抗体、小分子和／纳米分子。

[0335]　　可用于治疗和预防疾病的药剂包括但不限于抗生素、抗病毒剂、抗真菌剂、类固醇、化学治疗剂、抗炎剂、细胞因子和／或合成肽。

[0336]　　蛋白质和多肽也可以缀合 hES-MSCs,包括促红细胞生成素(EPO)、抗 β 淀粉样蛋白肽、组织纤溶酶原激活剂(TPA)、粒细胞集落刺激因子(G-CSF)、干扰素(IFN)、生长因子／激素、抗血管内皮生长因子肽、抗肿瘤坏死因子肽、神经生长因子、肝细胞生长因子、IL-2、CX3CL1、GCV、CPT-11、胞嘧啶脱氨酶、HSV-TK、羧酸酯酶、溶瘤病毒、TSP-1、TRAIL、FASL、IL-10 以及 TGFb。结合于特异的受体并封闭这些受体的蛋白质和多肽也可用的,并且是本发明计划与连接 hES-MSCs 的。

[0337]　　编码治疗蛋白和多肽的 DNA 和 RNA 也可以缀合 hES-MSCs 形成缀合物,以穿过血－脑屏障和／或血－脊髓屏障递送。

[0338]　　术语"抗体"包括多克隆抗体、单克隆抗体、人源化或嵌合抗体、单链 Fv 抗体片段、Fab 片段和 F(ab')₂片段。多克隆抗体指对特定抗原表位特异的抗体分子异质群,而单克隆抗体指对特定抗原表位特异的抗体分子同质群。单克隆抗体在本发明中是特别有用的。

[0339]　　有效地阻止疾病信号通路中的分子或受体分子活化、表达和／或作用的任何药剂可用于连接或缀合 hES-MSCs,所述疾病指涉及血－脑屏障和／或血－脊髓屏障的任何疾病。这种药剂包括但不限于化学品、植物化学品、药物、生物制剂、有机小分子、抗体、核酸、肽类和蛋白质。

[0340]　　也可以使用"诱饵"分子抑制信号通路,该"诱饵"分子模拟靶分子在通路中的结合和激活区域。活化的分子会结合诱饵,而不是靶标,并且不可能发生活化。

[0341]　　还可以使用"显性干扰"分子或活化分子(所述活化分子缺少激活域)保留的结

合域实现抑制。这些分子在信号通路中结合受体,但是不能生产的,并且阻止受体结合至所述活化分子。这种诱饵分子和显性干扰分子可通过本领域内已知的方法进行制造,并且通过连接或缀合至 hES-MSCs 以穿过血－脑屏障或血－脊髓屏障递送。

[0342]　穿过血－脑屏障和／或血－脊髓屏障以递送药剂的方法也用于诊断剂,包括但不限于化学品、抗体、多肽、蛋白、DNA、RNA。这种为了应用于诊断的药剂必须有被可视化和／或定量的方法。这种方法包括但不限于荧光、生物标记、染料、放射性同位素标记和／或纳米颗粒。

[0343]　这样的递送方法和递送系统将有利于诊断神经障碍、多发性硬化、癌症、帕金森氏病、阿尔茨海默氏病、亨廷顿氏病、脑膜炎、脑炎、狂犬病、癫痫、痴呆、莱姆病、中风、肌萎缩性脊髓侧索硬化症、以及脑和脊髓损伤。因此,本发明的另一个实施方式是一种诊断疾病或损伤的方法,该方法通过将药剂连接或缀合至 hES-MSCs 以形成复合物;并且把 hES-MSCs-药剂复合物施用于疑患病的受试者,其中,所述 hES-MSCs 穿过血－脑屏障和／或血－脊髓屏障并将所述药剂递送至中枢神经系统。所述 hES-MSCs 可以是单细胞、细胞培养物、溶液或药物制剂的形式。药剂包括但不限于化学品、药物、蛋白、DNA、RNA、抗体和小分子。

[0344]　不论什么类型和是否用于治疗、预防、诊断的药剂,可通过本领域已知的任何方法缀合或连接到 hES-MSCs,包括但不限于合成的细胞外基质、藻酸－聚－L－赖氨酸胶囊和／或容器。

[0345]　在某些实施方式中,工业制造水平的大规模生产被包括在本发明内,这样的方法是本领域熟知的。在某些实施方式中,大规模生产包括使用 Hyper-STACK2D 培养系统和／或微载体 3D 生物反应器。

[0346]　6. 实施例

[0347]　参考以下实施例能更好地理解本发明,给出以下实施例是为了更全面地说明本发明的优选实施方案,但是它们决不可被认为是对本发明宽广的保护范围的限制

[0348]　6.1 实施例 1-hES-HB-MSCs 的衍生

[0349]　使用一种方法使 hESC 经由 EB 而衍生 HB,然后富集中胚层细胞并且根据后续的培养条件进一步分化为 HB 或 MSC。

[0350]　材料和方法

[0351]　共使用了 4 种 hESC 细胞系,分别是 H9(来自 WiCell Research Institute)(Thomson 等 (1998))、CT2(来自康涅狄格大学干细胞中心 (Lin 等 (2010))、MA09(美国食品和药物管理局批准的、临床级别的细胞系,来自先进细胞技术公司)(Klimanskaya 等 (2006)) 和 ES03-Envy(Envy,带 GFP 标签的细胞系,来自 ES International)(Costa 等 (2005))。这些细胞培养在基质胶上 (BD Biosciences,何塞,,加利福尼亚) 并培养在 TeSR1 培养基中 (Stem Cell Technologies,温哥华,加拿大),该培养基中添加或不添加 0.05-0.2 μM BIO(6-溴靛玉红 -3′ -肟 (CAS 667463-62-9))。

[0352]　然后 hESC 细胞分化为 EB 细胞,接着富集如前所述的 HB(Lu 等 (2008);Lu 等 (2007))。基质胶培养板上融合度达 50-80% 的 hES 细胞被分散酶 (1mg/ml,5 至 10 分钟) 消化,然后用以下培养基清洗:形成 EB 的基础培养基 HPGM(Lonza,Walksville,Maryland),或 STEMLINE I/II 造血干细胞扩增培养基 (Sigma,St.Louis,密苏里),或 StemSpan

说　明　书

H3000(Stem Cell Technologies,温哥华,加拿大),或含 10% FBS 的 IMDM,或含 10% FBS 的 DMEDM/F12。接着细胞以约 2-3 百万细胞 /ml 的密度培养在超低皿,并在 EB 形成培养基 中培养 48 小时,该培养基补充了终浓度为 50ng/ml 的 VEGF(Peprotech) 和终浓度为 50ng/ ml 的 BMP4(Stemgent)。48 小时后,一半的培养基被替换成新鲜的 EB 培养基,该培养基添加 了终浓度为 25-50ng/ml 的 bFGF。

[0353]　　4 天后,收集在培养基中形成的 EB 细胞并且在 37℃使用 TrypLE 消化 2-3 分钟,把 EB 细胞分散成单细胞。细胞被清洗并以 1-5 百万细胞 /ml 的密度重悬在 EB 形成基础培养 基。所述单细胞悬液以 1:10 的比例和成血管细胞生长培养基 (Stem Cell Technologies, 温哥华,加拿大 ) 混合。

[0354]　　母细胞生长培养基的配制如下:在总量为 100ml 的无血清的甲基纤维素 CFU 培 养基中添加如下:VEGF、TPO、FLT3- 配体至浓度 50ng/ml、bFGF 至浓度 20-50ng/ml、1ml EX-CYTE 生长增强培养基补充物和 1ml Pen/Strap,混合均匀。

[0355]　　混合物经涡旋后穿过 16G 针接种在超低培养皿并在 37℃、5% $CO_2$ 环境中培养 5-9 天。

[0356]　　在 MSC 培养基中重悬单细胞,该培养基包括:1) 含 10-20 % FBS 的 alpha-MEM(Invitrogen),或 2) 含 10-20% KOSR 的 alpha-MEM,3) 含 10-20% FBS 的高糖 DMEM,或 4) 含 10-20% KOSR 的高糖 DMEM。细胞以 100-5000 细胞 /$cm^2$ 的密度培养在包被 基质胶、明胶、玻连蛋白、层粘连蛋白、纤连蛋白或胶原 I 的培养皿。在 24 小时后更换该培养 基并且每 2-4 天更新。在 6-12 天后,所述细胞逐渐分化成纺缍状细胞,形态类似典型的 MSC。

[0357]　　使用流式细胞术染色确定所述 hES-MSCs 的特征。使用含 2% BSA 的 PBS 清洗细胞 经将其封闭,然后根据厂商说明书进行抗体染色检测以下细胞表面标记:CD31、CD34、CD29、 CD73、CD90、CD105、CD44、CD45、CD146、CD166、HLA-ABC、HLA-DR、HLA-G(BD Bioscience 或 eBioscience)。在 FACS LSR II 流式细胞仪上使用 FACSDiva 软件 (BD Bioscience) 收集 数据,然后使用 FlowJo 软件 (Treestar) 分析获得的数据。

[0358]　　结果

[0359]　　对第 9 天的培养物 (HB-d9) 进行流式细胞术分析,结果显示 68.1% CD45+ 细胞、 22.1% CD31+ 细胞 ( 上皮祖细胞 ) 和 9.7% 的 CD73+ 细胞 (MSC)( 图 2)。

[0360]　　这些细胞接种在基质胶包被的培养皿上,并培养在 MSC 生长培养基 (Invitrogen)。24 小时后,5-10% 的细胞贴壁培养皿并且 9-14 天后,贴壁的细胞全部分化 为 MSC 样细胞。

[0361]　　我们还发现,在无饲养细胞、无血清的 hESC 培养物中添加 GSK3 抑制剂 BIO 可明显 提高 EB 和 HB 的形成率。如图 28 所示,在 mTesr1 培养基中添加 BIO 可提升 EB 培养物的大 小和产量。如图 29 所示,在 mTesr1 培养基中添加 BIO 后,EB 总数提高了 3 倍。如图 30 所 示,与传统的 mTesr1 相比,在添加 BIO 后 CD45 细胞分化的百分率也提高了 3 倍,其中 CD45 细胞的分化率代表成血管细胞分化效率。

[0362]　　我们还发现在分化后,不同 hESC 细胞系衍生的细胞的 CD10 的表达水平有差异。如 图 31 所示,来源于 MA09 的 hES-MSC 表达高水平的 CD10,但是来源于 H9 和 CT2 的 hES-MSC 表达低水平的 CD10,这与 BM-MSC 相类似。微阵列和流式细胞术染色证实了以上结果。

[0363]　6.2 实施例 2-hES-HB-MSC 另外的特征

[0364]　使用流式细胞术、免疫荧光染色、多谱系分化和核型分析进一步分析从实施例 1 获得的 MSC 细胞。

[0365]　材料和方法

[0366]　流式细胞术的方法如实施例 1 所述。

[0367]　免疫荧光：细胞在 4% 多聚甲醛固定 15 分钟，然后温育在含 0.2% Triton X-100 的 PBS 中，接着在 5% 山羊血清中封闭。使用含 5% 山羊血清的 PBS 稀释一抗。使用一抗温育该细胞并在 4℃过夜，接着用 PBS 洗 3 次。偶联荧光染料的二抗和该细胞在室温温育 30 分钟，随后 PBS 洗 3 次。最后，在荧光显微镜下检测该细胞，并拍摄可见光和荧光图片。

[0368]　hES-MSC 的 G 显带核型分析通过康涅狄格大学斯托斯实验室的外包服务完成。

[0369]　微阵列分析：HumanHT-12V3expression BeadChip(illumina) 用于微阵列分析，genomic studio V2011.1 用于数据分析。

[0370]　结果

[0371]　在第 9-14 天获得的贴壁细胞后来全部分化为 MSC 样细胞，该细胞的细胞表面标记与 BM-MSCs 的相类似。所述 hES-MSCs 表达高水平的 CD73（大于 99%）、CD90（大于 90%）、CD105（大于 90%）、CD13（大于 85%）、CD29（大于 90%）、CD54（大于 80%）、CD44（大于 99%）和 CD166（大于 90%），但不表达非 MSC 标记，如 CD31、CD34 和 CD45（图 2 和 3）。

[0372]　所述 hES-MSCs 可在体外培养达 10 代，此时还具有正常的核型（图 4）并且它们的细胞表面标记的表达谱和分化能力维持不变。

[0373]　6.3 实施例 3-hES-MSCs 在 EAE 小鼠的预防模型和治疗模型中都减少疾病评分

[0374]　因为已显示 BM-MSCs 可以减缓实验性自身免疫性脑脊髓炎 (EAE) 的疾病进展，这是一种公认的多发性硬化症小鼠模型，因此，把从实施例 1 中获得的 hES-MSCs 注射入 EAE 小鼠以确定它们是否具有相同的功效。

[0375]　材料和方法

[0376]　通过如前所述方法诱导 EAE 小鼠模型 (Stromnes 和 Goverman (2006))。向 C57BL/6 小鼠皮下注射 EAE 诱导试剂盒的髓鞘少突胶质细胞糖蛋白 35-55(MOG35-55)、弗氏佐剂和百日咳毒素的混合物 (Hooke Laboratories, Inc, MA. (Cat.#EK-0114))，根据厂商说明书和 Ge 等 (2012) 所述进行操作。

[0377]　小鼠在免疫后 6 天（发病前）或 18 天（发病后）被腹腔注射 BM-MSC 或 hES-MSC 或 PBS（空白对照），注射量为 $1 \times 10^6$ 个细胞 / 鼠。每天监测小鼠的疾病评分，共 31 天。

[0378]　疾病评分系统如下：

[0379]　0：没有疾病的迹象

[0380]　1：完全尾巴瘫痪

[0381]　2：部分后肢瘫痪

[0382]　3：完全后肢瘫痪

[0383]　4：前肢体瘫痪；

[0384]　5：垂死

[0385]　结果

[0386]　如图 5 所示，从三个 hESC 细胞系 CT2、MA09 和 H9 衍生的 hES-MSCs 明显减少每

日的疾病评分，当在第 6 天或发病前注射，也减少累积的和最高的疾病评分（图6），表明 hES-MSCs 具有预防的功效。被注射 CT2hESCs 的小鼠呈现最高的疾病评分，类似于被注射 PBS 的对照小鼠，进而排除了在异种移植的可能性。

[0387]　如图 7 所示，hES-MSCs 处理还对已经发病的 EAE 小鼠有治疗的效果。当在免疫后第 18 天（在之后疾病评分最高）注射 hES-MSCs，hES-MSCs 处理的小鼠的疾病评分逐渐下降，在第 30 天平均评分为 1.67，然而，PBS 处理的 EAE 小鼠在同一天的平均评分为 2.8。

[0388]　6.4 实施例 4-hES-MSCs 处理的 EAE 小鼠的中枢神经系统特点

[0389]　进一步分析 hES-MSCs 处理的 EAE 小鼠的中枢神经系统。

[0390]　<u>材料和方法</u>

[0391]　流式细胞术的方法如实施例 1 所述。在免疫 15 天后，按实施例 3 所述方法使用 PBS 或 hES-MSC(CT2) 处理 EAE 小鼠，流式细胞术分析中枢神经系统调节 T 细胞的 Foxp3 和 CD25。

[0392]　在免疫 15 天后，按实施例 3 所述方法使用 PBS 或 hES-MSC(CT2) 处理 EAE 小鼠，通过往 EAE 小鼠的左心室灌注 20ml 冷 PBS 的方法分析中枢神经系统的 Th1 和 Th17 细胞。收集灌注小鼠的脑和脊髓，并研磨成小块。经胶原酶和胰酶在 37℃ 消化 20 分钟后，进一步研磨该组织并经 40μm 的滤器过滤。清洗细胞，并用 4ml 40% Percoll 重悬细胞，然后覆盖到 5ml 的 70% Percoll。接着在存在 GolgiStop(BD Bioscience,CA) 的条件下，使用终浓度为 50ng/ml 的佛波酯（12-otetradecanoylphorbol-13-acetate,TPA)(Sigma,MO) 和终浓度为 500ng/ml 的离子霉素 (Sigma,MO) 刺激该细胞 6 小时，然后使用抗 CD4-FITC 抗体和抗 CD8-Pacific Blue 抗体 (BD Bioscience,CA) 对细胞进行免疫染色。根据厂商说明书，使用胞内染色试剂盒 (BD Bioscience,CA) 对该细胞进行固定和透化，然后对 IFNγ 和 IL-17A 进行胞内染色。

[0393]　脊髓的病理学

[0394]　对石蜡包埋的脊髓横截面进行免疫染色检测 CD3(Biocare Medical) 或 Iba1(Waco)，并用抗 MBP 抗体 (Millipore) 或 fluoromyelin 进行复染，免疫染色的方法参照 (Crocker 等 ,2006 ;Moore 等 ,2011)。在脊髓样本的胸椎和腰椎水平的侧柱截面上，使用 ImageJ(NIH) 量化抗 MBP 抗体的染色强度 (Crocker et al.,2006)。对每个处理组的每个受试者至少分析三个感兴趣的区域。

[0395]　<u>结果</u>

[0396]　因为调节 T 细胞 (Treg 细胞,Foxp3+ 和 CD25+) 在抑制炎症中具有重要的免疫抑制作用 (Hansen 等 ,(2008))，在 hES-MSCs 和 PBS 处理的 EAE 小鼠中，观察到 T 细胞中的 Treg 细胞渗入中枢神经系统，并且 T 细胞中渗入的 Treg 细胞比例并没有提高 (图8)，表明 Treg 细胞并不参与 hES-MSCs 的免疫抑制作用。该结果类似于其他人报道的 BM-MSC 对 EAE 小鼠的作用 (Zappia 等 (2005))。

[0397]　与 PBS（对照）处理的或 hESC 处理的小鼠相比，从 hES-MSC 处理的小鼠中枢神经系统分离得到更多 CD4+、CD8+、Th1 和 Th17T 细胞（图 9），表明减少炎症性 T 细胞可能对 hES-MSC 处理小鼠的症状改善有贡献。

[0398]　病理上，通过钙离子结合适配器分子 1(ionized calcium-binding adapter molecule 1,IBA1) 免疫染色分析脊髓小胶质细胞的反应，这是中枢神经系统炎症反应的一

说 明 书

种信号。与 PBS 处理组相比，hES-MSC 处理组的 EAE 小鼠脊髓 IBA1 染色减少（图 10）。相应地，与对照组相比，在 hES-MSC 处理组的 EAE 小鼠中，渗入脊髓的 T 细胞（CD3+ 细胞）减少。

[0399]　脊髓的髓鞘结合蛋白（MBP）免疫染色结果显示，与 PBS 处理组相比，hES-MSC 处理组小鼠的脱髓鞘减少（图 10 和 11），表明 hES-MSC 可阻止和／或修复中枢神经系统的炎症损伤并且保护髓鞘完整。

[0400]　6.5 实施例 5-CNS 的证据表明 hES-MSCs 比 BM-MSC 在体具有更强的抗 EAE 作用长期以来，BM-MSC 用于治疗自身免疫性疾病，包括各种动物模型和临床试验的 MS，然而治疗效果不一，有提高反应的，也有无变化的（Tyndall, 2011），因此在本研究中比较 hES-MSCs 和人 BM-MSC 的治疗作用。

[0401]　材料和方法

[0402]　在免疫 6 天后，将如实施 3 所述的 EAE 小鼠腹膜腔内注射 PBS、BM-MSC 和 hES-MSCs(MA09)，注射量都为 $10^6$ 个细胞。疾病评分如实施例 3 所述。

[0403]　对渗入 BM-MSC 处理组小鼠中枢神经系统的 T 细胞进行流式细胞术分析，方法如实施例 4 所述。

[0404]　结果

[0405]　从 6 个来源获得的 5 个人 BM-MSC 细胞系都不能减少 EAE 小鼠的疾病评分，只有一个 BM-MSC 细胞系适度地减少 1 个疾病评分，这与 hES-MSC 呈现的强大抗 EAE 作用形成鲜明的对比（图 12）。

[0406]　与 PBS 和 hES-MSC 处理的 EAE 小鼠相比，在 BM-MSC 处理的 EAE 小鼠中，渗入中枢神经系统的 Th17 细胞在 CD4T 细胞中的比例更高，表明 BM-MSC 可促进 Th17 细胞分化。在计算渗入的总 Th1 和 Th17 细胞后发现，所有 3 个 BM-MSC 细胞系显著地提高了 Th17 细胞数量（图 13），并且只有一个细胞系提高 Th1 细胞总数，而 hES-MSCs 减少 Th1 和 Th17 细胞（实施例 4）。总而言之，该结果表明 BM-MSC 在体内不仅不能抑制 Th1 反应，还增强了 Th17 反应。在 PBS 处理组和 BM-MSC 处理组小鼠的脊髓中，MBP 的荧光髓鞘染色减少表明该小鼠受到严重损伤，而 hES-MSC 处理组小鼠的 MBP 水平保持不变（图 14）。在 BM-MSC 处理组小鼠的损伤区域还呈现更多 DAPI 阳性细胞，表明有更多的炎症细胞渗入。

[0407]　6.6 实施例 6-hES-MSCs 可进入中枢神经系统

[0408]　众所周知，BBB 和 BSCB 在阻止 T 细胞进入中枢神经系统方面起到重要的作用，因此我们想知道他们是否也阻止 MSC 进入中枢神经系统。

[0409]　材料和方法

[0410]　如实施例 1 所述的、稳定表达 GFP 的 hESC 细胞系 Envy(Costa 等，2005) 分化的 MSC 和带 GFP 标签的人 BM-MSC(Hofstetter 等，2002) 被注射入免疫 6 天后的 EAE 小鼠，并且在免疫 14 天后分离脊髓。

[0411]　GFP+ 细胞迁移穿过脊髓。

[0412]　结果

[0413]　如图 18 所示，只有 GFP+hES-MSC 迁移出血管并进入脊髓血管周围的薄壁组织，然而，GFP+BM-MSC 仅存在血管内。薄壁组织发炎的小静脉显示 GFP+hES-MSC 的薄壁组织定位，表明该细胞溢出了。相反，GFP+BM-MSC 处理的小鼠出现更多"管腔限制的"GFP 免疫反应性

（图 15A），发炎的脑膜小静脉也呈现少量的 GFP+BM-MSCs 溢出，而在接受 GFP+hES-MSCs 的处理小鼠中溢出更多（图 15B）。

[0414]　　　这些结果表明只有 hES-MSCs 而非 BM-MSCs，能溢出血管而进入中枢神经系统。

[0415]　　　6.7 实施例 6-hES-MSCs 比 BM-MSCs 对 T 细胞功能的体外抑制作用更强

[0416]　　　T 细胞在体外受到抗原刺激后，比较 hES-MSCs 和 BM-MSCs 抑制 T 细胞增殖的能力。

[0417]　　　<u>材料和方法</u>

[0418]　　　使用从小鼠外周淋巴结分离的淋巴细胞进行体外 T 细胞增殖试验。这些淋巴细胞在 37℃用 5μM 的酸盐琥珀酰亚胺酯（CFSE）标记 10 分钟，通过观测 CFSE 的稀释追踪细胞增殖。10000 个 hES-MSCs 或 BM-MSCs 与 100000 个淋巴细胞混合在 96 孔板中，并且连接在培养板上的抗 CD3 抗体（0.2、0.6、2 和 6μg/ml）和可溶的抗 CD28 抗体（eBioscience, CA）刺激细胞增殖。在刺激 3 天后收集细胞，然后通过流式细胞术分析 CD4+ 和 CD8+ 细胞。

[0419]　　　<u>结果</u>

[0420]　　　通过小鼠淋巴细胞的体外试验发现，当以浓度为 0.2 和 0.6μg/ml，或 0.1 和 0.3μg/ml 的抗 CD3 抗体刺激时，hES-MSCs 抑制小鼠 CD4+ 和 CD8+T 细胞增殖，而 BM-MSC 仅在低浓度抗 CD3 抗体刺激时才具有抑制作用，如 0.2 或 0.1μg/ml（图 16 和 17）。

[0421]　　　6.8 实施例 7- 进一步证明 hES-MSCs 比 BM-MSCs 对 T 细胞功能的体外抑制作用更强

[0422]　　　<u>材料和方法</u>

[0423]　　　从小鼠脾脏分离 CD4+T 细胞，并使用幼稚 CD4T 细胞富集试剂盒（Stem Cell Technologies, 加拿大）进一步纯化，然后进行 Th0、Th1 和 Th17 细胞的体外试验。该细胞以 1:10 的比例与 hES-MSCs 或 BM-MSCs 温育，或与 PBS 温育，随后 Th1 或 Th17 分化 5 天。在以下条件下使用抗 CD3 抗体和抗 CD28 抗体刺激细胞 : 细胞培养在包含终浓度为 5ng/ml 的 rhIL-2 的培养基中以保持 Th0 状态，使用终浓度为 5μg/ml 的抗 -mIL-4 抗体（eBioscience, CA）、终浓度为 5ng/ml 的 rhIL-2（eBioscience, CA）和终浓度为 10ng/ml 的 mIL-12（PeproTech, CA）诱导 Th1 分化，并且使用终浓度为 5ug/ml 的抗 -mIL4 抗体、终浓度为 5ug/ml 的抗 -mIFNγ 抗体（eBioscience, CA）、终浓度为 20ng/ml 的 rmIL-6（Peprotech, CA）和终浓度为 1ng/ml 的 rhTGF-β1（Peprotech, CA）诱导 Th17 分化。在某些组中，在培养物中添加终浓度为 10μg/ml 的抗 -hIL-6 抗体（eBioscience, CA）。在 24 孔板中以 0.3×10^6 个细胞／孔接种幼稚 CD4T 细胞。通过 80Gy 辐射 1 小时，使 hES-MSC 或 BM-MSC 的有丝分裂停止。通过流式细胞术分析 IFNγ+ 和 IL-17+ 细胞。

[0424]　　　<u>结果</u>

[0425]　　　如实施例 5 和图 18 所示，由于与 hES-MSC 处理组小鼠相比，在 BM-MSC 处理组小鼠中，发现更多的 Th17 和 Th1 细胞渗入中枢神经系统，因此，在 hES-MS 和 BM-MSC 存在或不存时，在体外检测这些 T 细胞亚型。

[0426]　　　如图 18 所示，在 Th1 条件下，hES-MSC 减少分化得到的 Th1（IFNγ+/IL-17-）细胞（从 29.7% 降至 18.0%）。相反，所有 BM-MSC 细胞系或不能改变或提高 Th1 分化（从 26.9% 升至 43.6%）。

[0427]　　　在 Th17 分化条件下，hES-MS 和 BM-MSC 都下降 Th17 细胞的比例，但出人意料地，所有 BM-MSC 细胞系提高了产生 IFNγ 细胞的比例，但 hES-MSCs 没有。

[0428]　这些结果表明在 Th1 条件下，BM-MSC 不能抑制 Th1 细胞分化，并且在 Th17 条件下促进了 Th1 细胞分化。BM-MSC 在体外的复杂作用反应其在 EAE 小鼠的复杂作用。

[0429]　6.9 实施例 8-hES-MSCs 和 BM-MSCs 的基因表达谱

[0430]　进行微阵列分析以比较 hES-MSCs 和 BM-MSCs 的基因表达谱。

[0431]　材料和方法

[0432]　根据厂商说明书，利用 Trizol(Invitrogen,CA) 提取第 2-4 代 hES-MSC 或第 3 代 BM-MSC 的 RNA，并进行微阵列分析。使用人 HT-12v4 表达微珠芯片（Illumina，圣地亚哥，加拿大）分析所述细胞的基因表达谱。使用 Genome Studio V2011.1 分析数据。本试验检测两个不同来源的 BM-MSC 细胞系和两个 hES-MSC 细胞系，分别由 H9 和 MA09 衍生。

[0433]　流式细胞述分析如实施例 1 所述。

[0434]　结果

[0435]　如表 1 所示，hES-MSCs 和 BM-MSCs 样本的总基因表达谱非常相似，在这些样本中，抗炎基因如 HLA-G、HGF、COX2、IDO1 和 iNOS 的表达水平相似。

[0436]　表 1

[0437]

|  | hES-MSC |  | BM-MSC |  |
|---|---|---|---|---|
| HLA-G | 359.1 | ±52.2 | 726.8 | ±51.3 |
| HGF | 116.9 | ±19.1 | 115 | ±15.3 |
| PTGS1/COSX-1 | 136.3 | ±2.5 | 122.7 | ±14.1 |
| PTGS2/COX-2 | 346.2 | ±244.5 | 964 | ±674.7 |
| IDO1 | 121.9 | ±3.9 | 127.6 | ±12.4 |
| IDO2 | 119.9 | ±1.8 | 123.5 | ±5.46 |
| NOS2/iNOS | 129.5 | ±10.6 | 154.2 | ±11.2 |

[0438]　然而，在 hES-MSCs 和 BM-MSCs 中，一小部分基因表达有差异，这些基因包括编码抗炎因子的基因，如 IL-10 和 TGFβ，以及促炎因子，如 CCL2、MMP2、RAGE、IFNγR1、IFNγR2、IL-12、IL-6 和 VCAM1（图 19）。

[0439]　如图 20 所示，通过胞内染色和流式细胞术分析证实，IL-6 在 BM-MSC 的表达水平比 hES-MSC 的高。

[0440]　基于微阵列分析，hES-MSC 和 BM-MSC 的转录谱非常相似。在 hES-MSC 和 BM-MSC 之间只有一小部分基因差异表达，这些基因包括编码抗炎因子 (AIFs) 和促炎因子 (PIFs) 的基因（图 35 和 36）。在这些差异表达的因子中，一些潜在的 AIFs 如 IL-10(Dai 等，2012) 和 TGFβ2(Huss 等，2011) 在 hES-MSC 的表达水平比 BM-MSC 的高，而一些潜在的 PIFs 如 IL-6(Quintana 等，2009)、IL-12(Becher 等，2002)、CCL2(Mahad 和 Ransohoff，2003)、VCAM1(Chaudhary 等，2006)、RAGE(Cuccurullo 等，2006) 和 MMP2(Cunnea 等，2010) 在

hES-MSC 的表达水平比 BM-MSC 的低（图 39A-B）。通过流式细胞术进一步证实 IL-6+ 细胞在 hES-MSC 中的比例要比 BM-MSC 的低（图 37A-D）。

[0441]　本文提供了一种鉴定具有高免疫抑制能力 hES-MSC 的方法，该方法包括使用 IL-6 和以上提到的其它因子的表达水平作为 hES-MSC 和 BM-MSC 质量的指标。本文提供了 hES-MSC，其中，该细胞中 IL-6 阳性的细胞<5%，并且表达低水平的 IL12、TNFα、RAGE 和其它促炎因子。优选的 hES-MSC 表达高水平 TGFβ 和 IL-10。本文提供了生产 hES-MSC 的方法，其中，通过差异表达因子的遗传和表观遗传学修饰提高该细胞的免疫抑制能力。

[0442]　6.10 实施例 9—BM-MSCS 而非 hES-MSCS 产生 IL-6 应答活化的 T 细胞

[0443]　因为已知在体外和体内受到因子如 IFNγ（Ryan 等,2007）、TNFα（English 等,2007）、Toll- 样受体、CCL2、CCL5 和 IL-8（Anton 等,2012 ;Waterman 等,2010）刺激时,MSCs 被活化并产生细胞因子 IL-6,因此,在接触活化的 T 细胞时,MSC 可能会产生更多 IL-6,因为活化 T 细胞产生高水平的 IFNγ 和 TNFα。

[0444]　材料和方法

[0445]　BM-MSCs 和 hES-MSCs（MA09）与人 PBMC 共培养 4 天。在最后 2 天添加终浓度为 2.5ng/ml 的 PHA 以刺激 T 细胞。冲击该 PBMC 并进行如实施例 8 所述的定量 RT-PCR。

[0446]　在体外以终浓度为 10ng/ml 的 IFNγ 刺激 MSCs 12 小时,并且通过胞内流式细胞术检测 IL-6。

[0447]　结果

[0448]　当在体外直接用 IFNγ 刺激 MSC 时发现,hES-MSC 的 IL-6 表达水平在刺激后并没有改变。BM-MSC 在不受刺激时,IL-6 本底表达水平已经很高,但是在 IFNγ 处理后,IL-6 表达水平翻倍（图 21）。这些结果表明在应答活化的 T 细胞或炎症因子刺激时,BM-MSC 而非 hES-MSC 产生高水平的促炎因子 IL-6,这可能是降低 BM-MSC 免疫抑制作用的另一个原因。

[0449]　6.11 实施例 10—IL-6 涉及 BM-MSC 有限的抗 EAE 能力的进一步证据

[0450]　因为 IL-6 促进 T 细胞增殖和存活,并且促进 T17 细胞分化（Dienz 和 Rincon,2009 ; Rochman 等 ,2005）,因此,BM-MSC 提高 IL-6 的表达水平可能抵消 BM-MSC 其它方面的抗炎症作用。为了验证这个可能性,我们在以下的试验中使用抗人 IL-6 的中和抗体。

[0451]　材料和方法

[0452]　T 细胞体外增殖试验如实施例 6 所述。CFSE 标记的小鼠淋巴细胞与 BM-MSCs 以 1:10 的比例共温育（或不与 BM-MSCs 共温育）,共温育的还有终浓度为 10μg/ml 的抗人 IL-6 抗体。CFSE 流式细胞术染色检测分离的 CD4+ 和 CD8+T 细胞的比例。

[0453]　如实施例 7 所述,在 Th17 分化的条件下,存在或不存在终浓度为 10μg/ml 的抗人 IL-6 抗体时,hES-MSCs 或 BM-MSCs 与小鼠幼稚 CD4+T 细胞以 1:10 的比例共温育 5 天。在 TPA/ 离子霉素刺激后,通过胞内流式细胞术染色检测 IFNγ+ 和 IL-17+ 细胞。

[0454]　结果

[0455]　如图 22 和 23 所示,抗 -IL-6 抗体增强不同 BM-MSC 细胞系对小鼠 CD8+T 细胞（图 22,23B）、CD4+T 细胞（图 23A）增殖的抑制作用,这些 T 细胞的增殖是应答于抗 -CD3 抗体的刺激。

[0456]　接下来检测添加抗 -IL-6 抗体是否能逆转体外的 Th1 分化。在一个特别的分化条件下,也就是所谓的 Th0 条件下,不添加小鼠细胞因子但使用抗小鼠 IFNγ 抗体和抗小鼠

IL-4 抗体抑制 Th1 和 Th2 分化。T 细胞与人 BM-MSC 但非 hES-MSC 共培养能显著地提高小鼠 T 细胞的 Th1 分化。使用抗人 IL-6 抗体能使这个作用下降 30% -50%（图 24）。因此，提高 IL-6 在 BM-MSC 的表达水平可能至少部分是抵消该细胞抗炎症和抗 EAE 作用的原因，这与 hES-MSC 表达低水平的 IL-6 形成鲜明对比。

[0457]    6.12 实施例 11- 被辐射的 hES-MSCs 还保留抗 EAE 作用

[0458]    通常通过辐射使鼠胚胎成纤维细胞（MEF）停止有丝分裂，而辐射并不影响它们的饲养活性，仍然可以维持 hESC 的自我更新和多能性，如从 hESC 细胞系的第一次衍生中所使用的（Thomson 等（1998））。根据这种情况，假设被辐射的 MSC 也可能和未辐射的 MSC 一样，具有抗 EAE 作用。

[0459]    材料和方法

[0460]    MA09hESC 衍生的 hES-MSC 用 80Gy 辐射，如实施例 2 所述，在免疫后第 6 天，将被辐射的细胞以 $1 \times 10^6$ 个细胞／小鼠注射入 EAE 小鼠。疾病评分如实施例 2 所述。

[0461]    结果

[0462]    如图 25 所示，可观察到被注射小鼠的疾病评分减少，尽管减少的程度比未辐射的 hES-MSC 所引起的要小点。当 hES-MSC 的剂量提高到 $2 \times 10^6$ 个细胞／小鼠时，被辐射的和未辐射的 hES-MSC 具有相似的抗 EAE 作用。

[0463]    6.13 实施例 12- 被辐射的 hES-MSCs 和宿主小鼠的寿命相似

[0464]    评估被辐射的 hES-MSCs 在体内的寿命以确定它们对 EAE 是否起作用。

[0465]    材料和方法

[0466]    为了确定被辐射的 hES-MSCs 在体内的寿命，向 hESC(CT2) 克隆转染慢病毒载体以获得组成型表达荧光素酶的 hESC 及其后代（Pomper 等．(2009)）。通过抗荧光素酶抗体（绿色）对该细胞进行染色，并用 DAPI（蓝色）复染细胞核，在荧光显微镜下观测阳性的光素酶。

[0467]    辐射表达荧光素酶的 hES-MSCs(CT2)，按实施例 2 所述的方法，把被辐射的和未被辐射的细胞注射 EAE 小鼠。

[0468]    结果

[0469]    我们发现，被辐射的 hES-MSC 在注射小鼠后，和未辐射的 hES-MSC 具有一样的寿命，都是 7-10 天（图 27）。这些数据表明被辐射的 hES-MSC 在宿主小鼠中具有相似的寿命，并且与未辐射的 hES-MSC 相比，达到相似的抗 EAE 作用（当给予 2 倍的剂量），还有，在 hES-MSCs 移植的免疫缺陷小鼠中未观察到肿瘤。

[0470]    6.14 实施例 14- 临床级别 hES-MSCs 的鉴定程序

[0471]    通过对 6 组标记进行多色流式细胞术和免疫荧光染色鉴定 hES-MSC 的特征，6 组标记分别为 :(1)MSC 特异性的标记（组 1）:CD73、CD90、CD105、CD146、CD166 和 CD44 ;(2)MSC 特异性的标记（组 2）:CD13、CD29、CD54、CD49E、SCA-1 和 STRO-1 ;(3) 造血干／祖细胞标记 :CD45 和 CD34，以及内皮细胞标记 CD31;(4) 免疫原性的标记 :HLA-ABC、HLA-G、CD80 和 CD86 ;(5) 细胞因子 :IL-10、TGFβ、IL-6、IL-12 和 TNFα ;(6) 多能性标记 :OCT4、NANOG、TRA-1-60 和 SSEA-4。临床级别的 MSC 包含 >95% 的细胞是第 1 组标记阳性的，>80% 的细胞是第 2 组标记阳性的，<5% 的细胞是第 3 组标记阳性的，>80% 的细胞是 IL-10 和／或 TGFβ 阳性的，<5% 的细胞是 IL-6、IL-12 和 TNFα 阳性的，<0.001% 的细胞共表达第 6 组

标记。按照上面所述检测细胞的异质性和纯度。临床级别的 MSC 将和临床前级别的 MSC 并排比较，其中临床前级别的 MSC 在目标 3.1 中是验证过的并作为阳性对照。

[0472]　为了检测 hES-MSC 的细胞因子分泌谱是否一致，使用 R&D Fluorokine MAP Multiplex Human Cytokine Panel A 和 TGF-beta 3-plex 的多路复用系统分析 hES-MSC 的 24 小时培养基中的细胞因子表达。在仅需 50-100ul 的样品中，可同时分析所有对 MSC 功能起重要作用的细胞因子，包括但不限于 CCL2、CCL3、CCL4、CCL5、IL-1、IL-2、IL-4、IL-6、IL-8、IL-10、IL-17、TNFα、TGFβ、IFNγ、IFNα、IFNβ、GM-CSF、G-CSF、bFGF、CXCL5、VEGF、TPO、CXCL10、CCL11、CD40 配体、EGF、HGF、IL12A、IL12、IL-13 和／或瘦蛋白。

[0473]　还对 hES-MSC 分析了：(1) 外源性物质的存在，如残留的、用于 hES-MSC 分化的内毒素和细胞因子／生长因子；(2) 基因异常（核型分析和全基因组测序）

[0474]　包括本说明书中引用的公开出版物、专利申请文件以及专利文件的所有参考文献都被包含在本说明书中作为参考，这种参考如同每个参考文件单独地且明确地显示借助引用而被包含在本文中以及在本文中全部被阐述。

[0475]　参考文献

[0476]　Al Jumah, M. A., and Abumaree, M. H. (2012). The Immunomodulatory and Neuroprotective Effects of Mesenchymal Stem Cells(MSCs)in Experimental Autoimmune Encephalomyelitis(EAE):A Model of Multiple Sclerosis(MS)(间充质干细胞(MSC)在实验性自身免疫性脑脊髓炎(EAE)的免疫调节和神经保护作用：一种多发性硬化症(MS)模型.International journal of molecular sciences 13,9298-9331.

[0477]　Anton, K., Banerjee, D., and Glod, J. (2012). Macrophage-associated mesenchymal stem cells assume an activated,migratory,pro-inflammatory phenotype with increased IL-6and CXCL10secretion(巨噬细胞相关的间充质干细胞呈现激活的、迁移的、促炎性的表型伴随着 IL-6 和 CXCL10 分泌增加).PLoS One 7,e35036.

[0478]　Auletta, J. J., Bartholomew, A. M., Maziarz, R. T., Deans, R. J., Miller, R. H., Lazarus, H. M., and Cohen, J. A. (2012). The potential of mesenchymal stromal cells as a novel cellular therapy for multiple sclerosis(间充质基质细胞作为用于多发性硬化的新型细胞疗法的潜力).Immunotherapy 4,529-547.

[0479]　Barberi, T., Willis, L. M., Socci, N. D., and Studer, L. (2005). Derivation of multipotent mesenchymal precursors from human embryonic stem cells(人胚胎干细胞衍生的多能间充质前体).PLoS Med 2,e161.

[0480]　Becher B,Durell BG,Noelle RJ(2002)Experimental autoimmune encephalitis and inflammation in the absence of interleukin-12(骨髓间充质干细胞的软骨分化：基质组分的分化依赖性基因表达).The Journal of clinical investigation 110:493-497.

[0481]　Benito-Leon, J. (2011). Are the prevalence and incidence of multiple sclerosis changing 多发性硬化的患病率和发病率正在改变吗）？ Neuroepidemiology 36,148-149.

[0482]　Brown, S. E., Tong, W., and Krebsbach, P. H. (2009). The derivation of mesenchymal stem cells from human embryonic stem cells(人胚胎干细胞衍生间充质

干细胞).Cells Tissues Organs 189,256-260.

[0483]　　Chao,Y.X.,He,B.P.,and Tay,S.S.(2009).Mesenchymal stem cell transplantation attenuates blood brain barrier damage and neuroinflammation and protects dopaminergic neurons against MPTP toxicity in the substantia nigra in a model of Parkinson's disease 间充质干细胞移植减弱血脑屏障损伤和神经炎症,并在帕金森氏病的模型的黑质中保护多巴胺能神经元不受 MPTP 毒性).Journal of neuroimmunology 216,39-50.

[0484]　　Chaudhary P,Marracci GH,Bourdette DN(2006)Lipoic acid inhibits expression of ICAM-1and VCAM-1by CNS endothelial cells and T cell migration into the spinal cord in experimental autoimmune encephalomyelitis(硫辛酸使中枢神经系统的内皮细胞和 T 细胞迁移到实验性自身免疫脑脊髓炎小鼠的脊髓而抑制 ICAM-1 和 VCAM-1 的表达).Journal of neuroimmunology 175:87-96.

[0485]　　Chyou,S.,Ekland,E.H.,Carpenter,A.C.,Tzeng,T.C.,Tian,S.,Michaud,M.,Madri,J.A.,and Lu,T.T.(2008).Fibroblast-type reticular stromal cells regulate the lymph node vasculature(成纤维细胞型网状基质细胞调节淋巴结脉管).J Immunol 181,3887-3896.

[0486]　　Connick,P.,Kolappan,M.,Crawley,C.,Webber,D.J.,Patani,R.,Michell,A.W.,Du,M.Q.,Luan,S.L.,Altmann,D.R.,Thompson,A.J.,et al.(2012).Autologous mesenchymal stem cells for the treatment of secondary progressive multiple sclerosis:an open-label phase 2a proof-of concept study(自体间充质干细胞用于治疗继发性进行性多发性硬化:一种开放标记阶段 2a 的概念证明研究).Lancet neurology 11,150-156.

[0487]　　Correale,J.,and Villa,A.(2007).The blood-brain-barrier in multiple sclerosis:functional roles and therapeutic targeting(多发性硬化中的血-脑-屏障:功能作用和治疗靶向).Autoimmunity 40,148-160.

[0488]　　Costa,M.,Dottori,M.,Ng,E.,Hawes,S.M.,Sourris,K.,Jamshidi,P.,Pera,M.F.,Elefanty,A.G.,and Stanley,E.G.(2005).The hESC line Envy expresses high levels of GFP in all differentiated progeny 人胚胎干细胞系 Envy 的所有分化后代细胞表达高水平 GFP).Nat Methods 2,259-260.

[0489]　　Cuccurullo C,Iezzi A,Fazia ML,De Cesare D,Di Francesco A,et al.(2006)Suppression of RAGE as a basis of simvastatin-dependent plaque stabilization in type 2diabetes(在 2 型糖尿病中抑制 RAGE 作为依赖辛伐他汀的斑块稳定的基础).Arteriosclerosis,thrombosis,and vascular biology 26:2716-2723.

[0490]　　Cunnea P,McMahon J,O'Connell E,Mashayekhi K,Fitzgerald U,et al.(2010)Gene expression analysis of the microvascular compartment in multiple sclerosis using laser microdissected blood vessels(在多发性硬化中使用激光显微切割血管分析微血管室的基因表达).Acta neuropathologica 119:601-615.

[0491]　　Dai H,Ciric B,Zhang GX,Rostami A(2012)Interleukin-10plays a crucial role in suppression of experimental autoimmune encephalomyelitis by Bowman-Birk

inhibitor 白介素-10 通过 Bowman-Birk 抑制物在抑制实验性自身免疫性脑脊髓炎中起重要的作用 ). Journal of neuroimmunology 245:1-7.

[0492]　Dienz,O.,and Rincon,M.(2009).The effects of IL-6on CD4T cell responses IL-6 对 CD4T 细胞应答的影响 ). Clinical immunology 130,27-33.

[0493]　Djouad,F.,Plence,P.,Bony,C.,Tropel,P.,Apparailly,F.,Sany,J.,Noel,D.,and Jorgensen,C.(2003).Immunosuppressive effect of mesenchymal stem cells favors tumor growth in allogeneic animals(间充质干细胞的免疫抑制效应在同种异体动物有利于肿瘤生长 ). Blood 102,3837-3844.

[0494]　Dong,C.(2008).TH17cells in development:an updated view of their molecular identity and genetic programming( 发育中的 TH17 细胞 :它们的分子鉴定和遗传编程的更新观点 ). Nat Rev Immunol 8,337-348.

[0495]　Draper,J.S.,Pigott,C.,Thomson,J.A.,and Andrews,P.W.(2002).Surface antigens of human embryonic stem cells:changes upon differentiation in culture 人胚胎干细胞的表面抗原 :在培养中根据分化而变化 ). Journal of anatomy 200,249-258.

[0496]　Drukker,M.,Katchman,H.,Katz,G.,Even-Tov Friedman,S.,Shezen,E.,Hornstein,E.,Mandelboim,O.,Reisner,Y.,and Benvenisty,N.(2006).Human embryonic stem cells and their differentiated derivatives are less susceptible to immune rejection than adult cells( 人胚胎干细胞和它们的分化衍生物与成体的相比不易受到免疫排斥 ). Stem Cells 24,221-229.

[0497]　Drukker,M.,Katz,G.,Urbach,A.,Schuldiner,M.,Markel,G.,Itskovitz-Eldor,J.,Reubinoff,B.,Mandelboim,O.,and Benvenisty,N.(2002).Characterization of the expression of MHC proteins in human embryonic stem cells( 人类胚胎干细胞的 MHC 蛋白表达的特征 ). Proceedings of the National Academy of Sciences of the United States of America 99,9864-9869.

[0498]　English,K.,Barry,F.P.,Field-Corbett,C.P.,and Mahon,B.P.(2007).IFN-gamma and TNF alpha differentially regulate immunomodulation by murine mesenchymal stem cell(IFN-γ 和 TNFα 通过鼠骨髓间充质干细胞差异调控免疫调节 ). Immunol Lett 110,91-100.

[0499]　Ge,S.,Shrestha,B.,Paul,D.,Keating,C.,Cone,R.,Guglielmotti,A.,and Pachter,J.S.(2012).The CCL2synthesis inhibitor bindarit targets cells of the neurovascular unit,and suppresses experimental autoimmune encephalomyelitis(CCL2 合成抑制剂 bindarit 靶向神经血管单元的细胞,并且抑制实验性自身免疫性脑脊髓炎 ). J Neuroinflammation 9,171.

[0500]　Gijbels,K.,Brocke,S.,Abrams,J.S.,and Steinman,L.(1995).Administration of neutralizing antibodies to interleukin-6(IL-6)reduces experimental autoimmune encephalomyelitis and is associated with elevated levels of IL-6bioactivity in central nervous system and circulation( 施用白介素 -6(IL-6) 中和抗体减弱实验性自身免疫脑脊髓炎和与在中枢神经系统及循环中 IL-6 的生物活性水

　　　　　　　　说　明　书　　　　　　　

平提高相关).Mol Med 1,795-805.

[0501]　Gordon,D.,Pavlovska,G.,Glover,C.P.,Uney,J.B.,Wraith,D.,and Scolding,N.J.(2008a).Human mesenchymal stem cells abrogate experimental allergic encephalomyelitis after intraperitoneal injection,and with sparse CNS infiltration(人间充质干细胞在腹腔内注射后消除实验性变应性脑脊髓和伴随着少量 CNS 浸润).Neurosci Lett 448,71-73.

[0502]　Gordon,D.,Pavlovska,G.,Glover,C.P.,Uney,J.B.,Wraith,D.,and Scolding,N.J.(2008b).Human mesenchymal stem cells abrogate experimental allergic encephalomyelitis after intraperitoneal injection,and with sparse CNS infiltration(人间充质干细胞在腹腔内注射后消除实验性变应性脑脊髓和伴随着少量 CNS 浸润).Neuroscience letters 448,71-73.

[0503]　Gordon,D.,Pavlovska,G.,Uney,J.B.,Wraith,D.C.,and Scolding,N. J.(2010).Human mesenchymal stem cells infiltrate the spinal cord,reduce demyelination,and localize to white matter lesions in experimental autoimmune encephalomyelitis(人间充质干细胞在实验性自身免疫性脑脊髓炎小鼠中渗入脊髓,减少 脱髓鞘,并定位到白质病变).J Neuropathol Exp Neurol 69,1087-1095.

[0504]　Grinnemo,K.H.,Mansson,A.,Dellgren,G.,Klingberg,D.,Wardell,E.,Drvota, V.,Tammik,C.,Holgersson,J.,Ringden,O.,Sylven,C.,et al.(2004).Xenoreactivity and engraftment of human mesenchymal stem cells transplanted into infarcted rat myocardium(人间充质干细胞移植到梗塞的大鼠心肌的异种反应性和移植成活率).J Thorac Cardiovasc Surg 127,1293-1300.

[0505]　Hansen,W.,Westendorf,A.M.,and Buer,J.(2008).Regulatory T cells as targets for immunotherapy of autoimmunity and inflammation(调节 T 细胞作为自身 免疫和炎症的免疫治疗的靶标).Inflamm Allergy Drug Targets 7,217-223.

[0506]　Hofstetter,C.P.,Schwarz,E.J.,Hess,D.,Widenfalk,J.,El Manira,A.,Prockop,D.J.,and Olson,L.(2002).Marrow stromal cells form guiding strands in the injured spinal cord and promote recovery(骨髓基质细胞在受损的脊 髓形成指导链和促进恢复).Proceedings of the National Academy of Sciences of the United States of America 99,2199-2204.

[0507]　Huber,T.L.,Kouskoff,V.,Fehling,H.J.,Palis,J.,and Keller,G.(2004). Haemangioblast commitment is initiated in the primitive streak of the mouse embryo(血管原细胞在小鼠胚胎原条开始定型).Nature 432,625-630.

[0508]　Hwang,N.S.,Varghese,S.,Lee,H.J.,Zhang,Z.,Ye,Z.,Bae,J.,Cheng,L.,and Elisseeff,J.(2008).In vivo commitment and functional tissue regeneration using human embryonic stem cell derived mesenchymal cells(使用人胚胎干细胞衍生的间质 细胞在体内定型和功能性的组织再生).Proc Natl Acad Sci U S A 105,20641-20646.

[0509]　Huss DJ,Winger RC,Cox GM,Guerau-de-Arellano M,Yang Y,et al.(2011) TGF-beta signaling via Smad4drives IL-10production in effector Th1cells and reduces T-cell trafficking in EAE(在效应器 T 细胞中 TGF-beta 信号通路通过 Smad4

驱动生产 IL-10 并在 EAE 模型中减少 T 细胞移行 ）.European journal of immunology 41:2987-2996.

[0510]　Javazon,E.H.,Beggs,K.J.,and Flake,A.W.(2004).Mesenchymal stem cells:paradoxes of passaging(间充质干细胞:传代的悖论).Exp Hematol 32,414-425.

[0511]　Johnston,J.,and So,T.Y.(2012).First-line disease-modifying therapies in paediatric multiple sclerosis:a comprehensive overview(小儿多发性硬化症的一线疾病改善疗法全面综述).Drugs 72,1195-1211.

[0512]　Karussis,D.,Karageorgiou,C.,Vaknin-Dembinsky,A.,Gowda-Kurkalli,B.,Gomori,J.M.,Kassis,I.,Bulte,J.W.,Petrou,P.,Ben-Hur,T.,Abramsky,O.,et al.(2010). Safety and immunological effects of mesenchymal stem cell transplantation in patients with multiple sclerosis and amyotrophic lateral sclerosis(多发性硬化和肌萎缩性侧索硬化的病人移植间充质干细胞的安全性和免疫效果).Arch Neurol 67,1187-1194.

[0513]　Klimanskaya,I.,Chung,Y.,Becker,S.,Lu,S.J.,and Lanza,R.(2006).Human embryonic stem cell lines derived from single blastomeres(从单个卵裂球来源的人胚胎干细胞系).Nature 444,481-485.

[0514]　Kurtzke JF(1983)."Rating neurologic impairment in multiple sclerosis:an expanded disability status scale(EDSS)"（多发性硬化症的神经功能缺损评级:扩展残疾状态量表 (EDSS)).Neurology 33(11):1444-52.

[0515]　Leech,M.D.,Barr,T.A.,Turner,D.G.,Brown,S.,O'Connor,R. A.,Gray,D.,Mellanby,R.J.,and Anderton,S.M.(2012).Cutting Edge:IL-6-Dependent Autoimmune Disease:Dendritic Cells as a Sufficient,but Transient,Source(最前线:IL-6 依赖自身免疫性疾病:树突状细胞作为充足的但短暂的来源).J Immunol.

[0516]　Lin,G.,Martins-Taylor,K.,and Xu,R.H.(2010).Human embryonic stem cell derivation,maintenance,and differentiation to trophoblas(人胚胎干细胞衍生、维护和分化成滋养细胞)t.Methods in molecular biology 636,1-24.

[0517]　Liu,R.,Zhang,Z.,Lu,Z.,Borlongan,C.,Pan,J.,Chen,J.,Qian,L.,Liu,Z. ,Zhu,L.,Zhang,J.,et al.(2012).Human Umbilical Cord Stem Cells Ameliorate Experimental Autoimmune Encephalomyelitis by Regulating Immunoinflammation and Remyelination.Stem cells and development（人脐带干细胞通过调节免疫性炎症和髓鞘再生改善实验性自身免疫性脑脊髓炎 ）.

[0518]　Lu,S.J.,Feng,Q.,Caballero,S.,Chen,Y.,Moore,M.A.,Grant,M.B.,and Lanza,R.(2007).Generation of functional hemangioblasts from human embryonic stem cells(从人胚胎干细胞产生功能性的成血管细胞).Nat Methods 4,501-509.

[0519]　Lu,S.J.,Ivanova,Y.,Feng,Q.,Luo,C.,and Lanza,R.(2009).Hemangioblasts from human embryonic stem cells generate multilayered blood vessels with functional smooth muscle cells(人胚胎干细胞来源的成血管细胞产生具有功能的平滑肌细胞的多层血管).Regenerative medicine 4,37-47.

[0520]　Lu,S.J.,Luo,C.,Holton,K.,Feng,Q.,Ivanova,Y.,and Lanza,R.(2008).Robust

generation of hemangioblastic progenitors from human embryonic stem cells(从人胚胎干细胞有效地产生成血管细胞的祖细胞).Regen Med 3,693-704.

[0521]　Ludwig TE,Levenstein ME,Jones JM,Berggren WT,Mitchen ER,et al.(2006)Derivation of human embryonic stem cells in defined conditions(人胚胎干细胞在限定条件下的衍生).Nat Biotechnol 24:185-187.

[0522]　Mahad DJ,Ransohoff RM(2003)The role of MCP-1(CCL2)and CCR2in multiple sclerosis and experimental autoimmune encephalomyelitis(EAE)(MCP-1(CCL2)和 CCR2 在多发性硬化和实验性自身免疫性脑脊髓炎 (EAE) 的作用).Seminars in immunology 15:23-32.

[0523]　McFarland,H.F.,and Martin,R.(2007).Multiple sclerosis:a complicated picture of autoimmunity(多发性硬化:自体免疫的复杂图片).Nat Immunol 8,913-919.

[0524]　Menge,T.,Zhao,Y.,Zhao,J.,Wataha,K.,Gerber,M.,Zhang,J.,Letourneau,P.,Redell,J.,Shen,L.,Wang,J.,et al.(2012).Mesenchymal Stem Cells Regulate Blood-Brain Barrier Integrity Through TIMP3Release After Traumatic Brain Injury(在外伤性脑损伤后,间充质干细胞通过 TIMP3 释放调节血脑屏障).Science translational medicine 4,161ra150.

[0525]　Minagar,A.,Maghzi,A.H.,McGee,J.C.,and Alexander,J.S.(2012).Emerging roles of endothelial cells in multiple sclerosis pathophysiology and therapy(内皮细胞在多发性硬化的病理生理学和治疗的新作用).Neurological research 34,738-745.

[0526]　Mohyeddin Bonab,M.,Yazdanbakhsh,S.,Lotfi,J.,Alimoghaddom,K.,Talebian,F.,Hooshmand,F.,Ghavamzadeh,A.,and Nikbin,B.(2007).Does mesenchymal stem cell therapy help multiple sclerosis patients(间充质干细胞治疗能帮助多发性硬化症患者吗? 试点研究报告)? Report of a pilot study.Iranian journal of immunology:IJI 4,50-57.

[0527]　Morando,S.,Vigo,T.,Esposito,M.,Casazza,S.,Novi,G.,Principato,M.C.,Furlan,R.,and Uccelli,A.(2012).The therapeutic effect of mesenchymal stem cell transplantation in experimental autoimmune encephalomyelitis is mediated by peripheral and central mechanisms(外周和中枢机制介导充质干细胞移植实验性自身免疫性脑脊髓炎的治疗效果).Stem Cell Res Ther 3,3.

[0528]　Ohtaki,H.,Ylostalo,J.H.,Foraker,J.E.,Robinson,A.P.,Reger,R.L.,Shioda,S.,and Prockop,D.J.(2008).Stem/progenitor cells from bone marrow decrease neuronal death in global ischemia by modulation of inflammatory/immune responses(骨髓来源的干/祖细胞在全脑缺血中通过减少炎性/免疫应答调节神经元死亡).Proc Natl Acad Sci U S A 105,14638-14643.

[0529]　Olivier,E.N.,Rybicki,A.C.,and Bouhassira,E.E.(2006).Differentiation of human embryonic stem cells into bipotent mesenchymal stem cells(胚胎干细胞分化为双向的间充质干细胞).Stem Cells 24,1914-1922.

[0530]　Patanella,A.K.,Zinno,M.,Quaranta,D.,Nociti,V.,Frisullo,G.,Gainotti,G.

, Tonali, P. A. , Batocchi, A. P. , and Marra, C. (2010). Correlations between peripheral blood mononuclear cell production of BDNF, TNF-alpha, IL-6, IL-10and cognitive performances in multiple sclerosis patients(末梢血单核细胞生产的 BDNF、TNF-α、IL-6、IL-10 和多发性硬化患者的认知功能的相关性). J Neurosci Res 88, 1106-1112.

[0531]　Payne, N. L. , Sun, G. , McDonald, C. , Layton, D. , Moussa, L. , Emerson-Webber, A. , Veron, N. , Siatskas, C. , Herszfeld, D. , Price, J. , et al. (2012). Distinct immunomodulatory and migratory mechanisms underpin the therapeutic potential of human mesenchymal stem cells in autoimmune demyelination(独特的免疫调节和迁移机制支持人间充质干细胞治疗自身免疫性脱髓鞘的潜能). Cell Transplant.

[0532]　Peron, J. P. , Jazedje, T. , Brandao, W. N. , Perin, P. M. , Maluf, M. , Evangelista, L. P. , Halpern, S. ,

[0533]　Nisenbaum, M. G. , Czeresnia, C. E. , Zatz, M. , et al. (2012). Human endometrial-derived mesenchymal stem cells suppress inflammation in the central nervous system of EAE mice(子宫内膜间充质干细胞抑制 EAE 小鼠的中枢神经系统炎症). Stem Cell Rev 8, 940-952.

[0534]　Pittenger, M. F. , Mackay, A. M. , Beck, S. C. , Jaiswal, R. K. , Douglas, R. , Mosca, J. D. , Moorman, M. A. , Simonetti, D. W. , Craig, S. , and Marshak, D. R. (1999). Multilineage potential of adult human mesenchymal stem cells(成体骨髓间充质干细胞的多向潜能). Science 284, 143-147.

[0535]　Pomper, M. G. , Hammond, H. , Yu, X. , Ye, Z. , Foss, C. A. , Lin, D. D. , Fox, J. J. , and Cheng, L. (2009). Serial imaging of human embryonic stem-cell engraftment and teratoma formation in live mouse models(在活小鼠模型中人类胚胎干细胞植入物和形成的畸胎瘤的连续成像). Cell Res 19, 370-379.

[0536]　Quintana, A. , Muller, M. , Frausto, R. F. , Ramos, R. , Getts, D. R. , Sanz, E. , Hofer, M. J. , Krauthausen, M. , King, N. J. , Hidalgo, J. , et al. (2009). Site-specific production of IL-6in the central nervous system retargets and enhances the inflammatory response in experimental autoimmune encephalomyelitis(中枢神经系统产生的位点特异性 IL-6 重定向和增强实验性自身免疫性脑脊髓炎的炎症反应). Journal of immunology 183, 2079-2088.

[0537]　Rafei, M. , Birman, E. , Forner, K. , and Galipeau, J. (2009a). Allogeneic mesenchymal stem cells for treatment of experimental autoimmune encephalomyelitis(同种异体的骨髓间充质干细胞治疗实验性自身免疫性脑脊髓炎). Mol Ther 17, 1799-1803.

[0538]　Rafei, M. , Campeau, P. M. , Aguilar-Mahecha, A. , Buchanan, M. , Williams, P. , Birman, E. , Yuan, S. , Young, Y. K. , Boivin, M. N. , Forner, K. , et al. (2009b). Mesenchymal stromal cells ameliorate experimental autoimmune encephalomyelitis by inhibiting CD4 Th17 Tcells in a CC chemokine ligand 2-dependent manner(间质干细胞通过 CC 趋化因子配体 2 依赖性方式抑制 CD4Th17 细胞从而改善实验性自身免疫性脑脊髓炎). J Immunol182, 5994-6002.

[0539]　Rochman,I.,Paul,W.E.,and Ben-Sasson,S.Z.(2005).IL-6increases primed cell expansion and survival(IL-6 增加已接触抗原细胞的扩增和存活).Journal of immunology 174,4761-4767.

[0540]　Ryan,J.M.,Barry,F.,Murphy,J.M.,and Mahon,B.P.(2007).Interferon-gamma does not break,but promotes the immunosuppressive capacity of adult human mesenchymal stem cells(γ-干扰素不会破坏但促进成体人间充质干细胞的免疫抑制能力).Clin Exp Immunol 149,353-363.

[0541]　Sanchez,L.,Gutierrez-Aranda,I.,Ligero,G.,Rubio,R.,Munoz-Lopez,M., Garcia-Perez,J.L.,Ramos,V.,Real,P.J.,Bueno,C.,Rodriguez,R.,et al.(2011). Enrichment of human ESC derived multipotent mesenchymal stem cells with immunosuppressive and anti-inflammatory properties capable to protect against experimental inflammatory bowel disease(富集具有免疫抑制和抗炎症的人胚胎干细胞衍生的间充质干细胞能够防止实验性炎症性肠病).Stem Cells 29,251-262.

[0542]　Sethe,S.,Scutt,A.,and Stolzing,A.(2006).Aging of mesenchymal stem cells(间充质干细胞的老化).Ageing Res Rev 5,91-116.

[0543]　Solchaga,L.A.,Penick,K.J.,and Welter,J.F.(2011).Chondrogenic differentiation of bone marrow-derived mesenchymal stem cells:tips and tricks(骨髓间充质干细胞的软骨细胞分化:要诀和技巧).Methods in molecular biology 698,253-278.

[0544]　Stromnes,I.M.,and Goverman,J.M.(2006).Active induction of experimental allergic encephalomyelitis(实验性过敏性脑脊髓炎的活性诱导).Nat Protoc 1,1810-1819.

[0545]　Thomson,J.A.,Itskovitz-Eldor,J.,Shapiro,S.S.,Waknitz,M. A.,Swiergiel,J.J.,Marshall,V.S.,and Jones,J.M.(1998).Embryonic stem cell lines derived from human blastocysts(人胚泡衍生的胚胎干细胞系).Science 282,1145-1147.

[0546]　Tse,W.T.,Pendleton,J.D.,Beyer,W.M.,Egalka,M.C.,and Guinan,E.C.(2003). Suppression of allogeneic T-cell proliferation by human marrow stromal cells:implications in transplantation(人骨髓基质干细胞抑制同种异体 T 细胞增殖:对移植的启示).Transplantation 75,389-397.

[0547]　Tyndall,A.(2011).Successes and failures of stem cell transplantation in autoimmune diseases(在自身免疫性疾病移植干细胞的成功和失败).Hematology Am Soc Hematol Educ Program 2011,280-284.

[0548]　Uccelli,A.,and Prockop,D.J.(2010a).Why should mesenchymal stem cells(MSCs)cure autoimmune diseases 充质干细胞(MSCs)为什么能治疗自身免疫性疾病)?Curr Opin Immunol 22,768-774.

[0549]　Uccelli,A.,and Prockop,D.J.(2010b).Why should mesenchymal stem cells(MSCs)cure autoimmune diseases(充质干细胞(MSCs)为什么能治疗自身免疫性疾病)?Curr Opin Immunol,7.

[0550]    Waterman, R. S., Tomchuck, S. L., Henkle, S. L., and Betancourt, A. M. (2010). A new mesenchymal stem cell(MSC)paradigm:polarization into a pro-inflammatory MSC1 or an Immunosuppressive MSC2phenotype(一个新的间充质干细胞 (MSC) 范例 :两极分化为促炎症的 MSC1 或免疫抑制的 MSC2 表型). PLoS One 5, e10088.

[0551]    Weber, M. S., Menge, T., Lehmann-Horn, K., Kronsbein, H. C., Zettl, U., Sellner, J., Hemmer, B., and Stuve, O. (2012). Current treatment strategies for multiple sclerosis-efficacy versus neurological adverse effects(多发性硬化症目前的治疗策略－疗效与神经系统不良反应). Current pharmaceutical design 18, 209-219.

[0552]    Wong, R. S. (2011). Mesenchymal stem cells:angels or demons(间充质干细胞 :天使还是恶魔)？ J Biomed Biotechnol 2011, 459510.

[0553]    Yamout, B., Hourani, R., Salti, H., Barada, W., El-Hajj, T., Al-Kutoubi, A., Herlopian, A., Baz, E. K., Mahfouz, R., Khalil-Hamdan, R., et al. (2010). Bone marrow mesenchymal stem cell transplantation in patients with multiple sclerosis:a pilot study(骨髓间充质干细胞移植治疗多发性硬化症的初步研究). J Neuroimmunol 227, 185-189.

[0554]    Zappia, E., Casazza, S., Pedemonte, E., Benvenuto, F., Bonanni, I., Gerdoni, E., Giunti, D., Ceravolo, A., Cazzanti, F., Frassoni, F., et al. (2005). Mesenchymal stem cells ameliorate experimental autoimmune encephalomyelitis inducing T-cell anergy(间充质干细胞通过诱导 T 细胞无失能改善实验性自身免疫性脑脊髓炎). Blood 106, 1755-1761.

[0555]    Zhang, J., Li, Y., Chen, J., Cui, Y., Lu, M., Elias, S. B., Mitchell, J. B., Hammill, L., Vanguri, P., and Chopp, M. (2005). Human bone marrow stromal cell treatment improves neurological functional recovery in EAE mice(人骨髓基质细胞处理提高 EAE 小鼠神经功能恢复). Exp Neurol 195, 16-26.

[0556]    Becher, B., Durell, B. G., and Noelle, R. J. (2002). Experimental autoimmune encephalitis and inflammation in the absence of interleukin-12(不存在白细胞介素 -12 时的实验性自身免疫性脑炎和炎症). The Journal of clinical investigation 110, 493-497.

[0557]    Chaudhary, P., Marracci, G. H., and Bourdette, D. N. (2006). Lipoic acid inhibits expression of ICAM-1and VCAM-1by CNS endothelial cells and T cell migration into the spinal cord in experimental autoimmune encephalomyelitis(硫辛酸使中枢神经系统的内皮细胞和 T 细胞迁移到实验性自身免疫脑脊髓炎小鼠的脊髓而抑制 ICAM-1 和 VCAM-1 的表达). Journal of neuroimmunology 175, 87-96.

[0558]    Crocker, S. J., Milner, R., Pham-Mitchell, N., and Campbell, I. L. (2006). Cell and agonist-specific regulation of genes for matrix metalloproteinases and their tissue inhibitors by primary glial cells(金属蛋白酶和它们的组织抑制剂通过原代神经胶质细胞对细胞和激动剂－特异性基因的调节). Journal of neurochemistry 98, 812-823.

[0559]    Cuccurullo, C., Iezzi, A., Fazia, M. L., De Cesare, D., Di Francesco, A., Mura

ro, R., Bei, R., Ucchino, S., Spigonardo, F., Chiarelli, F., et al. (2006). Suppression of RAGE as a basis of simvastatin-dependent plaque stabilization in type 2diabetes(在 2 型糖尿病中抑制 RAGE 作为依赖辛伐他汀的斑块稳定的基础). Arteriosclerosis, thrombosis, and vascular biology 26, 2716-2723.

[0560]    Cunnea, P., McMahon, J., O'Connell, E., Mashayekhi, K., Fitzgerald, U., and McQuaid, S. (2010). Gene expression analysis of the microvascular compartment in multiple sclerosis using laser microdissected blood vessels(在多发性硬化中使用激光显微切割血管分析微血管室的基因表达). Acta neuropathologica 119, 601-615.

[0561]    Dai, H., Ciric, B., Zhang, G. X., and Rostami, A. (2012). Interleukin-10plays a crucial role in suppression of experimental autoimmune encephalomyelitis by Bowman-Birk inhibitor(白介素 -10 通过 Bowman-Birk 抑制物在抑制实验性自身免疫性脑脊髓炎中起重要的作用). Journal of neuroimmunology 245, 1-7.

[0562]    Huss, D. J., Winger, R. C., Cox, G. M., Guerau-de-Arellano, M., Yang, Y., Racke, M. K., and Lovett-Racke, A. E. (2011). TGF-beta signaling via Smad4drives IL-10production in effector Th1cells and reduces T-cell trafficking in EAE(在效应器 T 细胞中 TGF-beta 信号通路通过 Smad4 驱动生产 IL-10 并在 EAE 模型中减少 T 细胞移行). Eur J Immunol41, 2987-2996.

[0563]    Mahad, D. J., and Ransohoff, R. M. (2003). The role of MCP-1(CCL2)and CCR2in multiple sclerosis and experimental autoimmune encephalomyelitis(EAE) (MCP-1(CCL2) 和 CCR2 在多发性硬化和实验性自身免疫性脑脊髓炎 (EAE) 的作用). Semin Immunol 15, 23-32.

[0564]    Moore, C. S., Milner, R., Nishiyama, A., Frausto, R. F., Serwanski, D. R., Pagarigan, R. R., Whitton, J. L., Miller, R. H., and Crocker, S. J. (2011). Astrocytic tissue inhibitor of metalloproteinase-1(TIMP-1)promotes oligodendrocyte differentiation and enhances CNS myelination 金属蛋白酶 -1(TIMP-1) 的星形胶质细胞组织抑制因子促进少突胶质细胞分化, 提高中枢神经系统的髓鞘). The Journal of neuroscience:the official journal of the Society for Neuroscience 31, 6247-6254.

[0565]    Quintana, A., Muller, M., Frausto, R. F., Ramos, R., Getts, D. R., Sanz, E., Hofer, M. J., Krauthausen, M., King, N. J., Hidalgo, J., et al. (2009). Site-specific production of IL-6in the central nervous system retargets and enhances the inflammatory response in experimental autoimmune encephalomyelitis(中枢神经系统产生的位点特异性 IL-6 重定向和增强实验性自身免疫性脑脊髓炎的炎症反应). Journal of immunology 183, 2079-2088.



图 1(A–D)

第9天成血管细胞



图 2(A-C)



第14天 hES-HB-MSCs

图 3(A-I)



图 4

图 5(A-C)



图 6 (A-F)



图 7



图 8(A–B)



图 9（A-F）



图 10（A-D）



图 11





图 12 (A-C)



图 13（A-D）

图 14（A-E）



图 15（A-B）



图 16（A-B）



图 17



图 18(A-J)

A





B

图 19（A-B）



图 20 (A–F)



图 21（A–D）



图 22（A–C）



图 23(A-B)



图 24(A-J)



图 25

抗-荧光素酶（绿色）/DAPI（蓝色）



图 26



图 27(A-B)



图 28(A-D)

第2天EBs



图 29



图 30



图 31