# EXHIBIT D

(19)中华人民共和国国家知识产权局



(12)发明专利



(10)授权公告号 CN 104471059 B

(45)授权公告日 2018.04.17

(21)申请号 201380037010.6

(22)申请日 2013.06.27

(65)同一申请的已公布的文献号
　　 申请公布号 CN 104471059 A

(43)申请公布日 2015.03.25

(30)优先权数据
　　 61/670,787 2012.07.12 US
　　 61/762,961 2013.02.11 US

(85)PCT国际申请进入国家阶段日
　　 2015.01.12

(86)PCT国际申请的申请数据
　　 PCT/US2013/048291 2013.06.27

(87)PCT国际申请的公布数据
　　 WO2014/011407 EN 2014.01.16

(73)专利权人 珠海横琴爱姆斯坦生物科技有限
　　　 公司
　　 地址 519000 广东省珠海市横琴新区环岛
　　　 东路1889号横琴创意谷3栋

(72)发明人 王小方　徐仁和

(74)专利代理机构 上海弼兴律师事务所 31283
　　 代理人 薛琦　朱水平

(51)Int.Cl.
　　 *C12N 5/071*(2006.01)
　　 *C12N 5/00*(2006.01)
　　 *C12N 5/02*(2006.01)

(56)对比文件
　　 Jeffery J Auletta,et al.The potential of mesenchymal stromal cells as a novel cellular therapy for multiple sclerosis.《Immunotherapy》.2012,第4卷(第5期),529-547.

　　　　　 审查员 翟羽佳

权利要求书2页　说明书56页　附图20页

(54)发明名称
　　 人胚胎干细胞衍生的间充质样干细胞、方法及其应用

(57)摘要
　　 本发明涉及产生和扩增人胚胎干细胞衍生的间充质样干细胞/基质细胞的方法。至少部分程度上通过表达低水平的IL-6对这些hES-MSCs进行鉴定。这些细胞可用于预防和治疗T细胞相关的自身免疫性疾病,尤其是多发性硬化症,以及用于将药剂递送通过血脑屏障和血脊髓屏障。还提供选择临床级别hES-MSC的方法以及修饰MSC以产生具有独特生物标记特性的MSC的方法。修饰的MSC可用于治疗各种疾病。

CN 104471059 B

权 利 要 求 书

1. 一种产生用于治疗自身免疫性疾病的临床级别间充质干细胞的方法,其中所述方法包括以下步骤:

a. 使用含或不含GSK3抑制剂的无血清培养基培养人胚胎干细胞;

b. 将人胚胎干细胞培养在包含血管内皮生长因子和骨形态发生蛋白4(BMP4)的无血清培养基中,其中,血管内皮生长因子和骨形态发生蛋白4的量足以诱导所述人胚胎干细胞形成胚状体;

c. 向培养物中添加至少一种生长因子,其中,所述生长因子的量足以扩增人血管集落形成细胞;

d. 把所述血管集落形成细胞分散成单细胞;和

e. 将所述单细胞培养在1) 含10-20%FBS的alpha-MEM、2) 含10-20%KOSR的alpha-MEM、3) 含10-20%FBS的高糖DMEM、或4) 含10-20%KOSR的高糖DMEM培养基中,其中,培养基的量足以诱导所述单细胞分化为间充质干细胞;

所述间充质干细胞具有以下特征:(i)包含>95%的细胞表达组-1标记;(ii)包含>80%的细胞表达组-2标记;(iii)包含<5%的细胞表达组-3标记;(iv)表达1L-10和TGFβ;(v)包含<2%的细胞表达1L-6、1L-12和TNFα;(vi)包含<0.001%的细胞共表达所有组-4标记,其中,组-1标记是:CD73、CD90、CD105、CD146、CD166和CD44,组-2标记是:CD13、CD29、CD54和CD49E,组-3标记是:CD45、CD34、CD31和SSEA4,组-4标记是:OCT4、NANOG、TRA-1-60和SSEA4。

2. 权利要求1所述的方法,其中,所述间充质干细胞不表达1L-6、1L-12和TNFα。

3. 权利要求1所述的方法,其中,所述间充质干细胞表达TGF-β1、TGF-β2和1L10。

4. 权利要求1所述的方法,其中,所述间充质干细胞不表达CCL2、MMP2和RAGE。

5. 权利要求1所述的方法,其中,所述间充质干细胞与由骨髓产生的间充质干细胞(BM-MSC)相比较,表达低水平的1FNγR1和1FNγR2。

6. 通过权利要求1~5任一项所述方法制备的间充质干细胞。

7. 如权利要求6所述的间充质干细胞,其特征还在于:不表达或低水平表达VCAM1。

8. 权利要求6所述的间充质干细胞,进一步受到辐射。

9. 权利要求7所述的间充质干细胞,进一步受到辐射。

10. 一种包含权利要求6所述间充质干细胞的细胞培养物。

11. 一种包含权利要求7所述间充质干细胞的细胞培养物。

12. 一种包含权利要求8所述间充质干细胞的细胞培养物。

13. 一种包含权利要求9所述间充质干细胞的细胞培养物。

14. 一种药物制剂,其包含权利要求6所述的间充质干细胞以及药学上可接受的载体。

15. 一种药物制剂,其包含权利要求7所述的间充质干细胞以及药学上可接受的载体。

16. 一种药物制剂,其包含权利要求8所述的间充质干细胞以及药学上可接受的载体。

17. 一种药物制剂,其包含权利要求9所述的间充质干细胞以及药学上可接受的载体。

18. 权利要求6~9任一项所述的间充质干细胞在制备用于治疗T细胞和/或B细胞相关的自身免疫性疾病的药物中的用途。

19. 权利要求14~17任一项所述的药物制剂在制备用于治疗T细胞和/或B细胞相关的自身免疫性疾病的药物中的用途。

20. 权利要求6~9任一项所述的间充质干细胞在制备用于治疗多发性硬化症的药物中

的用途。

21.权利要求14～17任一项所述的药物制剂在制备用于治疗多发性硬化症的药物中的用途。

22.试剂盒,其包含权利要求6～9任一项所述间充质干细胞和载体。

23.权利要求22所述的试剂盒,进一步包含融解剂、免疫抑制增强剂、抗组胺剂。

24.权利要求17所述药物制剂在制备用于治疗或预防癌症的药物中的用途。

25.权利要求24所述的用途,进一步包含施用第二治疗剂。

26.权利要求24所述的用途,其中,所述受试者以前用治疗剂治疗过。

27.一种共培养权利要求6～9任一项所述的间充质干细胞与骨髓造血干细胞和/或脐带造血干细胞的方法。

28.权利要求27所述的方法,其中,所述间充质干细胞表达Stro-3。

29.权利要求27所述的方法,其中,所述间充质干细胞表达Stro-1。

30.权利要求27所述的方法,其中,所述间充质干细胞表达巢蛋白。

31.权利要求27所述的方法,其中,所述间充质干细胞是间充质基质细胞。

32.一种权利要求6～9任一项所述的间充质干细胞和骨髓造血干细胞的共培养物。

33.一种权利要求6～9任一项所述的间充质干细胞和脐带造血干细胞的共培养物。

34.一种权利要求6～9任一项所述的间充质干细胞和外周血造血干细胞的共培养物。

35.权利要求1～5任一项所述的方法,其中,通过流式细胞术、多重微阵列、RT-PCR、RNA印迹或蛋白质印迹鉴定所述间充质干细胞的特征。

## 人胚胎干细胞衍生的间充质样干细胞、方法及其应用

[0001]　　相关申请的交叉参考

[0002]　　本申请要求2012年7月12日提交的美国专利申请61/670,787的优先权和2013年2月11日提交的美国临时专利申请61/762,961的优先权。在此以其整体引入作为参考。

[0003]　　1.简介

[0004]　　本发明涉及一种从人胚胎干细胞产生间充质干细胞的方法,该方法使用多步法培养胚胎干细胞,包括以下:在足以形成胚状体的条件下培养胚胎干细胞;在扩增血管瘤集落形成细胞的条件下培养胚状体,其中所用培养基包含所述胚状体;在诱导血管瘤集落形成细胞分化为间充质干细胞的条件下培养血管瘤集落形成细胞。本发明还公开了人胚胎干细胞衍生的、具有高度免疫抑制能力的间充质样干细胞的鉴定方法。本发明还涉及人胚胎干细胞衍生的间充质干细胞(hES-MSCs);包含所述人胚胎干细胞衍生的间充质干细胞的溶液和药物制剂;使用所述人胚胎干细胞衍生的间充质干细胞治疗和预防疾病的方法,具体的疾病是T细胞相关的自身免疫性疾病,最具体的疾病是多发性硬化症;使用所述人胚胎干细胞衍生的间充质干细胞穿过血脑屏障和血脊髓屏障以递送药物的方法。这里还提供了使用hES-MSCs调节免疫系统、抑制针对自体抗原的免疫应答和修复受损的中枢神经系统的方法。这里提供了包含hES-MSCs的组合物,所述hES-MSCs应用于免疫调节;这里提供了修饰MSC的方法,该方法通过改变基因表达而提高MSC的免疫抑制能力。这里还提供了使用hES-MSCs作为药物和/基因递送系统的方法。

[0005]　　2.背景

[0006]　　多发性硬化症(MS)是一种慢性的自身免疫性疾病,该疾病由外周免疫细胞通过损伤的血脑屏障(BBB)或血脊髓屏障(BSCB)渗透入中枢神经系统所引起。外周免疫细胞渗透入中枢神经系统会引起神经轴突周围的髓鞘发生炎症并且导致脱髓鞘以及轴突形成斑痕(McFarland和Martin(2007))。多发性硬化症会出现几乎所有的神经系统症状,这些症状包括身体障碍和认知障碍。该疾病在全球的发病率大约0.1%,并且常见于青少年(最常见的是女性)(Benito-Leon(2011))。根据美国国家多发性硬化症协会统计,美国食品和药物管理局批准的用于治疗多发性硬化症的药物超过70多种,包括阿沃纳斯(1FNβ-1a)、倍泰龙(1FNβ-1b)、Gilenya(一种鞘氨醇-1-磷酸受体调节剂)、醋酸格拉替雷(或共聚物1)和那他珠单抗(人源化抗整合蛋白-α抗体)。然而,这些药物仅能暂时缓解病症并且伴随着严重的副作用,包括感染增加、心脏病发作、中风、进行性多灶性白质脑病、心律失常、疼痛、抑郁症、疲劳、黄斑水肿和勃起功能障碍(Johnston和So(2012);Weber等(2012))。

[0007]　　由于间充质干细胞(MSCs)具有免疫调节和神经再生作用(Auletta等,(2012);Pittenger等,(1999)),以及修复血脑屏障的潜在能力(Chao等(2009);Menge(2012)),使得移植MSCs已经成为一种潜在的、有吸引力的疗法。多能性的MSCs可以分化为多种细胞系,包括脂肪细胞、软骨细胞和成骨细胞。可以从胚胎、新生儿以及成体组织如羊膜、脐带和脂肪中获得MSCs。与目前的药物疗法相比,MSCs具有多个独特的优点,例如,这些细胞可以用作多个并且可能协同作用的治疗因子的载体,可以迁移到受损组织,通过分泌调节物质和细胞-细胞接触以发挥局部作用(Uccelli and Prockop(2010a))。重要地,已经发现MSCs能

有效地治疗小鼠实验性自身免疫性脑脊髓炎(EAE),这是一种公认的MS动物模型(Gordo等 (2008a);Gordon等(2010);Morando等(2012);Peron等(2012);Zappia等(2005);Zhang等 (2005)),并且对临床试验的MS患者也有疗效(Connick等(2012);Karussis等(2010); Mohyeddin Bonab等(2007);Yamout等(2010))。外源性不是问题,因为小鼠和人骨髓来源的 间充质干细胞(BM-MSC)可以减缓EAE小鼠的疾病恶化(Gordon等(2008a);Gordon等(2010); Morando等(2012);Peron等(2012);Zappia等(2005);Zhang等(2005))。

[0008] 　　然而,把这些在小鼠中的发现转移至人时存在着一些缺陷。第一,骨髓(或其他成 体组织)来源有限并且不同捐献者的骨髓质量不一,限制了MSCs的研究和应用,以及阻碍 MSCs作为医药产品大规模临床使用的标准化。第二,这些成体组织来源的MSCs是一群高度 混杂的细胞,也许只有一部分细胞具有免疫抑制能力。为了获得足够多临床级别的MSCs,需 要在体外扩增这些细胞,这可能会降低它们的免疫抑制能力和归巢能力(Javazon等 (2004)。第三,需要考虑BM-MSCs可能会恶性转化的安全性(Wong(2011))和传播捐献者病 原体的可能性。最后,BM-MSC治疗小鼠EAE模型在不同的报道中疗效不一(Gordo等(2008a); Payne等(2012);Zappia等(2005);Zhang等(2005)),进而引发对BM-MSC治疗MS功效的怀疑。

[0009] 　　因此,需要开发新的疗法来治疗多发性硬化症和其它自身免疫性疾病。还需要无 限量、实全、稳定性高和来源一致的MSCs来治疗和预防这些疾病和其他疾病。

[0010] 　　有报道指出,人胚胎干细胞(hESC)可以分化为胚状体(EB),然后分化为具有成血 管细胞(HB)活性的细胞池,即这些细胞可进一步分化为血管平滑肌细胞、内皮细胞和造血 细胞(Chyou等(2008);Lu等(2007);Lu等(2009))。因此可推断,在这些包含HB的细胞中,有 一部分能分化为MSCs,这将避免骨髓间充质干细胞所引起的问题。这些人胚胎干细胞衍生 的间充质干细胞是不限量的、安全的并且来源一致的,可以用于治疗和预防多发性硬化症。 本文还揭示了通过微阵列分析和其它分析鉴定出多个重要因子在hES-MSC和BM-MSC间差异 表达。

[0011] 　　3.发明概述

[0012] 　　本发明基于一个令人惊讶的发现,即在胚胎干细胞衍生的包含HB的细胞中,一 部分细胞也可以高效地分化为MSC,并且这些细胞高度一致,该细胞命名为"hES-MSC"。使用 本发明的方法可从多个hESC系制备hES-MSC,它们在体外全都显著地抑制T细胞的增殖和分 化并且在体内减少EAE小鼠的疾病评分,伴随着减少脱髓鞘、减少T细胞浸润和中枢神经系 统的小神经胶质细胞反应。相反地,尽管多个来源的BM-MSC在体能下调T细胞的增殖和分 化,但是它们对EAE小鼠的治疗根本没有作用。

[0013] 　　因此,本发明提供了一种从人胚胎干细胞在体外产生间充质干细胞(MSC)的方法, 克服了上述问题。由本文公开的新方法产生hES-MSC的能力允许生产这些细胞,这些细胞可 用于各种治疗应用,包括多发性硬化症和其它自身免疫性疾病的治疗和预防。另外,由本文 所述方法生产的hES-MSC具有穿过血-脑屏障(BBB)和血-脊髓屏障的能力,进而允许它们用 于各种治疗应用,包括药物递送。本发明所述的方法提供进一步的效用,因为它们能够大量 产生在商业范围内可使用的hES-MSC。

[0014] 　　另外,本发明包括通过这种方法生产的人胚胎来源的间充质干细胞。

[0015] 　　本发明的一个实施方式是一种在体外产生和扩增人胚胎来源的间充质干细胞的 方法,所述方法包括以下步骤:

[0016]    a.在无血清培养基中培养包含人胚胎干细胞的细胞培养物，该培养基含有至少一种生长因子，并且该生长因子的含量足以诱导所述胚胎干细胞分化为胚状体；

[0017]    b.将胚状体分散成单细胞，在包含所述来自胚状体的单细胞的培养物中添加至少一种生长因子，并继续在无血清培养基中培养，其中，所述生长因子在所述人血管瘤集落培养物中存在的量足以扩增人血管瘤集落形成细胞；

[0018]    c.将该人血管瘤集落形成细胞分散成单细胞；

[0019]    d.在有血清或无血清培养基中培养该单细胞，该培养基的量足以诱导所述血管瘤集落形成单细胞分化为间充质干细胞。

[0020]    在某些实施方式中，所得的人胚胎-间充质干细胞至少约90%、91%、92%、93%、94%、95%、96%、97%、98%或99%表达CD73。

[0021]    在某些实施方式中，所得的人胚胎-间充质干细胞至少约95%表达CD73。在某些实施方式中，所得的人胚胎-间充质干细胞超过95%表达CD73。

[0022]    在某些实施方式中，培养基含有生长因子，包括血管内皮生长因子（VEGF）、骨形态发生蛋白（BMP）、干细胞因子（SCF）、F1t-3L（FL）、促血小板生成素（TPO）、促红细胞生成素（EPO）。

[0023]    在某些实施方式中，含血清培养基包含有胎牛血清、L-谷酰胺。无血清培养基包含敲除血清替代品（knockout serum replacement，KOSR）或牛血清白蛋白（BSA）。

[0024]    在某些实施方式中，有一个额外的步骤，该步骤使用从1gy至200gy的γ射线辐射获得的人胚胎-间充质干细胞。

[0025]    在某些实施方式中，所述用于产生和扩增人胚胎-间充质干细胞的方法可以获得至少10000个人胚胎-间充质干细胞、至少50000个人胚胎-间充质干细胞、至少100000个人胚胎-间充质干细胞、至少500000个人胚胎-间充质干细胞、至少$1×10^6$个人胚胎-间充质干细胞、至少$5×10^6$个人胚胎-间充质干细胞、至少$1×10^7$个人胚胎-间充质干细胞、至少$5×10^7$个人胚胎-间充质干细胞、至少$1×10^8$个人胚胎-间充质干细胞、至少$5×10^8$个人胚胎-间充质干细胞、至少$1×10^9$个人胚胎-间充质干细胞、至少$5×10^9$个人胚胎-间充质干细胞或至少$1×10^{10}$个人胚胎-间充质干细胞。这些方法可以获得10000至100亿个人胚胎-间充质干细胞。在某些实施方式中，至少约90%、91%、92%、93%、94%、95%、96%、97%、98%或99%人胚胎-间充质干细胞表达一种或更多种hES-MSC差异标记。在某些实施方式中，所述标记是CD73、CD90和CD105。

[0026]    在一个实施方式中，所述hES-MSCs显著性地降低EAE小鼠的疾病评分，同时伴随着减少脱髓鞘、T细胞渗入和小神经胶质的反应。另外，在体内和体外与骨髓来源间充质干细胞（BM-MSC）相比较，hES-MSCs具有更强的免疫抑制活性。本文还提供了在hES-MSC和BM-MSCs之间差异表达的重要蛋白/分子。本文提供了鉴定免疫抑制活性得到改善的hES-MSCs的方法，所述方法通过检测所述蛋白/分子标记的表达进行。本文还公开了基因修饰的方法，通过这种基因修饰改善hES-MSCs的免疫抑制活性。

[0027]    本发明的另一个实施方式是一种包含人胚胎-间充质干细胞的溶液，该溶液包含至少10000个人胚胎-间充质干细胞、至少50000个人胚胎-间充质干细胞、至少100000个人胚胎-间充质干细胞、至少500000个人胚胎-间充质干细胞、至少$1×10^6$个人胚胎-间充质干细胞、至少$5×10^6$个人胚胎-间充质干细胞、至少$1×10^7$个人胚胎-间充质干细胞、至少$5×$

$10^7$个人胚胎-间充质干细胞、至少$1×10^8$个人胚胎-间充质干细胞、至少$5×10^8$个人胚胎-间充质干细胞、至少$1×10^9$个人胚胎-间充质干细胞、至少$5×10^9$个人胚胎-间充质干细胞或者至少$1×10^{10}$个人胚胎-间充质干细胞。

[0028]  在某些实施方式中,2ml体积的培养物中包含至少10000个细胞,10ml体积的培养物中包含至少100000个细胞,100ml体积的培养物中包含至少1000000个细胞,1000ml体积的培养物中包含至少10000000个细胞,以及4000ml培养基中达到$5×10^8$个细胞。

[0029]  可以将这些溶液注射入受试者。可以冻存这些溶液。可以把这些溶液用于制造成药剂,以应用于施用人胚胎-间充质干细胞可以治疗的疾病。

[0030]  本发明还提供了一种生产可适合注射入病人体内的人胚胎-间充质干细胞溶液的方法,所述方法包括以下步骤:利用前面段落描述的方法分离细胞溶液,然后将细胞接种至可适合注射患者的液体中。本发明还提供了一种生产适合冻存人胚胎-间充质干细胞溶液的方法,该方法包含以下步骤:利用前面段落所描述的方法分离细胞,然后将细胞置于可适合冻存的溶液中。

[0031]  还有,本发明的另一个实施方式是人胚胎-间充质干细胞,其表达一种或者多种细胞表面标记蛋白或其组合,所述标记蛋白包括CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146和CD166。在另一个实施方式中,人胚胎-间充质干细胞不表达或者低水平表达的一个或多个细胞标记蛋白或其组合,所述标记包括CD34、CD31、CD45。在另一个实施方式中,人胚胎-间充质干细胞不表达或者低水平表达的一个或多个促炎症蛋白或其组合,所述促炎症蛋白包括MMP2、RAGE、1FNγR1、1FNγR2、1L-12、TNFα、1L-6和VCAM1。在某些实施方式中,上述标记在人胚胎-间充质干细胞的表达水平至少是骨髓间充质干细胞的一半。

[0032]  本发明的另一个实施方式是一种包含人胚胎-间充质干细胞的细胞培养物,其中人胚胎-间充质干细胞表达一个或多个细胞标记蛋白,包括CD73、CD90、CD105、CD13、CD29、CD54、CD144、CD146和CD44。在另一个实施方式中,细胞培养物中的人胚胎-间充质干细胞不表达或者低水平表达一种或者多种细胞标记蛋白,包括CD34、CD31和CD45。在另一个实施方式中,细胞培养物中的人胚胎-间充质干细胞不表达或者低水平表达一种或者多种促炎症蛋白,包括MMP2、RAGE、1FNγR1、1FNγR2、1L-12、TNFα、1L-6和VCAM1。

[0033]  在某些实施方式中,所述细胞培养物包含至少$1×10^6$个人胚胎-间充质干细胞、至少$1×10^7$个人胚胎-间充质干细胞、至少$1×10^8$个人胚胎-间充质干细胞、至少$1×10^9$个人胚胎-间充质干细胞、至少$1×10^{10}$个人胚胎-间充质干细胞。对于$1×10^6$个细胞,初始细胞培养物的体积是10-20ml。

[0034]  在另一些实施方式中,在所述细胞培养物中,至少约90%的人胚胎-间充质干细胞表达CD73蛋白,至少多于90%、91%、92%、93%、94%、95%、96%、97%、98%、99%的人胚胎-间充质干细胞表达CD73蛋白。

[0035]  在另一些实施方式中,在所述细胞培养物中,至少约75%、80%、85%、90%、95%、99%的人胚胎-间充质干细胞表达至少一种选自CD90、CD105、CD44和CD29的细胞标记蛋白。

[0036]  在另一些实施方式中,在所述细胞培养物中,至少约80%、85%、90%、95%、99%的人胚胎-间充质干细胞不表达或低水平表达至少一种细胞标记,包括CD34、CD31和CD45。

[0037]  在另一些实施方式中,在所述细胞培养物中,至少约75%、80%、85%、90%、95%、99%的人胚胎-间充质干细胞不表达或低水平表达至少一种促炎症蛋白,包括:MMP2、RAGE、

1FNγR1、1FNγR2、1L-12、TNFα、1L-6和VCAM1。在某些实施方式中,所述hES-MSC表达高水平的CD24,TGFβ2或其组合。

[0038]　　在某些实施方式中,所述hES-MSC或前面的段落所述的细胞培养物被γ射线辐射。

[0039]　　本文提供了药物制剂,包括前面的段落所述的hES-MSC或细胞培养物中任意之一和药学上可接受的载体剂。

[0040]　　本文提供了所述hES-MSC或前面的段落所述细胞培养物的冷冻保存的制品。

[0041]　　本文为有需要的受试者提供了治疗和预防T细胞相关自身免疫性疾病的方法,该方法包括以下步骤:向有需要其的受试者施用治疗有效量的包括前面段落中所描述hES-MSC溶液、细胞培养物或药物制剂。所述T细胞相关的自身免疫性疾病包括但不限于克罗恩病、炎症性肠病、移植物抗宿主疾病、系统性红斑狼疮和风湿性关节炎,还有T细胞介导的延迟型超敏反应(属于第四型过敏反应),如1型糖尿病、MS、RA、桥本甲状腺炎、克罗恩病、接触性皮炎和硬皮病等。

[0042]　　在某些实施方式中,优选的受试者为哺乳动物或者鸟类,最为优选的是人类。在某些实施方式中,所述溶液、细胞培养物和药物制剂包括已被辐射或未经辐射的hES-MSC。

[0043]　　在某些实施方式中,所述用于治疗和预防疾病的方法包括与一种或多种用于治疗和预防的药物联合使用的疗法。

[0044]　　在某些实施方式中,所述治疗和预防需要其的受试者的多发性硬化症的方法包括以下步骤:向有需要其受试者给予治疗有效量的包括前面段落描述的包含hES-MSC的溶液、细胞培养物或药物制剂,所述多发性硬化症可以是复发/维持型多发性硬化症、进展/复发型多发性硬化症、原发性多发性硬化症或继发性多发性硬化症。受试者优选哺乳动物,并且最优选为人。所述溶液、细胞培养物或者药物制剂可包括经辐射或未经辐射的hES-MSC。

[0045]　　所述方法进一步包括给予受试者其它治疗药剂,该药物包括但不限于芬戈莫德、促肾上腺皮质素(ACTH)、甲泼尼龙、地塞米松、1FNβ-1a、1FN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、环孢菌素、米托蒽醌和柳氮磺胺吡啶。还有,在另外一个实施方式中,为了将治疗药剂递送至中枢神经系统,一种或多种治疗药剂可以连接至hES-MSC以便穿过血脑屏障和/或血脊髓屏障。

[0046]　　本文提供一种穿过血脑屏障和/或血脊髓屏障递送药剂的方法,该方法包括以下步骤:将药剂连接或缀合至hES-MSC,然后向有需要其受试者施用hES-MSC和药剂连接的复合物,其中,所述hES-MSC能够透过血脑屏障和/或血脊髓屏障,所述药剂能够治疗、预防或诊断有需要其受试者的疾病或损伤。所述hES-MSC可以是单个细胞、细胞培养物、溶液或药物制剂的形式。所述药剂可以包括但不限于药物、蛋白质、DNA、RNA和小分子物质。

[0047]　　本文提供一种选择用于治疗自身免疫性疾病的临床级别hES-MSC的方法,所述hES-MSC具有以下特征:(i)含有>95%的细胞表达组-1标记;(ii)含有>80%的细胞表达组-2标记;(iii)含有<5%的细胞表达组-3标记;(iv)表达1L-10和TGFβ;(v)含有<2%的细胞表达1L-6、1L-12和TNFα;(vi)含有<0.001%的细胞共表达所有组-4标记。其中组-1标记是:CD73、CD90、CD105、CD146、CD166和CD44。组-2标记是:CD13、CD29、CD54和CD49E。组-3标记是:CD45、CD34、CD31和SSEA4。组-4标记是:OCT4、NANOG、TRA-1-60和SSEA4。

[0048]　　本文提供一种修饰间充质干细胞以生产修饰的间充质干细胞群体的方法,所述修饰的间充质干细胞群体具有以下特征:(i)含有>95%的细胞表达组-1标记;(ii)含有>80%

的细胞表达组-2标记；(iii) 含有<5%的细胞表达组-3标记；(iv) 表达1L-10和TGFβ；(v) 含有<2%的细胞表达1L-6、1L-12和TNFα；(vi) 含有少于0.001%的细胞共表达所有组-4标记。其中组-1标记是：CD73、CD90、CD105、CD146、CD166和CD44。组-2标记是CD13、CD29、CD54和CD49E。组-3标记是CD45、CD34、CD31和SSEA4。组-4标记是：OCT4、NANOG、TRA-1-60和SSEA4。

[0049]　　本文提供了条件培养基、条件培养基浓缩液、细胞裂解物或其衍生品，包括所述MSC分泌的一种或多种生物分子。本文提供了一种利用本文所述MSC作为饲养细胞以扩增骨髓造血干细胞和脐带造血干细胞的方法。在某些实施方式中，所述适合于本公开方法的MSC表达Stro3。在某些实施方式中，MSC与骨髓造血干细胞和/或脐带造血干细胞共培养。在某些实施方式中，所述MSC是间充质基质细胞。本文提供了一种由本文所述MSC和骨髓造血干细胞组成的共培养物。本文提供了一种由本文所述MSC和脐带造血干细胞组成的共培养物。

[0050]　　本文还公开了包含本文所述MSC的试剂盒。在某些实施方式中，所述试剂包含hES-MSC和细胞递送载体。

[0051]　　4.附图简述

[0052]　　为了说明本发明，在附图中描绘了本发明的一些特定实施方式。然而，应该理解本发明并不局限于附图中所描绘的具体布置和手段。

[0053]　　图1A-D是hESC(CT2)经多步骤分化为MSCs的相差图像。(hESC：人胚胎干细胞；EB：胚状体；HB-富集的：成血管细胞-富集的；hES-MSC：人胚胎干细胞衍生的间充质干细胞)

[0054]　　图2A-C描绘了细胞表面标记的流式细胞术分析结果，该细胞来源于第9天成血管细胞富集的培养物。

[0055]　　图3A-1描绘了细胞表面标记的流式细胞术分析结果，该细胞来源于第14天的成血管细胞富集的培养物。

[0056]　　图4显示了第10代hES-MSC的核型分析，其中hES-MSC是由H9-hESC细胞系衍生的。

[0057]　　图5A-C显示了EAE模型小鼠的疾病评分，该小鼠在临床疾病发作前给予hES-MSCs处理。在EAE诱导免疫后6天，10hES-MSC或未分化的hESC或盐水对照(PBS)经腹腔注射到小鼠。图A显示用hES-MSC注射的小鼠(CT2)，图B显示用hES-MSC注射的小鼠(MA09)，图C显示用hES-MSC注射的小鼠(H9)。N=5小鼠/组。**P<0.01。

[0058]　　图6A-F是小鼠在免疫后第28-32天的累积疾病评分(图A-C)和最大疾病评分(图D-F)的柱状图，小鼠免疫如图5所示。N=每组5只小鼠。**P<0.01。

[0059]　　图7是EAE模型小鼠的疾病评分图，该小鼠在临床疾病发作后给予hES-MSCs或盐水对照(PBS)处理。在小鼠免疫18天后，$1 \times 10^6$个hES-MSC腹腔注入小鼠。N=每组6只小鼠。

[0060]　　图8A-B是EAE模型小鼠中枢神经系统的调节T细胞(CD25+FoxP3+)的流式细胞术分析结果，该小鼠在免疫15天后用盐水对照(PBS)或hESC细胞系CT2衍生的hES-MSCs处理。

[0061]　　图9A-F是描绘EAE模型小鼠中枢神经系统的CD4+细胞、CD8+细胞、Th1CD4+T细胞和Th17CD4+T细胞的总数量图(图A-D)，该小鼠在免疫15天后用盐水对照、hESC或hES-MSC处理。图E-F显示经PBS或hES-MSC处理EAE小鼠的CD4+细胞的1L-17和1FN-γ的表达。N=每组4只小鼠。*P<0.05,**P<0.01。

[0062]　　图10A-D显示经hES-MSC(图a和c)或盐水(PBS)(图b和d)处理的EAE模型小鼠的腰脊髓横截面免疫组化检测结果，其中髓鞘碱性蛋白(MBP；红色)，CD3(绿色)标记T细胞，1BA1(绿色)标记小胶质细胞。

[0063]　图11是脊髓的髓鞘碱性蛋白(MBP)的定量分析结果，该结果是采用相对荧光强度(RF1)测量数字捕获脊髓半切术的MBP表达进行的。

[0064]　图12A-C显示了EAE模型小鼠的疾病评分，该小鼠在临床疾病发作前用盐水(PBS)、骨髓间充质干细胞(BM-MSC)或hES-MSC处理。图A显示经PBS、hES-MSCs(MA09)或三种不同来源之一的BM-MSCs处理的5组小鼠。图B显示在临床疾病发作前，经PBS、BM-MSC或hES-MSC(CT2)处理的小鼠。图C显示经PBS、BM-MSC或hES-MSC(MA09)处理的小鼠。对于所有试验，N=5只小鼠每组，在hES-MSC和三种BM-MSC处理的小鼠之间，***P<0.001。

[0065]　图13A-D显示了EAE模型小鼠中枢神经系统的CD4+、CD8+、Th1或Th17T细胞的总数，该小鼠被盐水对照(PBS)、BM-MSCs(BM-MSC细胞系1、2、3)或hES-MSC处理。(N=4只小鼠每组,*P<0.05,**P<0.01)

[0066]　图14A-E显示了EAE模型小鼠脊髓横截面的髓鞘定量分析结果，该小鼠被盐水(PBS)、BM-MSCs(BM-MSC细胞系1、2、3)或hES-MSCs处理，利用荧光髓鞘染色(绿色)以及用DAP1复染(蓝色)，指示核细胞的渗透。

[0067]　图15A-B取免疫14天后EAE模型小鼠的脊髓做冰冻切片(60μm)，然后检测荧光标记的hES-MSC和BM-MSC的定位(图A和B)。该小鼠接受腹腔注射GFP⁺hESC-MSC、GFP⁺BM-MSC或PBS对照。小鼠在注射MSC后被实施安乐死，并且进行免疫染色，其中GFP(绿色；示踪注射的hES-MSC或BM-MSC)、CD31(红色；血管)和DRAQ5(蓝色；细胞核)。图A是薄壁组织的发炎的小静脉。图B显示脑膜的小静脉。所选择的等值面绘制的3D重构RO1(白色虚线框)显示在下一个到原始图像以便增强空间透视。该插图分别显示GFP-DRAQ5(上方插图)单独的GFP的通道(下方插图)。

[0068]　图16A-B分别显示增殖的CD4+和CD8+T细胞的比例，该T细胞在体外与两种hES-MSCs(MA09或CT2)或三种BM-MSC细胞系之一(1、2或3)或PBS(无MSCs)共培养。由所示浓度的抗-CD3抗体刺激T细胞，并且通过流式细胞术分析CFSE的稀释以检测T细胞的增殖。T细胞和MSCs以10:1的比例混合。N=每组3个重复。

[0069]　图17显示CD4+或CD8+T细胞的增殖，该T细胞与BM-MSC、hES-MSC或对照(无MSC)共培养，并且用0μg/ml(NC)、0.1μg/ml或0.3μg/ml抗-CD3抗体刺激T细胞。流式细胞术直方图显示分化的CD4+或CD8+T细胞的百分比，这是以CFSE稀释信号而定的。

[0070]　图18A-J描绘了IFNγ或IL-17+幼稚CD4+T细胞的胞内FACS染色，该T细胞与hES-MSC、三种BM-MSC细胞系之一(#2、#3或#6)或对照(无MSCs)共培养，并且用TPA/离子霉素刺激与幼稚CD4+T细胞共温育的hES-MSC或BM-MSC，然后Th1和Th17分化5天。显示的数据是4组独立试验中的1组。

[0071]　图19A-B通过微阵列分析测定hES-MSC或BM-MSC的相对基因表达水平。N=2,*P<0.05,**P<0.01。

[0072]　图20A-F通过胞内FACS染色检测3个BM-MSC细胞系和3个hES-MSC细胞系的1L-6和1L-10的表达。

[0073]　图21A-D通过胞内FACS染色用1FNγ培养的BM-MSC或hES-MSC(CT2)中的1L-6显示1L-6的表达。NC是阴性对照。

[0074]　图22A-C显示增殖的、CFSE标记的CD8+T细胞的比例，该T细胞被不同剂量的抗-CD3抗体刺激，并且以10:1的比例与三种BM-MSC细胞系(#2、#3或#6)之一共培养，或不与其共培

说　明　书

养。在培养物中添加抗-人1L-6抗体(10μg/ml)或同型对照(1gGk),如所示的。N＝4个重复每组数据点,**P＜0.01。

[0075]　　图23A-B显示1L-6中和抗体(αL-6)增强BM-MSC在体外对CD4+和CD8+T细胞增殖的抑制作用。NC表示T细胞培养时无MB-MSC或抗-1L6抗体。

[0076]　　图24A-J通过胞内FACS染色检测IFNγ+或1L-17+CD4+T细胞的比例,该T细胞在体外用TPA/离子霉素刺激。在Th17分化的条件下,hES-MSC或BM-MSC以1:10比例与小鼠幼稚CD4+T细胞共温育5天,该培养物中存在或不存在抗人1L-6抗体(10μg/ml)。

[0077]　　图25显示EAE模型小鼠的临床疾病评分,该小鼠被注射经辐射的hES-MSC(1rr-hES-MSC;来自MA09)、hES-MSCs(来自MA09)或盐水(PBS)。N＝5只小鼠每组,***P＜0.001。

[0078]　　图26显示表达荧光素酶的hES-MSC(CT2)的免疫染色。利用抗-荧光素酶的抗体(绿色)对在培养皿中培养的表达荧光素酶的hES-MSCs进行免疫染色,并用DAP1(蓝色)复染细胞核。

[0079]　　图27A-B显示在注射EAE小鼠后表达D-荧光素酶的未辐射hES-MSC或辐射(1rr-hES-MSC)在不同时间点(天)的定位。使用Xenogen 1V1S 100成像系统采集图像。在EAE模型小鼠的背部和腹部图像中显示表达D-荧光素的、未被辐射的(图A)和被辐射的(图B)hES-MSC(CT2)。

[0080]　　图28A-D显示GSK3抑制剂B1O((2'Z,3'E)-6-溴靛红-3'-肟,6-B1O)对来源于人胚胎干细胞的胚状体(EB)分化的影响。B1O显著地促进BM形成和使培养物在第7天获得细胞数量增多。

[0081]　　图29是显示B1O促进EB形成数量的柱状图。

[0082]　　图30是流式细胞术图,显示B1O处理提高成血管细胞的形成效率。

[0083]　　图31显示微阵列分析不同hES-MSC细胞系和BM-MSC细胞系的CD10表达水平。

[0084]　　5.发明详述

[0085]　　5.1定义

[0086]　　在本发明的上下文和每个术语应用的特定上下文范围内,本说明书中应用的术语在本领域中一般具有它们的常规含义。在下文或本发明的其他部分对某些术语进行了讨论以对本发明的方法描述及如何使用它们,为实施者提供额外的指导。此外,可以理解为,同样的事务可以以一种以上的方式叙述。因此,对本文所论述的任一个或多个术语都可使用选择性的语言和同义词,无论该术语是否详述或讨论于此,对其都没有任何特殊的意义。本文提供了某些术语的同义词。描述一个或多个同义词并不排除使用其它的同义词。这些或其他在本说明书中任何地方的实施方式的用途仅仅是说明性的,并且决不限制本发明或任何举例说明的术语的范围和含义。

[0087]　　术语"hESC"是人胚胎干细胞,包括从胚胎、内细胞团、卵裂球或细胞系产生的多能性的干细胞。

[0088]　　术语"hES-HB-MSC"是经过中间步骤成血管细胞或血管瘤集落形成而衍生的间充质干细胞。

[0089]　　本文所使用的术语"hES-MSC"或"hES-MSCs"或"人胚胎间充质干细胞"或"人胚胎干细胞衍生的间充质干细胞"或"hES-MSC群"指人胚胎干细胞或诱导多能干细胞"iPSCs"使用任何方法衍生的间充质样干细胞、间充质样基质细胞、间充质干细胞或间充质基质细胞。

本文使用的hES-MSC包括hES-MSC单细胞、hES-MSC细胞系、一批hES-MSC、大量hES-MSC或hES-MSC群。

[0090]　　本文使用的术语"临床级别hES-MSC"指具有以下特征的MSC：适合在临床上用于人、鸟类或其它动物。本文使用的临床级别hES-MSC包括MSC单细胞、MSC细胞系、一批MSC、大量MSC或MSC群。

[0091]　　本文使用的术语"hES-MSC群体"指包括具有适合用于治疗的特征的hES-MSC群体和不具有适合用于治疗的特征的hES-MSC群体。

[0092]　　术语"iPS-MSC"和"iPS-MSCs"和"人诱导多能干细胞衍生的间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于多种结构和功能特性，包括但不限于表达或缺乏表达一种或多种标记。iPS-MSCs是多能性的并且能分化产生其它谱系的细胞类型。

[0093]　　本文使用的短语"治疗有效量"指其数量足以引起改善受试者的临床显著症状，或延迟或最小化或减轻一种或多种与所述疾病有关的症状，或者导致受试者在生理学上所希望的有益改变。

[0094]　　术语"治疗"是指减缓、缓解、改善或减轻至少一种疾病的症状，或在发病后逆转其发作。

[0095]　　术语"预防"指在发病前起作用，以防止形成该疾病或减轻疾病的严重程度或延缓其发展的过程。

[0096]　　本申请中使用的术语"受试者"指具有免疫系统的动物，例如禽类和哺乳动物。哺乳动物包括犬科动物、猫科动物、啮齿类动物、牛、马、猪、羊和灵长类动物。禽类包括但不限于家禽、鸣禽和猛禽。因此，本发明可应用于兽医，例如，治疗玩赏动物、农场动物、动物公园的实验动物和在野外动物。本发明特别适合于人类医药应用。

[0097]　　术语"需要其"是受试者已知或怀疑患有或有风险发展成疾病，包括但不限于多发性硬化症和其他T细胞相关的自身免疫疾病，或与中枢神经系统、血-脑屏障或血-脊髓屏障相关的疾病。

[0098]　　一个需要治疗的受治疗者是已经发生疾病的受试者。一个需要预防的受试者是具有发生该疾病的风险因素的受试者。

[0099]　　本文使用的术语"药剂"指一种产生或能够产生效果的物质，可以包括但不限于化学品、医药品、药物、生物剂、小分子、抗体、核酸、肽类和蛋白质。

[0100]　　5.2胚胎干细胞在体外经过成血管细胞分化以获得间充质样干细胞

[0101]　　本发明提供了一种从人胚胎干细胞(hES)衍生的成血管细胞(HB)产生和扩增间充质样干细胞的方法。所获得的细胞定义为hES-MSCs。可分离和/或纯化这些hES-MSCs。

[0102]　　人胚胎干细胞经不同的方法诱导得到间充质干细胞样的细胞(Barbieri等(2005)；Olivier等(2006)；Sanchez等(2011)；Brown等(2009))。然而，所有这些方法涉及共培养和手工挑选步骤，限制细胞的产量和纯度，并且导致所得细胞的质量不一。

[0103]　　为了解决这些问题，本发明提供了衍生间充质干细胞的新方法，该方法先是将胚胎干细胞诱导成胚状体，然后分化为成血管细胞，最后分化为间充质干细胞。可以假定由于间充质细胞和成血管细胞都起源于中胚层祖细胞(MP)(Huber等(2004))，那么hES经过EB而衍生HB的方法可实际上富集MP，以至于根据随后的培养条件可进一步分化为HB或MSCs。如图1所示，通过hESC分化为EB，再分化为HB，最后分化为MSCs的方法可获得MSCs。

[0104]　尽管 hESC 表达低水平的主要组织相容性复合体抗原,但是已经发现这些抗原在 hESC 分化的多种细胞中表达水平更高 (Draper 等,2002;Drukker 等,2006;Drukker 等,2002),因此,如果把这些分化的细胞移植到患者体内将引起对免疫排斥极大的关注。相反,MSC 表达低水平的共刺激分子和主要组织相容性复合体抗原,并且已经被应用于同种或异种移植模型以治疗自身免疫性疾病 (Gordon 等,2008b;Grinnemo 等,2004;Rafei 等,2009a;Rafei 等,2009b;Tse 等,2003)。hES-MSC 和成体组织来源的 MSC 一样,表达低水平的共刺激分子和主要组织相容性复合体抗原,并且不需要长期移植就能发挥免疫抑制作用。由于 MSC 和患者的主要组织相容性复合体抗原不匹配,因此无需担忧免疫排斥。一个 hESC 系就足以产生无限供应的大规模的 hES-MSC,并且容易控制质量,适合工业化生产,成为一种治疗 MS 和其他以 T 细胞为基础的自体免疫疾病的患者潜在的疗法。

[0105]　Lu 等 (2007) 和 Lu 等 (2008) 已经报告 hES 形成 EB,然后分化为 HB 的方法,该方法也可参见美国专利申请公开 2012/0027731,它们都以其整体内容纳入作用参考。

[0106]　可以从人胚胎干细胞产生人血管瘤集落形成细胞。这种胚胎干细胞包括来源于或通过以下方法获得的胚胎干细胞,例如囊胚、铺板的 1CMs、一个或多个卵裂球、或植入前阶段胚胎的其它部分或胚胎样组织,无论是否通过受精、体细胞核移植 (SCNT)、孤雌生殖、雄核发育或其它有性或无性繁殖方法。

[0107]　此外或可供选择地,可从胚胎衍生的其它细胞中产生血管瘤集落形成细胞。例如可通过来源于或使用铺板的胚胎、1CMs、胚泡、一个或多个卵裂球、滋养层干细胞、胚胎生殖细胞、或植入前阶段的胚胎其它部分或胚胎样组织,无论是否通过受精、体细胞核移植 (SCNT)、孤雌生殖、雄核发育或其它有性或无性繁殖的方法产生血管瘤集落形成细胞 (不需要通过胚胎干细胞衍生这一步骤)。相似地,可以使用从胚胎衍生的细胞分化的部分细胞或细胞系产生血管瘤集落形成细胞。例如,如果一个人胚胎干细胞系被用来生产比血管瘤集落形成细胞发育更原始的细胞,那么就发育潜力和可塑性而言,这种胚胎来源的细胞可以产生血管瘤集落形成细胞。

[0108]　另外或可供选择地,可从其它分娩前和围产后的原料,包括但不限于脐带、脐带血、羊膜液、羊膜干细胞和胎盘中产生血管瘤集落形成细胞。

[0109]　值得注意的是,当从人胚胎组织产生血管瘤集落形成细胞时,形成胚状体这一步骤可能是必需的。然而,考虑到在早期发育期间,胚状体的形成有助于 (至少部分) 重现胚层的三维相互作用,当胚胎衍生的细胞已经具有实质上与胚状体形成一样用途的结构和组织时,这样一个步骤不一定是必需的。举个例子,当从接种的囊胚中产生血管瘤集落形成细胞时,囊胚中的细胞已经形成一定程度的三维结构。同样地,形成胚状体这个步骤并不是提供细胞间信号、感应信号和三维结构所必需的。

[0110]　可使用胚胎衍生的细胞产生血管瘤集落形成细胞。在某些实施方式中,所述胚胎衍生的细胞是胚胎干细胞。在另一些实施方式中,所述胚胎衍生的细胞是铺板的胚胎、内细胞团、滋养层/滋养外胚层细胞、一个或多个卵裂球、滋养层干细胞或早期植入前胚胎的其它部分。对于上文提到的任何一个,所述胚胎衍生的细胞可来自以下方式制备的胚胎:受精、体细胞核移植 (SCNT)、孤雌生殖、雄核发育或其它有性或无性繁殖的方法。

[0111]　人胚胎干细胞或诱导多能干细胞可以是这种方法的起始材料。可以按本领域已知的任何方法培养人胚胎干细胞或诱导多能干细胞,例如存在或不存在饲养细胞。添加终浓

度为0.05uM-0.2uM的GSK3抑制剂B10可提高胚状体形成和后续的成血管细胞形成效率,缩短培养时间。

[0112] 在此阐述的实施方式中,共使用了4种hESC细胞系,分别是H9(来自WiCell Research lnstitute)(Thomson等(1998))、CT2(来自康涅狄格大学干细胞中心(Lin等(2010))、MA09(美国食品和药物管理局批准的、临床级别的细胞系,来自先进细胞技术公司)(Klimanskaya等(2006))和ES03-Envy(Envy,带GFP标签的细胞系,来自ES lnternational)(Costa等(2005))。

[0113] 在通过产生和扩增人成血管细胞以获得间充质干细胞的方法中,其第一步是将人胚胎干细胞培养在无血清培养基中并诱导分化为胚状体。为了诱导形成胚状体,胚胎干细胞可在无血清培养基中沉淀和重悬,如DMEM/F12、HPGM(Lonza)、StemSpan H3000(Stemcell Technologies)、Stempro-34、QBSF-60、Xvivo-15、lMDM、Stemline 1或ll培养(Sigma.TM.),该培养基补充了一种或多种形态发生因子和细胞因子,然后铺在低粘附培养皿上。形态发生因子和细胞因子可包括但不限于骨形态发生蛋白(如BMP-2、BMP-4或BMP-7,但不是BMP-3)、VEGF、SCF和FL。骨形态发生蛋白和VEGF可单独使用,也可以和其它因子结合使用。在细胞培养的0-72小时期间,可在培养基中添加所述形态发生因子和细胞因子。在以下这些条件下温育,在存在早期造血扩增因子的条件下温育,该早期造血扩增因子包括但不限于促促血小板生成素(TPO)、Flt-3配体和干细胞因子(SCF),允许铺板的胚胎干细胞形成胚状体。除了TPO、Flt-3配体SCF、VEGF、BMP-4也可添加至所述培养基。在一个实施方式中,人胚胎干细胞首先生长在含BMP-4和VEGF165(如25-100ng/ml)的培养基中,随后生长在含BMP-4、VEGF165、SCF、TPO和Flt-3配体(如10-50ng/ml)的培养基中。在细胞铺板48-72小时后可添加所述额外的因子。

[0114] 接下来,从早期胚状体(EBs)中分离人成血管细胞。从早期胚状体中分离成血管细胞以支持该细胞体外扩增。对于人细胞,可从生长少于10天的胚状体中获得成血管细胞。在本发明的某些实施方式中,生长了2-6天的人胚状体就能产生成血管细胞。根据一个实施方式,可从生长了4-6天的人胚状体中鉴定和分离成血管细胞。在另一个实施方式中,在分离成血管细胞之前,人胚状体生长了2-5天。在某些实施方式中,在分离成血管细胞之前,人胚状体生长了3-4.5天。

[0115] 在某些实施方式中,使用TrypLE-LE(lnvitrogen)、胰酶/EDTA或胶原酶B来清洗和分离早期胚状体。然后将选择数量的细胞(如2-5×10⁵个细胞)和无血清甲基纤维素培养基混合,该培养基是最有利于成血管细胞生长的,比如BL-CFU培养基,例如干细胞技术公司目录H4436、H4536或成血管细胞扩增培养基(HGM)或任何以下培养基:含1.0%甲基纤维素的MDM、1-2%牛血清白蛋白、0.1mM 2-巯基乙醇、10μg/ml rh-胰岛素、200μg/ml铁饱和的人转铁蛋白、20ng/ml rh-GM-CSF、20ng/ml rh-lL-3、20ng/ml rh-lL-6、20ng/ml rh-G-CSF("rh"表示重组人)。可在该培养基中补充早期细胞因子,包括但不限于EPO、TPO、SCF、FL、Flt-3、VEGF、BMPs,比如BMP2、BMP4和BMP7,但不是BMP3和HOXB4(或另一种同源异型框蛋白)。在某些实施方式中,所述细胞在EPO、TPO和FL存在的情况下生长。在某些实施方式中,H9是起始的人胚胎干细胞,在培养基中添加EPO、TPO和FL。除了EPO、TPO和FL,用于培养H9或其它ES衍生的细胞的培养基可进一步包含VEGF、BMP-4和HoxB4。

[0116] 通过这种方法获得的细胞(该细胞可培养在BL-CFU培养基中),包括成血管细胞,

接铺在超低粘附培养皿，并在$CO_2$培养箱中培养至获得成血管细胞集落。一些细胞也许可以形成次级EBs。再经约3-6天，在些情况下3-4.5天，可观察至成血管细胞集落。成血管细胞集落具有与众不同的葡萄样形态和/或小体积，因此可区别于其它细胞如次级EBs。另外，可通过以下方式鉴定成血管细胞：检测特定标记的表达（如早期造血细胞和内皮细胞标记的表达）和是否具有至少都能分化为造血细胞和内皮细胞的能力。例如，当成血管细胞缺少成熟内皮细胞或造血细胞的某些特征时，可通过特定标记鉴定这些细胞（例如CD133、SCA-1、CD34、CD45、CD31、cKit、巢蛋白+、Stro-1、Stro-3、CD71+）。成血管细胞也可能表达GATA-1、GATA-2蛋白、CXCR-4、TPO和EPO受体。进一步地，成血管细胞的特征可在于表达特定的基因，这些基因与成血管细胞和早期前成红细胞发育相关，例如SCL、LMO2、FLT-1、胚胎胎儿球蛋白基因、NF-E2、GATA-1、EKLF、lCAM-4、glycophoriuns和EPO受体。

[0117]    可根据大小和/或形态以及以下程序分离成血管细胞。在生长3至7天后，混合细胞中包含有EBs和成血管细胞，其中EBs为圆形并呈现多细胞块状，而成血管细胞是葡萄样形态，比EBs小并且是单细胞。因此，可根据细胞的形态和大小分离成血管细胞。例如在显微镜下观察该细胞培养物时，可手工挑选成血管细胞。该细胞随后可形成集落，每个集落含100-150个细胞。

[0118]    在一个实施方式中，用胰酶替代物TrypLE、胰酶或胶原酶B将滋养细胞消化成单细胞。将获得的单细胞在优化的间充质干细胞生长培养基中重悬，含有2-20%胎牛血清（FBS）或人AB血清（ABHS）的α-MEM培养基、含2-20%FBS或ABHS的高糖DMEM培养基。可用5-20%敲除血清替代物（KOSR）或牛血清白蛋白（BSA）或任何其它可用的商业化无血清MSC培养基替代FBS。在某些实施方式中，培养基中血清、KOSR或BSA的浓度约为5-20%。在某些实施方式中，优选胎牛血清。在某些实施方式中，细胞的培养密度约10-1000细胞/$cm^2$。在某些实施方式中，在模拟组织的细胞外基质环境中培养细胞，如基质胶。

[0119]    在约24小时后，大量细胞（5-10%）贴壁于培养皿，约6-14天后，成血管细胞开始向间充质干细胞分化。可通过纺锤样形态鉴定间充质干细胞。也可通过以下方式鉴定鉴定间充质干细胞：表达细胞表面标记CD146和CD166；不表达或表达低水平的某些细胞表面标记如CD31、CD34和CD45。间充质干细胞的特征还在于，具有多能性并能够分化成脂肪细胞、软骨细胞、成骨细胞。来源不同细胞的CD10的表达水平可能有差别，CT2和H9-MSC表达低水平的CD10，而MA09-MSC表达高水平的CD10，这种表达差异与它的免疫抑制功能不相关，但可能与其它功能相关，如纤维化和下游的分化。在某些实施方式中，少于28%、27%、26%、25%、20%、15%、10%、5%、4%、3%、2%、1%的hES-MSC表达CD10。

[0120]    在本发明进一步的实施方式中，额外添加辐射hES-MSCs的步骤。该照射可以采用任何本领域已知的辐射方法，包括但不限于伽马辐射，如铯-137伽马辐射，或X-射线光子辐射。辐射的优选量在5和20000gy之间，更优选的在50和100gy之间，最优选的是80gy。

[0121]    5.3人胚胎干细胞衍生的间充质干细胞（hES-MSC）和iPS-MSC

[0122]    本发明的一个实施方式是人胚胎干细胞衍生的间充质干细胞，定义为hES-MSC。这些细胞是独特的，具有多种治疗用途和其它用途。因此，本发明包括多种包含hES-MSCs制剂和组合物，其中制剂包括药物制剂。

[0123]    术语"hES-MSC"和"hES-MSCs"和"人胚胎干细胞衍生的间充质干细胞"和"人胚胎间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于众多结构和功能特征，包括

但不限于表达或不表达一种或多种标记。hESC-MSCs是多能性的并且能分化产生其它谱系的细胞类型。

[0124]　术语"iPS-MSC"和"iPS-MSCs"和"人诱导多能干细胞衍生的间充质干细胞"在全文中可互换使用。对这些细胞的描述可基于众多结构和功能特征，包括但不限于表达或不表达一种或多种标记。iPS-MSCs是多能性的并且能分化产生其它谱系的细胞类型。

[0125]　可根据它们的结构特征鉴定人胚胎干细胞衍生的间充质干细胞。具体地，根据成纤维细胞样细胞体和纺锤样形态鉴定hES-MSCs。

[0126]　可以通过检测一种或多种细胞标记的DNA、RNA或蛋白的表达或不表达鉴定hES-MSCs。如果细胞具有以下特征，那么该细胞可被认为是hESC-MSCs：表达细胞表面CD73，或表达至少一种或多种以下细胞表面标记：CD90、CD105、CD13、CD29、CD54、CD44、CD146和CD166、或不表达或表达低水平的至少以下一种细胞表面标记：CD34、CD31或CD45。

[0127]　可选择地或另外地，对hES-MSCs的鉴定可根据它们表达低水平的以下一种或多种促炎蛋白：MMP2、RAGE、1FNGR2、TNFα、1L-12A、1L-6和CAM1。以上所述的基因表达模式是与骨髓间充质干细胞相比较的。尤其是，1L-6在BM-MSCs的表达量高于hES-MSCs。1L-6是一种多效的细胞因子，参与造血细胞、免疫细胞和基质细胞之间的交叉作用，包括炎症的发生和终止。

[0128]　可选择地或另外地，类似于其它类型的MCS，根据表达高水平免疫抑制的、非经典的MHC抗原HLA-G和HLA-ABC，以及表达低水平的MHC 11类抗原HLA-DR和共刺激分子CD80鉴定hES-MSCs，该方法类似于鉴定其它类型的MCS。

[0129]　该hES-MSCs的特征还在于它们能够抑制体外受到刺激的T细胞增殖。这个特征是与BM-MSCs形成鲜明对比，因为BM-MSCs具有更低的抑制体外受到刺激的T细胞增殖的能力。

[0130]　因此，本文所描述的人胚胎干细胞衍生的间充质干细胞至少具有以下一种特征：1.分化为软骨细胞、成骨细胞和/或脂肪细胞；2.具有成纤维细胞样形态；3.表达CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146和/或CD166；5.不表达或低水平表达CD34、CD31和/或CD45；6.不表达或低水平表达MMP2、RAGE、1FNγR1、1FNγR2、1L-12、TNFα、1L-6和/或VCAM1，特别是1L-6；7.低水平表达MHC抗原HLA-G和/或HLA-ABC，或不表达HLA-DR和/或CD80；8.在体外抑制受到刺激后的T细胞的增殖。在某些实施方式中，所述hES-MSCs具有至少2种、至少3种、至少4种、至少5种、至少6种、至少7种或所有8种特征。

[0131]　此外，本文所述的人胚胎干细胞衍生的间充质干细胞具有穿过血脑屏障和血脊髓屏障的独特能力，这种穿透能力使该细胞特别适合治疗和诊断应用。如本文所示，本文所述的hES-MSCs具有迁移进出脊髓的血管、穿过血脊髓屏障的能力，以在中枢神经系统发挥作用，这种作用包括但不限于递送用于治疗和诊断的药物。这与BM-MSCs不具有此功能形成比对。

[0132]　在某些实施方式中，所述hES-MSC被γ或x射线辐射。这个实施方式包括具有至少一种、至少2种、至少3种、至少4种、至少5种、至少6种、至少7种或全部8种上文所列举特征的hES-MSC，这些hES-MSC已经受到辐射。

[0133]　在另一个实施方式中，所述细胞培养物包括hES-MSC。在某些实施方式中，所述hES-MSC分化成软骨细胞、成骨细胞和/或脂肪细胞。在某些实施方式中，所述hES-MSC表达CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146和/或CD166。在某些实施方式中，所述细胞

说　明　书

表达低水平的或不表达CD34、CD31和/或CD45。在某些实施方式中，所述细胞表达低水平或不表达MMP2、RAGE、IFNγR1、IFNγR2、IL-12、TNFα、IL-6和/或VCAM1，特别是IL-6。在某些其他的实施方式中，所述细胞表达主要组织相容性复合体抗原HLA-G和/或HLA-ABC，并且表达低水平的或不表达HLA-DR和/或CD80。在某些实施方式中，所述细胞在体外抑制受到刺激后的T细胞的增殖。在某些实施方式中，所述细胞可以穿过血脑屏障和血脊髓屏障。在某些实施方式中，所述细胞已经被辐射。

[0134]　　在另一方面，本文提供了一种包含hES-MSC的药物制剂。在某些实施方式中，所述hES-MSCs可分化为软骨细胞、成骨细胞和/或脂肪细胞。在某些实施方式中，所述hES-MSC表达CD73、CD90、CD105、CD13、CD29、CD54、CD44、CD146和/或CD166。在某些实施方式中，这些细胞表达低水平或不表达CD34、CD31和/或CD45。在某些实施方式中，所述细胞表达低水平的或不表达MMP2、RAGE、IFNγR1、IFNγR2、IL-12、TNFα、IL-6和/或VCAM1，特别是IL-6。在某些实施方式中，所述细胞表达主要组织相容性复合体抗原HLA-G和/或HLA-ABC，并且表达低水平的或不表达HLA-DR和/或CD80。在某些实施方式中，所述细胞可以穿越血脑屏障和血脊髓屏障。在某些实施方式中，所述细胞已经被辐射。可以使用任何药学可接受的载体或赋形剂制备所述药物制剂。

[0135]　　在某些实施方式中，所述组合物或药物制剂包含至少10000个hES-MSC、至少50000个hES-MSC、至少100000个hES-MSC、至少500000个hES-MSC、至少$1 \times 10^6$个hES-MSC、至少$5 \times 10^6$个hES-MSC、至少$1 \times 10^7$个hES-MSC、至少$5 \times 10^7$个hES-MSC、至少$1 \times 10^8$个hES-MSC、至少$5 \times 10^8$个hES-MSC、至少$1 \times 10^9$个hES-MSC、至少$5 \times 10^9$个hES-MSC或至少$1 \times 10^{10}$个hES-MSC。

[0136]　　在某些实施方式中，本发明提供了一种人血管瘤集落细胞或其部分分化的或最终分化的细胞的冷冻保存制剂。

[0137]　　在某些实施方式中，本发明提供了hES-MSCs的治疗用途或hES-MSCs组合物或hES-MSCs制剂，包括已被辐射的hES-MSCs。这种细胞和制剂可用于治疗整个说明书中所述的任何病症和疾病，以及可以应用于递药系统，以使药物穿越血脑屏障和血脊髓屏障。

[0138]　　5.4选择和生产hES-MSC群体

[0139]　　本文提供了一种鉴别具有高度免疫抑制能力的hES-MSC的方法，其中，该方法通过鉴别hES-MSC的生物标记谱进行，所述hES-MSC是用于治疗的、临床级别的、具有高度免疫抑制效力。在某些实施方式中，这些临床级别的hES-MSC具有以下特性：(i)包含>95%的细胞表达组-1标记；(ii)包含>80%的细胞表达组-2标记；(iii)包含<5%的细胞表达组-3标记；(iv)表达IL-10和TGFβ；(v)包含<2%的细胞表达IL-6、IL-12和TNFα；(vi)包含<0.001%的细胞共表达所有组-4标记。其中，组-1标记是：CD73、CD90、CD105、CD146、CD166和CD44。组-2标记是：CD13、CD29、CD54和CD49E。组-3标记是：CD45、CD34、CD31和SSEA4。组-4标记是：OCT4、NANOG、TRA-1-60和SSEA4。

[0140]　　在某些实施方式中，所述方法包括检测标记的差异表达，该标记编码抗炎症因子(AIF)和促炎症因子(PIF)。在某些实施方式中，所述抗炎症因子是IL-10和TGFβ2。在某些实施方式中，促炎症因子的表达上调。在某些实施方式中，以上标记在hES-MSC的表达量至少是BM-MSC的1.5倍。在某些实施方式中，促炎症因子是IL-6、IL-12、TNFα、CCL2、VCAM1、RAGE和MMP2。在某些实施方式中，促炎症因子的表达下降。在某些实施方式中，以上标记在hES-MSC的表达量至少比BM-MSC的少一半。在另一个实施方式，在具有高度免疫抑制能力的hES-

MSC中，IL-6阳性的细胞比率少于5%、4%、3%、2%或1%。在某些实施方式中，hES-MSC表达低水平的IL12、TNFα、RAGE和其它PIF。在某些实施方式中，hES-MSC可能表达高水平的TGFβ2和IL-10。在某些实施方式中，所述标记的表达是以BM-MSC为对照。

[0141]　　这里提供临床级别的hES-MSC群体的鉴定方法。为了确定hES-MSC群体是否适合应用治疗，需要检测该细胞特异性生物标记的表达。这些生物标记包括例如，(1)间充质干细胞特异性的标记：CD73、CD90、CD105、CD166和CD44(第一组)；(2)间充质干细胞特异性的标记：CD13、CD29、CD54、CD49E、SCA-1和STRO-1(第二组)；(3)造血干/祖细胞的标记：CD45、CD34和内皮细胞的标记CD31；(4)免疫标记：HLA-ABC、HLA-G、CD80和CD86；(5)细胞因子：IL-10、TGFβ、IL-6和IL-12；(6)多能性的标记：OCT4、NANOG、TRA-1-60和SSEA-4。在某些实施方式中，hES-MSC群体包含超过95%、96%、97%、98%或99%的细胞表达至少一种组-1标记。在某些实施方式中，hES-MSC群体包含超过80%、85%、90%、95%或99%的细胞表达至少一种组-2标记。在某些实施方式中，hES-MSC群体包含少于0.1%、0.08%、0.05%、0.03%、0.02%或0.01%的细胞表达至少一种组-3标记。在某些实施方式中，hES-MSC群体包含超过80%、85%、90%、95%或99%的细胞表达IL-10和/或TGFβ。在某些实施方式中，hES-MSC群体包含少于5%、4%、3%、2%、1%的细胞表达IL-6和/或IL-12。在某些实施方式中，hES-MSC群体包含少于0.001%的细胞表达至少一种组6标记。在某些实施方式中，临床前级别的hES-MSC作为阳性对照，与临床级别的hES-MSC相比较。在某些实施方式中，通过多色流式细胞术和/或免疫荧光分析hES-MSC的特征。在某些实施方式中，hES-MSC群体表达CCL2、CCL3、CCL4、CCL5、IL-1、IL-2、IL-4、IL-6、IL-8、IL-10、IL-17、TNFα、TGFβ、IFNγ、GM-CSF、G-CSF、bFGF、CXCL5、VEGF、TPO或其组合。在某些实施方式中，还对hES-MSC群体作以下分析：(1)存在外源性材料如内毒素和残留的细胞因子/生长因子，和/或(2)基因异常(利用核型分析和全基因组测序)。

[0142]　　对所述MSC表达谱的检测方法是本领域已知的。这些方法包括但不限于：流式细胞术、多重芯片、RT-PCR、RNA印迹和蛋白质印迹。在某些实施方式中，对所述MSC表达谱的分析采用基于多种细胞因子分析的流式微球检测、基于多种细胞因子分析的luminex系统、基因表达的高通量分析、定量RT-PCR、酶联免疫斑点测定法、细胞因子酶联免疫吸附测定、荧光素酶报告系统、流式细胞术、荧光报告系统、组织染色和免疫荧光染色。

[0143]　　5.4.1.监测核酸生物标记的方法

[0144]　　在具体的实施方式中，核酸属于生物标记谱中的一种生物标记。这种生物标记和生物标记谱相应的特征可通过以下所述产生，如检测一种或多种标记的表达产物(如多核苷酸和多肽)。在一个具体的实施方式中，这些生物标记和生物标记谱相应的特征的获得渠道是：利用本领域技术人员公知的任何方法检测和/或分析这里公开的一种标记所表达的一种或多种核酸，所述的方法包括但不限于杂交、芯片分析、RT-PCR、核酸酶保护测定和RNA印迹分析。

[0145]　　在某些实施方式中，通过本方法检测和/或分析的核酸和本发明的组合物包括RNA分子，例如表达的RNA分子(包括mRNA分子)、mRNA的剪切变异体、调控RNA、cRNA分子(如RNA分子在体外转录为cDNA分子)及其识别片段。

[0146]　　在具体的实施方式中，在体外制备的核酸来自存在细胞培养物的核酸，或从细胞培养物分离的、或部分分离的核酸，所述细胞培养物是本领域所熟知的。以上所述一般描述

在如,Sambrook等,2001,分子克隆,实验手册,第三版,冷泉港实验室出版社(纽约冷泉港),该文件全部内容在此引入作为参考。

[0147]　　5.4.1.1核酸阵列

[0148]　　在某些实施方式中,核酸阵列通过检测任何一个或多个这里所述的生物标记,获得生物标记谱中的生物标记的特征。在本发明的一个实施方式中,利用微阵列如cDNA微阵列检测生物标记谱的生物标记的特征值。下文和在实施方式中描述cDNA微阵列分析的示例方法。

[0149]　　在某些实施方式中,通过与阵列上可检测的标记的核酸杂交获取生物标记谱中的生物标记的特征值,所述标记的核酸代表生物样本中存在的mRNA转录体的核酸序列,或与这些序列一致。所述生物样品(如合成来自样本的荧光标记的cDNA)与包含一个或多个探针斑点的微阵列相杂交。

[0150]　　有不同的方法制备核酸阵列如微阵列,在下文描述其中一些方法。优选地,阵列是可复制的,允许生产给定阵列的多个拷贝并相互比较。优选地,阵列由在结合(例如,核酸杂交)条件下稳定的材料制造。本领域技术人员将会知道在阵列上杂交测试探针至探针斑点所用的适宜支持物、基质或载体,或者能利用普通实验确定这些适合的载体。

[0151]　　在使用阵列如微阵列时可包括一个或多个测试探针。在某些实施方式中,每一个这样的测试探针包含一个与所要检测的RNA或DNA的亚序列互补的多核苷酸序列。每个探针通常具有不同的核酸序列,并且每个探针在阵列的固体表面上的位置通常是已知的或可确定的。对本发明有用的阵列可包括,例如寡核苷酸微阵列、基于cDNA的阵列、单核苷酸多态性阵列、可变剪切体阵列和任何其他能够提供本文所述标记的表达的定性、定量或半定量的阵列。某些类型的微阵列是可寻址的阵列。更具体地,一些微阵列是定位的、可寻址的阵列。在一些实施方式中,阵列的每一个探针的位置是已知的。已知固体载体上的预定位置,从而每个探针的身份(例如,序列)可以从其在阵列上(例如,载体或表面上)的位置确定。在某些实施方式中,这些阵列是有序的阵列。微阵列一般描述于Draghici,2003,DNA微阵列数据分析工具,Chapman和HaII/CRC,该文件全部内容在此引入作为参考。

[0152]　　5.4.1.2RT-PCR

[0153]　　在某些实施方式中,为确定在一个或多个本文所述标记的表达水平的生物标记谱中的生物标记的特征值,该特征值的测量是通过使用逆转录(RT)和聚合酶链式反应(PCR)从样品中扩增RNA。按照该实施方式,反转录可以定量或半定量的。本文所教导的RT-PCR方法可以与上述的微阵列的方法结合使用。例如,可以进行一个批量的PCR反应,并且PCR产物可被解析和用作微阵列上探针斑点。

[0154]　　使用总RNA或mRNA作模板,并且与标记(或多个)转录部分特异性配对的引物用于启动逆转录。RNA逆转录为cDNA的方法是众所周知的,参照上述Sambrook等(2001年)。可以根据已发表的或可从任何可公开获得的序列数据库,如GenBank中的已知核苷酸序列设计引物。例如,可设计针对本文所述的任何标记的引物。另外,可利用商购的软件设计引物(例如,Primer Designer 1.0和Scientific Software等)。反转录的产物随后被用作PCR的模板。

[0155]　　PCR提供了一种通过使用由热稳定的、依赖DNA的DNA聚合酶催化多个循环的DNA复制来扩增感兴趣的靶序列的快速扩增特定核酸序列的方法。PCR反应需要存在:被扩增的核

酸、被扩增核酸侧翼的两条单链寡核苷酸引物、DNA聚合酶、脱氧核糖核苷三磷酸缓冲液和盐离子。PCR技术的方法是本领域所熟知的技术。对PCR的使用可参考如MuIIis和FaIoona，1987年，酶学方法，155:335。该文件全部内容在此引入作为参考。

[0156]　　PCR扩增需要模板DNA或cDNA(至少10fg，更有效地，1-1000ng)和寡核苷酸引物(至少25pmoI)。典型的反应混合物包括:2µI DNA、25pmoI的寡核苷酸引物、2.5µI 10M PCR缓冲1(Perkin-EImer，福斯特城，加利福尼亚州)、0.4µI 1.25M的dNTP、0.15µI(或2.5units)Taq DNA聚合酶(Perkin-EImer，福斯特城，加利福尼亚州)和添加去离子水至总体积25µI。矿物油覆盖PCR反应体系，在可用可编程热循环仪进行PCR反应。

[0157]　　定量RT-PCR("QRT-PCR")本质是定量的，也可以提供对标记表达水平的定量测量。QRT-PCR的逆转录和PCR反应可以分两步进行，或者这两个反应可以同时发生。其中一项技术使用特异转录的反义探针，通常有市售的试剂盒，如Applied Biosystems(福斯特城，加利福尼亚州)的Taqman试剂盒(Perkin EImer，福斯特城，加利福尼亚州)。该探针是特异性的PCR产物(例如，来自基因的核酸片段)，并且含有猝灭基团和络合至所述寡核苷酸5'末端的荧光报告基团。不同的荧光标记连接到不同的探针上，从而允许在一个反应中测量两种探针。当Taq DNA聚合酶被激活时，它利用其5'至3'外切酶活性清除结合于模板上的荧光报告基团。在不存在所述淬灭基团时，报告基团发光。探针颜色的变化与每一个特异性产物的含量成正比，并通过荧光计进行测量。因此，可以测量每种颜色的量以及对PCR产物进行定量。所述PCR反应在96孔板中进行，以便同时检测许多不同来源的样品。所述的Taqman系统具有不需要凝胶电泳的附加优点，并且使用标准曲线时可以定量分析。

[0158]　　另一种可用于定量检测PCR产物的技术使用一种嵌入染料，如市售的QuantiTect SYBR Green PCR(Qiagen公司，瓦伦西亚，加利福尼亚州)。在PCR反应阶段，SYBR Green染料掺入双链的PCR产物中，并且产生的荧光信号与PCR产物的量成正比。

[0159]　　RNA逆转录后都可以使用Taqman和QuantiTect SYBR系统。逆转录既可以在相同的反应体系作为PCR的步骤(一步法)，也可以在PCR扩增之前完成(两步法)。此外，已知的其它定量检测mRNA表达的系统包括MoIecuIar Beacons，该系统使用的探针具有荧光分子和猝灭剂分子，这种探针可以形成发夹结构，当发夹形成时，荧光分子淬灭;当探针杂交至PCR产物时，发出荧光信号，根据杂交荧光信号的强度定量地检测基因表达。

[0160]　　5.4.1.3RNA印迹试验

[0161]　　本领域技术人员已知的任何杂交技术可用于产生生物标记谱中的生物标记的特征值。在其他具体实施中，可通过RNA印迹分析获得生物标记谱中的生物标记的特征值(为了定量特异的RNA分子)。按照本领域普通技术人员所知的常规RNA杂交技术，一个标准的RNA印迹可用于确定一种RNA转录物的大小，鉴定选择性剪接的RNA转录产物，鉴定本文所述的一个或多个基因在样品中的相对量(尤其是mRNA)。在RNA印迹中，RNA样本首先在变性的琼脂糖凝胶上电泳，根据大小分离RNA，然后将RNA转印至膜上，与标记的探针交联和杂交。可以使用非同位素或高活性的放射性标记的探针，包括随机引发的、缺口转移的、或PCR产生的DNA探针、在体外转录的RNA探针和寡核苷酸。另外，仅部分同源的序列(例如，来自不同物种的cDNA或可能含有一个外显子的基因组DNA片段)可用作探针。标记的探针，例如放射性标记的cDNA，要么包含全长、单链的DNA，要么是该DNA序列的片段，其长度可以是至少20个、至少30个、至少50个或至少100个连续的核苷酸。可通过本技术领域技术人员所熟知

的许多不同方法中的任何方法标记探针。最常用于这些研究的标记是放射性元素、酶、暴露于紫外时会发出荧光的化学物质以及其它。许多荧光物质是已知的并且可以用作标记。这些包括但不限于荧光素、罗丹明、金胺、得克萨斯红、AMCA蓝和荧光黄。可以通过任何目前可用的计数方法来检测放射性标记。同位素包括但不限于3H、14C、32P、35S、36C1、51Cr、57Co、58Co、59Fe、90Y、125I、131I和186Re。酶标记也是可用的，并且可以通过任何现有的比色法、分光光度法、荧光光度法、电流分析法或气体定量技术检测。该酶通过与桥接分子如碳化二亚胺、二异氰酸酯、戊二醛等反应，偶联于选择的粒子。可以使用本领域技术人员已知的任何一种酶。这种酶的实例包括但不限于辣氧化物酶、β-D-半乳糖苷酶、脲酶、葡萄糖氧化酶、过氧化物酶和碱性磷酸酶。可参考美国专利号3654090、3850752和4016043。

[0162]　5.4.2检测蛋白的方法

[0163]　在本发明的具体实施方式中，可以通过检测蛋白质获得生物标记谱中的生物标记特征值，例如，通过检测本文所述的一种或多种标记的表达产物（如核酸或蛋白质）、或翻译后修饰的蛋白质、或其它修饰的蛋白质、或经加工的蛋白质。在一个具体的实施方式中，可通过检测和/或分析本文公开的标记表达的一种或多种蛋白质和/或其识别片段产生生物标记谱，其中，检测和/或分析蛋白的方法是本领域技术人员已知的任何方法，包括但不限于蛋白质微阵列分析、免疫组织化学和质谱分析。

[0164]　免疫分析的标准技术可用于检测检测蛋白质的量和细胞培养物中目的蛋白。例如，先进行十二烷基硫酸钠聚丙烯酰胺凝胶电泳（SDS-PAGE），然后进行蛋白质印迹和免疫共沉淀检测蛋白质的量和样本中感兴趣的蛋白，其它检测方法还有免疫化学等。用于检测目的蛋白质的一种示例性试剂是能够特异性结合到目的蛋白的抗体。优选可检测标记的抗体，不管是直接还是间接标记。

[0165]　对于这样的检测方法，利用本领域技术人员已知的技术很容易分离得到在细胞培养物中想要分析的蛋白质。蛋白质分离方法可参考，例如Harlow和Lane，1988年，抗体：实验室手册，冷泉港实验室出版社（冷泉港，纽约），该文件全部内容在此引入作为参考。

[0166]　在某些实施方式中，检测蛋白质或目的蛋白的方法涉及蛋白质－特异性抗体的相互作用。例如，抗体导向目的蛋白。可以利用本领域技术人员已知的标准技术产生抗体。在具体的实施方式中，抗体可以是多克隆抗体，或更优选的是单克隆抗体。可以使用完整的抗体或抗体片段（例如，单链抗体，Fab或F(ab')₂。

[0167]　例如，能特异性结合目的蛋白的抗体或抗体片段可以用来定量或定性检测蛋白质的存在。以上所述可以通过例如免疫荧光技术实现。另外，可以使用抗体（或其片段）在组织学中原位检测目的蛋白，如免疫荧光或免疫电镜术。可通过从病人取生物样本（如活检样本）并对其添加针对目的蛋白的抗体完成原位检测。施用抗体（或片段）时，优选使抗体（或片段）覆盖生物样本。通过使用这样的方法，在特定的样本中有可能不仅检测目标蛋白是否存在，还检测其分布。多种已知的组织学的方法（如染色方法）可实现这种原位检测。

[0168]　检测目的蛋白的免疫测定法通常包括可检测标记的抗体与样品温育，该抗体能够鉴定目的蛋白。此外，免疫测定法还包括利用本领域所公知的任何技术检测结合的抗体。为下面更详细地讨论，术语"标记"可以指直接标记抗体，如耦合（也就是物理上连接）可检测的物质到抗体上，也可指间接标记抗体，该抗体通过与其它直接标记的物质反应。间接标记的实例包括用荧光标记第二抗体对第一抗体进行检测。

　　　　　　　　　　说　明　书　　　　　　　　　　

[0169]　　该样品可接触固相支持物或载体如硝酸纤维素,或能固定细胞、细胞颗粒或可溶蛋白的其他固相支持物或载体。然后用适宜的缓冲液洗涤该支持物,接着用可检测标记的指纹基因一特异性抗体处理。紧接着用缓冲液第二次洗涤固相支持物,以除去未结合的抗体。最后可以通过常规的方法来检测结合在固相支持物上标记的量。

[0170]　　"固相支持物或载体"是指能够结合抗原或抗体的任何支持物。熟知的支持物或载体包括玻璃、聚苯乙烯、聚丙烯、聚乙烯、葡聚糖、尼龙、淀粉酶、天然和改性纤维素、聚丙烯酰胺和磁铁矿。载体的性质在一定程度上是可溶的,或对于本发明的目的是不可溶的。所述载体材料可以具有任何可能的构型,只要偶联的分子能够结合抗原或抗体。因此,支撑结构可以是球形,如珠子;或圆柱形的,如在试管的内表面,或棒的外表面。优选的支持物包括聚苯乙烯珠。本领域的技术人员将知道很多其它合适的、用于结合抗体或抗原的载体,或将能够通过常规实验来确定。

[0171]　　能够可检测地标记特异地针对目的蛋白的抗体的一种方法是将该抗体与酶相连,然后用于酶免疫分析(EIA)(可参照VoIIer,1978,"The Enzyme Linked Immunosorbent Assay(ELISA)",Diagnostic Horizons 2:1-7,MicrobioIogicaI Associates QuarterIy PubIication,WaIkersviIIe,Md.;VoIIer et aI.,1978,J.CIin.PathoI.31:507-520;ButIer,J.E.,1981,Meth.EnzymoI.73:482-523;Maggio(ed.),1980,Enzyme Immunoassay,CRC Press,Boca Raton,FIa.;Ishikawa等,(eds.),1981,Enzyme Immunoassay,Kgaku Shoin,Tokyo。每一个文件的全部内容在此引入作为参考)。与抗体结合的酶与合适的底物反应,优选为显色底物。通过以这样的方式,如过分光光度法、荧光法或视觉手段检测产生可检测的化学物质。可以用于可检测标记抗体的酶包括但不限于苹果酸脱氢酶、葡萄球菌核酸酶、δ-5-类固醇异构酶、酵母醇脱氢酶、α-磷酸甘油脱氢酶、磷酸丙糖异构酶、辣根过氧化物酶、碱性磷酸酶、天冬酰胺酶、葡萄糖氧化酶、β-半乳糖苷酶、核糖核酸酶、脲酶、过氧化氢酶、葡萄糖-6-磷酸脱氢酶、葡糖淀粉酶和乙酰胆碱酯酶。所述检测可以通过使用比色方法完成,该方法采用酶的显色底物。还可以通过将酶与底物反应的程度与类似制备的标准物进行肉眼比较以完成检测。

[0172]　　还可以用各种其它免疫方法中的任何一种方法完成检测。例如,利用放射性标记的抗体或抗体片段,可通过使用放射免疫测定法(RIA)检测目的蛋白(参见,例如,温特劳布,1986,放射免疫测定原理,第七次培训课程放射性检测技术,内分泌学会,在此通过引用将其整体并入本文)。放射性同位素(例如125I、131I、35S或3H)可以通过如使用γ计数器或闪烁计数器或通过放射自显影来检测。

[0173]　　另外,也可以用荧光化合物标记抗体。当荧光标记的抗体暴露于适当波长的光,就能通过荧光检测抗体的存在。其中最常用的荧光标记化合物是异硫氰酸荧光素、罗丹明、藻红蛋白、藻蓝蛋白、别藻蓝蛋白、邻-苯二醛和荧光胺。

[0174]　　也可以用发出荧光的金属可检测性地标记抗体,如152Eu或其它镧系元素。这些金属可以通过金属螯合基团如二亚乙基三乙酸(DTPA)或乙二胺四乙酸(EDTA)连接到抗体。

[0175]　　还可以通过将抗体偶联到化学发光的化合物上实现可检测性地标记抗体。检测化学反应过程中产生的光就可以确定化学发光标记的抗体。特别有用的化学发光标记化合物是鲁米诺、异鲁米诺、染色吖啶酯、咪唑、吖啶盐和草酸酯。

[0176]　　同样地,生物发光化合物可用于标记本发明的抗体。生物发光是在生物系统中发

现的一种化学发光,其中,催化性蛋白提高了化学发光反应的效率。可通过检测发光的存在来确定生物发光蛋白的存在。用于标记目的重要的生物发光化合物是萤光素、萤光素酶和水母发光蛋白。

[0177]　　在另一个实施方式中,除了抗体,特异性结合的分子如核酸适配体可用于结合生物标记。在另一个实施方式中,生物标记谱可包括传染性病原体中可检测的部分(例如,脂多糖或病毒蛋白)或其组分。

[0178]　　在某些实施方式中,使用蛋白质芯片测定法(例如,ProteinChip® 生物标志物系统,赛弗吉,弗里蒙特,加州)检测生物标记谱中的生物标记特征值。也参见,例如,Lin,2004,Modern Pathology,1-9;Li,2004,Journal of Urology 171,1782-1787;Wadsworth,2004,Clinical Cancer Research,10,1625-1632;Prieto,2003,Journal of Liquid Chromatography&Related Technologies 26,2315-2328;Coombes,2003,Clinical Chemistry 49,1615-1623;Mian,2003,Proteomics 3,1725-1737;Lehre et al.,2003,BJU International 92,223-225;和Diamond,2003,Journal of the American Society for Mass Spectrometry 14,760-765。其每一个在此通过引用以其整体并入本文。

[0179]　　在一些实施方式中,珠测定法用于检测生物标记谱中的生物标记特征值。Becton Dickinson公司的流式微阵列法系统(CBA)就是一种珠测定法。CBA使用一系列颗粒与离散的荧光强度同时检测多种可溶性分析物。CBA与流式细胞术结合创建一种多元分析。Becton Dickinson公司CBA的系统,具体的例子如Becton Dickinson人炎症试剂盒,在基于颗粒的免疫测定中,使用流式细胞术放大荧光检测的灵敏度检测可溶性分析物。CBA中的每颗珠提供特异性蛋白的捕获表面,类似于ELISA平板中单独包被的孔。BD公司的CBA捕获珠复合物是悬浮的,以致于容许检测多种小体积的化合物。

[0180]　　在一些实施方式中,多重分析方法在美国专利5981180(下称"180专利")中描述,通过引用将其整体并入,特别是用于教导通用方法、珠技术、系统硬件和抗体检测,并且用来检测生物标记谱的生物标记。为了这种分析,合成微粒的基质,其中所述基质包含由不同组的微粒组成。每组微粒可以有数千个不同的抗体俘获试剂的分子固定在微粒表面并且是颜色便编码的,因为掺入了不同量的两种荧光染料。两种荧光染料的比率为每组微粒提供了一个不同的发射光谱,因此鉴定微粒群中的微粒。美国专利号6268222和6599331也都通过引用的方式整体并入,特别是用于教导标记的微粒进行多重分析的各种方法。

[0181]　　5.4.3其它检测方法

[0182]　　在一些实施方式中,分离方法可以用于检测生物标记谱中的生物标记特征值,以至于能分析标本中生物标记的一个子集。例如,被分析的生物标记可以是来自细胞提取物的mRNA。这些细胞提取物已经被分馏,仅仅获得核酸生物标记,或者这些生物标记可以来自样本中蛋白总补体的一部分,其中,该样本已经通过色谱技术分馏。

[0183]　　还可以通过使用如下所述的一种或多种方法产生生物标记谱中的生物标记的特征值。例如,可包括核磁共振(NMR)波谱、质谱法,如电喷雾电离质谱(ESI-MS)、ESI-MS/MS、ESI-MS/(MS)n(n是一个大于零的整数)、激光解吸电离飞行时间质谱(MALDI-TOF-MS)、表面增强激光解吸/电离飞行时间质谱(SELDI-TOF-MS)、解吸/电离上硅(DIOS)、二次离子质谱(SIMS)、四极杆飞行时间串联质谱(Q-TOF)、大气压化学电离质谱(APCI-MS)、APCI-MS/MS、APCI-(MS)n、大气压光电离质谱(APPI-MS)、APPI-MS/MS和APPI-(MS)n。其它质谱方法可包

括,尤其是四极、傅里叶变换质谱(FTMS)和离子阱。其它合适的方法可包括化学提取分配、柱层析、离子交换层析、疏水(反相)液相色谱法、等电聚焦、一维聚丙烯酰胺凝胶电泳(PAGE)、二维聚丙烯酰胺凝胶电泳(2D-PAGE)或其它色谱法,例如薄层、气相或液相色谱法,或其任何组合。在一个实施方式中,所述生物样品可在应用分离方法前先分馏。

[0184] 　　在一个实施方式中,激光解吸/电离飞行时间质谱用于检测生物标记谱中的生物标记的特征值,其中所述生物标记是蛋白或蛋白片段,它们被离子化,并被激光辐射而蒸发至固定的支持物。特征值是存在或不存在的峰,而所述峰代表这些碎片在质谱的模式。各种激光解吸/离子化技术是本领域所熟知的,可参见Guttman et等,2001,AnaI.Chem.73:1252-62和Wei等,1999,Nature 399:243-246。每个内容通过引用的方式将其整体并入。

[0185] 　　激光解吸/电离飞行时间质谱能够在一段相对短的时间内生成大量的信息。将生物样品加至不同样的载体上,所述生物样品或其子集结合所有的生物标记。经过或未经过纯化或分馏的细胞裂解物或样品,以体积低至0.5μL直接施加到这些载体表面。在施加至载体表面之前,可将裂解物或样品浓缩或稀释。然后用于生成样本或样品激光解吸/电离质谱,所用时间只需要短短3小时。

[0186] 　　5.5数据分析算法

[0187] 　　hES-MSC生物标记的表达谱是区分临床级别和非临床级别hES-MSC的参考因素。这些生物标记的识别及其相对应的功能(例如,表达水平)可用于建立一个或多个的决策规则。特定数据分析算法建立的一个或多个决策规则,可区分临床级别和非临床级别hES-MSC。一旦使用这些典型的数据分析算法或本领域中已知的其它技术建立决策规则,这些决策规则将被用于把hES-MSC群分类为两个或更多的级别(例如临床级别和非临床级别)。这是通过将决策规则应用于从细胞培养物获得的生物标记谱实现的。因些,这样的决策规则在定义hES-MSC的质量时具有巨大的价值。

[0188] 　　在某个实施方式中,本文提供了一种用于比较从待测和对照细胞培养物获得的生物标记谱的评价方法。在某些实施方式中,从对照群或待测细胞培养物获得的每种生物标记谱包括多个生物标记谱中的其中一项特征值。在一些实施方式中,这种比较是通过:(i)使用对照群的生物标记建立一种决策规则;(ii)将所述决策规则应用于待测细胞培养物的生物标记谱。这样,本发明的一些实施方式中应用的决策规则用于确定待测细胞是临床级别或非临床级别。在其它实施方式中,对照群是BM-MSC。

[0189] 　　在本发明的一些实施方式中,当应用决策规则鉴定待测细胞培养物是临床级别hES-MSC时,可用作治疗。如果鉴定结果发现是非临床级别,那么不能用作治疗。

[0190] 　　5.5MSC的修饰

[0191] 　　本文提供一种修饰的间充质干细胞生产一群免疫抑制功能获得提升的MSC群的方法。所述MSC具有以下特征:(i)含>95%的细胞表达组-1标记;(ii)含>80%的细胞表达组-2标记;(iii)含<5%的细胞表达组-3标记;(iv)表达IL-10和TGFβ;(v)含有<2%的细胞表达IL-6、IL-12和TNFα;(vi)含有<0.001%的细胞共表达所有组-4标记。所述组-1标记是:CD73、CD90、CD105、CD146、CD166和CD44;组-2标记是:CD13、CD29、CD54和CD49E;组-3标记是CD45、CD34、CD31和SSEA4;组-4标记是:OCT4、NANOG、TRA-1-60和SSEA4。

[0192] 　　本文提供一种通过提高AIF表达而提升hES-MSC的免疫抑制功能的方法。在一个实施中,所述方法包括下调PIF的表达。在一个实施方式中,所述方法包括下调IL6、IL12、TNF

说　明　书

α、RAGE和其他PIF在hES-MSC的表达。在一个实施方式中，所述方法包括上调TGFβ和IL-10在T-MS的表达。

[0193]　　在某些实施方式中，所述方法包括hES-MSC的遗传和表观遗传修饰，所述修饰是本领域已知的。在某些实施方式中，遗传修饰和表观遗传修饰包括但不限于敲除、小发夹RNA（"shRNA"）、微小非编码RNA（"miRNA"）、非编码RNA（"ncRNA"）、吗啉寡聚核苷酸、诱饵RNA、DNA甲基化调控、组蛋白甲基化调控、翻译抑制和/或抗体封闭。在某些实施方式中，通过转座子、toll样受体配体或小分子修饰MSC。

[0194]　　在某些实施方式中，使用小分子靶向作用IL-6信号通路的任何元件。在某些实施方式中，所述靶标包括但不限于gp130、STAT3、组织蛋白酶S、NFkappaB和IRF5。在某些实施方式中，通过以下方式使hES-MSC的IL-12表达减少：前列腺素E2信号通路激活；胞内环腺苷酸（cAMP）以及cAMP激动剂包括但不限于毛喉素、霍乱毒素、β1和β2肾上腺素受体的水平上升；NF-κB ReI-B信号通路被抑制；使用凋亡细胞处理hES-MSC；使用磷脂酰丝氨酸处理hES-MSC；使用丁酸盐处理hES-MSC；使用雷公藤甲素或雷公藤提取物或合成的雷公藤甲素（即MinneIide）处理hES-MSC。

[0195]　　在某些实施方式中，可利用重组基因领域所熟知的技术修饰MSC使其表达某一标记。在某些实施方式中，可通过转染编码标记的核酸序列修饰MSC。所述标记可插入适当的表达载体，即含有对插入的编码序列的转录和翻译所必需的元件的载体。必要的转录和翻译元件也可以存在。调节区和增强子元件可以是各种来源的，天然的和合成的。多种宿主-载体系统可用于表达所述标记。这些载体系统包括但不限于感染病毒（如病毒、牛痘病毒、腺病毒等）的哺乳动物细胞系；感染病毒（如杆状病毒）的昆虫细胞系统；微生物如包含酵母载体的酵母和转化噬菌体、DNA、质粒DNA、粘粒DNA的细菌；通过使用可选择标记转化而产生的稳定细胞系。载体表达元件的优势和特点各不相同。根据使用的宿主-载体系统，可以使用许多合适的转录和翻译元件中的任何一个。

[0196]　　一旦合成编码合适标记的载体，可将目的载体转化或转染所述MSC。

[0197]　　可使用标准方法将目的核酸序列引入所述MSC。可以通过任何已知的将多核苷酸引入宿主细胞的方法进行转化，包括如将多核苷酸包装入病毒并将病毒转导至宿主细胞，或直接摄入多核苷酸。哺乳动物转化（即转染），可通过磷酸钙沉淀法（参见Graham和Van der Eb，1978，ViroI.52:546,）或已知修饰的病毒直接摄入。将重组多核苷酸引入细胞，尤其是哺乳动物细胞的方法，包括葡聚糖介导的转染、磷酸钙介导的转染、聚凝胺介导的转染、原生质体融合、电穿孔、将多核苷酸包装于脂质体、将多核苷酸在显微镜下直接注射至细胞核。这些方法是本领域技术人员所熟知的。

[0198]　　在一个优选的实施中，含有目的载体的稳定细胞系用于高通量筛选。这种稳定细胞系的制备可通过引入包含可选择的标记载体，允许细胞在完全培养基生长1－2天，然后使细胞生长在选择培养基中。重组质粒中的可选择标记赋予选择选择抗性，并且允许在染色体中稳定整合该重组质粒的细胞永生，进而形成克隆及扩增为细胞系。

[0199]　　可以使用的选择系统有多种，包括但不限于单纯疱疹病毒胸苷激酶（参见WigIe等.，1977，CeII 11:223）、次黄嘌呤-鸟嘌呤转磷酸核糖基酶（参见SzybaIska和SzybaIski，1962，Proc.NatI.Acad.Sci.USA 48:2026）和腺嘌呤转磷酸核糖基酶（参见Lowy，et aI.，1980，CeII 22:817），这些基因可分别在tk敲除、hgprt敲除或aprt敲除的细胞中使用。另

外,可以将抗代谢物抗性用作选择,例如,dhfr能产生氨甲蝶呤的抗性(参见Wigler等.,1980,NatI.Acad.Sci.USA 77:3567;O'Hare,等,1981,Proc.NatI.Acad.Sci.USA 78:1527);gpt能产生对霉酚酸的抗性(参见MuIligan和Berg,1981,Proc.NatI.Acad.Sci.USA 78:2072);neo能产生对氨基糖苷G418的抗性(CoIberre-Garapin等,1981,J.MoI.BioI.150:1);hygro能产生对潮霉素的抗性(参见Santerre等.,1984,Gene 30:147)。

[0200]　5.6干细胞采集组合物

[0201]　干细胞采集组合物可包括任何生理上可接受的适合于收集和/培养干细胞的溶液,例如盐溶液(如磷酸盐缓冲液、Kreb溶液、改良的Kreb溶液、EagIe溶液、0.9%NaCI溶液等)和培养基(如IDMEM、H.DMME等),等等。

[0202]　干细胞采集组合物可包含保护干细胞的一种或多种组分,即从收集到培养之间,防止干细胞免于死亡,或延迟干细胞的死亡,或减少死亡细胞群的干细胞的数量,等等。这样的组分可以是,例如凋亡抑制剂(例如半胱天冬酶抑制剂或JNK抑制剂);血管扩张剂(例如硫酸镁、抗高血压药物、心房利钠肽(ANP)、促肾上腺皮质激素、促肾上腺皮质激素释放激素、硝普钠、肼苯哒嗪、三磷酸腺苷、腺苷、吲哚美辛或硫酸镁、磷酸二酯酶抑制剂);坏死抑制剂(例如,2-(1H-吲哚-3-基)-3-戊氨基-马来酰亚胺,吡咯烷二硫代氨基甲酸酯或氯硝西泮);TNF-α抑制剂;携氧全氟化碳(如全氟辛基溴、全氟癸基溴等)。

[0203]　干细胞采集组合物可包含一种或多种组织降解酶,例如金属蛋白酶、丝氨酸蛋白酶、中性蛋白酶、核糖核酸酶或脱氧核糖核酸酶,等等。这类酶包括但不限于胶原酶(例如胶原酶I、II、III或IV,来自溶组织梭菌的胶原酶等)、分散酶、嗜热菌蛋白酶、弹性蛋白酶、胰蛋白酶、释放酶、透明质酸酶,等等。

[0204]　干细胞采集组合物可包含杀菌或抑菌有效量的抗生素。在某些非限制性的实施方式中,所述抗生素是大环内酯(例如妥布霉素)、头孢菌素(例如头孢氨苄、头孢拉定、头孢呋辛、头孢丙烯、头孢克洛、头孢克肟或头孢羟氨苄)、克拉霉素、红霉素,青霉素(例如青霉素V)或喹诺酮类(例如氧氟沙星、环丙沙星或诺氟沙星)、四环素、链霉素等。

[0205]　干细胞采集组合物还可以包含以下的一种或多种化合物:腺苷(约1mM至约50mM);D-葡萄糖(约20mM至约100mM);镁离子(约1mM至约50mM);分子量大于20000道尔顿的大分子。在一个实施方式中,以下物质的含量足以维持内皮完整性和细胞活性,例如,合成的或天然的胶体,多糖例如葡聚糖或聚乙二醇,约25g/L至约100g/L,或约40g/L至约60克/L;抗氧化剂,例如丁基羟基苯甲醚、丁基羟基甲苯、谷胱甘肽、维生素C或维生素E,约25μM至约100μM;还原剂,例如约0.1mM至约5mM的N-乙酰半胱氨酸,阻止钙离子进入细胞的药剂,例如维拉帕米,约2微米至约25微米;抗凝血剂。在一个实施方式中,以下物质的含量足以帮助防止残留的血液凝固,例如肝素或水蛭素,约1000单位/I至约100000单位/I;或含阿米洛利化合物,例如阿米洛利、乙基异丙基氨氯吡咪、六亚甲基氨氯吡脒、二甲基氨氯吡咪或异丁基氨氯吡咪,约1.0μM至约5μM。

[0206]　5.7使用hES-MSC或iPS-MSC免疫调节

[0207]　本文提供一种或多种免疫细胞活性的调节(例如,下调细胞增殖、降低细胞存活、阻碍细胞迁移至炎症位点、下调细胞促进或延长炎症的能力、提高细胞促进健康组织或器官的恢复体内平衡的功能),这是通过免疫细胞(或细胞群)与多种hES-MSC或iPS-MSC接触

实现的。在一个实施方式中,调节免疫应答的方法,包括多种免疫细胞和多种hES-MSC或iPS-MSC接触足够长的时间以使hES-MSC或iPS-MSC可检测地抑制免疫反应。其中,在混合淋巴细胞反应(MLR)中,hES-MSC或iPS-MSC可检测地抑制T细胞增殖。

[0208]　　因为BM-MSC或其它成体组织来源的MSC已经被用来治疗许多自身免疫性疾病,BM-MSC还通过限制炎症、分泌生长因子、分泌保护因子和替换受损组织而应用于组织修复。在我们的实施方式中,显示hES-MSC比BM-MSC具有更优良的免疫抑制功能。因此,hES-MSC可以应用于当前BM-MSC应用的所有领域和疾病。

[0209]　　用于免疫调节的hES-MSC或iPS-MSC可以分别从胚胎干细胞系或诱导的多能干细胞系衍生或获得。用于免疫调节的hES-MSC或iPS-MSC还可以来自与活性要被调节的免疫细胞相同的物种;或者来自与活性要被调节的免疫细胞不同的物种。

[0210]　　本方法的上下文中,"免疫细胞"是指免疫系统的任何细胞,特别是T细胞和NK(自然杀伤)细胞。因此,在本方法各种实施方式中,hES-MSC和多种细胞接触。其中所述的多种细胞,是或者包括多种T细胞(例如,多种CD3+T细胞、CD4+T细胞和/或CD8+T细胞)和/或自然杀伤细胞。在方法的上下文中,"免疫应答"可以是免疫细胞对由免疫细胞发出的通常可感知刺激的任何反应,例如对抗原出现的反应。在各种实施方式中,免疫应答可以是T细胞(CD3+T细胞、CD4+T细胞和/或CD8+T细胞)增殖以应答外来抗原,其中,外来抗原是例如在自身免疫性疾病中、输血或移植物的抗原。免疫应答也可以是包含在移植物内的T细胞的增殖。免疫应答也可以是自然杀伤细胞的任何活性、树突细胞的成熟,等等。免疫应答也可以是活跃的一种或多种免疫细胞在局部、组织或器官中特异性的或系统性的作用。免疫应答可以是移植物抗宿主病、炎症、形成炎症相关瘢痕组织、自身免疫症状(例如类风湿性关节炎、I型糖尿病、系统性红斑狼疮等),等等。

[0211]　　在此上下文中的"接触"包括:把hES-MSC细胞和免疫细胞一起放在单个容器(例如培养皿、烧瓶、小瓶等)或在体内,例如同一个体(例如哺乳动物,例如人)。在一个优选实施方式中,接触的时间是足够长的,并且hES-MSC细胞和免疫细胞数量足够多,以致免疫细胞的免疫功能的改变是可检测的。更优选地,在各种实施方式中,所述接触足以抑制免疫功能(如T细胞增殖响应抗原),与不存在hES-MSC相比较,hES-MSC抑制至少50%、60%、70%、80%、90%或95%的免疫功能。这种在体内的抑制可在体外测定,也就是说,可以在体外的试验中推测特定数量的hES-MSC在接受者体内对若干免疫细胞的抑制程度。

[0212]　　在一些实施方式中,本发明提供使用hES-MSC在体外调节一种或多种类型免疫细胞的多个免疫反应或活性的方法。hES-MSC和多个免疫细胞接触可以包括T细胞和免疫细胞在同样的实体空间集合,这样,至少多个hES-MSC的其中一部分和多个免疫细胞的其中一部分相互作用;或可以包括,来自hES-MSC或免疫细胞培养物的培养基和其它类型细胞接触(例如,从hES-MSC的培养物得到的培养基和在这个培养基中重新悬浮的分离的免疫细胞)。在一个具体实施方式,接触是一个混合淋巴细胞反应(MLR)。

[0213]　　例如,这样的接触可以发生在一个检测hES-MSC免疫调节(如免疫抑制)程度的试验装置中。这样的试验装置可以是,例如混合淋巴细胞反应(MLR)或回归分析。混合淋巴细胞反应和回归分析是本领域所熟知的,可参见如:Schwarz,″The Mixed Lymphocyte Reaction:An In Vitro Test for Tolerance,″J.Exp.Med.127(5):879-890(1968);Lacerda等,″Human Epstein-Barr Virus(EBV)-Specific Cytotoxic T Lymphocytes

Home Preferentially to and Induce Selective Regressions of Autologous EBV-Induced B Lymphoproliferations in Xenografted C.B-17Scid/Scid Mice,"J.Exp.Med.183:1215-1228(1996)。在一个优选的实施方式中,混合淋巴细胞反应在多个hES-MSC和多个免疫细胞(如淋巴细胞,例如CD3+CD4+和/或CD8+的T淋巴细胞)接触中进行。

[0214]　该MLR可用来测定多个hES-MSC的免疫抑制能力。例如,可以在MLR中检测多个hES-MSC,该MLR包括按,例如约10:1:2的比率结合CD4+或CD8+T细胞、树突细胞(DC)以及hES-MSC,其中利用染料,例如分配进入子细胞的CFSE(作为举例),对该T细胞染色,以及允许该T细胞增殖约6天。与存在DC以及不存在hES-MSC时相比较,如果T细胞增殖在存在hES-MSC 6天时是可检测到是降低的,则该多个hES-MSC是具有免疫抑制能力的。在这样的混合淋巴细胞反应中,hES-MSC可以是解冻的,也可以是从培养物中收集的。将约10000个hES-MSC重悬在100μl培养基中(RPMI 1640,1mM HEPES缓冲液、抗生素和5%混合人血清),并使其附着到皿底2小时。利用免疫磁珠从全外周血单核细胞分离CD4+和/或CD8+T细胞。这些细胞是CFSE染色的,并且总共100000个T细胞(仅添加CD4+,仅添加CD8+,或等量的CD4+和CD8+T细胞)添加至每个孔。将每个孔液体的体积补至200μl,并允许进行混合淋巴细胞反应。

[0215]　因此,在一个实施方式中,本发明提供一种抑制免疫细胞反应的方法,其中,在混合淋巴细胞反应中,多个免疫细胞和多个hES-MSC接触足够长的时间以使hES-MSC可检测地抑制T细胞增殖。

[0216]　从不同胚胎干细胞系获得的hES-MSC群可以在调节免疫细胞活性的能力方面有所不同,例如可以在抑制T细胞活性或增殖或NK细胞活性的能力方面不同。因此,需要在使用前测定特定的hES-MSC群的免疫抑制能力。这类能力可以在,例如MLR或回归分析中通过检测该羊膜来源贴壁细胞群的样本来测定。在一个实施方式中,用所述样本执行MLR以及在所述分析中测定该hES-MSC群引起的免疫抑制程度。然后,可以将该免疫抑制程度归因于所取样的hES-MSC群。因此,该MLR可以用作一种测定特定hES-MSC群免疫抑制功能的绝对和相对能力的方法。MLR参数可以是多样化的,以提供更多数据或更好地测定hES-MSC样本的免疫抑制能力。例如,因为hES-MSC产生的免疫抑制看起来以与该分析中存在的hES-MSC的数量成比例的方式粗略增长,因此,在一个实施方式中,可以用两个或更多数量的hES-MSC群(例如每个反应$1×10^3$、$3×10^3$、$1×10^4$和/或$3×10^4$个hES-MSC)执行该MLR。该分析中,hES-MSC与T细胞的相对数量还可以是多变的。例如,虽然可以使用相对大量的hES-MSC或T细胞,但是,该分析中,hES-MSC和T细胞可以按任何比率(例如约100:1至约1:100,优选地约1:5)存在。

[0217]　本发明也提供在体内使用hES-MSC调节免疫反应或调节一种或多种免疫细胞的多个活性的方法。hES-MSC和免疫细胞可以,例如在作为多个hES-MSC的接受者的个体中接触。当该接触在个体中进行时,在一个实施方式中,该接触发生在hES-MSC(也就是,hES-MSC并非来源于该个体)和对该个体来说是内源性的多个免疫细胞之间。在具体的实施方式中,该个体的免疫细胞是CD3+T细胞、CD4+T细胞、CD8+T细胞和/或自然杀伤细胞。

[0218]　使用hES-MSC带来的免疫抑制对于任何情况引起的或恶化的、或相关的、或不期望的免疫反应是有好处的。hES-MSC介导的免疫调节,如免疫抑制,将,例如有利于抑制不适当的免疫反应,该免疫反应是由个体免疫系统对抗一个或多个它自己的组织所引起的。因此,本发明提供了一种抑制免疫反应的方法,其中,所述免疫反应是自身免疫性疾病,如全身性红

斑狼疮、糖尿病、风湿性关节炎或多发性硬化症。

[0219]　　多种hES-MSC和一种或多种类型的多种免疫细胞的接触可发生在接受者个体内,该接受者被嫁接或移植一种或多种组织,或者这些细胞作为附加物一并嫁接或移植。这些组织可以是,例如骨髓或血液、器官、特异的组织(如皮肤移植)、复合组织(如移植物包含两种或多种组织)等等。就这一点而言,hES-MSC可以用于抑制一种或多种免疫细胞的一种或多种免疫反应,所述免疫细胞包含在接受者个体、或移植组织、或嫁接组织或两个组织中。这种接触可发生在嫁接或移植之前、期间和/或之后。例如,可以在移植或嫁接的时候给予hES-MSC处理。或可选择性地,也可在移植或嫁接前给予hES-MSC处理,例如约嫁接或嫁接前1、2、3、4、5、6、7天。或可选择性地,也可在移植或嫁接后给予hES-MSC处理,例如移植或嫁接后约1、2、3、4、5、6、7天。优选地,在免疫反应的任何可检测的信号或症状出现前,就要使多个T细胞和多个hES-MSC相接触。这种可检测信号或症状可以是接受者个体或移植组织或嫁接物的,如移植物抗宿主病或可检测的炎症的可检测的信号或症状。

[0220]　　在另一个实施方式中,在个体内的接触主要是外源的HES-MSC和内源的祖细胞或干细胞,如分化成免疫细胞的内源祖细胞或干细胞。例如,处于部分或全部的免疫净化疗法或骨髓细胞清除的个体,可接受HES-MSC结合一种或多种类型的干细胞或祖细胞作为癌症治疗的附属物。例如,hES-MSC可结合多个CD34+细胞,如CD34+造血干细胞。这些CD34+细胞可以是例如来自组织,比如周边血液、脐带血、胎盘血或骨髓。这些CD34+细胞可从以上所述组织分离,或来源整个组织(例如,整个脐带血或骨髓)或组织的部分纯化的样品(例如来自脐带的白细胞),这些细胞可与HES-MSC结合。

[0221]　　该hES-MSC可以施用至个体,其中该hES-MSC与该个体中已知或期望的免疫细胞(例如T细胞)数量的比率为约10:1至约1:10,优选地约1:5。然而,在非限制性实施方式中,多种hES-MSC可以按,约10000:1、约1,000:1、约100:1、约10:1、约1:1、约1:10、约1:100、约1:1,000或约1:10000的比率施用至个体。一般地,可以施用约$1×10^5$至约$1×10^8$个hES-MSC/kg(接受者体重),优选地约$1×10^6$至约$1×10^7$个hES-MSC/kg(接受者体重),以产生免疫抑制。在各种实施方式中,施用至个体或对象的hES-MSC包括至少、约或不多于,$1×10^5$、$3×10^5$、$1×10^6$、$3×10^6$、$1×10^7$、$3×10^7$、$1×10^8$、$3×10^8$、$1×10^9$、$3×10^9$个hES-MSC或更多。

[0222]　　该hES-MSC也可和一种或多种第二类型的干细胞一起施用,如骨髓间充质干细胞。这种第二类型的干细胞可施用给个体,它们和hES-MSC的比例约1:10至约10:1。

[0223]　　为了便于hES-MSC和免疫细胞接触,该hES-MSC可以按任何足以使该hES-MSC和免疫细胞彼此接触的途径施用给个体。例如,该hES-MSC可以通过,例如静脉内、肌内、腹膜内、眼内、肠胃外、鞘内或直接进入器官(例如胰脏)的途径施用至个体。对于体外施用,hES-MSC可配制成药物制剂。

[0224]　　所述免疫抑制方法还可以包括加入一种或多种免疫抑制剂,特别是在体内环境。在一个实施方式中,多种hES-MSC在个体体内接触多种免疫细胞,并且组合物包括免疫抑制药物被施用给个体。免疫抑制药物是本领域所熟知的,包括但不限于抗T细胞受体抗体(如单克隆或多克隆抗体,或抗体片段或其衍生物)、抗IL-2受体抗体(例如,巴利昔单抗(SIMULECT®)或赛尼哌(ZENAPAX®)、抗T细胞受体抗体(例如莫罗单抗CD3)、硫唑嘌呤、皮质类固醇、环孢霉素、他克莫司、霉酚酸酯、西罗莫司、钙调磷酸酶抑制剂等。在一个具体实施方式中,所述免疫抑制剂是针对巨噬细胞炎性蛋白(MIP)-1α和MIP-1β的中和抗体。

[0225]　　5.8hES-MSC的保存

[0226]　　hES-MSC可以被保存,也就是将它们长期存储,或者在抑制由例如凋亡或坏死引起的细胞死亡的条件下保存。可以使用化合物保存hES-MSC,该化合物包含凋亡抑制剂和坏死抑制剂。在一个实施方式中,本发明提供一种保存干细胞群的方法,其中,所述干细胞群接触含有凋亡抑制剂的干细胞采集组合物,其中所述凋亡抑制剂存在的量存在和存在的时间足以减少或阻止所述干细胞群凋亡(与没有接触该凋亡抑制剂的细胞群相比)。在一个具体的实施方式中,凋亡抑制剂是半胱天冬酶-3抑制剂。在另一个实施方式中,凋亡抑制剂是JNK抑制剂。在更进一步的实施方式中,所述JNK抑制剂不调控所述干细胞的增殖和分化。在另一实施方式中,所述细胞采集组合物包含所述凋亡抑制剂以及分离相的所述携氧全氟化碳。在另一实施方式中,所述细胞收集组合物包含所述凋亡抑制剂以及含于乳剂的所述携氧全氟化碳。在另一实施方式中,该细胞收集组合物还包含乳化剂,例如卵磷脂。在另一实施方式中,所述凋亡抑制剂和所述全氟化碳在接触该细胞时,处于约0℃到约25℃之间。在另一更具体的实施方式中,所述凋亡抑制剂和所述全氟化碳在接触该细胞时,处于约2℃到10℃之间或约2℃到约5℃之间。在另一更具体的实施方式中,所述接触发生在运输所述细胞群期间。在另一更具体的实施方式中,所述接触发生在冷冻和融解所述干细胞群期间。

[0227]　　在某些实施方式中,可添加rock抑制剂Y27632以有助于辅助。在某些实施方式中,该rock抑制剂以10uM的浓度添加。

[0228]　　在另一个实施方式中,本发明提供一种保存hES-MSC群的方法,其中,该干细胞群接触凋亡抑制剂和保存器官的组合物,其中,凋亡抑制剂存在的量和时间足以减少和阻止干细胞群的凋亡(相比于干细胞群未接触凋亡抑制剂)。

[0229]　　通常,在hES-MSC收集、富集和分离期间,优选最小化或消除由于缺氧和机械应力引起的细胞应激。因此,在本方法的另一个实施方式中,在所述干细胞或干细胞群保存期间,干细胞或干细胞群暴露于低氧环境中,对它们的收集、富集和分离的时间不超过6小时。其中,低氧环境指氧气的浓度低于正常血氧的浓度。在一个更具体的实施方式中,所述干细胞群在保存期间暴露于低氧环境少于2小时。在另一个更具体的实施方式中,所述干细胞群在保存期间暴露于低氧环境少于1小时或少于30分钟,或在收集期间、富集期间或分离期间不暴露于低氧环境。在另一个更具体的实施方式中,所述干细胞群在收集、富集或分离期间不暴露于剪应力。

[0230]　　所述hES-MSC可冷冻保存在含如冷冻保存培养基的小容器(例如安瓿)。合适的冷冻保存培养基包括但不限于,包括如下的培养基:例如,生长培养基或细胞冻存培养基,例如,商购的细胞冻存培养基,如C2695、C2639或C6039(Sigma)。冷冻保存培养基优选包含浓度例如约10%(V/V)的二甲基亚砜(DMSO)。冷冻保存培养基可以包含其它试剂,例如甲基纤维素和/或甘油。hES-MSC在冷冻保存过程中,优选的冷却速度是约1℃/分钟。优选的冷冻保存温度为约-80℃至约-180℃,更优选地,约-125℃至-140℃。在融化使用之前,冻存的细胞可转移到液氮中。在一些实施方式中,例如,一旦安瓿的温度达至约-90℃,将它们转移至含液氮储存区域。冷冻保存的细胞解冻时优选约在25℃至约40℃的温度下,优选的温度约37℃。

[0231]　　5.9冷冻保存的hES-MSC

[0232]　　本文公开的hES-MSC可以被保存,例如冷冻保存以备后用。冷冻保存细胞,例如干

细胞的方法是本领域所熟知的。hES-MSC能以一种方便使用给个体的方法保存。例如，本文提供装在容器里的hES-MSC，该容器适用于医疗用途。这种容器可以是，例如无菌的塑料袋、烧瓶、罐，或其它可容易处置hES-MSC的容器。例如，所述容器可以是血袋或其它塑料的、适合用于给受体静脉内输送液体的医学上可接受的袋。该容器优选允许冷冻保存该干细胞群。冷冻保存的hES-MSC可包括来源于一个捐赠者或来自多个捐赠者的hES-MSC。hES-MSC可以是和预期接受者完全HLA匹配的，或部分或完全HLA不匹配的。

[0233]    在另一个具体的实施方式中，所述容器是袋、瓶或罐。在一个更具体的实施方式中，所述袋是无菌塑料袋。在一个更具体的实施方式中，所述袋适合、允许或有助于hES-MSC静脉内给药。该袋子可以包括多个腔或室，给药之前或期间，所述腔或室相互连接，以允许该细胞和一种或多种其他溶液(例如药物)相混合。在另一个具体的实施方式中，这种组合物包含一种或多种化合物，促进组合的干细胞群冷冻促存。在另一个具体的实施方式中，hES-MSC被包含在生理学可接受的水性溶液中。在一个更具体的实施方式中，这种生理学可接受的水性溶液是0.9%NaCl溶液。在另一个具体的实施方式中，hES-MSC和接受者的干细胞群是HLA匹配的。在另一个具体的实施方式中，所述组合的干细胞群包含hES-MSC，该hES-MSC至少部分和接受者的干细胞群HLA匹配。

[0234]    5.10药物制剂

[0235]    正如上文所讨论的，本发明的一个实施方式是一种药物组合物，其中，该药物组合物包含治疗有效量的hES-MSC和药学上都接受的载体。短语"药学上可以接受的"是指分子实体和组合物具有生理相容性而且在施用于人后通常不会产生过敏或者相类似的反应，如胃部不适，头晕等。并且由联邦或州政府管理部门批准的，或在美国药典或其它公认的用于动物，更特别地用于人的药典中列出的。"载体"是指药剂批准的稀释剂、佐剂、赋形剂或载体。此类药物载体可以是无菌液体，例如水的盐水溶液和油，包括石油、动物油、植物油或合成油，如花生油、大豆油、矿物油、芝麻油等。当药物组合物静脉给药时，盐水溶液是优选的载体。盐水溶液和含水葡萄糖以及甘油溶液也可用作液体载体，特别是注射用液体。合适的药物赋形剂包括淀粉、葡萄糖、乳糖、蔗糖、明胶、麦芽、稻米、面粉、白垩、硅胶、硬脂酸钠、单硬脂酸甘油酯、滑石、氯化钠、脱脂奶粉、甘油、丙二醇、乙二醇、水、乙醇等。如果需要，所述组合物还包含极小量的湿润剂、乳化剂和/或pH缓冲剂。

[0236]    这些组合物可以采用以下形式：溶液、混悬剂、乳剂、片剂、丸剂、胶囊、粉剂、持续释放制剂、扁囊剂、锭剂、锭剂、分散剂、栓剂、软膏剂、巴布剂(泥敷剂)、糊剂、敷料、霜剂、硬膏剂、贴剂、气雾剂、凝胶剂。液体剂型适于胃肠外施用至患者，以及灭菌固体制剂(如晶体或无定形固体)被重构成液体剂型以适于非肠道给药患者。这样的组合物应该包含治疗有效量的所述化合物(优选纯化的形式)以及适量的载体，以便向患者提供适当的给药形式。

[0237]    适于口服给药的药物组合物可以是胶囊、片剂、粉剂、颗粒剂、溶液剂、糖浆剂、悬浮液(在非水或水性液体)或乳剂。片剂或硬明胶胶囊可以包括乳糖、淀粉或其衍生物、硬脂酸镁、糖精钠、纤维素、碳酸镁、硬脂酸或其盐。软明胶胶囊可以包括植物油、蜡、脂肪、半固体、或液体多元醇。溶液和糖浆可以包含水、多元醇和糖。设计用于口服给药的活性药剂可用延迟该活性药剂在胃肠道的崩解和/或吸收的材料包衣或者与其混合。因此，可实现活性剂持续释放多个小时，并且如果需要，可保护活性剂以防止在胃中降解。用于口服给药的药物组合物可以进行配制后用于帮助将活性药剂根据特定pH或酶条件释放在特定胃肠部位。

说 明 书

[0238]    适合透皮给药的制剂可以为不连续的贴剂，以长时间与受治者表皮保持紧密接触。

[0239]    适合对鼻腔和肺用药的药物组合物可包含固态载体如可以快速通过鼻子给药的粉剂。用于鼻腔黏膜给药的药物组合物可以包括液体载体，例如鼻喷雾剂或滴鼻剂。另外，可通过深吸一口气或安装吹管以实现直接吸入肺部。这些组合物可以包含活性成分的水或油溶液。用于通过吸入给药的组合物可以装在专门配套的设备中，包括但不限于加压气溶胶、喷雾器或吹入器，可以制造这样的装置，以便提供预定剂量的活性成分。

[0240]    适于肠胃外给药的药物组合物包括水性和非水性无菌注射溶液或悬浮液，所述溶液或混悬剂可含有抗氧化剂、缓冲剂、抑菌剂以及使所述组合物变得与预定接受者的血液大体上等渗的溶质。这类组合物中可以存在的其他成分包括，例如水、醇、多元醇、甘油和植物油。适于肠胃外给药的组合物可以存在于单位剂量或多剂量容器中，例如密封的安瓿和小瓶，并且可以储存在冷冻干燥(冻干)条件下。对于这种情况，在临用前仅需迅速加入无菌液体载体。临时注射溶液和悬浮液可以由无菌粉末、颗粒和片剂制备。可用于提供本发明肠胃外剂型的合适载体是本领域技术人员所熟知的。实例包括：USP注射用水；水性载体，例如氯化钠注射液、林格氏注射液、葡萄糖注射液、葡萄糖和氯化钠注射液和乳酸林格注射液；水溶性的媒介物诸如乙醇、聚乙二醇和聚丙二醇；和非水性载体，如玉米油、棉籽油、花生油、芝麻油、油酸乙酯、肉豆蔻酸异丙酯和苯甲酸苄酯。

[0241]    有效剂量的选择将由本领域技术人员根据对本领域普通技术人员周知的几个因素的考虑来确定。这些因素包括抑制剂的特定形式及其药物动力学参数如生物利用度、代谢、半衰期等，这些因素将在常规的开发程序中被确立，通常运用这些程序才能获得对药物化合物的按规定的批准。与剂量有关的另一些因素包括，将要治疗的病症或疾病，或者对正常人将要获得的益处，病人的体重，用药的途径，用药是急性或是慢性，伴随给药，以及影响所给药剂效率的其它周知因素。因此精确的剂量应当根据医师的判断和每位患者的具体情况来定。

[0242]    在某些实施方式中，给患者施用解热和/或抗组胺剂(对乙酰氨基酚和盐酸苯海明)，以减少与hES-MSC治疗时所含的冷冻组分有关的任何可能的DMSO输注毒性。

[0243]    在某些实施方式中，给患者施用解热和/或抗组胺剂(对乙酰氨基酚和盐酸苯海明)，以减少与hES-MSC治疗时所含的冷冻组分有关的任何可能的DMSO输注毒性。

[0244]    5.11hES-MSC条件培养基和衍生物

[0245]    本文公开的hES-MSC可用于生产具有免疫抑制能力的条件培养基、浓缩的条件培养基、细胞裂解物或其它衍生物，也就是他们包含一种或多种由干细胞分泌或排泄的生物分子。所述干细胞对多个一种或多种类型的免疫细胞有可检测的免疫抑制能力。在各种实施方式中，所述条件培养基包括hES-MSC已经生长了至少1、2、3、4、5、6、7、8、9、10、11、12、13、14或更多天数的培养基。在其它的实施方式中，所述条件培养基包括hES-MSC已经生长到融合度至少30%、40%、50%、60%、70%、80%、90%或达到100%的培养基。这种条件培养基可用于支持分离的hES-MSC群的培养，或其它类型的干细胞的培养。在另一个实施方式中，所述条件培养基包括hES-MSC已经分化成熟细胞的培养基。在另一个实施方式中，本发明的条件培养基包括已经培养过hES-MSC和非hES-MSC的培养基。在各种实施方式中，可能过反复冻融的方法或用低渗或高渗溶液处理的方法裂解细胞，包括裂解hES-MSC细胞。

[0246]　　　因此，在一个实施方式中，本发明提供了一种包含培养基、细胞裂解物和/或其它hES-MSC衍生物的组合物，其中所述hES-MSC (a)粘附在基质上；(b)表达CD73、CD105、CD90、CD29、CD44、CD146、IL-10、TGFb2、HGF，但是不表达IL-6、TNFα、IL-12和/或RAGE。在另一个具体的实施方式中，该组合物包括抗增殖试剂，如抗MIP-1α或抗MIP-1β抗体。

[0247]　　　本文提供一种使用本文所述hES-MSC作为饲养细胞扩增骨髓造血干细胞、外周血造血干细胞和脐带造血干细胞的方法。在某些实施方式中，适于本公开方法的hES-MSC表达Stro-3、Stro-1、DL1和/或巢蛋白。所述hES-MSC与骨髓造血干细胞、外周血造血干细胞和/或脐带造血干细胞共培养。在某些实施方式中，所述hES-MSC是间充质基质细胞。本文提供如本文所述hES-MSC和骨髓造血干细胞的共培养物。本文提供如本文所述hES-MSC和脐带造血干细胞的共培养物。

[0248]　　　5.12包含hES-MSC的基质

[0249]　　　本发明还包括包含hES-MSC的基质、水凝胶、支架等。hES-MSC可铺在天然基质，如生物材料上。在某些实施方式中，通过3维打印获得所述支架。hES-MSC可悬浮在适合如注射的水凝胶溶液。对于这样的组合物的合适的水凝胶包括自组装肽，例如RAD16。在一个实施方式中，包含细胞的水凝胶溶液可允许变硬，例如在模具中，以形成具有细胞分散在其中的用于移植的基质。hES-MSC可培养在这样的基质，使细胞在移植前进行有丝分裂扩增。所述水凝胶是，例如有机聚合物(天然的或合成的)，通过共价、离子或氢键交联以创建三维开放的晶格结构，其俘获的水分子，以形成凝胶。水凝胶形成材料包括多糖，例如褐藻胶及其盐、多肽、聚膦嗪和聚丙烯酸酯，它们是通过离子键、或嵌段聚合物交联，嵌段聚合物包括例如聚环氧乙烷—聚丙二醇嵌段共聚物，它们是分别通过温度或pH值交联。在一些实施方式中，本发明的水凝胶或基质是可生物降解的。在本发明的一些实施方式中，所述制剂包含原位聚合的凝胶(参见，例如，美国专利申请公开2002/0022676；Anseth等，J.Control ReIease，78 (1-3)：199-209 (2002)；Wang等，BiomateriaIs，24 (22)：3969-80 (2003)。

[0250]　　　在一些实施方式中，所述聚合物至少可部分溶解于具有带电荷侧基或其单价离子盐的水溶液例如水，或含水醇溶液中。具有酸性侧基的聚合物的实例，可以以阳离子反应聚合物的是聚(磷腈)、聚(丙烯酸)、聚(甲基丙烯酸)、丙烯酸和甲基丙烯酸、聚(乙酸乙烯酯)的共聚物、以及磺化的聚合物，例如作为磺化聚苯乙烯。也可以使用具有由丙烯酸或甲基丙烯酸与乙烯醚单体或聚合物反应形成的酸性侧基的共聚物。酸性基团的实例是羧酸基团、磺酸基团、卤代(优选氟代)醇基团、酚OH基团和酸性OH基团。

[0251]　　　所述hES-MSC或其共培养物可以接种至三维框架或支架，并移植入体内。这种框架可以和任何一种或多种生长因子、细胞、药物或其它组分一起移植，以刺激组织形成或以其它方式增强或改善本发明的实施。

[0252]　　　可在本发明中使用的支架的实例包括非织造垫、多孔泡沫、或自组装多肽。可以用纤维形成无纺布衬垫，该纤维由乙醇和乳酸合成的可吸收的共聚物构成(如PGA/PLA)(VICRYL，Ethicon，Inc.，SomerviIIe，N.J.)。泡沫也可以用作支架，该泡沫由通过聚(ε-己内酯)/聚(乙醇酸)(PCL/PGA)共聚物构成。该共聚物通过例如冷冻干燥或冻干工艺形成(参见，例如，美国专利号6355699)。

[0253]　　　所述hES-MSC也可以接种在或接触生理上可接受的陶瓷材料，包括但不限于单-、二-、三-、α-三-、β-三和四磷酸钙、羟基磷灰石、氟磷灰石、硫酸钙、钙氟化物、氧化钙、碳酸

钙、镁钙磷酸盐、生物活性玻璃如BIOGLASS®以及它们的混合物。目前市售的多孔生物相容的陶瓷材料包括SURGIBONE®(CanMedica公司,加拿大),ENDOBON®(Merck Biomaterial France,法国),CEROS®(Mathys,AG,贝特拉赫,瑞士)和矿化胶原骨移植产品,例如HEALOS™(DePuy,Inc.,雷纳姆,马萨诸塞州)和VITOSS®,RHAKOSS™和CORTOSS®(Orthovita,Malvern,Pa.)。该框架可以是一个混合物、共混物或天然和/或合成材料的复合物。

[0254]　　在另一个实施方式中,hES-MSC可以接种在或接触毡片,该毡片可以由,如复丝构成。该复丝可由生物吸收的材料如PGA、PLA、PCL共聚物或共混物,或透明质酸构成。

[0255]　　在另一个实施方式中,所述hES-MSC可以接种在泡沫支架,该支持可以是复合结构。此类泡沫支架可以模制成有用的形状,例如,待修复、替换或补充的身体特定结构的一部分。在一些实施方式中,所述框架在接种本发明的细胞之前,使用例如0.1M乙酸处理,然后在聚赖氨酸、PBS和/或胶原蛋白中温育,以增强细胞粘附。基质的外部表面可以被修饰以改善细胞和组织的分化,例如离子体包被基质,或添加一种或多种蛋白质(例如胶原、弹性纤维、网状纤维)、糖蛋白、葡糖氨基葡聚糖(例如硫酸肝素、软骨素-4-硫酸盐、软骨素-6-硫酸盐、硫酸皮肤素、硫酸角质素等)、细胞外基质和/或其它基质,如但不限于明胶、藻酸盐、琼脂、琼脂糖和植物胶等。

[0256]　　在一些实施方式中,所述支架包括不会形成血栓的材料,或这种材料支架处理后不会形成血栓。这些处理和材料也可以促进和维持内皮生长、迁移和细胞外基质沉积。这些材料和治疗的实施方式包括但不限于天然材料例如基底膜蛋白,如层粘连蛋白和Ⅳ型胶原,合成材料,例如EPTFE和分段的聚氨酯脲硅酮,例如PURSPAN™(The Polymer Technology Group,Inc.,伯克利分校,加州)。所述支架还可以包含抗血栓形成剂,例如肝素。在接种干细胞前,该支架也可以被处理,以改变表面电荷(例如,包被等离子体)。

[0257]　　5.13永生化的hES-MSC

[0258]　　哺乳动物hES-MSC可通过转染含有生长促进基因的任何合适载体以实现有条件的永生化,该基因编码的蛋白质在适当条件下促进转染的细胞生长,使得所述生长促进蛋白质的产量和/或活性听上去像是外界因素。在一个优选的实施方式中,生长促进基因是癌基因,例如但不限于v-myc、N-myc、c-myc、p53、SV40大T抗原、多瘤病毒大T抗原、E1a的腺病毒或E7蛋白人乳头状瘤病毒。

[0259]　　促生长蛋白调节的实例可以通过下以实现,将促生长基因置于外界可调控的启动子上,例如,启动子的活性受控于,例如被转染细胞温度或与细胞接触培养基的成分改变。在一个实施方式中,可使用四环素(tet)控制的基因表达系统(参照Gossen等,Proc.Natl.Acad.Sci.USA 89:5547-5551,1992;Hoshimaru等,Proc.Natl.Acad.Sci.USA93:1518-1523,1996)。当不存在tet时,载体中tet控制的反式作用因子(tTA)强激活phCMV*-1的转录,其中phCMV*-1是融合至tet操纵子序列的最小人巨细胞病毒启动子。tTA的是大肠杆菌的转座子-10来源的tet抗性操纵子和单纯疱疹病毒的VP16的酸性结构域的阻遏(四面体)的融合蛋白。低、无毒浓度的tet(例如,0.01~1.0μg/mL)几乎完全消除tTA的反式激活。

[0260]　　在一个实施方式中,载体还包含编码选择标记(例如赋予药物抗性的蛋白质)的基因。细菌新霉素抗性基因(neoR)就是这样一种标记,该标记也可以用于本发明。可通过本领

域的普通技术人员已知的方法选择携带neoR的细胞,例如,在生长培养基中添加100-200µ g/mL G418。

[0261]　可通过本领域普通技术人员已知的各种方法中任何一种方法实现转染,包括但不限于反转录病毒感染。通常,对细胞培养物转染可通过与条件培养基和包含N2补充物的DMEM/F12形成的混合物温育。其中,条件培养基来自针对所述载体的生产细胞系。例如,通过在1倍体积条件培养基和2倍体积含有N2补充物的DMEM/F12的混合物中温育约20小时,如上所述制备的干细胞培养物可在体外被感染,例如5天。接着可按如上所述的方法选择携带可选择标记的转染细胞。

[0262]　转染后,培养物传代到允许增殖的表面,例如,允许至少30%的细胞在24小时周期内倍增。优选地,所述基质是聚鸟氨酸/层粘连蛋白基质,包括组织培养塑料涂有聚鸟氨酸(10µg/mL)和/或层粘连蛋白(10µg/mL)、聚赖氨酸/层粘连蛋白基质、或用纤粘连蛋白处理的表面。然后,每3-4天用生长培养基饲养培养物,生长培养基中可以或可以不补充1个或多个增殖增强因子。当培养物的融合度少于50%时,可在生长培养基中添加增殖增强因子。

[0263]　可使用标准技术传代所述条件永生化的hES-MSC细胞系,如当80-95%融合度时,使用胰蛋白酶消化细胞。在一些实施方式中,高达约20代有利于维持选择(例如,在含有新霉素抗性基因的细胞中添加G418)。细胞还可以在液氮中冷冻以进行长期储存。

[0264]　可从如上所述的条件永生化的hES-MSC细胞系中分离克隆细胞系。通常,可使用标准技术分离这种克隆细胞系,如通过有限稀释法或使用克隆环和扩增。通常可按如上所述饲养和传代克隆细胞系。

[0265]　条件永生化的hES-MSC细胞系可以是,但不需要是纯系的。通常可通过在促进分化的培养条件下抑制生长促进蛋白的生产或活性而诱导条件永生化的hES-MSC细胞系分化。例如,如果编码生长促进蛋白的基因被外部调节的启动子的控制,可以改变条件,例如温度或培养基的组合物,从而抑制生长促进基因的转录。对于上面讨论的四环素控制的基因表达系统,可以通过加入四环素抑制生长促进基因的转录而实现分化。通常1µg/mL四环素处理4-5天足以引发分化。为了促进进一步分化,可在生长培养基中加入额外的药剂。

[0266]　5.14试验

[0267]　所述hES-MSC可应用于试验以确定培养条件、环境因素、分子(例如,生物分子、小无机分子等)等对干细胞增殖、扩增和/或分化的影响,基于与hES-MSC不暴露于这样的条件相比较。

[0268]　在一个优选的实施方式中,所述hES-MSC可用于分析一旦细胞接触一种分子,增殖、扩增或分化的变化。在一个实施方式中,例如,本发明提供了一种鉴定调节多个hES-MSC增殖的化合物,其中,在允许增殖的条件下,hES-MSC接触该化合物,其中与hES-MSC未与该化合物接触相比较,如果该化合物引起对hES-MSC的增殖可检测的变化,那么该化合物被鉴定为调节hES-MSC增殖的化合物。在一个具体的实施方式中,所述化合物被鉴定是增殖抑制剂。在另一个具体实施方式中,所述化合物被鉴定是增殖增强剂。

[0269]　在另一个实施方式中,本发明提供了一种鉴定调节多个hES-MSC扩增的化合物,其中,在允许扩增的条件下,hES-MSC接触该化合物,其中与hES-MSC未与该化合物接触相比较,如果该化合物引起对hES-MSC扩增可检测的变化,那么该化合物被鉴定为调节hES-MSC扩增的化合物。在一个具体的实施方式中,所述化合物被鉴定是扩增抑制剂。在另一个具体

说　明　书

实施方式中,所述化合物被鉴定是扩增增强剂。

[0270]　　在另一个实施方式中,本发明提供了一种鉴定调节多个hES-MSC分化的化合物,其中,在允许分化的条件下,hES-MSC接触该化合物,其中与hES-MSC未与该化合物接触相比较,如果该化合物引起对hES-MSC分化可检测的变化,那么该化合物被鉴定为调节hES-MSC分化的化合物。在一个具体的实施方式中,所述化合物被鉴定是分化抑制剂。在另一个具体实施方式中,所述化合物被鉴定为分化增强剂。

[0271]　　5.15人胚胎干细胞衍生的间充质干细胞的治疗应用

[0272]　　骨髓来源的间充质干细胞(BM-MSCs)已经被用于基于T细胞相关的自身免疫性疾病的治疗,包括多发性硬化症(MS),但由于来源有限、质量不稳定和对使用来自成体组织细胞生物安全的担忧,使骨髓间充质干细胞作为辅助治疗剂受到了限制。

[0273]　　本文所述的从胚胎干细胞产生间充质干细胞的新方法,和使用这种方法产生的新hES-MSCs,提供了针对T细胞相关的自身免疫性疾病,特别是多发性硬化症的新疗法。

[0274]　　在某些实施方式中,向EAE发病前的小鼠施用hES-MSC,显著地降低这些动物的疾病评分。所述评分降低伴随着降低脱髓鞘、T细胞的浸润和中枢神经系统的小胶质细胞反应,以及在体外抑制免疫细胞增殖和分化。

[0275]　　在某些实施方式中,向疾病发作后的EAE小鼠施用hES-MSC,也可观察到疾病评分逐渐下降。在某些实施方式中,hES-MSC同时具有对该疾病预防性和治疗性效果。

[0276]　　在某些实施方式中,hES-MSC的免疫抑制活性导致被辐射过的hES-MSC对这些疾病预防性效果,这些被辐射过的hES-MSC不大可能替换受损的髓磷脂,但是有效地下降疾病评分。在一个实施方式中,辐射并未缩短hES-MSC的寿命。

[0277]　　在某些实施方式中,hES-MSC的治疗效果涉及免疫抑制、神经修复和再生。

[0278]　　在某些实施方式中,被hES-MSC处理的EAE小鼠在它们的中枢神经系统存在更少炎症性T细胞以及更少T细胞渗透至脊髓。所述hES-MSC可以减少由炎症性T细胞引起的损伤和症状,使得它们有用于所有与T细胞相关的自身免疫性疾病的治疗和预防。hES-MSC也减少脱髓鞘。

[0279]　　在某一个实施方式中,所述治疗方法包括hES-MSC和其它药物联合使用。在某一个实施方式中,hES-MSC与抗IL-6抗体、抗IL-12抗体和/或其它免疫抑制药物联合给药。

[0280]　　如本文结果所示,把来源于三个不同hES细胞系的hES-MSCs施用于疾病发作前的EAE小鼠,显著地减少这些小鼠的疾病评分。所述评分降低伴随着降低脱髓鞘、T细胞的浸润和中枢神经系统的小胶质细胞反应,以及在体外抑制免疫细胞增殖和分化。

[0281]　　另外,EAE小鼠在疾病发作后给予hES-MSCs处理,还观察到疾病评分逐渐下降。这些数据表明hES-MSC同时具有对该疾病预防性和治疗性效果。

[0282]　　在某些实施方式中,hES-MSC的免疫抑制活性导致被辐射过的hES-MSC对这些疾病预防性效果,这些被辐射过的hES-MSC不大可能替换受损的髓磷脂,但是有效地下降疾病评分。在一个实施方式中,辐射并未缩短hES-MSC的寿命。

[0283]　　在某些实施方式中,hES-MSC的治疗效果涉及免疫抑制、神经修复和再生。

[0284]　　在某些实施方式中,被hES-MSC处理的EAE小鼠在它们的中枢神经系统存在更多炎症性T细胞以及更少T细胞渗透至脊髓。所述hES-MSC可以减少由炎症性T细胞引起的损伤和症状,使得它们有用于所有与T细胞相关的自身免疫性疾病的治疗和预防。hES-MSC也减少

脱髓鞘。

[0285]　　这些有利的结果全都和骨髓来源的间充质干细胞获得的结果形成鲜明对比。BM-MSCs仅抑制T细胞响应于体外低剂量抗CD3抗体刺激的增殖,并且甚至增强Th1和Th17细胞渗透到中枢神经系统。已经发现自体反应的效应CD4+T细胞与一些自身免疫疾病的发病机理有关,包括多发性硬化症、克罗恩氏病和类风湿性关节炎。这些CD4+T细胞包括Th1和Th17细胞。

[0286]　　此外,BM-MSCs对EAE小鼠的疾病评分根本没有作用。这些发现是惊人的,但和以前的报道相一致,所述所道显示人BM-MSCs对EAE小鼠仅具有可忽略的作用(Gordon等2008a;Zhang等2005;Payne等2012)。本文的结果和来自这些研究的结果突出了本发明的新颖性和实用性。

[0287]　　另外,BM-MSC和hES-MSC具有非常相似的整体转录谱,但差异表达一些促炎和抗炎因子。在这些因子中,BM-MSCs的IL-6的表达水平高于hES-MSC。此外,在体外经IFNγ刺激后,BM-MSCs的IL-6的表达升高1倍,然而hES-MSC的IL-6表达仍保持低水平。

[0288]　　IL-6是一种多效性细胞因子,涉及造血/免疫细胞和基质细胞之间的串扰,包括炎症的开始和终止。IL-6可提升Th17细胞的分化和功能(Dong,2008)。多发性硬化症病人血液和脑组织的单核细胞的IL-6水平升高(PataneIIa等,2010),IL-6水平在老年人的血清中也升高(Sethe et aI,2006)。缺少IL-6受体α的小鼠在T细胞致敏时是抵抗EAE的(Leech等,2012)。CNS产生的位点特异性IL-6可重新定位和增强EAE的免疫反应(Quintana等,2009),然而,IL-6中和抗体可减少EAE小鼠的炎症反应(GijbeIs等,1995)。因此,IL-6已成为治疗多发性硬化症有前途的治疗靶标。

[0289]　　在MSC治疗MS和EAE时,外周T细胞活性的免疫调节、神经细胞再生和神经细胞修复是被广泛认可的治疗作用(AI Jumah and Abumaree,2012;AuIetta等,2012;Morando等,2012)。然而,MS病人的长期功能神经恢复和持续缓解病情需要修复受损的血-脑屏障和血脊髓屏障(CorreaIe and ViIIa,2007;Minagar等,2012)。换句话说,MS是一种炎症性、神经变性和血管性疾病,而且有效的治疗需要针对所有三个部分。

[0290]　　hES-MSCs的特征使它们特别适用于治疗T细胞相关的自身免疫疾病,尤其是多发性硬化症。特别地,hES-MSCs可降低EAE小鼠的疾病评分,而且还减少脱髓鞘和降低Th1和Th17细胞的增殖,并且IL-6低表达。后两个特性使它们适合于治疗其它的T细胞相关的自身免疫性疾病。此外,hES-MSCs穿过血脑屏障和血脊髓屏障的能力,使得它们在治疗和预防多发性硬化症和其它与中枢神经系统相关的自身免疫性疾病具有更大的优势。

[0291]　　因此,本发明的一个实施方式是一种治疗和预防与T细胞相关的自身免疫性疾病的方法,其中,包括给有需要其的受试者施用药的步骤,所述药是包含MSC的治疗有效量的溶液、细胞培养物或药物制剂。T细胞相关的自身免疫疾病包括但不限于多发性硬化症、炎性肠病、克罗恩病、移植物抗宿主病、系统性红斑狼疮和类风湿性关节炎。受试者是哺乳动物,最优选的是人。所述溶液、细胞培养物或药物制剂可以包括被辐射或未经辐射的hES-MSCs。所述溶液、细胞培养物或药物制剂优选通过注射给药。

[0292]　　多发性硬化症已被划分成四个亚型:复发性/持久性;继发进行性;原发进行性;和进行性复发。复发性/持久性亚型的特征是不可预测复发继之以长时间保持。继发进行性MS个体往往以复发性/持久性MS开始,然后是没有持久期的进行性衰退。原发进行性MS描述了

少数出现症状后从未有缓解的个体。进行性复发是最常见的亚型,具有稳定神经衰退,并且遭受急性发作的特征。

[0293]　　因此,本发明的进一步实施方式是一种治疗或预防有此需要受试者的多发性硬化症的方法。其中,该方法包括向有需要其的受试者施用药的步骤,所述药是包括MSC的治疗有效量的溶液、细胞培养物或药物制剂。所述多发性硬化症可以是复发性/持久性多发性硬化症、进行性/复发性多发性硬化症、原发性多发性硬化症、或继发性多发性硬化症。所述溶液、细胞培养物或药物制剂可以包括被辐射或未经辐射的hES-MSCs。所述溶液、细胞培养物或药物制剂优选通过注射给药。

[0294]　　多发性硬化症出现的一系列症状,包括四肢感觉障碍、视神经功能障碍、锥体束功能障碍、膀胱功能障碍、肠功能障碍、性功能障碍、共济失调和复视攻击。

[0295]　　本发明的另一个实施方式是一种治疗多发性硬化症的方法,其中,包括向有需要其的受试者施用药物的步骤,所述药物是包含上文段落所述hES-MSCs的治疗有效量的溶液、细胞培养物或药物制剂。其中可检测的改善有至少一种症状、至少两种症状、至少三种症状、至少四种症状、至少五种症状或所有这些症状的改善。

[0296]　　扩展残疾状态量表(EDSS)是最常用的评价患有多发性硬化临床状态的评价标准。它根据多个单独的参数测量残疾:强度、感觉、脑干功能(语言和吞咽)、协调、视觉、认知、和肠/膀胱失禁。它是一个公认的MS残疾测量表。并且执行起来不是特别困难或耗时。该EDSS量化残疾的八个功能系统(FS)并且允许神经专家分配这些中的每一个功能系统评分(Kurtzke 1983)。

[0297]　　Kurtzke如下定义功能系统:

[0298]　　·锥体状

[0299]　　·小脑

[0300]　　·脑干

[0301]　　·感觉

[0302]　　·肠和膀胱

[0303]　　·视觉

[0304]　　·大脑

[0305]　　·其它

[0306]　　EDSS评分1.0至4.5指完全不卧床的多发性硬化症患者。EDSS通过损伤到行走定义5.0至9.5。每个可能结果的临床意义如下:

[0307]　　0.0:神经检查正常;

[0308]　　1.0:无残疾,一个功能系统中最小异常体征;

[0309]　　1.5:无残疾,2/7功能系统中最小异常体征;

[0310]　　2.0:1/7功能系统中有最低能力丧失;

[0311]　　2.5:两个功能系统中有最低能力丧失;

[0312]　　3.0:一个功能系统中有中度能力丧失;或三个或四个功能系统中有轻度能力丧失,尽管完全能走动;

[0313]　　3.5:完全能走动,但是一个功能系统中有中度能力丧失和1或2个功能系统轻微能力丧失,或2个功能系统中度能力丧失,或5个功能系统轻微能力丧失;

[0314]　　4.0:尽管有相对重度的能力丧失,在没有帮助的情况下,完全能走动、自立,长达约12h/天;没有帮助或不休息的情况下,能够行走约500m;

[0315]　　4.5:在没有帮助的情况下,一天中约大部分的时间完全能走动,能工作一整天,另外可能在充分活动方面受一些限制或需要基本的帮助;以相对重度的能力丧失为特点;没有帮助或不休息的情况下,能行走约300m;

[0316]　　5.0:不需要帮助能行走约200米。残疾妨碍所有日常活动;

[0317]　　5.5:能走动100米,残疾妨碍所有日常活动;

[0318]　　6.0:不管是否休息,需要间歇性或单侧持续援助(手杖、拐杖或支架)行走100米;

[0319]　　6.5:需要持续的双边支持(手杖、拐杖或支架)以不休息地行走20米;

[0320]　　7.0:即使在有帮助时也不能行走超过5米,基本上限制在轮椅,自己操作标准轮椅走动;一天中在轮椅中待的时间长达约12h;

[0321]　　7.5:不能多走几步,限制在床,转移时可能需要帮助。可自己上轮椅,但可能需要电动椅以完成所有日常活动;

[0322]　　8.0:基本上限制在床,椅子或轮椅,但可以不卧床;

[0323]　　8.5:一天大部分时间基本上限制在床,能有效地使用手臂,保留了一些自理能力;

[0324]　　9.0:在床无助的病人,可以交流和饮食;

[0325]　　9.5:不能有效交流或饮食/吞咽;

[0326]　　10:因MS而死亡。

[0327]　　因此,本发明的另一个实施方式是一种在有此需要的受试者中治疗多发性硬发症的方法,该方法包括向有需要其的受试者施用药的步骤,所述药是包含hES-MSCs的、治疗有效量的溶液、细胞培养物或药物制剂。其中,所述受试者扩展残疾状态量表(EDSS)的评分至少改善一分,而且优选至少改善2分。

[0328]　　还有其它已经用于治疗和预防多化性硬化症的治疗药剂,包括但不限于芬戈莫德、促肾上腺皮质激素(ACTH)、甲基强的松龙、地塞米松、IFNβ-1a、IFN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、米托蒽醌和柳氮磺吡啶。

[0329]　　因此,本发明的方法还可进一步包括向受试者给予一种或多种其它治疗药剂,所述药剂包括但不限于芬戈莫德、促肾上腺皮质激素(ACTH)、甲基强的松龙、地塞米松、IFNβ-1a、IFN-1b、醋酸格拉替雷、环磷酰胺、甲氨蝶呤、硫唑嘌呤、克拉屈滨、米托蒽醌和柳氮磺吡啶。在另一个实施方式中,所述其它治疗药剂可在hES-MSCS施用后再施用,或和hES-MSC同时施用,或可共轭或连接至hES-MSCS,如下文所述。

[0330]　　这里公开的hES-MSC可以治疗的T细胞和B细胞相关的其它自身免疫性疾病包括但不限于斑秃、强直性脊柱炎、抗磷脂综合征、自身免疫性阿狄森氏病、自身免疫性溶血性贫血、自身免疫性肝炎、自身免疫性内耳病、自身免疫性淋巴增生综合征(ALPS)、自身免疫性血小板减少性紫癜(ATP)、白塞氏病、大疱性类天疱疮、心肌病、乳糜泻-皮炎、慢性疲劳综合征性免疫缺陷综合症(CFIDS)、慢性炎症性脱髓鞘性多发性神经病、慢性阻塞性肺疾病(COPD)、瘢痕性类天疱疮、冷凝集素病、CREST综合征、克罗恩病、波德戈里察病、皮肌炎、青少年型皮肌炎、盘状红斑狼疮、特发性混合冷球蛋白血症、纤维肌痛-纤维肌炎、格雷夫斯病、吉兰-巴雷综合征、桥本氏甲状腺炎、特发性肺纤维化、特发性血小板减少性紫癜(ITP)、免疫球蛋白A肾病、胰岛素依赖性糖尿病(I型)、II型糖尿病、幼年型关节炎、狼疮、美尼尔氏

病、混合性结缔组织病、多发性硬化、重症肌无力、寻常型天疱疮、恶性贫血、结节性多动脉炎、多软骨炎、多腺体综合征、风湿性多肌痛、多发性肌炎和皮肌炎、原发性丙种球蛋白血症、原发性胆汁性肝硬化、牛皮癣、雷诺氏现象、瑞特氏综合症、风湿热、类风湿关节炎、结节病、硬皮病、干燥综合征、僵人综合症、多发性大动脉炎、颞动脉炎/巨细胞动脉炎、溃疡性结肠炎、葡萄膜炎、血管炎、白癜风、韦格纳氏肉芽肿或任何急性或慢性炎症有关的燃烧、手术损伤和过敏。

[0331]    5.16使用人胚胎干细胞衍生的间充质干细胞作为递送系统

[0332]    由于本发明的hES-MSCs已经展示穿过血-脑屏障和血-脊髓屏障独特的能力,因此,本发明的另一个实施方式是一种使用hES-MSCs穿过血-脑屏障和/或血-脊髓屏障以递送药剂的方法,该药剂和hES-MSCs连接或缀合以形成成复合物,并将hES-MSCs-药剂复合物施用给受试者,其中hES-MSCs穿过血-脑屏障和/或血-脊髓屏障以递送药剂至中枢神经系统。hES-MSCs可以是单细胞、细胞培养物、溶液或药物制剂的形式。药剂将包括但不限于化学品、药物、蛋白质、DNA、RNA、抗体和小分子。

[0333]    本发明的另一个实施方式是一种穿过血-脑屏障和/或血-脊髓屏障以递送药剂的递送系统,其中,该药剂和hES-MSCs缀合或连接。

[0334]    所述透过血-脑屏障和血-脊髓屏障的能力可用于治疗和预防疾病,包括但不限于多发性硬化、癌症、帕金森氏病、阿尔茨海默氏病、亨廷顿氏病、脑膜炎、脑炎、狂犬病、癫痫、痴呆、莱姆病、中风、肌萎缩性侧索硬化、脑和脊髓损伤。因此,有需要的受试者将患有或有风险患上涉及血-脑屏障和血-脊髓屏障的疾病。因此,本发明的另一个实施方式是一种治疗疾病或损伤的方法,所述方法的药剂缀合或连接至hES-MSC以形成复合物,并且给有需要其的受试者施用hES-MSC-药剂复合物,其中,hES-MSC穿过血-脑屏障和/或血-脊髓屏障并将药剂递送至中枢神经系统,所述药剂用于治疗或预防受试者的疾病或损伤。由于hES-MSC具有强大的迁移能力和渗透能力,它也可用作载体以运送抗肿瘤药物和蛋白以治疗肿瘤/癌症。所述hES-MSC可以是单细胞、细胞培养物、溶液或药物制剂的形式。药物包括但不限于化学品、药物、蛋白、DNA、RNA、micro-RNA、非编码RNA、抗体、小分子和/纳米分子。

[0335]    可用于治疗和预防疾病的药剂包括但不限于抗生素、抗病毒剂、抗真菌剂、类固醇、化学治疗剂、抗炎剂、细胞因子和/或合成肽。

[0336]    蛋白质和多肽也可以缀合hES-MSCs,包括促红细胞生成素(EPO)、抗β淀粉样蛋白肽、组织纤溶酶原激活剂(TPA)、粒细胞集落刺激因子(G-CSF)、干扰素(IFN)、生长因子/激素、抗血管内皮生长因子肽、抗肿瘤坏死因子肽、神经生长因子、肝细胞生长因子、IL-2、CX3CL1、GCV、CPT-11、胞嘧啶脱氨酶、HSV-TK、羧酸酯酶、溶瘤病毒、TSP-1、TRAIL、FASL、IL-10以及TGFb。结合于特异的受体并封闭这些受体的蛋白质和多肽也可用的,并且是本发明计划与连接hES-MSCs的。

[0337]    编码治疗蛋白和多肽的DNA和RNA也可以缀合hES-MSCs形成缀合物,以穿过血-脑屏障和/或血-脊髓屏障递送。

[0338]    术语"抗体"包括多克隆抗体、单克隆抗体、人源化或嵌合抗体、单链Fv抗体片段、Fab片段和F(ab')₂片段。多克隆抗体指对特定抗原表位特异的抗体分子异质群,而单克隆抗体指对特定抗原表位特异的抗体分子同质群。单克隆抗体在本发明中是特别有用的。

[0339]    有效地阻止疾病信号通路中的分子或受体分子活化、表达和/或作用的任何药剂

可用于连接或缀合hES-MSCs,所述疾病指涉及血-脑屏障和/或血-脊髓屏障的任何疾病。这种药剂包括但不限于化学品、植物化学品、药物、生物制剂、有机小分子、抗体、核酸、肽类和蛋白质。

[0340]　也可以使用"诱饵"分子抑制信号通路,该"诱饵"分子模拟靶分子在通路中的结合和激活区域。活化的分子会结合诱饵,而不是靶标,并且不可能发生活化。

[0341]　还可以使用"显性干扰"分子或活化分子(所述活化分子缺少激活域)保留的结合域实现抑制。这些分子在信号通路中结合受体,但是不能生产的,并且阻止受体结合至所述活化分子。这种诱饵分子和显性干扰分子可通过本领域内已知的方法进行制造,并且通过连接或缀合至hES-MSCs以穿过血-脑屏障或血-脊髓屏障递送。

[0342]　穿过血-脑屏障和/或血-脊髓屏障以递送药剂的方法也用于诊断剂,包括但不限于化学品、抗体、多肽、蛋白、DNA、RNA。这种为了应用于诊断的药剂必须有被可视化和/或定量的方法。这种方法包括但不限于荧光、生物标记、染料、放射性同位素标记和/或纳米颗粒。

[0343]　这样的递送方法和递送系统将有利于诊断神经障碍、多发性硬化、癌症、帕金森氏病、阿尔茨海默氏病、亨廷顿氏病、脑膜炎、脑炎、狂犬病、癫痫、痴呆、莱姆病、中风、肌萎缩性脊髓侧索硬化症、以及脑和脊髓损伤。因此,本发明的另一个实施方式是一种诊断疾病或损伤的方法,该方法通过将药剂连接或缀合至hES-MSCs以形成复合物;并且把hES-MSCs-药剂复合物施用于疑患病的受试者,其中,所述hES-MSCs穿过血-脑屏障和/或血-脊髓屏障并将所述药剂递送至中枢神经系统。所述hES-MSCs可以是单细胞、细胞培养物、溶液或药物制剂的形式。药剂包括但不限于化学品、药物、蛋白、DNA、RNA、抗体和小分子。

[0344]　不论什么类型和是否用于治疗、预防、诊断的药剂,可通过本领域已知的任何方法缀合或连接到hES-MSCs,包括但不限于合成的细胞外基质、藻酸-聚-L-赖氨酸胶囊和/或容器。

[0345]　在某些实施方式中,工业制造水平的大规模生产被包括在本发明内,这样的方法是本领域熟知的。在某些实施方式中,大规模生产包括使用Hyper-STACK2D培养系统和/或微载体3D生物反应器。

[0346]　6.实施例

[0347]　参考以下实施例能更好地理解本发明,给出以下实施例是为了更全面地说明本发明的优选实施方案,但是它们决不可被认为是对本发明宽广的保护范围的限制

[0348]　6.1实施例1-hES-HB-MSCs的衍生

[0349]　使用一种方法使hESC经由EB而衍生HB,然后富集中胚层细胞并且根据后续的培养条件进一步分化为HB或MSC。

[0350]　材料和方法

[0351]　共使用了4种hESC细胞系,分别是H9(来自WiCell Research Institute)(Thomson等(1998))、CT2(来自康涅狄格大学干细胞中心(Lin等(2010))、MA09(美国食品和药物管理局批准的、临床级别的细胞,来自先进细胞技术公司)(Klimanskaya等(2006))和ES03-Envy(Envy,带GFP标签的细胞系,来自ES International)(Costa等(2005))。这些细胞培养在基质胶上(BD Biosciences,何塞,,加利福尼亚)并培养在TeSR1培养基中(Stem Cell Technologies,温哥华,加拿大),该培养基中添加或不添加0.05-0.2μM BIO(6-溴靛玉红-

3′-肟(CAS 667463-62-9))。

[0352]    然后hESC细胞分化为EB细胞,接着富集如前所述的HB(Lu等(2008);Lu等(2007))。基质胶培养板上融合度达50-80%的hES细胞被分散酶(1mg/ml,5至10分钟)消化,然后用以下培养基清洗:形成EB的基础培养基HPGM(Lonza,Walksville,Maryland),或STEMLINE I/II造血干细胞扩增培养基(Sigma,St.Louis,密苏里),或StemSpan H3000(Stem Cell Technologies,温哥华,加拿大),或含10%FBS的IMDM,或含10%FBS的DMEDM/F12。接着细胞以约2-3百万细胞/ml的密度培养在超低皿,并在EB形成培养基中培养48小时,该培养基补充了终浓度为50ng/ml的VEGF(Peprotech)和终浓度为50ng/ml的BMP4(Stemgent)。48小时后,一半的培养基被替换成新鲜的EB培养基,该培养基添加了终浓度为25-50ng/ml的bFGF。

[0353]    4天后,收集在培养基中形成的EB细胞并且在37℃使用TrypLE消化2-3分钟,把EB细胞分散成单细胞。细胞被清洗并以1-5百万细胞/ml的密度重悬在EB形成基础培养基。所述单细胞悬液以1:10的比例和成血管细胞生长培养基(Stem Cell Technologies,温哥华,加拿大)混合。

[0354]    母细胞生长培养基的配制如下:在总量为100ml的无血清的甲基纤维素CFU培养基中添加如下:VEGF、TPO、FLT3-配体至浓度50ng/ml、bFGF至浓度20-50ng/ml、1ml EX-CYTE生长增强培养基补充物和1ml Pen/Strap,混合均匀。

[0355]    混合物经涡旋后穿过16G针接种在超低培养皿并在37℃、5%$CO_2$环境中培养5-9天。

[0356]    在MSC培养基中重悬单细胞,该培养基包括:1) 含10-20%FBS的alpha-MEM(Invitrogen),或2) 含10-20%KOSR的alpha-MEM,3) 含10-20%FBS的高糖DMEM,或4) 含10-20%KOSR的高糖DMEM。细胞以100-5000细胞/$cm^2$的密度培养在包被基质胶、明胶、玻连蛋白、层粘连蛋白、纤连蛋白或胶原I的培养皿。在24小时后更换该培养基并且每2-4天更新。在6-12天后,所述细胞逐渐分化成纺锤状细胞,形态类似典型的MSC。

[0357]    使用流式细胞术染色确定所述hES-MSCs的特征。使用含2%BSA的PBS清洗细胞经将其封闭,然后根据厂商说明书进行抗体染色检测以下细胞表面标记:CD31、CD34、CD29、CD73、CD90、CD105、CD44、CD45、CD146、CD166、HLA-ABC、HLA-DR、HLA-G(BD Bioscience或eBioscience)。在FACS LSR II流式细胞仪上使用FACSDiva软件(BD Bioscience)收集数据,然后使用FlowJo软件(Treestar)分析获得的数据。

[0358]    结果

[0359]    对第9天的培养物(HB-d9)进行流式细胞术分析,结果显示68.1%CD45+细胞、22.1%CD31+细胞(上皮祖细胞)和9.7%的CD73+细胞(MSC)(图2)。

[0360]    这些细胞接种在基质胶包被的培养皿上,并培养在MSC生长培养基(Invitrogen)。24小时后,5-10%的细胞贴壁培养皿并且9-14天后,贴壁的细胞全部分化为MSC样细胞。

[0361]    我们还发现,在无饲养细胞、无血清的hESC培养物中添加GSK3抑制剂BIO可明显提高EB和HB的形成率。如图28所示,在mTesr1培养基中添加BIO可提升EB培养物的大小和产量。如图29所示,在mTesr1培养基中添加BIO后,EB总数提高了3倍。如图30所示,与传统的mTesr1相比,在添加BIO后CD45细胞分化的百分率也提高了3倍,其中CD45细胞的分化率代表成血管细胞分化效率。

[0362]    我们还发现在分化后,不同hESC细胞系衍生的细胞的CD10的表达水平有差异。如

说　明　书

图31所示,来源于MA09的hES-MSC表达高水平的CD10,但是来源于H9和CT2的hES-MSC表达低水平的CD10,这与BM-MSC相类似。微阵列和流式细胞术染色证实了以上结果。

[0363]　　6.2实施例2-hES-HB-MSC另外的特征

[0364]　　使用流式细胞术、免疫荧光染色、多谱系分化和核型分析进一步分析从实施例1获得的MSC细胞。

[0365]　　材料和方法

[0366]　　流式细胞术的方法如实施例1所述。

[0367]　　免疫荧光:细胞在4%多聚甲醛固定15分钟,然后温育在含0.2%Triton X-100的PBS中,接着在5%山羊血清中封闭。使用含5%山羊血清的PBS稀释一抗。使用一抗温育该细胞并在4℃过夜,接着用PBS洗3次。偶联荧光染料的二抗和该细胞在室温温育30分钟,随后PBS洗3次。最后,在荧光显微镜下检测该细胞,并拍摄可见光和荧光图片。

[0368]　　hES-MSC的G显带核型分析通过康涅狄格大学斯托斯实验室的外包服务完成。

[0369]　　微阵列分析:HumanHT-12V3expression BeadChip(iⅠumina)用于微阵列分析,genomic studio V2011.1用于数据分析。

[0370]　　结果

[0371]　　在第9-14天获得的贴壁细胞后来全部分化为MSC样细胞,该细胞的细胞表面标记与BM-MSCs的相类似。所述hES-MSCs表达高水平的CD73(大于99%)、CD90(大于90%)、CD105(大于90%)、CD13(大于85%)、CD29(大于90%)、CD54(大于80%)、CD44(大于99%)和CD166(大于90%),但不表达非MSC标记,如CD31、CD34和CD45(图2和3)。

[0372]　　所述hES-MSCs可在体外培养长10代,此时还具有正常的核型(图4)并且它们的细胞表面标记的表达谱和分化能力维持不变。

[0373]　　6.3实施例3-hES-MSCs在EAE小鼠的预防模型和治疗模型中都减少疾病评分

[0374]　　因为已显示BM-MSCs可以减缓实验性自身免疫性脑脊髓炎(EAE)的疾病进展,这是一种公认的多发性硬化症小鼠模型,因此,把从实施例1中获得的hES-MSCs注射入EAE小鼠以确定它们是否具有相同的功效。

[0375]　　材料和方法

[0376]　　通过如前所述方法诱导EAE小鼠模型(Stromnes和Goverman(2006))。向C57BL/6小鼠皮下注射EAE诱导试剂盒的髓鞘少突胶质细胞糖蛋白35-55(MOG35-55)、弗氏佐剂和百日咳毒素的混合物(Hooke Laboratories,Inc,MA.(Cat.#EK-0114)),根据厂商说明书和Ge等(2012)所述进行操作。

[0377]　　小鼠在免疫后6天(发病前)或18天(发病后)被腹腔注射BM-MSC或hES-MSC或PBS(空白对照),注射量为$1×10^6$个细胞/鼠。每天监测小鼠的疾病评分,共31天。

[0378]　　疾病评分系统如下:

[0379]　　0:没有疾病的迹象

[0380]　　1:完全尾巴瘫痪

[0381]　　2:部分后肢瘫痪

[0382]　　3:完全后肢瘫痪

[0383]　　4:前肢体瘫痪;

[0384]　　5:垂死

[0385]　　结果

[0386]　　如图5所示,从三个hESC细胞系CT2、MA09和H9衍生的hES-MSCs明显减少每日的疾病评分,当在第6天或发病前注射,也减少累积的和最高的疾病评分(图6),表明hES-MSCs具有预防的功效。被注射CT2hESCs的小鼠呈现最高的疾病评分,类似于被注射PBS的对照小鼠,进而排除了在异种移植的可能性。

[0387]　　如图7所示,hES-MSCs处理还对已经发病的EAE小鼠有治疗的效果。当在免疫后第18天(在之后疾病评分最高)注射hES-MSCs,hES-MSCs处理的小鼠的疾病评分逐渐下降,在第30天平均评分为1.67,然而,PBS处理的EAE小鼠在同一天的平均评分为2.8。

[0388]　　6.4实施例4-hES-MSCs处理的EAE小鼠的中枢神经系统特点

[0389]　　进一步分析hES-MSCs处理的EAE小鼠的中枢神经系统。

[0390]　　材料和方法

[0391]　　流式细胞术的方法如实施例1所述。在免疫15天后,按实施例3所述方法使用PBS或hES-MSC(CT2)处理EAE小鼠,流式细胞术分析中枢神经系统调节T细胞的Foxp3和CD25。

[0392]　　在免疫15天后,按实施例3所述方法使用PBS或hES-MSC(CT2)处理EAE小鼠,通过往EAE小鼠的左心室灌注20ml冷PBS的方法分析中枢神经系统的Th1和Th17细胞。收集灌注小鼠的脑和脊髓,并研磨成小块。经胶原酶和胰酶在37℃消化20分钟后,进一步研磨该组织并经40μm的滤器过滤。清洗细胞,并用4ml 40%PercoII重悬细胞,然后覆盖到5ml的70%PercoII。接着在存在GoIgiStop(BD Bioscience,CA)的条件下,使用终浓度为50ng/ml的佛波酯(12-otetradecanoyIphorboI-13-acetate,TPA)(Sigma,MO)和终浓度为500ng/ml的离子霉素(Sigma,MO)刺激该细胞6小时,然后使用抗CD4-FITC抗体和抗CD8-Pacific BIue抗体(BD Bioscience,CA)对细胞进行免疫染色。根据厂商说明书,使用胞内染色试剂盒(BD Bioscience,CA)对该细胞进行固定和透化,然后对IFNγ和IL-17A进行胞内染色。

[0393]　　脊髓的病理学

[0394]　　对石蜡包埋的脊髓横截面进行免疫染色检测CD3(Biocare MedicaI)或Iba1(Waco),并用抗MBP抗体(MiIIipore)或fIuoromyeIin进行复染,免疫染色的方法参照(Crocker等,2006;Moore等,2011)。在脊髓样本的胸椎和腰椎水平的侧柱截面上,使用ImageJ(NIH)量化抗MBP抗体的染色强度(Crocker et aI.,2006)。对每个处理组的每个受试者至少分析三个感兴趣的区域。

[0395]　　结果

[0396]　　因为调节T细胞(Treg细胞,Foxp3+和CD25+)在抑制炎症中具有重要的免疫抑制作用(Hansen等,(2008)),在hES-MSCs和PBS处理的EAE小鼠中,观察到T细胞中的Treg细胞渗入中枢神经系统,并且T细胞中渗入的Treg细胞比例并没有提高(图8),表明Treg细胞并不参与hES-MSCs的免疫抑制作用。该结果类似于其他人报道的BM-MSC对EAE小鼠的作用(Zappia等(2005))。

[0397]　　与PBS(对照)处理的或hESC处理的小鼠相比,从hES-MSC处理的小鼠中枢神经系统分离得到更少CD4+、CD8+、Th1和Th17T细胞(图9),表明减少炎症性T细胞可能对hES-MSC处理小鼠的症状改善有贡献。

[0398]　　病理上,通过钙离子结合适配器分子1(ionized caIcium-binding adapter moIecuIe 1,IBA1)免疫染色分析脊髓小胶质细胞的反应,这是中枢神经系统炎症反应的一

种信号。与PBS处理组相比,hES-MSC处理组的EAE小鼠脊髓IBA1染色减少(图10)。相应地,与对照组相比,在hES-MSC处理组的EAE小鼠中,渗入脊髓的T细胞(CD3+细胞)减少。

[0399]　　脊髓的髓鞘结合蛋白(MBP)免疫染色结果显示,与PBS处理组相比,hES-MSC处理组小鼠的脱髓鞘减少(图10和11),表明hES-MSC可阻止和/或修复中枢神经系统的炎症损伤并且保护髓鞘完整。

[0400]　　6.5实施例5-CNS的证据表明hES-MSCs比BM-MSC在体外具有更强的抗EAE作用长期以来,BM-MSC用于治疗自身免疫性疾病,包括各种动物模型和临床试验的MS,然而治疗效果不一,有提高反应的,也有无变化的(TyndaII,2011),因此在本研究中比较hES-MSCs和人BM-MSC的治疗作用。

[0401]　　材料和方法

[0402]　　在免疫6天后,将如实施3所述的EAE小鼠腹膜腔内注射PBS、BM-MSC和hES-MSCs(MA09),注射量都为$10^6$个细胞。疾病评分如实施例3所述。

[0403]　　对渗入BM-MSC处理组小鼠中枢神经系统的T细胞进行流式细胞术分析,方法如实施例4所述。

[0404]　　结果

[0405]　　从6个来源获得的5个人BM-MSC细胞系都不能减少EAE小鼠的疾病评分,只有一个BM-MSC细胞系适度地减少1个疾病评分,这与hES-MSC呈现的强大抗EAE作用形成鲜明的对比(图12)。

[0406]　　与PBS和hES-MSC处理的EAE小鼠相比,在BM-MSC处理的EAE小鼠中,渗入中枢神经系统的Th17细胞在CD4T细胞中的化例更高,表明BM-MSC可促进Th17细胞分化。在计算渗入的总Th1和Th17细胞后发现,所有3个BM-MSC细胞系显著地提高了Th17细胞数量(图13),并且只有一个细胞系提高Th1细胞总数,而hES-MSCs减少Th1和Th17细胞(实施例4)。总而言之,该结果表明BM-MSC在体内不仅不能抑制Th1反应,还增强了Th17反应。在PBS处理组和BM-MSC处理组小鼠的脊髓中,MBP的荧光髓鞘染色减少表明该小鼠受到严重损伤,而hES-MSC处理组小鼠的MBP水平保持不变(图14)。在BM-MSC处理组小鼠的损伤区域还呈现很多DAPI阳性细胞,表明有更多的炎症细胞渗入。

[0407]　　6.6实施例6-hES-MSCs可进入中枢神经系统

[0408]　　众所周知,BBB和BSCB在阻止T细胞进入中枢神经系统方面起到重要的作用,因此我们想知道他们是否也阻止MSC进入中枢神经系统。

[0409]　　材料和方法

[0410]　　如实施例1所述的、稳定表达GFP的hESC细胞系Envy(Costa等,2005)分化的MSC和带GFP标签的人BM-MSC(Hofstetter等,2002)被注射入免疫6天后的EAE小鼠,并且在免疫14天后分离脊髓。

[0411]　　GFP+细胞迁移穿过脊髓。

[0412]　　结果

[0413]　　如图18所示,只有GFP+hES-MSC迁移出血管并进入脊髓血管周围的薄壁组织,然而,GFP+BM-MSC仅存在血管内。薄壁组织发炎的小静脉显示GFP+hES-MSC的薄壁组织定位,表明该细胞溢出了。相反,GFP+BM-MSC处理的小鼠出现更多“管腔限制的“GFP免疫反应性(图15A),发炎的脑膜小静脉也呈现少量的GFP+BM-MSCs溢出,而在接受GFP+hES-MSCs的处

　　　　　说　明　书　　　　　

理小鼠中溢出更多 (图15B)。

[0414]　这些结果表明只有hES-MSCs而非BM-MSCs,能溢出血管而进入中枢神经系统。

[0415]　6.7实施例6-hES-MSCs比BM-MSCs对T细胞功能的体外抑制作用更强

[0416]　T细胞在体外受到抗原刺激后,比较hES-MSCs和BM-MSCs抑制T细胞增殖的能力。

[0417]　<u>材料和方法</u>

[0418]　使用从小鼠外周淋巴结分离的淋巴细胞进行体外T细胞增殖试验。这些淋巴细胞在37℃用5µM的酸盐琥珀酰亚胺酯(CFSE)标记10分钟,通过观测CFSE的稀释追踪细胞增殖。10000个hES-MSCs或BM-MSCs与100000个淋巴细胞混合在96孔板中,并且连接在培养板上的抗CD3抗体(0.2、0.6、2和6µg/ml)和可溶的抗CD28抗体(eBioscience,CA)刺激增殖。在刺激3天后收集细胞,然后通过流式细胞术分析CD4+和CD8+细胞。

[0419]　<u>结果</u>

[0420]　通过小鼠淋巴细胞的体外试验发现,当以浓度为0.2和0.6µg/ml,或0.1和0.3µg/ml的抗CD3抗体刺激时,hES-MSCs抑制小鼠CD4+和CD8+T细胞增殖,而BM-MSC仅在低浓度抗CD3抗体刺激时才具有抑制作用,如0.2或0.1µg/ml (图16和17).

[0421]　6.8实施例7-进一步证明hES-MSCs比BM-MSCs对T细胞功能的体外抑制作用更强

[0422]　<u>材料和方法</u>

[0423]　从小鼠脾脏分离CD4+T细胞,并使用幼稚CD4T细胞富集试剂盒(Stem Cell Technologies,加拿大)进一步纯化,然后进行Th0、Th1和Th17细胞的体外试验。该细胞以1:10的比例与hES-MSCs或BM-MSCs温育,或与PBS温育,随后Th1或Th17分化5天。在以下条件下使用抗CD3抗体和抗CD28抗体刺激细胞:细胞培养在包含终浓度为5ng/ml的rhIL-2的培养基中以保持Th0状态,使用终浓度为5µg/ml的抗-mIL-4抗体(eBioscience,CA)、终浓度为5ng/ml的rhIL-2(eBioscience,CA)和终浓度为10ng/ml的mIL-12(PeproTech,CA)诱导Th1分化,并且使用终浓度为5ug/ml的抗-mIL4抗体、终浓度为5ug/ml的抗-mIFNγ抗体(eBioscience,CA)、终浓度为20ng/ml的rmIL-6(Peprotech,CA)和终浓度为1ng/ml的rhTGF-β1(Peprotech,CA)诱导Th17分化。在某些组中,在培养物中添加终浓度为10µg/ml的抗-hIL-6抗体(eBioscience,CA)。在24孔板中以0.3×10⁶个细胞/孔接种幼稚CD4T细胞。通过80Gy辐射1小时,使hES-MSC或BM-MSC的有丝分裂停止。通过流式细胞术分析IFNγ+和IL-17+细胞。

[0424]　<u>结果</u>

[0425]　如实施例5和图18所示,由于与hES-MSC处理组小鼠相比,在BM-MSC处理组小鼠中,发现更多的Th17和Th1细胞渗入中中枢神经系统,因此,在hES-MS和BM-MSC存在或不存在时,在体外检测这些T细胞亚型。

[0426]　如图18所示,在Th1条件下,hES-MSC减少分化得到的Th1(IFNγ+/IL-17-)细胞(从29.7%降至18.0%)。相反,所有BM-MSC细胞系或不能改变或提高Th1分化(从26.9%升至43.6%)。

[0427]　在Th17分化条件下,hES-MS和BM-MSC都下降Th17细胞的比例,但出人意料地,所有BM-MSC细胞系提高了产生IFNγ细胞的比例,但hES-MSCs没有。

[0428]　这些结果表明在Th1条件下,BM-MSC不能抑制Th1细胞分化,并且在Th17条件下促进了Th1细胞分化。BM-MSC在体外的复杂作用反应其在EAE小鼠的复杂作用。

[0429]　6.9实施例8-hES-MSCs和BM-MSCs的基因表达谱

[0430]　进行微阵列分析以比较hES-MSCs和BM-MSCs的基因表达谱。

[0431]　<u>材料和方法</u>

[0432]　根据厂商说明书,利用Trizol(Invitrogen,CA)提取第2-4代hES-MSC或第3代BM-MSC的RNA,并进行微阵列分析。使用HT-12v4表达微珠芯片(Illumina,圣地亚哥,加拿大)分析所述细胞的基因表达谱。使用Genome Studio V2011.1分析数据。本试验检测两个不同来源的BM-MSC细胞系和两个hES-MSC细胞系,分别由H9和MA09衍生。

[0433]　流式细胞述分析如实施例1所述。

[0434]　<u>结果</u>

[0435]　如表1所示,hES-MSCs和BM-MSCs样本的总基因表达谱非常相似,在这些样本中,抗炎基因如HLA-G、HGF、COX2、IDO1和iNOS的表达水平相似。

[0436]　表1

[0437]

| | hES-MSC | | BM-MSC | |
|---|---|---|---|---|
| HLA-G | 359.1 | ±52.2 | 726.8 | ±51.3 |
| HGF | 116.9 | ±19.1 | 115 | ±15.3 |
| PTGS1/COSX-1 | 136.3 | ±2.5 | 122.7 | ±14.1 |
| PTGS2/COX-2 | 346.2 | ±244.5 | 964 | ±674.7 |
| IDO1 | 121.9 | ±3.9 | 127.6 | ±12.4 |
| IDO2 | 119.9 | ±1.8 | 123.5 | ±5.46 |
| NOS2/iNOS | 129.5 | ±10.6 | 154.2 | ±11.2 |

[0438]　然而,在hES-MSCs和BM-MSCs中,一小部分基因表达有差异,这些基因包括编码抗炎因子的基因,如IL-10和TGFβ,以及促炎因子,如CCL2、MMP2、RAGE、IFNγR1、IFNγR2、IL-12、IL-6和VCAM1(图19)。

[0439]　如图20所示,通过胞内染色和流式细胞术分析证实,IL-6在BM-MSC的表达水平比hES-MSC的高。

[0440]　基于微阵列分析,hES-MSC和BM-MSC的转录谱非常相似。在hES-MSC和BM-MSC之间只有一小部分基因差异表达,这些基因包括编码抗炎因子(AIFs)和促炎因子(PIFs)的基因(图35和36)。在这些差异表达的因子中,一些潜在的AIFs如IL-10(Dai等,2012)和TGFβ2(Huss等,2011)在hES-MSC的表达水平比BM-MSC的高,而一些潜在的PIFs如IL-6(Quintana等,2009)、IL-12(Becher等,2002)、CCL2(Mahad和Ransohoff,2003)、VCAM1(Chaudhary等,2006)、RAGE(Cuccurullo等,2006)和MMP2(Cunnea等,2010)在hES-MSC的表达水平比BM-MSC的低(图39A-B)。通过流式细胞术进一步证实IL-6+细胞在hES-MSC中的比例要比BM-MSC的低(图37A-D)。

[0441]　本文提供了一种鉴定具有高免疫抑制能力hES-MSC的方法,该方法包括使用IL-6和以上提到的其它因子的表达水平作为hES-MSC和BM-MSC质量的指标。本文提供了hES-MSC,其中,该细胞中IL-6阳性的细胞<5%,并且表达低水平的IL12、TNFα、RAGE和其它促炎因子。优选的hES-MSC表达高水平TGFβ和IL-10。本文提供了生产hES-MSC的方法,其中,通过差异表达因子的遗传和表观遗传学修饰提高该细胞的免疫抑制能力。

[0442]　6.10实施例9-BM-MSCS而非hES-MSCS产生IL-6应答活化的T细胞

[0443]　因为已知在体外和体内受到因子如IFNγ（Ryan等，2007）、TNFα（English等，2007）、ToⅡ-样受体、CCL2、CCL5和IL-8（Anton等，2012；Waterman等，2010）刺激时，MSCs被活化并产生细胞因子IL-6，因此，在接触活化的T细胞时，MSC可能会产生更多IL-6，因为活化的T细胞产生高水平的IFNγ和TNFα。

[0444]　材料和方法

[0445]　BM-MSCs和hES-MSCs（MA09）与人PBMC共培养4天。在最后2天添加终浓度为2.5ng/ml的PHA以刺激T细胞。冲走该PBMC并进行如实施例8所述的定量RT-PCR。

[0446]　在体外以终浓度为10ng/ml的IFNγ刺激MSCs 12小时，并且通过胞内流式细胞术检测IL-6。

[0447]　结果

[0448]　当在体外直接用IFNγ刺激MSC时发现，hES-MSC的IL-6表达水平在刺激后并没有改变。BM-MSC在不受刺激时，IL-6本底表达水平已经很高，但是在IFNγ处理后，IL-6表达水平翻倍（图21）。这些结果表明在应答活化的T细胞或炎症因子刺激时，BM-MSC而非hES-MSC产生高水平的促炎因子IL-6，这可能是降低BM-MSC免疫抑制作用的另一个原因。

[0449]　6.11实施例10-IL-6涉及BM-MSC有限的抗EAE能力的进一步证据

[0450]　因为IL-6促进T细胞增殖和存活，并且促进T17细胞分化（Dienz和Rincon，2009；Rochman等，2005），因此，BM-MSC提高IL-6的表达水平可能抵消BM-MSC其它方面的抗炎症作用。为了验证这个可能性，我们在以下的试验中使用抗人IL-6的中和抗体。

[0451]　材料和方法

[0452]　T细胞体外增殖试验如实施例6所述。CFSE标记的小鼠淋巴细胞与BM-MSCs以1:10的比例共温育（或不与BM-MSCs共温育），共温育的还有终浓度为10μg/ml的抗人IL-6抗体。CFSE流式细胞术染色检测分离的CD4+和CD8+T细胞的比例。

[0453]　如实施例7所述，在Th17分化的条件下，存在或不存在终浓度为10μg/ml的抗人IL-6抗体时，hES-MSCs或BM-MSCs与小鼠幼稚CD4+T细胞以1:10的比例共温育5天。在TPA/离子霉素刺激后，通过胞内流式细胞术染色检测IFNγ+和IL-17+细胞。

[0454]　结果

[0455]　如图22和23所示，抗-IL-6抗体增强不同BM-MSC细胞系对小鼠CD8+T细胞（图22，23B）、CD4+T细胞（图23A）增殖的抑制作用，这些T细胞的增殖是应答于抗-CD3抗体的刺激。

[0456]　接下来检测添加抗-IL-6抗体是否能逆转体外的Th1分化。在一个特别的分化条件下，也就是所谓的Th0条件下，不添加小鼠细胞因子但使用抗小鼠IFNγ抗体和抗小鼠IL-4抗体抑制Th1和Th2分化。T细胞与人BM-MSC但非hES-MSC共培养能显著地提高小鼠T细胞的Th1分化。使用抗人IL-6抗体能使这个作用下降30%-50%（图24）。因此，提高IL-6在BM-MSC的表达水平可能至少部分是抵消该细胞抗炎症和抗EAE作用的原因，这与hES-MSC表达低水平的IL-6形成鲜明对比。

[0457]　6.12实施例11-被辐射的hES-MSCs还保留抗EAE作用

[0458]　通常通过辐射使鼠胚胎成纤维细胞（MEF）停止有丝分裂，而辐射并不影响它们的饲养活性，仍然可以维持hESC的自我更新和多能性，如从hESC细胞系的第一次衍生中所使用的（Thomson等（1998）。根据这种情况，假设被辐射的MSC也可能和未辐射的MSC一样，具

说　明　书

有抗EAE作用。

[0459]　　材料和方法

[0460]　　MA09hESC衍生的hES-MSC用80Gy辐射,如实施例2所述,在免疫后第6天,将被辐射的细胞以1×10$^6$个细胞/小鼠注射入EAE小鼠。疾病评分如实施例2所述。

[0461]　　结果

[0462]　　如图25所示,可观察到被注射小鼠的疾病评分减少,尽管减少的程度比未辐射的hES-MSC所引起的要小点。当hES-MSC的剂量提高到2×10$^6$个细胞/小鼠时,被辐射的和未辐射的hES-MSC具有相似的抗EAE作用。

[0463]　　6.13实施例12-被辐射的hES-MSCs和宿主小鼠的寿命相似

[0464]　　评估被辐射的hES-MSCs在体内的寿命以确定它们对EAE是否起作用。

[0465]　　材料和方法

[0466]　　为了确定被辐射的hES-MSCs在体内的寿命,向hESC(CT2)克隆转染慢病毒载体以获得组成型表达荧光素酶的hESC及其后代(Pomper等.(2009))。通过抗荧光素酶抗体(绿色)对该细胞进行染色,并用DAPI(蓝色)复染细胞核,在荧光显微镜下观测阳性的光素酶。

[0467]　　辐射表达荧光素酶的hES-MSCs(CT2),按实施例2所述的方法,把被辐射的和未被辐射的细胞注射EAE小鼠。

[0468]　　结果

[0469]　　我们发现,被辐射的hES-MSC在注射小鼠后,和未辐射的hES-MSC具有一样的寿命,都是7-10天(图27)。这些数据表明被辐射的hES-MSC在宿主小鼠中具有相似的寿命,并且与未辐射的hES-MSC相比,达到相似的抗EAE作用(当给予2倍的剂量),还有,在hES-MSCs移植的免疫缺陷小鼠中未观察到肿瘤。

[0470]　　6.14实施例14-临床级别hES-MSCs的鉴定程序

[0471]　　通过对6组标记进行多色流式细胞术和免疫荧光染色鉴定hES-MSC的特征,6组标记分别为:(1)MSC特异性的标记(组1):CD73、CD90、CD105、CD146、CD166和CD44;(2)MSC特异性的标记(组2):CD13、CD29、CD54、CD49E、SCA-1和STRO-1;(3)造血干/祖细胞标记:CD45和CD34,以及内皮细胞标记CD31;(4)免疫原性的标记:HLA-ABC、HLA-G、CD80和CD86;(5)细胞因子:IL-10、TGFβ、IL-6、IL-12和TNFα;(6)多能性标记:OCT4、NANOG、TRA-1-60和SSEA-4。临床级别的MSC包含>95%的细胞是第1组标记阳性的,>80%的细胞是第2组标记阳性的,<5%的细胞是第3组标记阳性的,>80%的细胞是IL-10和/或TGFβ阳性的,<5%的细胞是IL-6、IL-12和TNFα阳性的,<0.001%的细胞共表达第6组标记。按照上面所述检测细胞的异质性和纯度。临床级别的MSC将和临床前级别的MSC并排比较,其中临床前级别的MSC在目标3.1中是验证过的并作为阳性对照。

[0472]　　为了检测hES-MSC的细胞因子分泌谱是否一致,使用R&D FIuorokine MAP MuItipIex Human Cytokine PaneI A和TGF-beta 3-pIex的多路复用系统分析hES-MSC的24小时培养基中的细胞因子表达。在仅需50-100uI的样品中,可同时分析所有对MSC功能起重要作用的细胞因子,包括但不限于CCL2、CCL3、CCL4、CCL5、IL-1、IL-2、IL-4、IL-6、IL-8、IL-10、IL-17、TNFα、TGFβ、IFNγ、IFNα、IFNβ、GM-CSF、G-CSF、bFGF、CXCL5、VEGF、TPO、CXCL10、CCL11、CD40配体、EGF、HGF、IL12A、IL12、IL-13和/或瘦蛋白。

[0473]　　还对hES-MSC分析了:(1)外源物质的存在,如残留的、用于hES-MSC分化的内毒

素和细胞因子/生长因子；(2)基因异常(核型分析和全基因组测序)

[0474]　包括本说明书中引用的公开出版物、专利申请文件以及专利文件的所有参考文献都被包含在本说明书中作为参考，这种参考如同每个参考文件单独地且明确地显示借助引用而被包含在本文中以及在本文中全部被阐述。

[0475]　参考文献

[0476]　AI Jumah,M.A.,and Abumaree,M.H.(2012).The Immunomodulatory and Neuroprotective Effects of Mesenchymal Stem Cells(MSCs)in Experimental Autoimmune Encephalomyelitis(EAE):A Model of Multiple Sclerosis(MS)(间充质干细胞(MSC)在实验性自身免疫性脑脊髓炎(EAE)的免疫调节和神经保护作用：一种多发性硬化症(MS)模型.International journal of molecular sciences 13,9298-9331.

[0477]　Anton,K.,Banerjee,D.,and Glod,J.(2012).Macrophage-associated mesenchymal stem cells assume an activated,migratory,pro-inflammatory phenotype with increased IL-6and CXCL10secretion(巨噬细胞相关的间充质干细胞呈现激活的、迁移的、促炎性的表型伴随着IL-6和CXCL10分泌增加).PLoS One 7,e35036.

[0478]　Auletta,J.J.,Bartholomew,A.M.,Maziarz,R.T.,Deans,R.J.,Miller,R.H.,Lazarus,H.M.,and Cohen,J.A.(2012).The potential of mesenchymal stromal cells as a novel cellular therapy for multiple sclerosis(间充质基质细胞作为用于多发性硬化的新型细胞疗法的潜力).Immunotherapy 4,529-547.

[0479]　Barberi,T.,Willis,L.M.,Socci,N.D.,and Studer,L.(2005).Derivation of multipotent mesenchymal precursors from human embryonic stem cells(人胚胎干细胞衍生的多能间充质前体).PLoS Med 2,e161.

[0480]　Becher B,Durell BG,Noelle RJ(2002)Experimental autoimmune encephalitis and inflammation in the absence of interleukin-12(骨髓间充质干细胞的软骨分化：基质组分的分化依赖性基因表达).The Journal of clinical investigation 110:493-497.

[0481]　Benito-Leon,J.(2011).Are the prevalence and incidence of multiple sclerosis changing多发性硬化的患病率和发病率正在改变吗)?Neuroepidemiology 36,148-149.

[0482]　Brown,S.E.,Tong,W.,and Krebsbach,P.H.(2009).The derivation of mesenchymal stem cells from human embryonic stem cells(人胚胎干细胞衍生间充质干细胞).Cells Tissues Organs 189,256-260.

[0483]　Chao,Y.X.,He,B.P.,and Tay,S.S.(2009).Mesenchymal stem cell transplantation attenuates blood brain barrier damage and neuroinflammation and protects dopaminergic neurons against MPTP toxicity in the substantia nigra in a model of Parkinson's disease间充质干细胞移植减弱血脑屏障损伤和神经炎症,并在帕金森氏病的模型的黑质中保护多巴胺能神经元不受MPTP毒性).Journal of neuroimmunology 216,39-50.

[0484]　Chaudhary P,Marracci GH,Bourdette DN(2006)Lipoic acid inhibits expression of ICAM-1and VCAM-1by CNS endothelial cells and T cell migration

into the spinal cord in experimental autoimmune encephalomyelitis(硫辛酸使中枢神经系统的内皮细胞和T细胞迁移到实验性自身免疫脑脊髓炎小鼠的脊髓而抑制ICAM-1和VCAM-1的表达).Journal of neuroimmunology 175:87-96.

[0485]　　Chyou,S.,Ekland,E.H.,Carpenter,A.C.,Tzeng,T.C.,Tian,S.,Michaud,M.,Madri,J.A.,and Lu,T.T.(2008).Fibroblast-type reticular stromal cells regulate the lymph node vasculature(成纤维细胞型网状基质细胞调节淋巴结脉管).J Immunol 181,3887-3896.

[0486]　　Connick,P.,Kolappan,M.,Crawley,C.,Webber,D.J.,Patani,R.,Michell,A.W.,Du,M.Q.,Luan,S.L.,Altmann,D.R.,Thompson,A.J.,et al.(2012).Autologous mesenchymal stem cells for the treatment of secondary progressive multiple sclerosis:an open-label phase 2a proof-of concept study(自体间充质干细胞用于治疗继发性进行性多发性硬化:一种开放标记阶段2a的概念证明研究).Lancet neurology 11,150-156.

[0487]　　Correale,J.,and Villa,A.(2007).The blood-brain-barrier in multiple sclerosis:functional roles and therapeutic targeting(多发性硬化中的血-脑-屏障:功能作用和治疗靶向).Autoimmunity 40,148-160.

[0488]　　Costa,M.,Dottori,M.,Ng,E.,Hawes,S.M.,Sourris,K.,Jamshidi,P.,Pera,M.F.,Elefanty,A.G.,and Stanley,E.G.(2005).The hESC line Envy expresses high levels of GFP in all differentiated progeny人胚胎干细胞系Envy的所有分化后代细胞表达高水平GFP).Nat Methods 2,259-260.

[0489]　　Cuccurullo C,Iezzi A,Fazia ML,De Cesare D,Di Francesco A,et al.(2006)Suppression of RAGE as a basis of simvastatin-dependent plaque stabilization in type 2diabetes(在2型糖尿病中抑制RAGE作为依赖辛伐他汀的斑块稳定的基础).Arteriosclerosis,thrombosis,and vascular biology 26:2716-2723.

[0490]　　Cunnea P,McMahon J,O'Connell E,Mashayekhi K,Fitzgerald U,et al.(2010)Gene expression analysis of the microvascular compartment in multiple sclerosis using laser microdissected blood vessels(在多发性硬化中使用激光显微切割血管分析微血管室的基因表达).Acta neuropathologica 119:601-615.

[0491]　　Dai H,Ciric B,Zhang GX,Rostami A(2012)Interleukin-10plays a crucial role in suppression of experimental autoimmune encephalomyelitis by Bowman-Birk inhibitor白介素-10通过Bowman-Birk抑制物在抑制实验性自身免疫性脑脊髓炎中起重要的作用).Journal of neuroimmunology 245:1-7.

[0492]　　Dienz,O.,and Rincon,M.(2009).The effects of IL-6on CD4T cell responses IL-6对CD4T细胞应答的影响).Clinical immunology 130,27-33.

[0493]　　Djouad,F.,Plence,P.,Bony,C.,Tropel,P.,Apparailly,F.,Sany,J.,Noel,D.,and Jorgensen,C.(2003).Immunosuppressive effect of mesenchymal stem cells favors tumor growth in allogeneic animals(间充质干细胞的免疫抑制效应在同种异体动物有利于肿瘤生长).Blood 102,3837-3844.

[0494]　　Dong,C.(2008).TH17cells in development:an updated view of their

molecular identity and genetic programming(发育中的TH17细胞:它们的分子鉴定和遗传编程的更新观点).Nat Rev Immunol 8,337-348.

[0495]　Draper,J.S.,Pigott,C.,Thomson,J.A.,and Andrews,P.W.(2002).Surface antigens of human embryonic stem cells:changes upon differentiation in culture人胚胎干细胞的表面抗原:在培养中根据分化而变化).Journal of anatomy 200,249-258.

[0496]　Drukker,M.,Katchman,H.,Katz,G.,Even-Tov Friedman,S.,Shezen,E.,Hornstein,E.,Mandelboim,O.,Reisner,Y.,and Benvenisty,N.(2006).Human embryonic stem cells and their differentiated derivatives are less susceptible to immune rejection than adult cells(人胚胎干细胞和它们的分化衍生物与成体的相比不易受到免疫排斥).Stem Cells 24,221-229.

[0497]　Drukker,M.,Katz,G.,Urbach,A.,Schuldiner,M.,Markel,G.,Itskovitz-Eldor,J.,Reubinoff,B.,Mandelboim,O.,and Benvenisty,N.(2002).Characterization of the expression of MHC proteins in human embryonic stem cells(人类胚胎干细胞的MHC蛋白表达的特征).Proceedings of the National Academy of Sciences of the United States of America 99,9864-9869.

[0498]　English,K.,Barry,F.P.,Field-Corbett,C.P.,and Mahon,B.P.(2007).IFN-gamma and TNF alpha differentially regulate immunomodulation by murine mesenchymal stem cell(IFN-γ和TNFα通过鼠骨髓间充质干细胞差异调控免疫调节).Immunol Lett 110,91-100.

[0499]　Ge,S.,Shrestha,B.,Paul,D.,Keating,C.,Cone,R.,Guglielmotti,A.,and Pachter,J.S.(2012).The CCL2synthesis inhibitor bindarit targets cells of the neurovascular unit,and suppresses experimental autoimmune encephalomyelitis(CCL2合成抑制剂bindarit靶向神经血管单元的细胞,并且抑制实验性自身免疫脑脊髓炎).J Neuroinflammation 9,171.

[0500]　Gijbels,K.,Brocke,S.,Abrams,J.S.,and Steinman,L.(1995).Administration of neutralizing antibodies to interleukin-6(IL-6)reduces experimental autoimmune encephalomyelitis and is associated with elevated levels of IL-6bioactivity in central nervous system and circulation(施用白介素-6(IL-6)中和抗体减弱实验性自身免疫脑脊髓炎和与在中枢神经系统及循环中IL-6的生物活性水平提高相关).Mol Med 1,795-805.

[0501]　Gordon,D.,Pavlovska,G.,Glover,C.P.,Uney,J.B.,Wraith,D.,and Scolding,N.J.(2008a).Human mesenchymal stem cells abrogate experimental allergic encephalomyelitis after intraperitoneal injection,and with sparse CNS infiltration(人间充质干细胞在腹腔内注射后消除实验性变应性脑脊髓和伴随着少量CNS浸润).Neurosci Lett 448,71-73.

[0502]　Gordon,D.,Pavlovska,G.,Glover,C.P.,Uney,J.B.,Wraith,D.,and Scolding,N.J.(2008b).Human mesenchymal stem cells abrogate experimental allergic encephalomyelitis after intraperitoneal injection,and with sparse CNS

　　　　　说　明　书　　　　　

infiltration(人间充质干细胞在腹腔内注射后消除实验性变应性脑脊髓和伴随着少量CNS浸润).Neuroscience Ietters 448,71-73.

[0503]　　Gordon,D.,Pavlovska,G.,Uney,J.B.,Wraith,D.C.,and Scolding,N.J.(2010).Human mesenchymal stem cells infiltrate the spinal cord,reduce demyelination,and localize to white matter lesions in experimental autoimmune encephalomyelitis(人间充质干细胞在实验性自身免疫性脑脊髓炎小鼠中渗入脊髓,减少脱髓鞘,并定位到白质病变).J Neuropathol Exp Neurol 69,1087-1095.

[0504]　　Grinnemo,K.H.,Mansson,A.,Dellgren,G.,Klingberg,D.,Wardell,E.,Drvota,V.,Tammik,C.,Holgersson,J.,Ringden,O.,Sylven,C.,et al.(2004).Xenoreactivity and engraftment of human mesenchymal stem cells transplanted into infarcted rat myocardium(人间充质干细胞移植到梗塞的大鼠心肌的异种反应性和移植成活率).J Thorac Cardiovasc Surg 127,1293-1300.

[0505]　　Hansen,W.,Westendorf,A.M.,and Buer,J.(2008).Regulatory T cells as targets for immunotherapy of autoimmunity and inflammation(调节T细胞作为自身免疫和炎症的免疫治疗的靶标).Inflamm Allergy Drug Targets 7,217-223.

[0506]　　Hofstetter,C.P.,Schwarz,E.J.,Hess,D.,Widenfalk,J.,El Manira,A.,Prockop,D.J.,and Olson,L.(2002).Marrow stromal cells form guiding strands in the injured spinal cord and promote recovery(骨髓基质细胞在受损的脊髓形成指导链和促进恢复).Proceedings of the National Academy of Sciences of the United States of America 99,2199-2204.

[0507]　　Huber,T.L.,Kouskoff,V.,Fehling,H.J.,Palis,J.,and Keller,G.(2004).Haemangioblast commitment is initiated in the primitive streak of the mouse embryo(血管原细胞在小鼠胚胎原条开始定型).Nature 432,625-630.

[0508]　　Hwang,N.S.,Varghese,S.,Lee,H.J.,Zhang,Z.,Ye,Z.,Bae,J.,Cheng,L.,and Elisseeff,J.(2008).In vivo commitment and functional tissue regeneration using human embryonic stem cell derived mesenchymal cells(使用人胚胎干细胞衍生的间质细胞在体内定型和功能性的组织再生).Proc Natl Acad Sci U S A 105,20641-20646.

[0509]　　Huss DJ,Winger RC,Cox GM,Guerau-de-Arellano M,Yang Y,et al.(2011)TGF-beta signaling via Smad4drives IL-10production in effector Th1cells and reduces T-cell trafficking in EAE(在效应器T细胞中TGF-beta信号通路通过Smad4驱动生产IL-10并在EAE模型中减少T细胞移行).European journal of immunology 41:2987-2996.

[0510]　　Javazon,E.H.,Beggs,K.J.,and Flake,A.W.(2004).Mesenchymal stem cells:paradoxes of passaging(间充质干细胞:传代的悖论).Exp Hematol 32,414-425.

[0511]　　Johnston,J.,and So,T.Y.(2012).First-line disease-modifying therapies in paediatric multiple sclerosis:a comprehensive overview(小儿多发性硬化症的一线疾病改善疗法全面综述).Drugs 72,1195-1211.

[0512]　　Karussis,D.,Karageorgiou,C.,Vaknin-Dembinsky,A.,Gowda-Kurkalli,B.,

Gomori,J.M.,Kassis,I.,BuIte,J.W.,Petrou,P.,Ben-Hur,T.,Abramsky,O.,et aI.(2010).Safety and immunoIogicaI effects of mesenchymaI stem ceII transplantation in patients with muItipIe scIerosis and amyotrophic IateraI scIerosis(多发性硬化和肌萎缩性侧索硬化的病人移植间充质干细胞的安全性和免疫效果).Arch NeuroI 67,1187-1194.

[0513] KIimanskaya,I.,Chung,Y.,Becker,S.,Lu,S.J.,and Lanza,R.(2006).Human embryonic stem ceII Iines derived from singIe bIastomeres(从单个卵裂球来源的人胚胎干细胞系).Nature 444,481-485.

[0514] Kurtzke JF(1983)."Rating neuroIogic impairment in muItipIe scIerosis:an expanded disabiIity status scaIe(EDSS)"(多发性硬化症的神经功能缺损评级:扩展残疾状态量表(EDSS)).NeuroIogy 33(11):1444-52.

[0515] Leech,M.D.,Barr,T.A.,Turner,D.G.,Brown,S.,O'Connor,R.A.,Gray,D.,MeIIanby,R.J.,and Anderton,S.M.(2012).Cutting Edge:IL-6-Dependent Autoimmune Disease:Dendritic CeIIs as a Sufficient,but Transient,Source(最前线:IL-6依赖自身免疫性疾病:树突状细胞作为充足的但短暂的来源).J ImmunoI.

[0516] Lin,G.,Martins-TayIor,K.,and Xu,R.H.(2010).Human embryonic stem ceII derivation,maintenance,and differentiation to trophobIas(人胚胎干细胞衍生、维护和分化成滋养细胞)t.Methods in moIecuIar bioIogy 636,1-24.

[0517] Liu,R.,Zhang,Z.,Lu,Z.,BorIongan,C.,Pan,J.,Chen,J.,Qian,L.,Liu,Z.,Zhu,L.,Zhang,J.,et aI.(2012).Human UmbiIicaI Cord Stem CeIIs AmeIiorate ExperimentaI Autoimmune EncephaIomyeIitis by ReguIating ImmunoinfIammation and RemyeIination.Stem ceIIs and deveIopment(人脐带干细胞通过调节免疫炎症和髓鞘再生改善实验性自身免疫性脑脊髓炎).

[0518] Lu,S.J.,Feng,Q.,CabaIIero,S.,Chen,Y.,Moore,M.A.,Grant,M.B.,and Lanza,R.(2007).Generation of functionaI hemangiobIasts from human embryonic stem ceIIs(从人胚胎干细胞产生功能性的成血管细胞).Nat Methods 4,501-509.

[0519] Lu,S.J.,Ivanova,Y.,Feng,Q.,Luo,C.,and Lanza,R.(2009).HemangiobIasts from human embryonic stem ceIIs generate muItiIayered bIood vesseIs with functionaI smooth muscIe ceIIs(人胚胎干细胞来源的成血管细胞产生具有功能的平滑肌细胞的多层血管).Regenerative medicine 4,37-47.

[0520] Lu,S.J.,Luo,C.,HoIton,K.,Feng,Q.,Ivanova,Y.,and Lanza,R.(2008).Robust generation of hemangiobIastic progenitors from human embryonic stem ceIIs(从人胚胎干细胞有效地产生成血管细胞的祖细胞).Regen Med 3,693-704.

[0521] Ludwig TE,Levenstein ME,Jones JM,Berggren WT,Mitchen ER,et aI.(2006)Derivation of human embryonic stem ceIIs in defined conditions(人胚胎干细胞在限定条件下的衍生).Nat BiotechnoI 24:185-187.

[0522] Mahad DJ,Ransohoff RM(2003)The roIe of MCP-1(CCL2)and CCR2in muItiple scIerosis and experimentaI autoimmune encephaIomyeIitis(EAE)(MCP-1(CCL2)和CCR2在多发性硬化和实验性自身免疫性脑脊髓炎(EAE)的作用).Seminars in immunoIogy

15:23-32.

[0523] McFarland,H.F.,and Martin,R.(2007).Multiple sclerosis:a complicated picture of autoimmunity(多发性硬化:自体免疫的复杂图片).Nat Immunol 8,913-919.

[0524] Menge,T.,Zhao,Y.,Zhao,J.,Wataha,K.,Gerber,M.,Zhang,J.,Letourneau,P., Redell,J.,Shen,L.,Wang,J.,et al.(2012).Mesenchymal Stem Cells Regulate Blood-Brain Barrier Integrity Through TIMP3Release After Traumatic Brain Injury(在外伤性脑损伤后,间充质干细胞通过TIMP3释放调节血脑屏障).Science translational medicine 4,161ra150.

[0525] Minagar,A.,Maghzi,A.H.,McGee,J.C.,and Alexander,J.S.(2012).Emerging roles of endothelial cells in multiple sclerosis pathophysiology and therapy (内皮细胞在多发性硬化的病理生理学和治疗的新作用).Neurological research 34, 738-745.

[0526] Mohyeddin Bonab,M.,Yazdanbakhsh,S.,Lotfi,J.,Alimoghaddom,K.,Talebian, F.,Hooshmand,F.,Ghavamzadeh,A.,and Nikbin,B.(2007).Does mesenchymal stem cell therapy help multiple sclerosis patients(间充质干细胞治疗能帮助多发性硬化症患者吗?试点研究报告)?Report of a pilot study.Iranian journal of immunology:IJI 4,50-57.

[0527] Morando,S.,Vigo,T.,Esposito,M.,Casazza,S.,Novi,G.,Principato,M.C., Furlan,R.,and Uccelli,A.(2012).The therapeutic effect of mesenchymal stem cell transplantation in experimental autoimmune encephalomyelitis is mediated by peripheral and central mechanisms(外周和中枢机制介导充质干细胞移植实验性自身免疫性脑脊髓炎的治疗效果).Stem Cell Res Ther 3,3.

[0528] Ohtaki,H.,Ylostalo,J.H.,Foraker,J.E.,Robinson,A.P.,Reger,R.L.,Shioda, S.,and Prockop,D.J.(2008).Stem/progenitor cells from bone marrow decrease neuronal death in global ischemia by modulation of inflammatory/immune responses(骨髓来源的干/祖细胞在全脑缺血中通过减少炎性/免疫应答调节神经元死亡).Proc Natl Acad Sci U S A 105,14638-14643.

[0529] Olivier,E.N.,Rybicki,A.C.,and Bouhassira,E.E.(2006).Differentiation of human embryonic stem cells into bipotent mesenchymal stem cells(胚胎干细胞分化为双向的间充质干细胞).Stem Cells 24,1914-1922.

[0530] Patanella,A.K.,Zinno,M.,Quaranta,D.,Nociti,V.,Frisullo,G.,Gainotti, G.,Tonali,P.A.,Batocchi,A.P.,and Marra,C.(2010).Correlations between peripheral blood mononuclear cell production of BDNF,TNF-alpha,IL-6,IL-10and cognitive performances in multiple sclerosis patients(末梢血单核细胞生产的BDNF、TNF-α、IL-6、IL-10和多发性硬化患者的认知功能的相关性).J Neurosci Res 88, 1106-1112.

[0531] Payne,N.L.,Sun,G.,McDonald,C.,Layton,D.,Moussa,L.,Emerson-Webber,A., Veron,N.,Siatskas,C.,Herszfeld,D.,Price,J.,et al.(2012).Distinct immunomodulatory and migratory mechanisms underpin the therapeutic potential

说　明　书

of human mesenchymal stem cells in autoimmune demyelination(独特的免疫调节和迁移机制支持人间充质干细胞治疗自身免疫性脱髓鞘的潜能).Cell Transplant.

[0532]　Peron,J.P.,Jazedje,T.,Brandao,W.N.,Perin,P.M.,Maluf,M.,Evangelista,L.P.,Halpern,S.,

[0533]　Nisenbaum,M.G.,Czeresnia,C.E.,Zatz,M.,et al.(2012).Human endometrial-derived mesenchymal stem cells suppress inflammation in the central nervous system of EAE mice(子宫内膜间充质干细胞抑制EAE小鼠的中枢神经系统炎症).Stem Cell Rev 8,940-952.

[0534]　Pittenger,M.F.,Mackay,A.M.,Beck,S.C.,Jaiswal,R.K.,Douglas,R.,Mosca,J.D.,Moorman,M.A.,Simonetti,D.W.,Craig,S.,and Marshak,D.R.(1999).Multilineage potential of adult human mesenchymal stem cells(成体骨髓间充质干细胞的多向潜能).Science 284,143-147.

[0535]　Pomper,M.G.,Hammond,H.,Yu,X.,Ye,Z.,Foss,C.A.,Lin,D.D.,Fox,J.J.,and Cheng,L.(2009).Serial imaging of human embryonic stem-cell engraftment and teratoma formation in live mouse models(在活小鼠模型中人类胚胎干细胞植入物和形成的畸胎瘤的连续成像).Cell Res 19,370-379.

[0536]　Quintana,A.,Muller,M.,Frausto,R.F.,Ramos,R.,Getts,D.R.,Sanz,E.,Hofer,M.J.,Krauthausen,M.,King,N.J.,Hidalgo,J.,et al.(2009).Site-specific production of IL-6 in the central nervous system retargets and enhances the inflammatory response in experimental autoimmune encephalomyelitis(中枢神经系统产生的位点特异性IL-6重定向和增强实验性自身免疫性脑脊髓炎的炎症反应).Journal of immunology 183,2079-2088.

[0537]　Rafei,M.,Birman,E.,Forner,K.,and Galipeau,J.(2009a).Allogeneic mesenchymal stem cells for treatment of experimental autoimmune encephalomyelitis(同种异体的骨髓间充质干细胞治疗实验性自身免疫性脑脊髓炎).Mol Ther 17,1799-1803.

[0538]　Rafei,M.,Campeau,P.M.,Aguilar-Mahecha,A.,Buchanan,M.,Williams,P.,Birman,E.,Yuan,S.,Young,Y.K.,Boivin,M.N.,Forner,K.,et al.(2009b).Mesenchymal stromal cells ameliorate experimental autoimmune encephalomyelitis by inhibiting CD4 Th17 Tcells in a CC chemokine ligand 2-dependent manner(间质干细胞通过CC趋化因子配体2依赖性方式抑制CD4Th17细胞从而改善实验性自身免疫性脑脊髓炎).J Immunol182,5994-6002.

[0539]　Rochman,I.,Paul,W.E.,and Ben-Sasson,S.Z.(2005).IL-6 increases primed cell expansion and survival(IL-6增加已接触抗原细胞的扩增和存活).Journal of immunology 174,4761-4767.

[0540]　Ryan,J.M.,Barry,F.,Murphy,J.M.,and Mahon,B.P.(2007).Interferon-gamma does not break,but promotes the immunosuppressive capacity of adult human mesenchymal stem cells(γ-干扰素不会破坏但促进成体人间充质干细胞的免疫抑制能力).Clin Exp Immunol 149,353-363.

　　　　　　　　说　明　书　　　　　　　

[0541]　Sanchez,L.,Gutierrez-Aranda,I.,Ligero,G.,Rubio,R.,Munoz-Lopez,M.,Garcia-Perez,J.L.,Ramos,V.,ReaI,P.J.,Bueno,C.,Rodriguez,R.,et aI.(2011).Enrichment of human ESC derived muItipotent mesenchymaI stem ceIIs with immunosuppressive and anti-infIammatory properties capabIe to protect against experimentaI infIammatory boweI disease(富集具有免疫抑制和抗炎症的人胚胎干细胞衍生的间充质干细胞能够防止实验性炎症性肠病).Stem CeIIs 29,251-262.

[0542]　Sethe,S.,Scutt,A.,and StoIzing,A.(2006).Aging of mesenchymaI stem ceIIs(间充质干细胞的老化).Ageing Res Rev 5,91-116.

[0543]　SoIchaga,L.A.,Penick,K.J.,and WeIter,J.F.(2011).Chondrogenic differentiation of bone marrow-derived mesenchymaI stem ceIIs:tips and tricks(骨髓间充质干细胞的软骨细胞分化:要诀和技巧).Methods in moIecuIar bioIogy 698,253-278.

[0544]　Stromnes,I.M.,and Goverman,J.M.(2006).Active induction of experimentaI aIIergic encephaIomyeIitis(实验性过敏性脑脊髓炎的活性诱导).Nat Protoc 1,1810-1819.

[0545]　Thomson,J.A.,Itskovitz-EIdor,J.,Shapiro,S.S.,Waknitz,M.A.,SwiergieI,J.J.,MarshaII,V.S.,and Jones,J.M.(1998).Embryonic stem ceII Iines derived from human bIastocysts(人胚泡衍生的胚胎干细胞系).Science 282,1145-1147.

[0546]　Tse,W.T.,PendIeton,J.D.,Beyer,W.M.,EgaIka,M.C.,and Guinan,E.C.(2003).Suppression of aIIogeneic T-ceII proIiferation by human marrow stromaI ceIIs:impIications in transpIantation(人骨髓基质干细胞抑制同种异体T细胞增殖:对移植的启示).TranspIantation 75,389-397.

[0547]　TyndaII,A.(2011).Successes and faiIures of stem ceII transpIantation in autoimmune diseases(在自身免疫性疾病移植干细胞的成功和失败).HematoIogy Am Soc HematoI Educ Program 2011,280-284.

[0548]　UcceIIi,A.,and Prockop,D.J.(2010a).Why shouId mesenchymaI stem ceIIs(MSCs)cure autoimmune diseases充质干细胞(MSCs)为什么能治疗自身免疫性疾病)?Curr Opin ImmunoI 22,768-774.

[0549]　UcceIIi,A.,and Prockop,D.J.(2010b).Why shouId mesenchymaI stem ceIIs(MSCs)cure autoimmune diseases(充质干细胞(MSCs)为什么能治疗自身免疫性疾病)?Curr Opin ImmunoI,7.

[0550]　Waterman,R.S.,Tomchuck,S.L.,HenkIe,S.L.,and Betancourt,A.M.(2010).A new mesenchymaI stem ceII(MSC)paradigm:poIarization into a pro-infIammatory MSC1 or an Immunosuppressive MSC2phenotype(一个新的间充质干细胞(MSC)范例:两极分化为促炎症的MSC1或免疫抑制的MSC2表型).PLoS One 5,e10088.

[0551]　Weber,M.S.,Menge,T.,Lehmann-Horn,K.,Kronsbein,H.C.,ZettI,U.,SeIIner,J.,Hemmer,B.,and Stuve,O.(2012).Current treatment strategies for muItipIe scIerosis-efficacy versus neuroIogicaI adverse effects(多发性硬化症目前的治疗策略-疗效与神经系统不良反应).Current pharmaceuticaI design 18,209-219.

　　　　　说　明　书　　　　　

[0552]　Wong,R.S.(2011).Mesenchymal stem cells:angels or demons(间充质干细胞：天使还是恶魔)?J Biomed Biotechnol 2011,459510.

[0553]　Yamout,B.,Hourani,R.,Salti,H.,Barada,W.,El-Hajj,T.,Al-Kutoubi,A.,Herlopian,A.,Baz,E.K.,Mahfouz,R.,Khalil-Hamdan,R.,et al.(2010).Bone marrow mesenchymal stem cell transplantation in patients with multiple sclerosis:a pilot study(骨髓间充质干细胞移植治疗多发性硬化症的初步研究).J Neuroimmunol 227,185-189.

[0554]　Zappia,E.,Casazza,S.,Pedemonte,E.,Benvenuto,F.,Bonanni,I.,Gerdoni,E.,Giunti,D.,Ceravolo,A.,Cazzanti,F.,Frassoni,F.,et al.(2005).Mesenchymal stem cells ameliorate experimental autoimmune encephalomyelitis inducing T-cell anergy(间充质干细胞通过诱导T细胞无失能改善实验性自身免疫性脑脊髓炎).Blood 106,1755-1761.

[0555]　Zhang,J.,Li,Y.,Chen,J.,Cui,Y.,Lu,M.,Elias,S.B.,Mitchell,J.B.,Hammill,L.,Vanguri,P.,and Chopp,M.(2005).Human bone marrow stromal cell treatment improves neurological functional recovery in EAE mice(人骨髓基质细胞处理提高EAE小鼠神经功能恢复).Exp Neurol 195,16-26.

[0556]　Becher,B.,Durell,B.G.,and Noelle,R.J.(2002).Experimental autoimmune encephalitis and inflammation in the absence of interleukin-12(不存在白细胞介素-12时的实验性自身免疫性脑炎和炎症).The Journal of clinical investigation 110,493-497.

[0557]　Chaudhary,P.,Marracci,G.H.,and Bourdette,D.N.(2006).Lipoic acid inhibits expression of ICAM-1and VCAM-1by CNS endothelial cells and T cell migration into the spinal cord in experimental autoimmune encephalomyelitis(硫辛酸使中枢神经系统的内皮细胞和T细胞迁移到实验性自身免疫脑脊髓炎小鼠的脊髓而抑制ICAM-1和VCAM-1的表达).Journal of neuroimmunology 175,87-96.

[0558]　Crocker,S.J.,Milner,R.,Pham-Mitchell,N.,and Campbell,I.L.(2006).Cell and agonist-specific regulation of genes for matrix metalloproteinases and their tissue inhibitors by primary glial cells(金属蛋白酶和它们的组织抑制剂通过原代神经胶质细胞对细胞和激动剂-特异性基因的调节).Journal of neurochemistry 98,812-823.

[0559]　Cuccurullo,C.,Iezzi,A.,Fazia,M.L.,De Cesare,D.,Di Francesco,A.,Muraro,R.,Bei,R.,Ucchino,S.,Spigonardo,F.,Chiarelli,F.,et al.(2006).Suppression of RAGE as a basis of simvastatin-dependent plaque stabilization in type 2diabetes(在2型糖尿病中抑制RAGE作为依赖辛伐他汀的斑块稳定的基础).Arteriosclerosis,thrombosis,and vascular biology 26,2716-2723.

[0560]　Cunnea,P.,McMahon,J.,O'Connell,E.,Mashayekhi,K.,Fitzgerald,U.,and McQuaid,S.(2010).Gene expression analysis of the microvascular compartment in multiple sclerosis using laser microdissected blood vessels(在多发性硬化中使用激光显微切割血管分析微血管室的基因表达).Acta neuropathologica 119,601-615.

[0561]　Dai,H.,Ciric,B.,Zhang,G.X.,and Rostami,A.(2012).Interleukin-10plays a crucial role in suppression of experimental autoimmune encephalomyelitis by Bowman-Birk inhibitor(白介素-10通过Bowman-Birk抑制物在抑制实验性自身免疫性脑脊髓炎中起重要的作用).Journal of neuroimmunology 245,1-7.

[0562]　Huss,D.J.,Winger,R.C.,Cox,G.M.,Guerau-de-Arellano,M.,Yang,Y.,Racke, M.K.,and Lovett-Racke,A.E.(2011).TGF-beta signaling via Smad4drives IL-10production in effector Th1cells and reduces T-cell trafficking in EAE(在效应器T细胞中TGF-beta信号通路通过Smad4驱动生产IL-10并在EAE模型中减少T细胞移行) .Eur J Immunol41,2987-2996.

[0563]　Mahad,D.J.,and Ransohoff,R.M.(2003).The role of MCP-1(CCL2)and CCR2in multiple sclerosis and experimental autoimmune encephalomyelitis(EAE)(MCP-1 (CCL2)和CCR2在多发性硬化和实验性自身免疫性脑脊髓炎(EAE)的作用).Semin Immunol 15,23-32.

[0564]　Moore,C.S.,Milner,R.,Nishiyama,A.,Frausto,R.F.,Serwanski,D.R., Pagarigan,R.R.,Whitton,J.L.,Miller,R.H.,and Crocker,S.J.(2011).Astrocytic tissue inhibitor of metalloproteinase-1(TIMP-1)promotes oligodendrocyte differentiation and enhances CNS myelination金属蛋白酶-1(TIMP-1)的星形胶质细胞组织抑制因子促进少突胶质细胞分化,提高中枢神经系统的髓鞘).The Journal of neuroscience:the official journal of the Society for Neuroscience 31,6247-6254.

[0565]　Quintana,A.,Muller,M.,Frausto,R.F.,Ramos,R.,Getts,D.R.,Sanz,E.,Hofer, M.J.,Krauthausen,M.,King,N.J.,Hidalgo,J.,et al.(2009).Site-specific production of IL-6in the central nervous system retargets and enhances the inflammatory response in experimental autoimmune encephalomyelitis(中枢神经系统产生的位点特异性IL-6重定向和增强实验性自身免疫性脑脊髓炎的炎症反应).Journal of immunology 183,2079-2088.



图1 (A–D)

第9天成血管细胞



图2(A-C)

第14天 hES-HB-MSCs



图3（A-I）



图4

图5 (A–C)



图6(A-F)



图7



图8(A-B)



图9（A–F）



图10（A–D）



图11





图12（A–C）



图 13 (A–D)



图 14 (A–E)



图15(A-B)



图16(A-B)



图17



图18(A-J)

A





B

图19（A-B）



图20（A-F）



图21 (A–D)



图22 (A–C)



图23（A-B）



图24（A-J）



图25

抗-荧光素酶（绿色）/DAPI（蓝色）



图26



图27 (A–B)



图28 (A–D)



图29



图30



图31