# Exhibit B

PTO-1382 (Rev. 11-2007)
Approved for use through 02/28/2010. OMB 0651-0021
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL LETTER TO THE UNITED STATES RECEIVING OFFICE

| Express Mail mailing number: | Date of deposit: |
|---|---|
| File reference no.: 10143/003338-WO0 | International application no. (if known): TBA |
| Customer Number[1]: 76808 | Earliest priority date claimed (Day/Month/Year): 12/07/2012 |
| Title of the invention: MESENCHYMAL-LIKE STEM CELLS DERIVED FROM HUMAN EMBRYONIC STEM... | |

[1] Customer Number will allow access to the application in Private PAIR but cannot be used to establish or change the correspondence address.

☑ This is a new International Application

**SCREENING DISCLOSURE INFORMATION:**

In order to assist in screening the accompanying international application for purposes of determining whether a license for foreign transmittal should and could be granted and for other purposes, the following information is supplied. (check as boxes as apply):

☐ The invention disclose was **not** made in the United States of America.

☐ There is no prior U.S. application relating to this invention.

☑ The following prior U.S. application(s) contain subject matter which is related to the invention disclosed in the attached international application. *(NOTE: priority to these applications may or may not be claimed on the Request (form PCT/RO/101) and this listing does **not** constitute a claim for priority.)*

| application no. | 61/670,787 | filed on | 12 July 2012 |
|---|---|---|---|
| application no. | 61/762,961 | filed on | 11 Feb 2013 |

*Additional applications listed on the Request, (Form PCT/RO101)

☑ The present international application contains additional subject matter not found in the prior U.S. application(s) identified above. The additional subject matter is found on pages __Throughout__ and ☐ **DOES NOT ALTER** ☑ **MIGHT BE CONSIDERED TO ALTER** the general nature of the invention in a manner which would require the U.S. application to have been made available for inspection by the appropriate defense agencies under 35 U.S.C. 181 and 37 C.F.R. 5.15.

**Itemized list of contents**

| Sheets of Request form: 5 | Check no.: |
|---|---|
| Sheets of description (excluding sequence listing): 96 | Return receipt postcard: |
| Sheets of claims: 9 | Power of attorney: |
| Sheets of abstract: 1 | Certified copy of priority document (specify): |
| Sheets of drawings: 31 | Other (specify): |
| Sheets of sequence listing: | |
| Sequence listing diskette/CD: | |
| Tables related to sequence listing CD: | |

| The person signing this form is: | ☐ Applicant | Susie S. Cheng Reg. No.: 46,616 |
|---|---|---|
| | ☑ Attorney/Agent (Reg. No.) | Name of person signing |
| | ☐ Common Representative | Signature *[signature]* |

This collection of information is required by 37 CFR 1.10 and 1.412. The information is required to obtain or retain a benefit by the public, which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 15 minutes to complete, including gathering information, preparing, and submitting the completed form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.
**SEND TO: Mail Stop PCT, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# PCT

## REQUEST

The undersigned requests that the present international application be processed according to the Patent Cooperation Treaty.

| For receiving Office use only |
|---|
| PCT/US13/48291 |
| International Application No. |
| 27 JUNE 2013 (27.06.13) |
| International Filing Date |
| PCT INTERNATIONAL APPLICATION RO/US |
| Name of receiving Office and "PCT International Application" |

Applicant's or agent's file reference (if desired) (12 characters maximum) **10143/003338-WO0**

| Box No. I | TITLE OF INVENTION |
|---|---|

MESENCHYMAL-LIKE STEM CELLS DERIVED FROM HUMAN EMBRYONIC STEM CELLS, METHODS AND USES THEREOF

| Box No. II | APPLICANT | ☐ This person is also inventor |
|---|---|---|

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country. The country of the address indicated in this Box is the applicant's State (that is, country) of residence if no State of residence is indicated below.)*

ImStem Biotechnology, Inc
36 Lido Rd
Unionville, CT, 06085
United States of America

Telephone No.

Facsimile No.

Applicant's registration No. with the Office

**E-mail authorization:** Marking one of the check-boxes below authorizes the receiving Office, the International Searching Authority, the International Bureau and the International Preliminary Examining Authority to use the e-mail address indicated in this Box to send, notifications issued in respect of this international application to that e-mail address if those offices are willing to do so.
☐ as advance copies followed by paper notifications; or   ☐ exclusively in electronic form (no paper notifications will be sent).
E-mail address:

| State *(that is, country)* of nationality: USA | State *(that is, country)* of residence: USA |
|---|---|
| This person is applicant for the purposes of: ☒ all designated States | ☐ the States indicated in the Supplemental Box |

| Box No. III | FURTHER APPLICANT(S) AND/OR (FURTHER) INVENTOR(S) |
|---|---|

☐ Further applicants and/or (further) inventors are indicated on a continuation sheet.

| Box No. IV | AGENT OR COMMON REPRESENTATIVE; OR ADDRESS FOR CORRESPONDENCE |
|---|---|

The person identified below is hereby/has been appointed to act on behalf of the applicant(s) before the competent International Authorities as:   ☒ agent   ☐ common representative

Name and address: *(Family name followed by given name; for a legal entity, full official designation. The address must include postal code and name of country.)*

Cheng, Susie S.
Leason Ellis LLP
One Barker Avenue
Fifth Floor
White Plains, NY 10601
United States of America

Telephone No.
914-288-0022

Facsimile No.
914-288-0023

Agent's registration No. with the Office
46,616

**E-mail authorization:** Marking one of the check-boxes below authorizes the receiving Office, the International Searching Authority, the International Bureau and the International Preliminary Examining Authority to use the e-mail address indicated in this Box to send, notifications issued in respect of this international application to that e-mail address if those offices are willing to do so.
☒ as advance copies followed by paper notifications; or   ☐ exclusively in electronic form (no paper notifications will be sent).
E-mail address: inquiries@leasonellis.com

☐ **Address for correspondence:** Mark this check-box where no agent or common representative is/has been appointed and the space above is used instead to indicate a special address to which correspondence should be sent.

Form PCT/RO/101 (first sheet) (16 September 2012)   *See Notes to the request form*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 16178760 |
| Application Number: | |
| International Application Number: | PCT/US13/48291 |
| Confirmation Number: | 7760 |
| Title of Invention: | MESENCHYMAL-LIKE STEM CELLS DERIVED FROM HUMAN EMBRYONIC STEM CELLS, METHODS AND USES THEREOF |
| First Named Inventor/Applicant Name: | Xiaofang Wang |
| Customer Number: | 76808 |
| Correspondence Address: | Susie S. Cheng<br>Leason Ellis LLP<br>One Barker Avenue<br>Fifth Floor<br>White Plains            NY            10601<br>US         914-288-0022<br>inquiries@leasonellis.com |
| Filer: | Susie S. Cheng./Robyn Guido |
| Filer Authorized By: | Susie S. Cheng. |
| Attorney Docket Number: | 10143/003338-WO0 |
| Receipt Date: | 27-JUN-2013 |
| Filing Date: | |
| Time Stamp: | 18:03:02 |
| Application Type: | International Application for filing in the US receiving office |
| Patent Number: | |

# Payment information:

| Submitted with Payment | | | no | | |
|---|---|---|---|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 01050690.PDF | 400324<br>dce0b360344c4babb3d18a6d81334999205f8d8f | yes | 6 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | Document Description | | Start | | End |
| | PCT-Transmittal Letter | | 1 | | 1 |
| | RO/101 - Request form for new IA - Conventional | | 2 | | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | 01050617.PDF | 1876651<br>0d60462f038bcc4763d838f74852d8be8bf9a863 | no | 31 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | 01050685.pdf | 17660950<br>a8f6a6143e8d0ceb50fea859accdb6265b76e0ff | yes | 106 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | Document Description | | Start | | End |
| | Specification | | 1 | | 96 |
| | Claims | | 97 | | 105 |
| | Abstract | | 106 | | 106 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 19937925 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.