## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE, <br><br> *Plaintiff*, <br><br> v. <br><br> IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU, <br><br> *Defendants*. | C.A. NO. 1:17-cv-12239 ADB |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO ASTELLAS' MOTION FOR ENTRY OF PROPOSED JUDGMENT AND FOR ADDITIONAL FINDINGS AND CONCLUSIONS CONCERNING 93A**

Pursuant to Local Rule 7.1(b)(3), Defendants, ImStem Biotechnology, Inc., Dr. Xiofang Wang, and Dr. Ren-He Xu (collectively, "ImStem"), with the assent of the Plaintiff, Astellas Institute for Regenerative Medicine ("Plaintiff"), hereby move for leave to file a sur-reply memorandum of law in further opposition to Plaintiff's Motion for Proposed Judgment and for Additional Findings and Conclusions Concerning 93A.  D.I. 261.

ImStem believes that a short sur-reply memorandum (not to exceed five pages) is necessary to adequately address the arguments made in Astellas' reply (including two new exhibits attached to the reply), and that such a sur-reply will assist the Court.  ImStem proposes June 22, 2021 as the deadline for filing its proposed sur-reply.

The Court has not yet determined whether a hearing on Astellas' motion is necessary, and thus no hearing has been scheduled.  The requested sur-reply will therefore neither delay any proceedings nor prejudice either party.

WHEREFORE, ImStem respectfully requests that this Court grant its motion for leave to file a sur-reply not to exceed five pages.

Dated: June 14, 2021

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.;
DR. XIAOFANG WANG; and
DR. REN-HE XU

By their Attorneys,

*/s/* Sanford I. Weisburst
Sanford I. Weisburst (*pro hac vice*)
Nicola R. Felice (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
sandyweisburst@quinnemanuel.com
nicolafelice@quinnemanuel.com

Timothy R. Shannon, MA Bar # 655325
Martha C. Gaythwaite, MA Bar # 187650
VERRILL DANA LLP
One Portland Square
Portland, Maine 04101
(207) 774-4000
tshannon@verrill-law.com
mgaythwaite@verrill-law.com

Benjamin M. Stern, MA Bar # 646778
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, Massachusetts 02110
(617) 309-2600
bstern@verrill-law.com

2

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties conferred by email on June 11 and 14, 2021, and Plaintiff assents to this motion.

/s/ Sanford I. Weisburst
Sanford I. Weisburst

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, I caused a true copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

Charles H. Sanders (via email; Charles.Sanders@lw.com)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116

Michael A. Morin (via email; Michael.Morin@lw.com)
David P. Frazier (via email; David.Frazier@lw.com)
Rebecca L. Rabenstein (via email; Rebecca.Rabenstein@lw.com)
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004

/s/ Sanford I. Weisburst
Sanford I. Weisburst