UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>                        Plaintiff,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>                        Defendants. | C.A. NO. 1:17-cv-12239-ADB |

**JOINT STIPULATION AND ORDER REGARDING PATENTS AND APPLICATIONS RELATED TO THE '551 AND '122 PATENTS AND JOINT REQUEST FOR PARTIAL STAY OF JUDGMENT PENDING APPEAL**

Plaintiff Astellas Institute for Regenerative Medicine ("Astellas") and Defendants ImStem Biotechnology, Inc. ("ImStem"), Xiaofang Wang, and Ren-He Xu (collectively, "Defendants" or "ImStem")) file this Joint Stipulation regarding patents and patent applications related to U.S. Patent Nos. 9,745,551 ("the '551 patent") and 10,557,122 ("the '122 patent"), and Joint Request for a partial stay of the Court's March 20, 2022 judgment pending appeal.

Whereas the Court entered judgment on March 10, 2022 in favor of Astellas and against Defendants as to the claims, *inter alia*, for (Count 1) Correction of Inventorship of United States Patent No. 9,745,551, which included the parties' earlier stipulation that any judgment on the '551 patent would be binding on U.S. Patent No. 10,557,122; (Counterclaim 1) Correction of Inventorship of United States Patent No. 8,961,956 ("the '956 patent"); and (Counterclaim 2) Correction of Inventorship of United States Patent No. 8,962,321 ("the '321 patent") (collectively "the inventorship claims") [ECF No. 280];

Whereas the Court ordered the Director of the United States Patent and Trademark Office to add Robert Lanza and Erin Kimbrel as inventors on the '551 patent and the '122 patent and to remove Xiaofang Wang and Ren-He Xu as inventors on those patents, and further ordered Defendants to cooperate with Astellas to effectuate the change in inventorship of the '551 and '122 patents, including executing or filing any necessary Petitions to Correct Inventorship or assignments [ECF No. 280];

Whereas the Court denied Astellas' request that Defendants be required to: 1) assist in the transfer of ownership of the '551 and '122 patents; 2) correct the inventorship and assist in any corresponding correction of ownership of a) PCT/US2013/048291 (the "'551 PCT application"), to which the '551 patent claims priority; b) any foreign patents or applications that claim priority to the '551 PCT application, which include applications and issued patents in China and Canada and a pending application in Hong Kong (*i.e.,* including patents and application nos. CA2876499A1, CA2876499C, CN104471059A, CN104471059B, HK1208054A1, WO2014/011407A2, and WO2014/011407A3); and (3) any other pending U.S. patent applications that claim priority to the '551 PCT application, which include U.S. Patent Application No. 16/745,944 (the "'944 application"), *see* [ECF No. 279];

Whereas the Court in its March 10, 2022 Judgment determined Astellas to be the prevailing party under Fed. R. Civ. P. 54(d) and stated that Astellas "may within 30 days move to demonstrate entitlement to attorneys' fees under Fed. R. Civ. P. 54" [ECF No. 280];

Whereas Defendants intend to appeal the Court's judgment; and

Whereas the Parties wish to eliminate the need to litigate the issues of (1) whether the judgment should be stayed pending appeal; and (2) Astellas' entitlement to attorneys' fees;

The Parties hereby stipulate and agree to the following:

1) Astellas hereby waives its right to move for attorneys' fees pursuant to the March 10, 2022 Judgment under Fed. R. Civ. P. 54, 35 USC § 285, or any other provision of law;

2) The Court should stay its judgment pending appeal pursuant to Fed. R. Civ. P. 62 insofar as the judgment orders the Director of the United States Patent and Trademark Office to add Robert Lanza and Erin Kimbrel as inventors on the '551 patent and the '122 patent and to remove Xiaofang Wang and Ren-He Xu as inventors and further orders Defendants to cooperate with Astellas to effectuate the change in inventorship of the '551 and '122 patents at ECF No. 280 pending resolution of Defendants' appeal to the Federal Circuit; and

3) In the event and to the extent that Astellas prevails on inventorship at the Federal Circuit with respect to the '551 and '122 patents, Defendants shall: a) assist, to the extent needed, in the transfer of ownership of the '551 and '122 patents; b) correct the inventorship (by adding Drs. Lanza and Kimbrel and/or removing Drs. Wang and Xu, depending upon the specifics of the Federal Circuit's ruling) and assist in any corresponding correction of inventorship and ownership of (A) PCT/US2013/048291 (the "'551 PCT application"), to which the '551 patent claims priority; (B) any foreign patents or applications that claim priority to the '551 PCT application, which include applications and issued patents in China and Canada and a pending application in Hong Kong (*i.e.,* including patents and application nos. CA2876499A1, CA2876499C, CN104471059A, CN104471059B, HK1208054A1, WO2014/011407A2, and WO2014/011407A3); and (C) any other pending U.S. patent applications that claim priority to the '551 PCT application, which include U.S. Patent Application No. 16/745,944 (the "'944 application").

**SO ORDERED.**

Dated: April 8, 2022

/s/ Allison D. Burroughs
_____
Allison D. Burroughs
United States District Judge

Dated: April 8, 2022                                        Respectfully submitted,

| | |
|---|---|
| /s/ *David P. Frazier* | /s/ *Sanford I. Weisburst* |
| Charles H. Sanders (BBO# 646740) | Sanford I. Weisburst (*pro hac vice*) |
| LATHAM & WATKINS LLP | Nicola R. Felice (*pro hac vice*) |
| John Hancock Tower, 27th Floor | QUINN EMANUEL URQUHART |
| 200 Clarendon Street | & SULLIVAN, LLP |
| Boston, MA 02116 | 51 Madison Ave., 22nd Floor |
| Telephone: (617) 948-6022 | New York, New York 10010 |
| Facsimile: (617) 948-6001 | Telephone: (212) 849-7000 |
| charles.sanders@lw.com | Facsimile: (212) 849-7100 |
| | sandyweisburst@quinnemanuel.com |
| Michael A. Morin (*pro hac vice*) | nicolafelice@quinnemanuel.com |
| David P. Frazier (*pro hac vice*) | |
| Rebecca L. Rabenstein (*pro hac vice*) | Martha C. Gaythwaite, MA Bar # 187650 |
| LATHAM & WATKINS LLP | VERRILL DANA LLP |
| 555 Eleventh Street, NW, Suite 1000 | One Portland Square |
| Washington, DC 20004 | Portland, Maine 04101 |
| Telephone: (202) 637-2200 | (207) 774-4000 |
| Facsimile: (202) 637-2201 | mgaythwaite@verrill-law.com |
| michael.morin@lw.com | |
| david.frazier@lw.com | Travis K. Waller (*pro hac vice*) |
| rebecca.rabenstein@lw.com | VERRILL DANA LLP |
| | 355 Riverside Avenue |
| Brenda L. Danek (*pro hac vice*) | Westport, CT 06880 |
| LATHAM & WATKINS LLP | (203) 222-3119 |
| 330 North Wabash Avenue, Suite 2800 | twaller@verrill-law.com |
| Chicago, IL 60607 | |
| Telephone: (312) 876-7700 | |
| Facsimile: (312) 993-9767 | *Counsel for Defendants ImStem Biotechnology,* |
| brenda.danek@lw.com | *Inc., Xiaofang Wang, and Ren-He Xu* |
| | |
| Yi Sun (*pro hac vice*) | |
| LATHAM & WATKINS LLP | |
| 12670 High Bluff Drive | |
| San Diego, CA 92130 | |
| Telephone: (858) 523-5400 | |
| Facsimile: (858) 523-5450 | |
| yi.sun@lw.com | |
| | |
| *Counsel for Plaintiff Astellas Institute for* | |
| *Regenerative Medicine* | |