# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>*Plaintiff*,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>*Defendants*. | C.A. NO. 1:17-cv-12239 ADB |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that ImStem Biotechnology, Inc., Xiaofang Wang, and Ren-He Xu, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the tenth day of March, 2022. A copy of that final judgment is attached hereto as Exhibit A.

Dated: April 8, 2022

Respectfully submitted,

IMSTEM BIOTECHNOLOGY, INC.;
DR. XIAOFANG WANG; and
DR. REN-HE XU

By their Attorneys,

*/s/ Sanford I. Weisburst*
Sanford I. Weisburst (*pro hac vice*)
Nicola R. Felice (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sandyweisburst@quinnemanuel.com
nicolafelice@quinnemanuel.com

Martha C. Gaythwaite, MA Bar # 187650
VERRILL DANA LLP
One Portland Square
Portland, Maine 04101

          (207) 774-4000
          mgaythwaite@verrill-law.com

          Travis K. Waller (*pro hac vice*)
          VERRILL DANA LLP
          355 Riverside Avenue
          Westport, CT 06880
          (203) 222-3119
          twaller@verrill-law.com