UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE,<br><br>      Plaintiff,<br><br>v.<br><br>IMSTEM BIOTECHNOLOGY, INC., XIAOFANG WANG, and REN-HE XU,<br><br>      Defendants. | C.A. NO. 1:17-cv-12239-ADB |

## **PLAINTIFF ASTELLAS INSTITUTE FOR REGENERATIVE MEDICINE'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Astellas Institute for Regenerative Medicine ("Astellas") appeals to the United States Court of Appeals for the Federal Circuit from the portions of the Court's March 10, 2022 Judgment (D.I. 280) adverse to Astellas, and any and all underlying orders, decisions, and rulings adverse to Astellas (whether merged into such Judgment or otherwise), including but not limited to the February 5, 2021 Findings of Fact and Conclusions of Law (D.I. 255) regarding Astellas' claim for (Count 5) Unfair Trade Practices Under Massachusetts General Law Chapter 93A.[1]

---

[1] Defendants filed their notice of appeal on April 8, 2022 (D.I. 282), which was refiled on April 9, 2022 (D.I. 284). That appeal is docketed as Fed. Cir. No. 22-1625.

Dated:  April 15, 2022                                   Respectfully submitted,

/s/ *David P. Frazier*
Charles H. Sanders (BBO# 646740)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6022
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael A. Morin (*pro hac vice*)
David P. Frazier (*pro hac vice*)
Rebecca L. Rabenstein (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Brenda L. Danek (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
brenda.danek@lw.com

Yi Sun (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
yi.sun@lw.com

*Counsel for Plaintiff Astellas Institute for Regenerative Medicine*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on April 15, 2022 to those identified as non-registered participants.

      /s/ *David P. Frazier*
      David P. Frazier